5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, et al.,<br><br>Plaintiffs,<br>v.<br>DEBBIE CRITCHFIELD, et al.,<br><br>Defendants. | ) Case No.  1:23-cv-315<br>)<br>)<br>) APPLICATION FOR ADMISSION<br>) PRO HAC VICE<br>)<br>)<br>) Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho,

Peter C. Renn _____, hereby applies for admission pro hac vice to appear and participate

in this case on behalf of  Rebecca Roe, et al _____.

The applicant hereby attests as follows:

1. Applicant resides in  Los Angeles, California _____, and practices at the following

address and phone number  Lambda Legal Defense and Education Fund, Inc.  800 South Figueroa St., Suite 1260

Los Angeles, CA 90017     323-370-6906

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:                                                                 Dates:
 See Attachment A                                           See Attachment A

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Samuel L. Linnet _____, a member in good standing of the bar of this court, of the firm of

Alturas Law Group, PLLC _____, practices at the following office address and phone number:

101 E Bullion St., Unit 2H  Hailey, ID 83333

(208) 788-6688

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes.  Said designee hereby consents

to this designation by signing this application.

Dated this  6th  day of  July , 2023 .

 /s/ Peter C. Renn                                              /s/ Samuel L. Linnet
Applicant                                                          Designee

 Signed under penalty of perjury.

**IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO**

**APPLICATION FOR ADMISSION PRO HAC VICE – Peter C. Renn**

<u>**Attachment A**</u>

2. Applicant has been admitted to practice before the following courts on the following dates:

**State Courts**

| California Supreme Court | December 15, 2006 |
|---|---|

**Federal Courts**

| U.S. Supreme Court | October 9, 2018 |
|---|---|
| United States Court of Appeals for the Fourth Circuit | July 11, 2013 |
| United States Court of Appeals for the Fifth Circuit | December 15, 2014 |
| United States Court of Appeals for the Ninth Circuit | November 23, 2009 |
| United States Court of Appeals for the Tenth Circuit | June 16, 2023 |
| United States Court of Appeals for the D.C. Circuit | October 31, 2018 |
| United States Court of Appeals for the Federal Circuit | July 29, 2020 |
| United States District Court for the Central District of California | December 18, 2008 |
| United States District Court for the Eastern District of California | May 16, 2013 |
| United States District Court for the Northern District of California | January 9, 2009 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of July, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Not Applicable (no defendant has yet appeared)

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. first class mail, postage prepaid addressed as follows:

Debbie Critchfield
650 West State Street
Boise, ID 83702

Idaho State Board of Education; Linda Clark; William G. Gilbert Jr.; David Hill; Shawn Keough; Kurt Liebich; Cally J. Roach; Cindy Siddoway
650 West State Street – 3rd Floor
Boise, ID 83702

Independent School District of Boise City #1; Dave Wagers; Maria Greeley; Nancy Gregory; Elizabeth Langley; Beth Oppenheimer; Shiva Rajbhandari; Coby Dennis
8169 W. Victory Rd.
Boise, ID  83709

State of Idaho
Office of the Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010

/s/ Kathleen D. Lee
*Kathleen D. Lee*