5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

REBECCA ROE, et al.,

    Plaintiffs,

v.

DEBBIE CRITCHFIELD, et al.,

    Defendants.

Case No. 1:23-cv-315

APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Tara L. Borelli, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Rebecca Roe, et al.

The applicant hereby attests as follows:

1. Applicant resides in Avondale Estates, Georgia, and practices at the following address and phone number Lambda Legal Defense & Education Fund, Inc. | 1 West Court Square, Ste. 105 | Decatur, GA 30030 | 470-225-5341

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:  
See Attachment A

Dates:  
See Attachment A

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Samuel L. Linnet, a member in good standing of the bar of this court, of the firm of Alturas Law Group, PLLC, practices at the following office address and phone number:
101 E Bullion St., Unit 2H  Hailey, ID 83333
(208) 788-6688

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes.  Said designee hereby consents to this designation by signing this application.

Dated this 6th day of July, 2023.

/s/ Tara L. Borelli  
Applicant

/s/ Samuel L. Linnet  
Designee

Signed under penalty of perjury.

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

APPLICATION FOR ADMISSION PRO HAC VICE – Tara L. Borelli

Attachment A

2. Applicant has been admitted to practice before the following courts on the following dates:

**State Courts**

| | |
|---|---|
| California Supreme Court | December 3, 2001 |
| Washington Supreme Court | November 10, 2005 |
| Superior Court for the County of DeKalb, Georgia | December 12, 2013 |
| Georgia Court of Appeals | May 13, 2014 |
| Supreme Court of Georgia | May 13, 2014 |

**Federal Courts**

| | |
|---|---|
| U.S. Supreme Court | June 13, 2011 |
| United States Court of Appeals for the Fourth Circuit | June 20, 2013 |
| United States Court of Appeals for the Sixth Circuit | June 29, 2023 |
| United States Court of Appeals for the Ninth Circuit | August 20, 2010 |
| United States Court of Appeals for the Eleventh Circuit | November 5, 2014 |
| United States Court of Appeals for the D.C. Circuit         Bar No.:  61319 | November 15, 2018 |
| United States Court of Appeals for the Federal Circuit | December 30, 2016 |
| United States District Court for the Northern District of Florida | November 13, 2015 |
| United States District Court for the Northern District of Georgia | March 24, 2014 |
| United States District Court for the Northern District of California | July 15, 2009 |
| United States District Court for the Southern District of California | December 5, 2007 |
| United States District Court for the Western District of Washington | March 16, 2006 |
| United States District Court for the Central District of California | December 21, 2001 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of July, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Not Applicable (no defendant has yet appeared)

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. first class mail, postage prepaid addressed as follows:

Debbie Critchfield
650 West State Street
Boise, ID 83702

Idaho State Board of Education; Linda Clark; William G. Gilbert Jr.; David Hill; Shawn Keough; Kurt Liebich; Cally J. Roach; Cindy Siddoway
650 West State Street – 3rd Floor
Boise, ID 83702

Independent School District of Boise City #1; Dave Wagers; Maria Greeley; Nancy Gregory; Elizabeth Langley; Beth Oppenheimer; Shiva Rajbhandari; Coby Dennis
8169 W. Victory Rd.
Boise, ID  83709

State of Idaho
Office of the Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010

/s/ Kathleen D. Lee
*Kathleen D. Lee*