5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

REBECCA ROE, et al., )
        Plaintiffs, )   Case No. 1:23-cv-315
v. )
DEBBIE CRITCHFIELD, et al., )   APPLICATION FOR ADMISSION
        Defendants. )   PRO HAC VICE
)
)   Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Christina Paek, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Rebecca Roe, et al.

The applicant hereby attests as follows:

1. Applicant resides in West Hollywood, California, and practices at the following address and phone number Lambda Legal Defense and Education Fund, Inc. | 800 S. Figueroa St., Suite 1260 | Los Angeles, CA 90017 | 323-326-6233

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| California Supreme Court | December 17, 2021 |
| United States Court of Appeals for the 3rd Circuit | April 19, 2023 |
| United States Court of Appeals for the 9th Circuit | February 7, 2022 |
| United States District Court for the Eastern District of Cal. | February 11, 2022 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Samuel L. Linnet, a member in good standing of the bar of this court, of the firm of Alturas Law Group, PLLC, practices at the following office address and phone number: 101 E Bullion St., Unit 2H Hailey, ID 83333
(208) 788-6688

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 6th day of July, 2023.

/s/ Christina Paek          /s/ Samuel L. Linnet
Applicant          Designee

Signed under penalty of perjury.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of July, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Not Applicable (no defendant has yet appeared)

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. first class mail, postage prepaid addressed as follows:

Debbie Critchfield
650 West State Street
Boise, ID 83702

Idaho State Board of Education; Linda Clark; William G. Gilbert Jr.; David Hill; Shawn Keough; Kurt Liebich; Cally J. Roach; Cindy Siddoway
650 West State Street – 3rd Floor
Boise, ID 83702

Independent School District of Boise City #1; Dave Wagers; Maria Greeley; Nancy Gregory; Elizabeth Langley; Beth Oppenheimer; Shiva Rajbhandari; Coby Dennis
8169 W. Victory Rd.
Boise, ID  83709

State of Idaho
Office of the Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010

/s/ Kathleen D. Lee
*Kathleen D. Lee*