5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

REBECCA ROE, et al.,                )
                                    )        Case No. 1:23-cv-315
                Plaintiffs,         )
                                    )
v.                                  )        APPLICATION FOR ADMISSION
DEBBIE CRITCHFIELD, et al.,         )        PRO HAC VICE
                                    )
                Defendants.         )
                                    )        Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho,
Robyn K. Bacon
_____, hereby applies for admission pro hac vice to appear and participate
in this case on behalf of  Plaintiffs Rebecca Roe, et al. _____.

The applicant hereby attests as follows:

  1. Applicant resides in  Los Angeles, California _____, and practices at the following
address and phone number  Munger, Tolles & Olson LLP, 350 South Grand Avenue, 50th Floor, Los Angeles, CA 90071;
Phone:  (213) 683-9100

  2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Supreme Court of California | November 21, 2007 |
| U.S. District Court, Central District of California | December 20, 2007 |
| U.S. District Court, Northern District of California | March 11, 2008 |

  3. Applicant is in good standing and eligible to practice in said courts.

  4. Applicant is not currently suspended or disbarred in any other courts.

  5. Samuel L. Linnet _____, a member in good standing of the bar of this court, of the firm of
Alturas Law Group, PLLC _____, practices at the following office address and phone number:
101 E. Bullion Street, Unit 2H, Hailey, Idaho 83333; Phone: (208) 788-6688

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes.  Said designee hereby consents
to this designation by signing this application.

Dated this  6th  day of  July , 2023 .

/s/ Robyn K. Bacon                          /s/ Samuel L. Linnet
_____            _____
Applicant                                  Designee

Signed under penalty of perjury.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of July, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Not Applicable (no defendant has yet appeared)

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. first class mail, postage prepaid addressed as follows:

Debbie Critchfield
650 West State Street
Boise, ID 83702

Idaho State Board of Education; Linda Clark; William G. Gilbert Jr.; David Hill; Shawn Keough; Kurt Liebich; Cally J. Roach; Cindy Siddoway
650 West State Street – 3rd Floor
Boise, ID 83702

Independent School District of Boise City #1; Dave Wagers; Maria Greeley; Nancy Gregory; Elizabeth Langley; Beth Oppenheimer; Shiva Rajbhandari; Coby Dennis
8169 W. Victory Rd.
Boise, ID  83709

State of Idaho
Office of the Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010

/s/ Kathleen D. Lee
*Kathleen D. Lee*