Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
101 E Bullion St., Unit 2H
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Christina S. Paek*
cpaek@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (213) 402-2537 (F)

Katherine M. Forster*
katherine.forster@mto.com
Robyn K. Bacon*
robyn.bacon@mto.com
Nicholas R. Sidney*
nick.sidney@mto.com
Paul Martin*
paul.martin@mto.com
Avery P. Hitchcock*
avery.hitchcock@mto.com
Jimmy P. Biblarz*
jimmy.biblarz@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

**pro hac vice* forthcoming*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| REBECCA ROE, et al., <br><br>       *Plaintiffs*, <br><br>   v. <br><br> DEBBIE CRITCHFIELD, et al., <br><br>       *Defendants*. | Case No. 1:23-cv-315 <br><br> **PLAINTIFF REBECCA ROE'S MOTION TO PROCEED ANONYMOUSLY** |

## PLAINTIFF REBECCA ROE'S MOTION TO PROCEED ANONYMOUSLY

Plaintiff Rebecca Roe, by and through her undersigned counsel, respectfully moves this Court for an order permitting her to bring this action anonymously under pseudonym in order to protect her identity from public disclosure. Because her privacy requires similarly protecting her parents' names from disclosure, this motion seeks an order permitting their names as well to remain anonymous.

1. Plaintiff makes this request because this case involves matters that are private and highly sensitive, including Plaintiff's transgender status and medical information, the disclosure of which through this action creates risk of harm to Plaintiff; and because of Plaintiff's status as a minor child.

2. The grant of anonymity to Plaintiff will not prejudice Defendants. Plaintiff will provide her actual name to Defendants and the Court subject to appropriate privacy safeguards, including a protective order.

3. Plaintiff's motion is supported by Plaintiff's contemporaneously filed memorandum of law.

Based on the foregoing, Plaintiff Rebecca Roe respectfully moves this Court to grant this motion.

*   *   *

Dated: July 6, 2023                                      Respectfully Submitted

                                                         /s/ Samuel L. Linnet
Katherine M. Forster                                     Samuel L. Linnet
Robyn K. Bacon                                           ALTURAS LAW GROUP, PLLC
J. Max Rosen
Nicholas R. Sidney                                       Peter C. Renn
Paul Martin                                              Kell L. Olson
Avery P. Hitchcock                                       Tara L. Borelli
Jimmy P. Biblarz                                         Christina S. Paek
MUNGER TOLLES & OLSON LLP                                LAMBDA LEGAL DEFENSE & EDUCATION FUND

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of July, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Not Applicable (no defendant has yet appeared)

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. first class mail, postage prepaid addressed as follows:

Debbie Critchfield
650 West State Street
Boise, ID 83702

Idaho State Board of Education; Linda Clark; William G. Gilbert Jr.; David Hill; Shawn Keough; Kurt Liebich; Cally J. Roach; Cindy Siddoway
650 West State Street – 3rd Floor
Boise, ID 83702

Independent School District of Boise City #1; Dave Wagers; Maria Greeley; Nancy Gregory; Elizabeth Langley; Beth Oppenheimer; Shiva Rajbhandari; Coby Dennis
8169 W. Victory Rd.
Boise, ID  83709

State of Idaho
Office of the Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010

/s/ Kathleen D. Lee
*Kathleen D. Lee*