Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
101 E Bullion St., Unit 2H
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*
kolson@lambdalegal.org
Tara L. Borelli*
tborelli@lambdalegal.org
Christina S. Paek*
cpaek@lambdalegal.org
LAMBDA LEGAL DEFENSE &
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
(213) 382-7600 (T) | (213) 402-2537 (F)

Katherine M. Forster*
katherine.forster@mto.com
Robyn K. Bacon*
robyn.bacon@mto.com
Nicholas R. Sidney*
nick.sidney@mto.com
Paul Martin*
paul.martin@mto.com
Avery P. Hitchcock*
avery.hitchcock@mto.com
Jimmy P. Biblarz*
jimmy.biblarz@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | 415) 512-4077 (F)

*pro hac vice forthcoming

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| REBECCA ROE, et al.,<br><br>       *Plaintiffs*,<br><br>   v.<br><br>DEBBIE CRITCHFIELD, et al.,<br><br>       *Defendants*. | Case No. 1:23-cv-315<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

      Rebecca Roe and Sexuality and Gender Alliance, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, provides the following:

      Neither Plaintiff is a nongovernmental corporate entity.

| | |
|---|---|
| Dated: July 6, 2023 | Respectfully Submitted |
| | /s/ Samuel L. Linnet |
| Katherine M. Forster | Samuel L. Linnet |
| Robyn K. Bacon | ALTURAS LAW GROUP, PLLC |
| J. Max Rosen | |
| Nicholas R. Sidney | Peter C. Renn |
| Paul Martin | Kell L. Olson |
| Avery P. Hitchcock | Tara L. Borelli |
| Jimmy P. Biblarz | Christina S. Paek |
| MUNGER TOLLES & OLSON LLP | LAMBDA LEGAL DEFENSE & EDUCATION FUND |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of July, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Not Applicable (no defendant has yet appeared)

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. first class mail, postage prepaid addressed as follows:

Debbie Critchfield
650 West State Street
Boise, ID 83702

Idaho State Board of Education; Linda Clark; William G. Gilbert Jr.; David Hill; Shawn Keough; Kurt Liebich; Cally J. Roach; Cindy Siddoway
650 West State Street – 3rd Floor
Boise, ID 83702

Independent School District of Boise City #1; Dave Wagers; Maria Greeley; Nancy Gregory; Elizabeth Langley; Beth Oppenheimer; Shiva Rajbhandari; Coby Dennis
8169 W. Victory Rd.
Boise, ID  83709

State of Idaho
Office of the Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010

/s/ Kathleen D. Lee
*Kathleen D. Lee*