Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
101 E Bullion St., Unit 2H
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Christina S. Paek*
cpaek@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (213) 402-2537 (F)

*pro hac vice* forthcoming

*Attorneys for Plaintiffs*

Katherine M. Forster*
katherine.forster@mto.com
Robyn K. Bacon*
robyn.bacon@mto.com
Nicholas R. Sidney*
nick.sidney@mto.com
Paul Martin*
paul.martin@mto.com
Avery P. Hitchcock*
avery.hitchcock@mto.com
Jimmy P. Biblarz*
jimmy.biblarz@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, et al., | Case No. 1:23-cv-315 |
| *Plaintiffs*, | **DECLARATION OF REBECCA ROE** |
| v. | |
| DEBBIE CRITCHFIELD, et al., | |
| *Defendants*. | |

I, Rebecca Roe, hereby declare as follows:

1.      I am a Plaintiff in this action and using a pseudonym (Rebecca Roe) here.  I offer this declaration in support of Plaintiffs' motion for preliminary injunction.  I have personal knowledge of the facts set forth in this declaration and could and would testify competently to

those facts if called as a witness.

2.      I am a 12-year-old girl, and I live in Idaho.  I have attended school within the
Independent School District of Boise City #1 ("Boise School District") since I was in
kindergarten.  I will be in the seventh grade during the 2023-24 academic year at a junior high
school within Boise School District.

3.      I enjoy playing video games, hanging out with friends at the mall, watching anime
shows, and doodling artwork.  I also take *kung fu* lessons, both for physical exercise and
potential self-defense.

4.      Although I am now thriving as a transgender girl, my mental health suffered in
the past before I came to better understand my gender identity and received the support that I
needed.

5.      During the summer after fourth grade, the issue of my gender arose while I was
talking with my parents about pride month for lesbian, gay, bisexual, transgender, and queer
(LGBTQ) people.  In the course of that conversation, I told my parents that I did not believe I
was a boy.

6.      In fifth grade, older students would sometimes pick on me, such as when they saw
me by myself during recess.  Overall, I struggled socially at school during the year, even though
I also had a tight circle of friends.

7.      My parents began taking me to see a therapist to make sure I received the mental
health support I needed.  During my therapy sessions, I expressed that I did not feel like a boy,
consistent with what I had conveyed to my parents during the summer after fourth grade.  The
therapist also spoke with me about any distress that I felt around issues related to gender.

8.      My gender identity is female.  I have never felt typically masculine like others

assigned male at birth.  When I would look at my male friends, I would think to myself, "I don't feel like this."  When I would look at my female friends, however, I would think to myself, "I feel more like that."

9.      After discussions between my therapist, my parents, and me, we agreed that I should try "being myself" for spring break in 2021, when I was not attending school, and to express my gender in the way that felt most comfortable to me.  I went shopping and chose girls' clothes for myself.  In contrast to the distress that I felt as a result of gender dysphoria, I felt joy and relief when my gender expression matched my gender identity.  That is how I feel when I look in the mirror and see my authentic self, myself as a girl, staring back at me.

10.     Following this experience, and particularly after the end of fifth grade, I continued the process of social transition to live in a manner consistent with my gender identity.  For example, I began to use a more typically feminine name and asked others to use that name, dressed in clothes typically worn by girls, adopted a more typically feminine hairstyle, and started using female pronouns.

11.     My friends accepted and supported me as I undertook the process of social transition.  They respected my name and pronouns.  School staff respected my name, which was updated in the school information system, and pronouns too.  Overall, my experience in sixth grade was significantly better than my experience in fifth grade because I was able to live in a manner consistent with my gender identity in several respects and was generally treated by my peers like any other girl.

12.     After I began my social transition, I also began using the women's restroom outside of school without incident.  Like other girls, I would enter the women's restroom, go into a stall and close the door behind me, use the toilet, and then wash my hands and leave.  It was a

routine practice that did not cause any problems for anyone, including others using the restroom at the same time as me.  Living in a manner consistent with my gender identity, including having access to the girls' restroom, is an important aspect of the treatment for my gender dysphoria.

13.     I have not used a men's restroom, whether at school or outside of school, since fifth grade.  Using the men's restrooms would feel wrong to me because I am a girl.  Also, when I am in public, I am generally perceived by others as a girl.  Thus, if I were to use the restroom designated for men, it would appear to others that a girl was using the men's restroom, something far more disruptive to social expectations than my use of the women's restroom.

14.     During sixth grade, I generally avoided using the restroom at school.  Prior to the start of the school year, the initial plan was that I would use the nurse's restroom rather than the boys' restroom.  However, I ultimately did not feel comfortable using the nurse's restroom, because it felt stigmatizing and isolating to use in comparison to the other girls at my school, who were not limited to using only that single-stall facility.  It was also in a less accessible location than the restrooms used by my female classmates.

15.     As a result, I generally avoided using the restroom at school.  I limited my fluid intake and would "hold it" at school to avoid using the restroom.  These measures were not only unhealthy but they were increasingly difficult to endure as the school day progressed.  They also created a physical and mental distraction while I was in class, as I spent time thinking to myself that I was "almost there" as I waited for the school day to finally end just so that I could use the restroom at home.

16.     I will be attending a new school starting in seventh grade, alongside new classmates, and would like to fit in with my female classmates.  The idea of my exclusion from facilities designated for girls is painful and stressful and makes me feel unequal to other girls.  It

makes me feel like an outsider.  If I am only allowed to use either the boys' restroom or a single-stall restroom, I am afraid that any of my classmates at my new school could find out that I am transgender, and I want to have control over my private information.  My new school is also farther from home, making it even more difficult and unhealthy for me to delay using the restroom until the end of the day.  Particularly at this point in my transition, I wish to use the girls' restroom when I am outside the home, including at school.  I am a girl and I just want to be treated like any other girl.

*       *       *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __2__ day of __July__, 2023.

_Rebecca Roe_____

Rebecca Roe