Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
101 E Bullion St., Unit 2H
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Christina S. Paek*
cpaek@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (213) 402-2537 (F)

*pro hac vice* forthcoming

*Attorneys for Plaintiffs*

Katherine M. Forster*
katherine.forster@mto.com
Robyn K. Bacon*
robyn.bacon@mto.com
Nicholas R. Sidney*
nick.sidney@mto.com
Paul Martin*
paul.martin@mto.com
Avery P. Hitchcock*
avery.hitchcock@mto.com
Jimmy P. Biblarz*
jimmy.biblarz@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, et al., | Case No. 1:23-cv-315 |
| *Plaintiffs*, | **DECLARATION OF RACHEL ROE** |
| v. | |
| DEBBIE CRITCHFIELD, et al., | |
| *Defendants*. | |

I, Rachel Roe, hereby declare as follows:

1.      I am the mother of Plaintiff Rebecca Roe.  My daughter (Rebecca), my husband

(Ryan), and I are using pseudonyms.  I offer this declaration in support of Plaintiffs' motion for

preliminary injunction.  I have personal knowledge of the facts set forth in this declaration and

could and would testify competently to those facts if called as a witness.

2.      My husband Ryan and I live in Idaho, and we are the parents of Rebecca Roe, a 12-year-old girl who will be in the seventh grade during the 2023-24 academic year at a junior high school within the Independent School District of Boise City #1 ("Boise School District").

3.      Rebecca is transgender.  When Rebecca was born, she was designated as male but her gender identity is female.

4.      Although Rebecca is now thriving as a transgender girl, her mental health suffered in the past before she came to better understand her gender identity and received the support that she needed.  My husband Ryan and I became concerned about Rebecca's mental well-being around the time she was in fourth grade.  She exhibited signs of depression and seemed generally "checked out."  She also began falling behind in coursework even though she otherwise generally excels academically.

5.      During the summer after fourth grade, the issue of Rebecca's gender arose in the context of a conversation with us regarding pride month for lesbian, gay, bisexual, transgender, and queer (LGBTQ) people.  Ryan and I wanted to reassure her that we would still love her no matter who she was.  In the course of that conversation, Rebecca expressed to us that she did not believe that she was a boy.  We were unsure of what to make of this information at the time.

6.      Overall, Rebecca struggled socially at school during fifth grade, even though she also had a tight circle of friends.

7.      Motivated by concerns about Rebecca's well-being, Ryan and I began taking Rebecca to see a therapist to ensure that she received the mental health support she needed.

8.      After discussions with Rebecca, her therapist, Ryan, and me, we decided to give Rebecca the opportunity to "be herself" for spring break in 2021, when Rebecca was not

attending school, and to express her gender in the way that felt most comfortable to her.  For instance, Rebecca went shopping and chose girls' clothes for herself.  As a result, I noticed improvements in her mental health and that she seemed to be more confident in herself.

9.      Following this experience, and particularly after the end of fifth grade, Rebecca continued the process of social transition to live in a manner consistent with her gender identity. For example, she began to use a more typically feminine name rather than a typically masculine name and asked others to use her new, female name; she dressed in clothes typically worn by girls; she adopted a more feminine hairstyle; and she started using female pronouns.

10.      After Rebecca began her social transition, she also began using restrooms designated for females outside of school without incident.  Living in a manner consistent with her gender identity, including having access to the girls' restroom, is an important aspect of the treatment for Rebecca's gender dysphoria.

11.      Rebecca has not used a restroom designated for males, whether at school or outside of school, since fifth grade.  When Rebecca is in public, she is generally perceived by others as female.  Thus, if she were to use the restroom designated for males, it would appear to others that a girl was using the men's restroom, something far more disruptive to social expectations than her use of the women's restroom.

12.      As part of treatment for her gender dysphoria, Rebecca also receives puberty-delaying medication, which allows transgender adolescents to avoid physical changes associated with their endogenous puberty, and can be followed by gender-affirming hormone therapy where medically appropriate, which facilitates even greater alignment between one's gender identity and body.  Living in a manner consistent with her gender identity, including having access to the girls' restroom, is an important aspect of the treatment for Rebecca's gender dysphoria.

13.     My husband and I have significant concerns and worry about Rebecca's physical safety, mental health, and her general well-being if she were excluded from girls' facilities.  As parents who love their child and want to see her thrive, we agonize that Rebecca's use of the boys' restroom, which may be unavoidable at times if she is excluded from the girls' facilities, would expose her transgender status in situations where it would otherwise remain private and leave her vulnerable to violence and targeting by other students.

14.     Idaho is our home.  Our daughter grew up here and has been thriving in this community.  To protect and encourage her growth, my husband and I want a safe and respectful learning environment for our daughter just like any other parents.

*     *     *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _2_ day of July 2023.

Rachel Roe

Rachel Roe