Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
101 E Bullion St., Unit 2H
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Christina S. Paek*
cpaek@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (213) 402-2537 (F)

Katherine M. Forster*
katherine.forster@mto.com
Robyn K. Bacon*
robyn.bacon@mto.com
Nicholas R. Sidney*
nick.sidney@mto.com
Paul Martin*
paul.martin@mto.com
Avery P. Hitchcock*
avery.hitchcock@mto.com
Jimmy P. Biblarz*
jimmy.biblarz@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

**pro hac vice* forthcoming*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| REBECCA ROE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEBBIE CRITCHFIELD, et al.,<br><br>Defendants. | Case No. 1:23-cv-315<br><br>**DECLARATION OF A.J., PRESIDENT OF PLAINTIFF SAGA** |

I, A.J., hereby declare as follows:

1. I have lived in Idaho my whole life and have lived in Boise since ninth grade. I enjoy robotics and participate in robotics competitions, I play multiple musical instruments, and I like to draw.

1

2. I am a student at Boise High School in Boise, Idaho, and I am the current President and a member of Plaintiff Sexuality and Gender Alliance (SAGA), a student organization for high school students at Boise High.  SAGA and its activities are led by students.  One of SAGA's goals is to ensure that LGBTQ+ students are safe and welcome at school. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to those facts if called as a witness.

3. Based on my leadership role within SAGA and the support we provide, I am aware that some SAGA members will be harmed by S.B. 1100.  For example, consistent with school policies pre-dating S.B. 1100, there are students who wish to use multi-occupancy restrooms and facilities on school grounds, including during the 2023-24 school year, consistent with their gender identity, and inconsistent with their sex assigned at birth.

4. Any transgender SAGA member who is prohibited from using facilities consistent with their gender identity under S.B. 1100 will be harmed by being treated differently than their peers who can use facilities consistent with their gender identity. They will have to choose between using facilities inconsistent with their identity, causing distress and potential harassment, or avoiding facilities use, causing discomfort and potential health issues. Some members will face the risk of being outed as transgender under S.B. 1100 by having to change their established restroom use or by being forced to use restrooms inconsistent with their identities (including the names and pronouns they use in the school community).  This includes being outed in situations where someone would not otherwise disclose their transgender status, e.g., to people they don't know in the restroom, even if they may be out about being transgender in other ways.

5.      S.B. 1100 goes directly against everything that SAGA stands for, which is about supporting all members of the LGBTQ+ community and ensuring that school is a safe and welcoming environment for them.  If S.B. 1100 remains in effect, SAGA will also have to spend additional time supporting students that have lost restroom access and advocating for more gender-neutral restroom options for students so they can make it through their school day. Because SAGA does not have the capacity to handle multiple projects at a time, this would interfere with its ability to perform other mission-driven student services, such as the clothing drive they have done in the past and would like to do again this year.

6.      I am one of the SAGA members who will be affected by SB 1100. I am a transgender male who was assigned as female at birth. I came out to my friends as a transgender male in ninth grade and came out to more people in my life during tenth grade, including my family. As I came out to more people at school as male, it became increasingly uncomfortable to use female-designated facilities and I avoided it whenever possible.

7.      In the summer between tenth and eleventh grade, I reached out to my school counselor to ask whether we could create a gender support plan. With the help of my counselor and the support of my parents, we drafted a plan that clarified the use of my new name, pronouns, and facilities on campus. It confirmed that I should use male-designated facilities where they are separated by sex. A true and correct copy of the Gender Support Plan form used by my school is attached as **Exhibit A**.

8.      Starting in eleventh grade, once my gender support plan was in place, I have used the restroom designated for boys when I use multi-occupancy restrooms on campus. I have not encountered any problems or issues from other students when I have used the restroom.

3

9.      There is only one single-user restroom that students can use on my school campus and it is not always available. Sometimes other students are using the bathroom, and sometimes it is closed for use altogether. It is in a separate building and farther from most of my classes than the multi-occupancy restrooms.

10.     The thought of having to use the girls' bathroom makes me feel ill. The past school year, since coming out fully at school, has been the happiest I've been in my entire life. I remember the painful and exhausting feeling of having to use the girls' restroom at the end of tenth grade, after I had started coming out to more peers as male but before my gender support plan was in place. Each time, it brought up the awful feelings I had while I was still in the closet. I know that being forced back into that circumstance, with students who know me and interact with me as a male student, would be even worse now.

*       *       *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __2__ day of __July__, 2023.

_AJ_____

A.J.

# Exhibit A



# Gender Support Plan

Student's Preferred Name:_____   Legal Name: _____
Student's Gender:                    Assigned Sex at Birth:                  Grade Level:
Date of Birth:                       Parent(s)/Guardian(s):


**PARENT/GUARDIAN INVOLVEMENT**
Is guardian(s) of the student aware of their student's wish to implement a gender support plan?
Is guardian(s) of the student supportive of their student's wish to implement a gender support plan?


**STUDENT SAFETY**
Who will be the student's "go to adult" on campus?
Does the student feel regular one-on-one check-in's are necessary? If so, who will provide this support?
If this person is not available, what should the student do?
What are the expectations in the event the student is feeling unsafe and how will the student signal need for help?


**NAME & STUDENT RECORDS**
Name/gender marker currently in the Student Information System:
Name to be used when referring to the student                Pronouns
What name and gender marker does the student and parent want reflected in the Student Information System?
Can preferred pronouns be noted on the Student Information System?
Does the student want their email and login updated?
Name on high school diploma

**Please note:**  *When you apply for college, most colleges and universities currently require legal names on transcripts and applications so that they can match the application and transcript to the FAFSA.  The FAFSA application requires students to enter both their legal names and social security numbers, and they must match.*
*If you have decided to change the name on your school records but have not legally changed your name, you will need to either request that your name be changed back to your legal name on your school records before your transcripts are sent to the colleges to which you apply or contact those colleges and universities to let them know that your transcript, application and FAFSA will not match.*


 **USE OF FACILITIES**
Student will use the following restroom(s) on campus:
Student will use the following locker room on campus:

**DISTRICT PROGRAMS AND EXTRACURRICULAR ACTIVITIES**
In what other district programs (i.e. GATE, TVMSC, Pro-Tech, etc.) and/or extracurricular activities will the student be participating in?

**OTHER CONSIDERATIONS**
Does the student have any siblings at school?

Are there any specific dynamics with other students, families or staff members that need to be discussed or accounted for?
Other considerations or concerns or issues:

**CONFIDENTIALITY, PRIVACY AND DISCLOSURE**
How public or private will information about this student's gender be (check all that apply)?
____ Site level leadership/administration will know (specify staff members):
___ Teachers and/or other school staff will know (specify staff members):
____ District level AO staff will be made aware of name change or preferred name in order to connect student  to State AO funds as the State requires students' legal names.
____ Student will not be openly "out", but some students are aware of the student's gender
Specify the students:_____
____ Student is open with others (adults and peers) about gender
____ <u>Student</u> would like this plan to be transferred to current programs and/or next school of  attendance, enabling those working with the student to use the appropriate name and/or pronoun.
(If student is a minor, <u>parent</u> must initial here and sign below to release this document to current programs and/or future schools.)
____Student or parent initials indicate permission to share with future schools as well as the following programs beyond home school staff (i.e. pro tech, special education, other specialists, etc…):
_____

_____

Other:_____

_____


Student Signature_____Date_____

Parent/Guardian Signature _____Date_____

Staff Signature_____Date_____