Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
101 E Bullion St., Unit 2H
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Christina S. Paek*
cpaek@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (213) 402-2537 (F)

*pro hac vice* forthcoming

*Attorneys for Plaintiffs*

Katherine M. Forster*
katherine.forster@mto.com
Robyn K. Bacon*
robyn.bacon@mto.com
Nicholas R. Sidney*
nick.sidney@mto.com
Paul Martin*
paul.martin@mto.com
Avery P. Hitchcock*
avery.hitchcock@mto.com
Jimmy P. Biblarz*
jimmy.biblarz@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, et al., | Case No. 1:23-cv-315 |
| *Plaintiffs*, | **EXPERT DECLARATION OF STEPHANIE L. BUDGE, PH.D.** |
| v. | |
| DEBBIE CRITCHFIELD, et al., | |
| *Defendants*. | |

## <u>EXPERT DECLARATION OF STEPHANIE L. BUDGE, PH.D.</u>

I, Dr. Stephanie L. Budge, Ph.D., hereby declare as follows:

1.      I submit this expert declaration based on my personal knowledge.

2.      I am a licensed psychologist specializing for over 15 years in issues of gender identity and gender transition and, in particular, the mental health of transgender individuals and the treatment of gender dysphoria.  I am an associate professor in counseling psychology at the University of Wisconsin-Madison.

3.      I have been retained by counsel for the Plaintiffs in the above-captioned matter to provide expert opinions about: (a) the psychological understanding of gender identity, (b) gender dysphoria and its treatment, including social transition, (c) the importance of access to sex-separated facilities as a part of social transition, (d) the harms caused by excluding transgender students from using sex-separated facilities that are aligned with their gender identity, and (e) misinformation about transgender individuals' use of restrooms consistent with their gender identity.

## I.      QUALIFICATIONS

4.      The information provided regarding my professional background, experiences, publications, and presentations are detailed in my curriculum vitae.  An accurate and true copy is attached as Exhibit A to this declaration.

5.      I received a master's degree in educational psychology from the University of Texas at Austin in 2006 and a Ph.D. in counseling psychology in 2011 from the University of Wisconsin-Madison.  My Ph.D. concentration specifically focused on transgender individuals' mental health.  I also specialized in psychological assessment as part of my Ph.D. degree program.

6.      I have been a mental health professional since 2006, and I am currently licensed to practice psychology in the state of Wisconsin (license # 3244-57).  I have been a faculty member in counseling psychology at the University of Wisconsin-Madison since 2014.

7.      I have extensive expertise working with transgender people, those whose gender assigned at birth is different from their gender identity.  I have been a mental health provider to transgender individuals since 2007.  Transgender individuals have comprised the majority of my clinical caseload since 2011, and I have worked clinically with approximately 200 transgender patients through the provision of individual therapy, group therapy, psychological evaluations, and supervision of others' clinical work.  A significant portion of my clinical work has focused on adolescents and young adults.  For example, I held an appointment as a clinical health psychologist at UW Health Pediatric and Adolescent Transgender Health ("PATH") clinic, where I conducted clinical assessments with transgender adolescents ages 13-18.  I have also facilitated clinical support groups for transgender adolescents ages 14-18 at the Counseling Psychology Training Clinic ("CPTC") at the University of Wisconsin-Madison, and I provided psychotherapy to transgender adolescents when I had a private practice.

8.      As a faculty member at UW-Madison, I teach courses that focus on training master's and doctoral students to become mental health professionals and psychological researchers.  I provide pro bono clinical services and train student therapists in best practices in clinical work with transgender patients at the Counseling Psychology Training Clinic, the community clinic affiliated with my academic department at UW-Madison.

9.      As part of my faculty appointment, I am the Director of the Transgender Counseling Advocacy Research and Education ("CARE") Collaborative.  In this role, I design research projects that focus on the mental health needs of transgender individuals.  One of the current research projects is an open clinical trial focusing on the effectiveness of psychotherapy for transgender individuals.  As part of this clinical trial, we have trained over 100 mental health providers on how to reduce distress that is experienced from discrimination by other individuals

or entities, and 49 patients have been enrolled in and received psychotherapy as part of the trial. While some of the research we conduct is with adults, we engage in a large body of research that focuses on transgender adolescents.  Specifically, we have recently conducted and presented analyses from the Trans Teen and Family Narratives project, and we finalized publishing our sixth and final article from the longitudinal Transgender Youth and Families Study in 2022.

10.     I am the Director of the Advancing Health Equity and Diversity (AHEAD) program in the School of Medicine and Public Health at UW-Madison.  In this role, I mentor postdoctoral scholars and junior faculty in the School of Medicine and Public Health who focus their clinical and research efforts on health equity issues.

11.     I have published 99 invited and peer-reviewed journal articles and book chapters, with the majority of these focusing on transgender individuals.  Notably, several of these publications are focused on the impact of discrimination on transgender youth and adults' mental health and effective interventions to improve transgender youth and adults' mental health.  I have been involved in more than 200 academic presentations (internationally, nationally, and regionally).  The majority of these presentations have been focused on transgender individuals, with a significant proportion focusing on transgender adolescents under the age of 18.

12.     I am an associate editor for the journal *Psychology of Sexual Orientation and Gender Diversity*.  I am on the editorial board for the *International Journal of Transgender Health* as well as *LGBTQ+ Family: An International Journal.*  Researchers in the United States and internationally regularly seek my assistance as an expert reviewer for research focused on transgender individuals.

13.     I have received several awards for my work in the science and clinical practice of working with transgender individuals.  Recently, I received the 2021 American Psychological

Association Distinguished Contribution to Counseling Psychology Award for my clinical work and research with transgender people.  I also received the 2021 American Psychological Association Social Justice Award for my contributions to psychotherapeutic practice with transgender people.  I was the first recipient of the American Psychological Association Transgender Research Award in 2010.  Locally, I am also a member of the Wisconsin Transgender Health Coalition ("WTHC"), an organization focused on improving health care for transgender individuals throughout Wisconsin.  My primary role on the coalition is to consult on research projects and collect data about transgender individuals in the upper Midwest in order to tailor health care interventions for local community members.  For my community-focused research, I received the UW-Madison School of Education 2018 Community Engaged Scholar Award, the 2021 UW-Madison Exceptional Service Award, and the 2022 UW-Madison School of Education Excellence in Diversity Award.

14.      I am a member of the Society for the Psychology of Sexual Orientation and Gender Diversity within the American Psychological Association ("APA"), of which I am also a member.  In August 2021, I completed a 10-year term as co-chair of the Science Committee for the Society.  We provide programming at the APA annual convention to disseminate cutting edge research on the best psychological practices and evidence-based treatments with lesbian, gay, bisexual, transgender, and queer ("LGBTQ") individuals.  At the 2022 APA annual convention, I chaired or participated in six presentations and panels that focused on best practices in psychological science regarding transgender populations and interventions to reduce psychological distress for transgender individuals.  In 2021, I became a Fellow of the American Psychological Association.

15.     In addition, I am a member of the World Professional Association of Transgender Health ("WPATH").  WPATH is an interdisciplinary professional organization of individuals worldwide specializing in research and practice in transgender health.  WPATH publishes the Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People, which are widely accepted by health care practitioners across disciplines who provide care to transgender individuals.

16.     I am being compensated at an hourly rate of $250/hour for actual time devoted for research, preparation, reports, and / or consulting related to my expert opinion in this case.  If deposed or providing testimony, I will be compensated at a rate of $400/hour.  I also receive $3,000 a day for compensation when travel is required for my services.  My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

17.     In the previous four years, I have testified as an expert at trial or by deposition in *Boyden v. Conlin*, 341 F. Supp. 3d 979 (W.D. Wis. 2018) and *Cooper v. USA Powerlifting & USA Powerlifting*, Minnesota Case No. 62-CV-21-211.

18.     In preparing this expert declaration, I reviewed the text of Idaho Senate Bill 1100 at issue in this matter.  My opinions are based on my education; my clinical experience; research findings from my own scholarship; my review of the seminal and most influential psychological and public health research on transgender individuals, including the most current research, published as recently as this year.  Attached as Exhibit B is a bibliography of the relevant and pertinent medical and scientific literature relating to the opinions expressed in this expert declaration.  The materials I have relied upon in preparing this expert declaration are the same types of materials that experts in my field of study regularly rely upon when forming opinions on

these subjects.  I reserve the right to supplement these opinions based on subsequent developments in my field and/or factual developments in this litigation.

## II.    BACKGROUND INFORMATION ON GENDER IDENTITY AND GENDER DYSPHORIA

19.    The term "gender identity" is a well-established concept in psychology and medicine, referring to a person's internal or psychological sense of having a particular gender. All human beings have a gender identity.  People usually begin to explore and understand their gender identity around the age of three (with some variation), although some transgender individuals may not begin to recognize or express their gender identity until later in life.

20.    Neuroimaging data demonstrate strong evidence to indicate biological factors related to transgender identity (*see* Sanchez & Pankey, 2017 for a review; Spizzirri et al., 2018). Given the multifaceted nature of sex as described above, neuroimaging can capture a multitude of components that reflect the complexity of sex (referred to as the brain mosaic by neuroscience researchers, *see* Rouse & Hamilton, 2021).  Neuroscience research conducted with transgender people reflects the complexity of sex and has become more specific over the years.  There is not one particular component in the brain that is indicative of sex, and the studies over the years reflect the complexity of how researchers are measuring components of sex.  For example, transgender women's hypothalamus responded similarly to cisgender women's hypothalamus when encountering pheromones (Berglund et al., 2008) and transgender women demonstrated similar cognitive responses in their parietal lobe to cisgender women when manipulating certain 2D and 3D images (Carillo et al., 2010).  In addition, research indicates adolescent trans boys demonstrated alignment with cisgender boys in their sensorimotor network; similar findings were noted for adolescent trans girls when compared to cisgender girls (Nota et al., 2017).

21.     At birth, the sex of infants is typically assigned as male or female based on external genitalia.  Typically, individuals born with the external physical characteristics commonly associated with males identify as men and experience themselves as male, and individuals born with the external physical characteristics commonly associated with females identify as women and experience themselves as female.  However, for transgender individuals this is not the case.  For transgender individuals, their internal sense of their gender—that is, their gender identity—differs from the sex they were assigned at birth.

22.     Every individual's sex is multifaceted and composed of many distinct biologically influenced characteristics, including, but not limited to, chromosomal makeup, hormones, internal and external reproductive organs, secondary sex characteristics, and gender identity. Where there is a divergence between these characteristics, gender identity is the most important and determinative factor.

23.     Unlike cisgender children and adolescents, transgender children and adolescents experience a pervasive, consistent, persistent, and insistent sense of being a gender different from the sex assigned to them (*e.g.*, Olson et al., 2015; Rafferty et al., 2018).

24.     For many people who experience incongruence between their gender identity and their sex assigned at birth, the incongruence can cause serious emotional distress.

25.     Gender dysphoria, codified in the American Psychiatric Association's (2022) Diagnostic and Statistical Manual of Mental Disorders Fifth Edition Text Revision ("DSM-5-TR"), is the psychiatric diagnosis for the distress associated with gender incongruence. Individuals who are diagnosed with gender dysphoria can experience a number of different symptoms.  When individuals with distress related to gender incongruence do not obtain

competent and necessary treatment, serious and debilitating psychological distress (for example, suicidal ideation, substance use, depression, anxiety, and self-harm) often occurs.

26.     Under the DSM-5-TR, there are two criteria used for diagnosing gender dysphoria in adults and adolescents (302.85), Criteria A and B.  The symptoms under Criterion A for identifying gender dysphoria include a marked incongruence between one's experienced/expressed gender and one's assigned gender, of at least 6 months' duration, as manifested by at least two of the following:

(1)     A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics);

(2)     A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics);

(3)     A strong desire for the primary and/or secondary sex characteristics of the other gender;

(4)     A strong desire to be of the other gender (or some alternative gender different from one's assigned gender);

(5)     A strong desire to be treated socially as the other gender (or some alternative gender different from one's assigned gender); and

(6)     A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

27.     According to the DSM-5-TR Criterion B, a diagnosis of gender dysphoria also requires a finding of clinically significant distress or impairment in social, occupational, educational, or other important areas of functioning.

28.     The diagnostic criteria for gender dysphoria in pre-pubertal children have some similarities with the criteria for adolescents and adults.  Criterion A is mostly the same, but children must have six symptoms rather than two.  Gender dysphoria symptoms for children include the following:

(1)     A strong desire to be of the other gender or an insistence that one is the other gender (or some alternative gender different from one's assigned gender);

(2)     In children who were assigned a male sex at birth, a strong preference for cross-dressing or simulating female attire; or for children assigned a female sex at birth, a strong preference for wearing only typical masculine clothing and a strong resistance to the wearing of typical feminine clothing;

(3)     A strong preference for cross-gender roles in make-believe play or fantasy play;

(4)     A strong preference for the toys, games, or activities stereotypically used or engaged in by the other gender;

(5)     A strong preference for playmates of the other gender;

(6)     In children who were assigned a male sex at birth, a strong rejection of typically masculine toys, games, and activities and a strong avoidance of rough-and-tumble play; or in children who were assigned a female sex at birth, a strong rejection of typically feminine toys, games, and activities;

(7)     A strong dislike of one's sexual anatomy; and

(8)     A strong desire for the primary and/or secondary sex characteristics that match

one's experienced gender.  Primary sex characteristics are present from birth,

such as genitals and reproductive organs.  Secondary sex characteristics develop

at puberty, for example breast size, facial hair, and vocal quality.

Criterion B for children is similar to Criterion B for adolescents and adults, listed above, with

more of an emphasis on school.

29.     To receive a diagnosis of gender dysphoria, a licensed medical or mental health

provider will conduct an intake and health history of a patient and will ask questions that focus

on the diagnostic criteria for gender dysphoria.  The diagnosis is most often provided based on a

diagnostic interview where a highly trained clinician asks questions derived from a diagnostic

manual, and, if a minor, with the patient's parents present; some providers may also use

psychological assessment tools that focus on gender dysphoria.

30.     The World Professional Association for Transgender Health ("WPATH")

publishes the Standards of Care for the Health of Transsexual, Transgender, and Gender

Nonconforming People ("SOC"; Coleman et al., 2022), which are widely accepted protocols for

the treatment of gender dysphoria.  These standards are developed by the foremost experts in the

field of transgender health based on systematic review of the evidence-based research on

transgender health.

31.     WPATH has published several iterations of the SOC since 1979.  The eighth and

most current version of the SOC was published in 2023.  Every major medical and mental health

organization within the United States that has taken a position on gender-affirming care

(including, for example, the American Psychological Association, the American Psychiatric

Association, the American Academy of Pediatrics, the American Counseling Association, and

the American Medical Association) agrees with WPATH and the Endocrine Society that, when

clinically indicated, puberty-delaying medication and gender-affirming hormones are appropriate and medically necessary treatments for adolescents.

32.     According to the SOC, providers working with adolescents or children presenting with gender dysphoria should have: a) at least a master's degree or its equivalent in a clinical behavioral science field, b) competence using the DSM-5-TR or the International Classification of Diseases (ICD), c) the ability to recognize and diagnose coexisting mental health concerns and to distinguish these from gender dysphoria, d) documented supervised training and competence in psychotherapy or counseling, e) knowledge about gender non-conforming identities and expressions, and the assessment and treatment of gender dysphoria, and f) regular continuing education in the assessment and treatment of gender dysphoria.  In addition to these components, it is necessary for providers to have specialized training in child and adolescent development, with a specific emphasis on assessment and diagnosis/psychopathology for children and adolescents.

33.     Under the WPATH SOC, treatment of gender dysphoria often includes social transition. Social transition refers to living in the world in a manner consistent with the individual's gender identity.  The WPATH SOC also provide that for some adolescents and adults, medical interventions to align the individual's body with their gender identity may be indicated. Treatment is individualized based on the needs of the patient and the patient's age.

34.     For transgender people, social transition can be an important aspect of treatment to reduce the symptoms of gender dysphoria.  As part of a social transition, an individual will typically, among other things, use a name and pronouns congruent with their gender identity, dress and groom in a manner typically associated with their gender identity and use sex-designated facilities such as restrooms that align with their gender identity.  To be clinically

effective at alleviating the distress associated with gender dysphoria, a social transition must be respected consistently across all aspects of a transgender individual's life—for example, at home, in school, and at work.

35.     Most transgender adolescents will undergo some type of social transition. Youth who do not move forward with a social transition are often barred from doing so due to external factors, such as unsupportive caregivers or lack of safety (*see* Ehrensaft et al., 2018). Current evidence-based treatment protocols indicate that when a transgender adolescent socially transitions, mental health and medical providers and social supports should affirm the adolescent's gender identity to ensure that their gender identity is part of their lived experience in all aspects of their lives. It is the aim of treatment to assist the children and adolescents in successfully integrating their internal identity into a life that allows them to function consistently in accordance with that identity and not feel shame for who they are. For those transgender adolescents for whom social transition is part of their treatment of gender dysphoria, it is likely that serious distress will result if clinically indicated aspects of transition are impeded. Under the SOC, there are no medical interventions indicated for pre-pubertal children. For transgender adolescents, hormone therapy may be prescribed—either puberty-delaying hormones designed to delay the onset of physical changes associated with puberty and/or hormones designed to masculinize or feminize the individual's appearance. According to the SOC, gender-affirming surgeries may be advised for some older adolescents, depending on a number of factors. While surgeries are generally not performed until after the adolescent has reached the age of majority, there may be some factors that clinically indicate the need for surgery prior to the age of majority (*see* Grimstad et al., 2021). Whether any of these medical interventions are indicated for a patient depends on the needs of the individual patient. And both the SOC and the Endocrine

Society guideline, Endocrine Treatment of Gender Dysphoric/Gender Incongruent Persons: An Endocrine Society Clinical Practice Guideline, advise that informed consent and a rigorous psychological assessment occur before initiating any medical interventions to treat adolescents with gender dysphoria.

36.     Transgender boys treated with hormone therapy may appear indistinguishable from cisgender boys at school, and transgender girls treated with hormone therapy may appear indistinguishable from cisgender girls.  Transgender boys who are prescribed puberty blockers will not develop breasts or the muscle and fat distribution experienced by girls during puberty, and if that is followed by testosterone, they typically will, among other changes, have a chest, muscle/fat distribution, facial and body hair, skin changes that may increase acne, and deepened voice typical of other boys.  Transgender girls who are prescribed puberty blockers will not develop the deepened voice, facial hair, and muscle development experienced by boys during puberty, and if that is followed by estrogen and anti-androgen medication, they will have the breast development, redistribution of fat (specifically to abdomen, buttocks, hips, thighs, and arms), musculature, and hair and skin texture typical of other girls.

37.     Psychotherapy to reduce the harmful effects of stigma and improve resiliency can also be an important form of support for individuals of any age with gender dysphoria.  While psychotherapy can be useful as a support tool, it is not a substitute for social and medical transition as a means to reduce or eliminate gender dysphoria.

38.     There is no "one size fits all" treatment regimen.  In addition, individuals may be constrained by practical limitations—for instance, medical contraindications or cost—on the ability to obtain particular treatments.

39.     Before transgender identity and gender dysphoria were well understood by the

14

medical and psychological communities, there were attempts to use psychotherapy to try to change the individual's gender identity to match their sex assigned at birth.  This has been referred to as "conversion" or "reparative therapy" in much of the academic and clinical literature.  Such efforts were found to be ineffective and harmful and are therefore now considered unethical, and their use on minors is now illegal in numerous states.

## III.   DISCRIMINATION AGAINST AND VICTIMIZATION OF TRANSGENDER INDIVIDUALS

40.     Excluding transgender boys from using facilities used by other boys, and transgender girls from using facilities used by other girls, subjects these youth to discrimination in a context in which they already experience a disproportionate amount of discrimination and adverse health impacts that result from discrimination.

41.     Psychological science has used the concept of minority stress to understand and explain the reasons why transgender people (and members of other minority groups) experience physical and mental health disparities.  The model focused on minority stress indicates that there are three types of minority stressors: 1) external stressors, 2) expectations of external stressors, and 3) internal stressors.  Examples of external stressors experienced by transgender people include discrimination, prejudice, harassment, rejection, and non-affirmation of gender identity. Examples of internal stressors experienced by transgender people include: concealing one's gender identity, internalizing gender-related stigma, and constantly thinking about one's gender. Transgender people will often expect that they will experience external stressors due to having actually experienced these in the past (or currently experiencing them) as well as witnessing or hearing about other transgender people who have experienced external stressors.

42.     In addition to studies that focus generally on external stressors, there have been several studies that delve into specific types of external stressors.  For example, there is one type

of external stressor called misgendering that includes communications or actions that convey that

a person's gender is misperceived or is being purposefully denied.  Examples of misgendering

can include using a name or pronouns inconsistent with a person's gender identity or denying

them access to gendered facilities that are consistent with their gender identity (McLemore,

2018).  McLemore (2015) found that experiences of being misgendered were associated with

anxiety and negative affect (*e.g.*, hostility and guilt), lower self-esteem related to appearance, and

felt stigma.  In a follow-up study with more specific measures regarding mental health,

McLemore (2018) again reported that experiences of being misgendered were related to

depression, anxiety, stress, and felt stigma.

43.     Misgendering, along with other forms of external stressors, is considered a form

of social exclusion.  Social psychology has established that seeking social acceptance is one of

the most basic human needs and that the harms of social exclusion based on identity are

widespread and can be catastrophic.  On an individual level, social exclusion impacts one's sense

of belonging, self-esteem, sense of existence, and self-control.  Social exclusion is associated

with an increase in maladaptive behaviors, risky behaviors, and risk-taking behaviors.  On a

systematic level, social exclusion is often reinforced by organizations and institutions adopting

policies and procedures that can enforce discrimination toward certain groups of people.  Social

exclusion is considered harmful in general; however, it can be even more harmful when people

in positions of power perpetuate notions that isolate and stigmatize transgender people.  Research

on social identity theory describes the harm that results when people of higher status—usually

people in power such as administrators—fail to affirm or actively disaffirm lower-status

individuals with a marginalized identity.  This often leads to external forms of harm such as

ostracization and discrimination against the individual by peers and others, as well as internal

harms such as internalized shame and self-hatred.  These internal and external factors can be directly related to psychological distress, such as post-traumatic stress disorder, depressive disorders, anxiety disorders, and hypertension, amongst myriad other health concerns.

44.     In a study involving 610 transgender individuals (Galupo et al. 2020), study participants provided information about their experience of gender dysphoria.  When asked about the impact of being misgendered or otherwise discriminated against based on their being transgender, they provided descriptions such as "it's like a visceral, violating, physical manifestation of psychological pain for me" and "each of those [misgenderings] is a knife."

45.     There is a large body of scientific data indicating that transgender people experience a significant number of external stressors.  The U.S. Transgender Survey (James et al., 2016), collected data regarding discrimination experiences of 27,715 transgender people, aged 18 and above in the United States.  This dataset concluded that transgender people experience substantial discrimination through a multitude of contexts, including employment, education, facilities, housing, legal protections, and access to health care services.  Follow-up studies using the same nation-wide dataset indicate that experiences of transgender-related harassment in K-12 environments years primarily accounts for negative mental health experiences and that socially transitioning buffers the effects of harassment in those environments (Turban et al., 2021).

46.     In their systematic review of discrimination experiences reported by transgender people, McCann & Brown (2017) found that for 19 studies including over 9,000 participants, experiences of transgender-specific discrimination ranged from 40-70%, depending on the type of discrimination (e.g., health care discrimination, harassment, violence).  However, more recent estimates indicate the numbers might be higher than in the 2017 review.  In a study my

colleagues and I recently conducted with a sample of 575 transgender participants, 92.6%

reported at least one lifetime experience of transgender-related discrimination (for example, not

being treated fairly or justly in specific environments), 94.2% reported at least one lifetime

experience of anti-transgender rejection (for example, relationships ending or feeling unwelcome

in certain communities), and 78.9% reported at least one lifetime experience of anti-transgender

victimization (for example, experiences of physical harm, harassment, or property damage) (*see*

Barr, Snyder, Adelson, & Budge, 2021).  Also, in a recent study focusing on discrimination

experiences of transgender people, 76.1% of the sample reported experiencing discrimination in

the past year (Puckett et al., 2020).  In addition to experiences of discrimination, transgender

people report extensive exposure to mistreatment, harassment, and violence (James et al., 2016).

One of the largest nationwide U.S. studies focused on LGBTQ youth demonstrates that

transgender youth experience significant amounts of harassment, bullying, and violence (Kosciw

et al., 2022).  In a report from the data that compared transgender and cisgender youth (GLSEN,

2021), 84.4% of transgender youth felt unsafe at school when compared to 20.6% of their

cisgender LGBQ peers.  In addition, 43.6% of the transgender sample reported missing school

because they felt unsafe or uncomfortable, compared to 24.9% of their cisgender LGBQ peers.

The study indicated that 77.3% of transgender students reported experiencing discrimination at

school, compared to 46.1% of the cisgender sample.  In the overall report (Kosciw et al., 2022),

80.3% of youth reported hearing biased language regarding gender expression and 65.2%

reported hearing anti-transgender language while at school.  Of those youth, 72% reported that

there was a staff member present while hearing those remarks and that 91.2% of staff never

intervened or intervened only sometimes.  In one of the largest nationwide Canadian studies to

focus on transgender youth (Taylor et al., 2020), 66% of youth reported being bullied, 35% were

physically threatened or injured, 9% were threatened with a weapon; 63% reported experiencing verbal sexual harassment, 34% reported physical sexual harassment.

47.     Transgender children and adolescents experience a great deal of victimization in the school environment, including bullying, physical assault, sexual assault, maltreatment, property victimization, and witnessing/indirect victimization.  In their systematic review, Martin-Castillo et al. (2020) examined the effects of school-based victimization throughout 19 studies covering over 23,000 transgender people.  Results from this systematic review indicate that transgender youth experience significantly higher rates of victimization at school than their cisgender peers.

48.     There also is robust data regarding the psychological impact of external stressors for transgender youth and young adults.  Exposure to discrimination has been linked with higher reports of depression, anxiety, post-traumatic stress disorder, self-harm, and suicidality (e.g., Chozden et al., 2019; Price-Feeney, Green, & Dorison, 2020; Veale et al., 2019; Wilson et al., 2016).  In a recent study, Pease and colleagues (2022) note that external minority stressors were directly related to psychological distress for young adults.  In addition to this finding, they also note that experiencing more anti-transgender discrimination leads to higher levels of gender dysphoria, which then increase psychological distress for young adults.

49.     Regarding mental health disparities, transgender youth consistently report higher instances of mental health concerns when compared to their cisgender counterparts.  When compared with cisgender matched controls, transgender youth displayed a twofold to threefold increased risk of depression, anxiety, suicidal ideation, suicide attempt, and self-harm (Reisner et al., 2015).  Fox et al. (2020) report that transgender adolescents were 8 times more likely to report depressive symptoms when compared to cisgender adolescents and were 5 times more

likely than cisgender adolescents to report self-harm and suicidality.  There is a large body of research demonstrating that these disparities can be explained primarily by the presence of external stressors.

50.     Although all psychological distress deserves attention, suicidality (suicidal ideation, suicide attempts, and completed suicide) is perhaps one of the most devastating outcomes due to the finality of completed suicide.  For transgender youth, the evidence indicates that suicidality is an overwhelming mental health disparity.  For example, in a recent sample of transgender youth, 86% reported suicidal ideation and 56% reported a previous suicide attempt and that external stressors such as harassment and bullying were directly related to suicide attempts (Austin et al., 2022).  Data indicate that transgender youth are 2.71 times more likely to attempt suicide when compared to cisgender youth (Jackman et al., 2019).  As noted above, these disparities can be explained primarily by the presence of external stressors.

51.     Studies demonstrate that a negative school climate is not only detrimental to transgender youths' mental health, but also impacts their academic achievement.  When compared to cisgender youth, transgender youth were three times more likely to be truant from school more often due to feeling more unsafe and distressed (Day et al., 2018).  Additionally, transgender youth reported greater victimization at school and poorer academic performance when compared to cisgender LGBQ+ peers (Poteat et al., 2021).

## IV.   THE IMPACTS OF EXCLUDING TRANSGENDER STUDENTS FROM FACILITIES THAT MATCH THEIR GENDER IDENTITY

52.     In the United States, school and other public multiple occupancy restrooms and locker rooms are typically separated based on gender (women's and men's or girls' and boys' restrooms and locker rooms), unlike most other spaces. When facilities are gendered and a transgender individual is prohibited from using facilities consistent with their gender identity, a

variety of negative consequences can result, each of which can lead to adverse mental and/or physical health for the excluded transgender person.  These include: (1) feelings of rejection, invalidation, isolation, shame, and stigmatization; (2) interference with the process of social transition; (3) disclosure that the individual is transgender to others who may not know that (and to whom the individual does not wish to disclose that); (4) communication to others of a view that the transgender individual does not belong in spaces used by their peers and that there is something wrong with the individual, which can foster additional discrimination, harassment, and even violence; (5) efforts to avoid going to the restroom, including restricting intake of fluids and food, which can cause serious physical illness; and (6) reduction in the ability to concentrate and learn. In addition, when "accommodations" are offered to transgender individuals that require them to use a separate restroom that is not usually designated for their group (*e.g.*, sending a high school student to a faculty or nurse's restroom) or when a transgender person, unlike others, is told that they—but not their peers—must use a single-user restroom, that individual likewise is being told not only that their gender identity is invalid, but that they are something "other" and must be separated from all their peers because of who they are. Numerous research studies have confirmed the negative psychological impact of being invalidated and "othered" in these ways (*e.g.*, Price-Feeney et al., 2021; McGuire et al., 2022; McLemore, 2015; McLemore, 2018).

A.  **Excluding students who are transgender from facilities that are consistent with their gender identity worsens the already severe discrimination experienced by transgender people, contributing to negative health outcomes.**

53.    Adding to the discrimination transgender youth already experience by excluding them from using the same restrooms and locker rooms as their peers subjects these youth to significant psychological harm and worsens their mental health, including causing feelings of

feelings of rejection, invalidation, isolation, shame, and stigmatization, as well as depression, anxiety, and suicidal ideation.  Research also indicates that there are cumulative effects of experiencing discrimination, especially related to trauma.  In a recent study, my colleagues and I found that the chronicity and accumulation of discrimination events were related to higher incidences of Post-Traumatic Stress Disorder (Barr et al., 2021).

54.     Although many transgender individuals report negative consequences when they are restricted from using restrooms consistent with their identity, this exclusion may be particularly damaging during adolescence.  Adolescence is marked by a time of development where individuals' attention and awareness are particularly heightened related to looks, "fitting in," and navigating complex social interactions.  Transgender adolescents are typically acutely self-conscious of the ways they may be perceived as different from their peers of the same gender.  An internal consequence of that "not fitting in" is often internalized shame and sometimes diagnosable social anxiety and depression. External consequences can include experiences of bullying, harassment, and discrimination by peers and adults within school institutions.  Of particular concern is bullying and harassment of transgender students, and even violence against them, if they use restrooms that are inconsistent with how they appear to, or are known to, others.

55.     In addition to the links between harassment and discrimination from peers and clinical distress in transgender adolescents, it can be even more harmful when adults in power perpetuate notions that isolate and stigmatize transgender adolescents.  Research on what is known as social identity theory describes the harm that results when people of higher status— usually people in power, such as, in the case of students, school administrators—fail to affirm or actively disaffirm lower-status individuals with a marginalized identity.  This often leads to

external forms of harm such as ostracization and discrimination against the individual by peers and others, as well as internal harms such as internalized shame and self-hatred. These internal and external factors can be directly related to psychological distress, such as post-traumatic stress disorder, depressive disorders, anxiety disorders, and hypertension, amongst myriad other health concerns.

56.     Research demonstrates that serious harms can result when transgender individuals are not allowed to use restrooms corresponding to their gender identity (Horne et al., 2022; McGuire et al., 2022; Price-Feeney et al., 2021). Most transgender individuals begin using restrooms consistent with their identity after completing other aspects of social transition (wearing clothing associated with their gender, changing their hair, etc.). Transgender and gender non-conforming people regularly face harassment and victimization in restrooms when they are perceived not to belong (Herman, 2013). Requiring transgender individuals to use facilities that do not correspond to their gender identity following a social transition thus subjects those individuals to increased risk of actual victimization as well as to the realistic fear of such victimization, with the accordant harms resulting from that stress.

57.     Highlighting the harm caused to transgender youth, Price-Feeney, Green, and Dorison (2021) note that in a sample of 7,370 transgender youth, 58% reported being prevented or discouraged from using a restroom that corresponds to their gender identity. Of those youth, 85% reported experiencing depression and 60% seriously considered suicide. Statistical analyses indicated that restroom discrimination against transgender youth not only increased depression and thoughts of suicide but was also related to one or more suicide attempts. Additional data indicate that internalizing the impact of legislation restricting restroom use is related to depression and anxiety for transgender people (Horne et al., 2022). McGuire et al.'s (2022)

23

qualitative study of transgender youths' experiences with restrooms indicate that restrictions on one's use of gendered restrooms impeded participants from having a good quality of life and that this impacted how they structured their lives, moved through their days, interacted with others, and envisioned their futures.  They also described chronic embarrassment, anxiety, and poor self-esteem specifically tied to fears of harassment and actually experiencing harassment in restrooms that specifically did not align with their gender identity.

      **B.**     **Excluding transgender students from facilities that are consistent with their gender identity interferes with social transition.**

58.    Because social transition involves an individual living in the world in a manner consistent with the individual's gender identity, being excluded from facilities consistent with one's gender identity is inconsistent with and will interfere with the process of social transition.

59.    Research demonstrates the importance of social transition for transgender youth. Research from the longitudinal TransYouth Project (TYP) indicates that transgender youth who have socially transitioned demonstrate similar mental health patterns when compared to cisgender youth (Durwood et al., 2017; Olson et al., 2016).  Additional research demonstrates that social transition processes are related to less depression, less suicidal ideation, less suicidal behaviors (Russell et al., 2018).

60.    Consequently, delaying social transition is detrimental for transgender youth. Horton's (2022) qualitative study of parents of transgender youth provides an in-depth analysis of the consequences of delaying social transition for the parents' children, notably mentioning the psychological distress that results from delaying social transition.  In the largest nationwide survey in the U.S. focusing on discrimination experiences of transgender people 18 and older, impeding social transition processes (for example, not being able to change one's name) is directly related to experiencing harassment and assault (James et al., 2016).  In a large (N =

1,519) nation-wide Canadian survey of transgender youth, findings similarly demonstrate that not being able to access social transition components/processes is also directly related to experiencing harassment, assault, and denial of services (Taylor et al., 2020).

**C.      Requiring transgender students to use facilities that are inconsistent with their gender identity can disclose that they are transgender to others who do not know that.**

61.     Most transgender individuals begin using restrooms consistent with their identity after completing other aspects of social transition (such as wearing clothing associated with their gender, changing the way they wear their hair, and changing their name and pronouns to be consistent with their gender).  Because of that, when transgender individuals who are in the process of social transition are forced to use facilities inconsistent with how their gender is perceived by others or are excluded from facilities used by other students who identify as the same sex as them, this can disclose to others who may not already be aware of the student's transgender status that the student is transgender.

62.     There are two primary outcomes from this forced disclosure—one being that transgender youth will experience the psychological distress and gender dysphoria that come from worrying about their gender identity being disclosed without their permission.  The second outcome is that transgender youth can become targets for discrimination when their transgender status is made known to others.

**D.      Excluding transgender students from facilities used by their peers can lead to harassment, bullying, and even violence.**

63.     When transgender students are excluded from using facilities used by their peers, it does not go unnoticed by other students, who receive the unmistakable message that their transgender classmates are not suitable to be among them.  This can encourage other students to

engage in harassment, bullying, and even violence toward transgender students (*see* Taylor et al., 2020; Murchison et al, 2019).

64.     Requiring transgender individuals to use facilities that do not correspond to their gender identity following a social transition thus subjects those individuals to increased risk of actual victimization as well as the realistic fear of such victimization, with the accordant harms resulting from that stress.

### E.     Transgender students excluded from restrooms consistent with their gender identity often take steps to avoid using the restroom, which can have adverse physical consequences.

65.     To avoid the harmful effects of non-affirmation or fear of victimization, transgender individuals, including transgender minors, will often avoid using the restroom in any public space, including at school.  This can lead to significant health consequences.  First, transgender individuals will often avoid an intake of fluids to avoid the necessity to urinate; this can have significant health consequences related to dehydration. Even if transgender individuals do not avoid fluid intake, they will often hold urine in their bladders to avoid using the restroom; this can also cause negative health consequences such as urinary tract or kidney infections. - Transgender individuals may also avoid eating certain foods (or restrict food in general) to circumvent defecation, leading to constipation and muscle damage/weakness (*see* James et al., 2016 for data regarding these outcomes).

### F.     Restricting transgender students from using facilities consistent with their gender identity interferes with their education.

66.     Disaffirmation of a transgender student's gender identity, interference with the student's social transition, and anxiety about having their transgender identity disclosed and having to use restrooms inconsistent with the student's gender identity causes emotional harm that interferes with students' ability to concentrate, learn, and thrive at school.  In addition,

reducing fluid and food intake and holding urine in their bladders is psychologically distressing

and distracting and also makes it harder for students to concentrate in their classes and learn.  All

of this interferes with these students' education and denies them equal educational opportunities.

It impairs their ability to develop a healthy sense of self, peer relationships, and the cognitive

skills necessary to succeed in adult life.

## V.     MISINFORMATION ABOUT TRANSGENDER INDIVIDUALS' USE OF RESTROOMS CONSISTENT WITH THEIR GENDER IDENTITY

67.     Policies restricting transgender individuals, and in particular transgender youths',

access to restrooms that are consistent with their gender identity are frequently sought to be

justified by claims that are not supported by the facts.  One such piece of misinformation is that

transgender people are a threat to the safety of other people when they use restrooms that do not

correspond to the sex they were assigned at birth.  The evidence does not support this concern

(Crissman et al., 2020).  This claim is frequently advanced with assertions that a transgender

individual assaulted someone in a restroom when in fact the individual who committed the

assault generally is not transgender.  The evidence indicates that transgender people are not any

more likely to pose a threat to safety in restrooms when compared to cisgender people.  In fact,

transgender individuals are the ones who are most likely to be assaulted in restrooms (*see*

Murchison et al., 2019; Taylor et al., 2020).

68.     Another piece of misinformation is that transgender people will expose their

genitals to others or engage in "peeking" at others' genitals in public restrooms.  Such conduct is

illegal or may subject individuals engaging in it to discipline but, even more importantly, there is

no evidence indicating that transgender people are more likely to engage in such misconduct.  In

my clinical experience discussing restroom safety and perception of threats with transgender

patients and community members, they are more concerned about their own safety and are

focused on their own anxiety and fear when using the restroom.  Young people generally exhibit

modesty with regard to exposure of their genitals to others, and this is particularly true of

transgender young people for whom bringing any attention to their genitals makes them

extremely uncomfortable and can increase their experience of gender dysphoria.  Gender

dysphoria is an uncomfortable and distressing experience, by definition, and transgender people

attempt to avoid experiencing it if provided with the opportunity (*see* Galupo et al., 2020).

* * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12 day of May, 2023.

Stephanie L. Budge, Ph.D.

# Exhibit A

**Stephanie L. Budge, PhD, Licensed Psychologist**
**Curriculum Vitae**
Department of Counseling Psychology, School of Education, Room 305, University of
Wisconsin-Madison, Madison, WI 53706, 608-263-3753, budge@wisc.edu

## EDUCATION

**Doctor of Philosophy**                                      **8/2006 - 8/2011**
University of Wisconsin-Madison
APA Accredited Counseling Psychology Program
Minor: Psychological Assessment
Dissertation Title: *Distress in the transition process for transgender individuals: The role of loss, community, and coping.*

**Master of Science**                                         **8/2004 - 5/2006**
University of Texas at Austin
Educational Psychology
Thesis Title: *Sexual pressure in gay, lesbian, and bisexual relationships.*

**Bachelor of Science**                                       **1/2003 - 12/2003**
University of Utah
Major: Psychology

Pace University                                               **9/2000 - 12/2002**
Major: Psychology
Minor: Women's and Gender Studies

## POSITIONS HELD

**Associate Professor**, tenured                              **8/2018 - current**
Department of Counseling Psychology,
University of Wisconsin-Madison

**Director of AHEAD (Advancing Health Equity and Diversity)**   **7/2018 – current**
Institute for Clinical and Translational Research
School of Medicine and Public Health
University of Wisconsin-Madison

**Diversity, Equity, and Inclusion Scholar In Residence**     **1/2022 – 12/2022**
Mental Illness Research Education and Clinical Center
Veterans Affairs

**Health Psychologist**                                       **6/2017 – 2/2019**
University of Wisconsin Hospital & Clinics
American Family Children's Hospital

Stephanie Budge CV 2023

**Assistant Professor**, tenure-track                              **8/2016 – 8/2018**
Department of Counseling Psychology,
University of Wisconsin-Madison

**Assistant Professor**, visiting,                                **8/2014 - 7/2016**
Department of Counseling Psychology,
University of Wisconsin-Madison

**Postdoctoral Clinical Training**                                **7/2013 - 6/2014**
University of Louisville Trans Project

**Assistant Professor**, tenure-track                             **8/2011 - 8/2014**
Department of Educational and Counseling Psychology,
University of Louisville

**Postdoctoral Clinical Training,**                               **9/2011 - 8/2012**
University of Louisville Counseling Center

**Predocoral Internship,**                                        **8/2010 - 8/2011**
University of Minnesota, University
Counseling and Consulting Services,
APA-Accredited, APPIC listed predoctoral internship

## PROFESSIONAL LICENSE

Licensed Psychologist in Wisconsin - 3244-57                      **2/2015 - current**

Licensed Psychologist (provisional) in Kentucky - 2012-42        **8/2011 - 6/2014**
(under supervision to gain hours for Health Service Provider status)

## SPECIAL HONORS AND AWARDS
**Excellence in Diversity Award**                                 **3/2022**
Awarded the School of Education Excellence in Diversity Award at UW-Madison—awarded for
my research, teaching, and service focused on supporting and advocating for LGBTQ people.

**American Psychological Association Division 44 Fellow**         **10/2021**
Fellow status is an honor bestowed upon APA members who have shown evidence of unusual
and outstanding contributions or performance in the field of psychology. Fellow status requires
that a person's work has had a national impact on the field of psychology beyond a local, state or
regional level. Division 44 focuses on psychological science and issues related to Lesbian, Gay,
Bisexual, Transgender, and Queer people.

**UW-Madison Exceptional Service Award**                          **4/2021**
Awarded the UW-Madison Exceptional Service Award, provided to faculty who provide service
"above and beyond" service expectorations in a university environment

2

Stephanie Budge CV 2023

**Division 17 Distinguished Contribution to Counseling Psychology**                    **4/2021**
American Psychological Association Division 17 (Society of Counseling Psychology) award for research and practice with trans and nonbinary populations

**Division 29 Social Justice Award**                                                   **2/2021**
American Psychological Association Division 29 (Society for the Advancement of Psychotherapy) award for social justice work and research with LGBT populations

**Impact 2030 Faculty Fellow**                                                         **8/2020**
Awarded the Impact 2030 Faculty Fellowship. Chosen to be one of 10 faculty in the School of Education to be an Impact 2030 Fellow. The fellowship includes 5 years of research support.

**Honorary Rainbow Degree**                                                            **5/2019**
The University of Wisconsin-Madison's Gender and Sexuality Campus Center provides an award every year to an individual on campus who is dedicated to making positive change for LGBTQ students on campus.

**Community Engaged Scholarship Award**                                                **4/2018**
The University of Wisconsin-Madison School of Education award for researchers engaged in community-focused scholarship—awarded specifically for my collaborations with the Wisconsin Trans Health Coalition

**Outstanding Paper Award**                                                            **6/2017**
American Psychological Association Division 17 (Counseling Psychology) award for a 2016 major contribution published in *The Counseling Psychologist*

**Division 17 Early Career Award**                                                     **7/2017**
American Psychological Association Division 17 (Counseling Psychology) award for social justice work and research with LGBT populations

**Division 29 Early Career Award**                                                     **5/2015**
American Psychological Association Division 29 (Society for the Advancement of Psychotherapy) award for psychotherapy research

**University of Louisville Trustees Award Nomination**                                 **2/2013**
Nomination provided to faculty for excelling in mentoring students

**Outstanding Graduate Student Award**                                                 **7/2010**
American Psychological Association Division 17 (Counseling Psychology) LGBT award given for community contributions with the LGBT population during my doctoral studies

**Graduate Student Research Award**                                                    **7/2010**
American Psychological Association Division 17 (Counseling Psychology) Society for Vocational Psychology/ACT for career research regarding transgender individuals

3

Stephanie Budge CV 2023

**Transgender Research Award**                                                  **6/2010**
Recipient of the inaugural American Psychological Association Division 44
(Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender
Issues) award for research with transgender populations

**John W. M. Rothney Memorial Research Award**                                 **2/2010**
University of Wisconsin-Madison Counseling Psychology Department award provided to an
outstanding doctoral student excelling in research

**Outstanding Student Poster Award**                                           **8/2009**
American Psychological Association Division 17 (Counseling Psychology)

**EXPERT WITNESS AND PUBLIC INTEREST EXPERIENCE**

Doe v. Arizona Department of Education (Arizona, 2023)

Lusk v. Minnesota Department of Corrections, No. 62-CV-22-3284 (Minnesota, 2022)

Bridge v. Oklahoma State Department of Education, No. CIV-22-787-JD (Oklahoma, 2022)

Cooper v. USA Powerlifting & USA Powerlifting Minnesota, No. 62-CV-21-211 (Minnesota, 2021)

Boyden v. State of Wisconsin Employee Trust Funds, No. 17-cv-264 (Wisconsin, 2018)

Flack v. Wisconsin Department of Health Services, No. 3:18-cv-00309 (Wisconsin, 2018)

Whitaker v. Kenosha Unified School District, No. 2:16-cv-00943-PP (7th Cir. 2016)

Name redacted (private case of a transgender woman seeking asylum), United States DOJ
Immigration Court Case (2015)

## RESEARCH

### JOURNAL PUBLICATIONS
Underlining denotes student

1. **Budge, S.L.,** Shoenike, D., Lee, J., Norton, M., & Sinnard, M.T. (In press). Transgender and nonbinary patients' psychotherapy goals: A secondary analysis from a randomized controlled trial. *Journal of Psychiatric Research*.
2. Raines, C., Lindley, L., & **Budge, S.L.** (In press). Development and validation of the Masculine Sexual Entitlement Norms Scale. *Psychology of Men & Masculinities.*
3. **Budge, S.L.,** Sinnard, M.T, Lindley, L., Dillard, Q., & Katz-Wise, S.L. (In press). Content analyses of concordance and discordance regarding identity, affect, and coping in families with transgender and nonbinary youth. *LGBTQ+ Family: An Interdisciplinary Journal.*

Stephanie Budge CV 2023

4. **Budge, S.L.,** Tebbe, E.A., & Love, D. (In press). The development and pilot testing of a minority stress psychoeducation tool for transgender and nonbinary people. *Transgender Health.*

5. Lindey, L., Pulice-Farrow, L., & **Budge, S.L.** (In press).  The antecedents of gender dysphoria and the associated thoughts, emotions, and ways of coping: A qualitative analysis and clinical implications. *Counselling Psychology Quarterly.*

6. Lindley, L., & **Budge, S.L.** (In press). Development and validation of the Trans and Nonbinary Coping Measure (TNCM): A measure of trans and nonbinary specific ways of coping with gender-related stress. *Psychology of Sexual Orientation and Gender Diversity.*

7. Tebbe, E., Bell, H., Cassidy, K., Lindner, S., Wilson, E., & **Budge, S.L.** (In press). "It's loving yourself for you": Happiness in trans and nonbinary adults. *Psychology of Sexual Orientation and Gender Diversity.*

8. Xu, G., Wang, K., **Budge, S.L.,** & Sun, S. (2023). "We don't have a template to follow": Sexual identity development and its facilitative factors among sexual minority men in the context of China. *Journal of Counseling Psychology, 70,* 46–158.

9. Tebbe, E.A. & **Budge, S.L.** (2022). Mental health and the factors driving disparities and promoting well-being in trans and nonbinary people. *Nature Reviews Psychology, 12,* 694-707.

10. dickey, l. m., Thomas, K., Andert, B., Ibarra, N., & **Budge, S. L.** (2022). The relationship between realization of transgender identity and transition processes with nonsuicidal self-injury in transgender populations. *Psychiatry Research, 310,* 114332.

11. Minero, L.M., Domínguez, S. Jr., **Budge, S.L.,** & Salcedo, B. (2022). Latinx trans immigrants' survival of torture in U.S. detention: A qualitative investigation of the psychological impact of abuse and mistreatment. *International Journal of Transgender Health, 23,* 35-59.

12. Sinnard, M.T., **Budge, S.L.,** & Rossman, H.R. (2022). Nonbinary individuals' emotional experiences: implications for advancing counseling psychology beyond the binary. *Counselling Psychology Quarterly, 35,* 19-42.

13. Barr, S.M., Snyder, K., Adelson, J., & **Budge, S.L.** (2021). Post-traumatic stress in the trans community: The roles of anti-transgender bias, non-affirmation, and internalized transphobia. *Psychology of Sexual Orientation and Gender Diversity, 9*(4), 410–421.

14. **Budge, S.L.,** Guo, E., Mauk, E., Tebbe, E.A. (2021). The development of an observational coding scheme to assess transgender and nonbinary clients' reported minority stress experiences. *Psychotherapy, 58,* 288-300.

15. Thai, J.L., **Budge, S.L.,** & McCubbin, L. (2021). Qualitative examination of transgender Asian Americans navigating and negotiating cultural identities and values. *Asian American Journal of Psychology, 12,* 301–316.

16. Bhattacharya, N., **Budge, S.L.,** Pantalone, D.W., & Katz-Wise, S.L. (2021). Conceptualizing relationships among transgender and gender diverse youth and their caregivers. *Journal of Family Psychology, 35,* 595-605.

17. **Budge, S.L.,** Sinnard, M.T., & Hoyt, W.T. (2021). Longitudinal effects of psychotherapy with transgender and nonbinary clients: A randomized controlled pilot trial. *Psychotherapy, 58,* 1-11.

5

Stephanie Budge CV 2023

18. **Budge, S.L.,** Orzechowski, M., Lavender, A., Schamms, S., Onsgard, K., Leibowitz, S., & Katz-Wise, S.L. (2021). Transgender and gender nonconforming youths' emotions: The Appraisal, Valence, Arousal Model. *The Counseling Psychologist, 49, 138-172.*

19. **Budge, S.L.,** Lee, J., Lindley, L. (2020). Therapy with transmasculine clients. *Psychotherapie im Dialogue*, *21,* 52-56.

20. Sun, S., **Budge, S.L.,** Shen, W., Ge, X., Liu, M., & Feng, S. (2020). Minority stress and health: A grounded theory exploration among men who have sex with men in China and implications for health research and interventions. *Social Science and Medicine.*

21. Allen, B.J., Andert, B., Botsford, J., **Budge, S.L.,** & Rehm, J. (2020). Intersections at the margins: Comparing school experiences of nonbinary and binary-identified transgender youth. *Journal of School Health, 90, 358-367.*

22. dicky, l.m. & **Budge, S.L.** (2020). Suicide and the transgender experience: A public health crisis. *American Psychologist, 75,* 380-390.

23. **Budge, S.L.,** Domínguez, S. Jr., & Goldberg, A.E. (2020). Minority stress in nonbinary students in higher education: The role of campus climate and belongingness. *Psychology of Sexual Orientation and Gender Diversity, 7,* 222-229.

24. Pantalone, D. & **Budge, S.L.** (2020). Psychotherapy research is needed to improve clinical practice for clients with HIV. *Psychotherapy, 57,* 1-7.

25. Hase, C.N., Meadows, J.C., & **Budge, S.L.** (2019). Inclusion and exclusion in the white space: An investigation of the experiences of people of color in a primarily white American meditation community. *Journal of Global Buddhism, 20,* 1-18.

26. Paquin, J., Tao, K., & **Budge, S.L.** (2019). A social justice framework for ethical psychotherapy research. *Psychotherapy, 56,* 491-502.

27. **Budge, S.L.,** & Katz-Wise, S. L. (2019). Sexual minorities' sexual communication, internalized homophobia, and conformity to gender norms. *International Journal of Sexual Health, 31,* 36-49.

28. Barcelos, C. & **Budge, S.L.** (2019). Inequalities in crowdfunding for transgender health care. *Trans Health, 4,* 81-88..

29. Goldberg, A., Kuvalanka, K., **Budge, S.L.,** Benz, M., & Smith, J. (2019). Mental health and health care experiences of transgender undergraduate and graduate students: A mixed methods study. *The Counseling Psychologist, 47,* 59-97.

30. Rossman, K., Sinnard, M., & **Budge, S.L.** (2019). A qualitative examination of consideration and practice of consensual non-monogamy among sexual and gender minority couples. *Psychology of Sexual Orientation and Gender Diversity, 6,* 11-21.

31. **Budge, S.L.,** Conniff, J., Belcourt, W.S., Parks, R. L., Pantalone, D., & Katz-Wise, S.L. (2018). A grounded theory study of the development of trans youths' awareness of coping with gender identity. *Journal of Child and Family Studies*, 27, 3048-3061.

32. **Budge, S.L.** & Moradi, B. (2018). Attending to gender in psychotherapy: Understanding and incorporating systems of power. *Journal of Clinical Psychology, 74,* 2014-2027.

33. Moradi, M. & **Budge, S.L.** (2018). A meta-analytic approach to studying psychotherapy outcomes for LGBTQ affirmative therapies. *Journal of Clinical Psychology, 74, 2028-2042.*

34. **Budge, S.L.,** Orovecz, J. , Owen, J.J., & Sherry, A.R. (2018). The relationship between conformity to gender norms, sexual orientation, and gender identity for sexual minorities. *Counselling Psychology Quarterly, 31,* 79-97.

Stephanie Budge CV 2023

35. Salkas, S., Conniff, J. & **Budge, S.L.** (2018). Provider quality and barriers to care for transgender people: An analysis of data from the Wisconsin transgender community health assessment. *International Journal of Transgenderism, 19,* 59-63.

36. Katz-Wise, **Budge, S.L.** Fugate, E., Flanagan, K., Touloumtzis, C., Rood, B…Leibowitz, S. (2017). Transactional pathways of transgender identity development in transgender and gender nonconforming youth and caregiver perspectives from the Trans Youth Family Study. *International Journal of Transgenderism,18,* 243-263.

37. Nienhuis, J. B., Owen, J., Valentine, J. C., Black, S. W., Halford, T. C., Parazak, S. E., **Budge, S.,** & Hilsenroth, M. J. (2018). Therapeutic alliance, empathy, and genuineness in individual adult psychotherapy: A meta-analytic review. *Psychotherapy Research, 28,* 593-605.

38. **Budge, S.L.,** Israel, T., Merrill, C. (2017). Improving the lives of sexual and gender minorities: The promise of psychotherapy research. *Journal of Counseling Psychology, 64,* 376-384.

39. **Budge, S.L.,** Chin, M.Y. , & Minero, L.P. (2017). Trans individuals' facilitative coping: An analysis of internal and external processes. *Journal of Counseling Psychology, 64, 12-25.*

40. ° Imel, Z.E., **Budge, S.L.,** & Owen, J. (2017). Introduction to special section on advanced methodology: Counseling the dog to wag its methodological tail. *Journal of Counseling Psychology, 64,* 601-603.

41. Katz-Wise, S. L., Williams, D. N., Keo-Meier, C. L., **Budge, S. L.,** Pardo, S., & Sharp, C. (2017). Longitudinal associations of sexual fluidity and health in transgender men and cisgender women and men. *Psychology of sexual orientation and gender diversity, 4,* 460-471

42. ° Matsuno, E. & **Budge, S.L.** (2017). Non-binary/genderqueer identities: A critical review of the literature. *Current Sexual Health Reports, 9,* 116-120.

43. Katz-Wise, S.L., Reisner, S.L., White, J.M., & **Budge, S.L.** (2017). Self-reported changes in attractions and social determinants of mental health in transgender adults. *Archives of Sexual Behavior, 46,* 1425-1439.

44. **Budge, S.L.** & dickey, l.m. (2017). Barriers, challenges, and decision-making in the letter writing process for gender transition. *Psychiatric Clinics, 40,* 65-78.

45. Katz-Wise, S.L., **Budge, S. B.,** Orovecz, J.O. , Nguyen, B., & Thompson, K. (2017). Imagining the Future: Qualitative findings of future orientation from the Trans Youth Family Study. *Journal of Counseling Psychology, 64, 26-40.*

46. **Budge, S.L.** (2016). To err is human: An introduction to the special issue on clinical errors. *Psychotherapy, 53,* 255-256.

47. Sinnard, M. , Raines, C. , & **Budge, S.L.** (2016). The association between geographic location and anxiety and depression in transgender individuals: An exploratory study of an online sample. *Transgender Health, 1,* 181-186.

48. **Budge, S.L.** & Pankey, T.L. (2016). Ethnic differences in gender dysphoria. *Current Psychiatry Reviews, 12,* 175-180.

49. dickey, l.m., **Budge, S.L.,** Katz-Wise, S.L., & Garza, M.V. (2016). Health disparities in the transgender community: Exploring differences in insurance coverage. *Psychology of Sexual Orientation and Gender Diversity, 3,* 275-282.

Stephanie Budge CV 2023

50. Barr, S.M. , **Budge, S.L.,** & Adelson, J.L. (2016) Transgender community belongingness as a mediator between strength of transgender identity and well-being. *Journal of Counseling Psychology, 63,* 87-97.

51. **Budge, S.L.,** Thai, J.L., Tebbe, E., & Howard, K.H. (2016) The intersection of socioeconomic status, race, sexual orientation, transgender identity, and mental health outcomes. *The Counseling Psychologist, 44,* 1025-1049.

52. Tebbe, E.A. & **Budge, S.L.** (2016) Research with transgender communities: Applying a process-oriented approach to methodological considerations and research recommendations. *The Counseling Psychologist, 44,* 996-1024.

53. Moradi, B., Tebbe, E., Brewster, M., **Budge, S.L.,** Lenzen, A., Enge, E…Painter, J. (2016) A content analysis of trans people and issues: 2002-2012. *The Counseling Psychologist, 44,* 960-995.

54. Tebbe, E.A., Moradi, B., & **Budge, S.L.** (2016). Enhancing scholarship focused on trans people and issues. *The Counseling Psychologist, 44,* 950-959.

55. **Budge, S.L.** (2015*).* Psychotherapists as gatekeepers: An evidence-based case-study highlighting the role and process of letter-writing for transgender clients. *Psychotherapy, 52,* 287-297.

56. Kopta, M., Owen, J.J., & **Budge, S.L.** (2015). Measuring psychotherapy outcomes with the Behavioral Health Measure-20: Efficient and comprehensive. *Psychotherapy, 52,* 442-448.

57. Watkins, C.E., **Budge, S.L.,** & Callahan, J.L. (2015). Common and specific factors converging in psychotherapy supervision: A supervisory extrapolation of the Wampold/Budge psychotherapy relationship model. *Journal of Psychotherapy Integration, 25,* 214-235.

58. Owen, J.J., Adelson, J.L., **Budge, S.L.,** Wampold, B.E., Kopta, M., Minami, T., & Miller, S.D., (2015). Trajectories of change in short-term psychotherapy. *Journal of Clinical Psychology, 71,* 817-827.

59. **Budge, S.L.** (2015).  The effectiveness of psychotherapeutic treatments for personality disorders: A review and critique of current research practices. *Canadian Psychology, 56,* 191-196.

60. Owen, J.J., Adelson, J.L., **Budge, S.L.,** Reese, R.J., & Kopta, M.M. (2015). Good-Enough Level and Dose-Effect models: Variation among outcomes and therapists. *Psychotherapy Research, 26,* 22-30.

61. Katz-Wise, S.L. & **Budge, S.L.** (2015). Cognitive and interpersonal identity processes related to mid-life gender transitioning in transgender women. *Counselling Psychology Quarterly, 28,* 150-174.

62. **Budge, S.L.,** Orovecz, J., & Thai, J.L. (2015). Trans men's positive emotions: The interaction of gender identity and emotion labels. *The Counseling Psychologist, 43,* 404-434.

63. **Budge, S. L.,** Keller, B.L., & Sherry, A.  (2015) A qualitative investigation of lesbian, gay, bisexual, and queer women's experiences of sexual pressure. *Archives of Sexual Behavior, 44,* 813-824.

64. **Budge, S.L.** (2014). Navigating the balance between positivity and minority stress for LGBTQ clients who are coming out. *Psychology of Sexual Orientation and Gender Diversity, 1,* 350-352.

Stephanie Budge CV 2023

65. **Budge, S.L.,** <u>Rossman, H.K.,</u> & Howard, K.H. (2014). Coping and psychological distress among genderqueer individuals: The moderating effect of social support. *Journal of LGBT Issues in Counseling, 8,* 95-117.

66. **Budge, S.L.,** <u>Moore, J.T.,</u> Del Re, A.C., Wampold, B.E., Baardseth, T.P., & <u>Nienhuis, J.B.</u> (2013). The effectiveness of evidence-based treatments for personality disorders when comparing treatment-as-usual and bona fide treatments. *Clinical Psychology Review, 33,* 1057-1066.

67. **Budge, S.L.** (2013). Interpersonal psychotherapy with transgender clients. *Psychotherapy,* 50, 356-359.

68. Katz-Wise, S.L., **Budge, S.L.,** & Hyde, J.S. (2013). Individuation or identification? Self-objectification and the mother–adolescent relationship. *Psychology of Women Quarterly, 37,* 366-380.

69. **Budge, S.L.,** Adelson, J.L., & Howard, K.H. (2013). Anxiety and depression in transgender individuals: The roles of transition status, loss, social support, and coping. *Journal of Consulting and Clinical Psychology, 81,* 545-557.

70. **Budge, S.L.**, Owen, J.J., Kopta, S.M., Minami, T., Hanson, M.R., & Hirsch, G (2013). Differences among trainees in client outcomes associated with the Phase Model of Change. *Psychotherapy, 50,* 150-157.

71. **Budge, S. L.,** Katz-Wise, S. L., Tebbe, E., Howard, K.A.S., Schneider, C. L., & Rodriguez, A. (2013). Transgender emotional and coping processes: Use of facilitative and avoidant coping throughout the gender transition. *The Counseling Psychologist, 41,* 601-647.

72. Valdez, C. R. & **Budge, S.L.** (2012). Addressing adolescent depression in schools: Effectiveness and acceptability of an in-service training for school staff in the United States. *International Journal of Educational Psychology, 1,* 228-25.

73. Wampold, B.E., & **Budge, S.L.** (2012). The relationship—and its relationship to the common and specific factors of psychotherapy. *The Counseling Psychologist, 40,* 601-623.

74. Wampold, B.E., **Budge, S.L.**, Laska, K. M., Del Re, A.C., Baardseth, T.P., Fluckiger, C., Minami, T., Kivlighan, M., & Gunn, W. (2011). Evidence-based treatments for depression and anxiety versus treatment-as-usual: A meta-analysis of direct comparisons. *Clinical Psychology Review, 31,* 1304-1315.

75. Valdez, C. R., Dvorscek, M., **Budge, S.L.,** & Esmond, S.L. (2011). Provider perspectives of Latino patients: Determinants of care and implications of treatment. *The Counseling Psychologist, 39,* 497-526.

76. Wampold, B.E., Benish, S.G., Imel, Z.E., Miller, S.D., Laska, K., Del Re, A.C., Baardseth, T.P., & **Budge, S.L.** (2010).What works in the treatment of PTSD? A response to Ehlers et al. *Clinical Psychology Review, 30,* 269-276.

77. **Budge, S. L.,** Tebbe, E. N. & Howard, K. A. S. (2010). The work experiences of transgender individuals: Negotiating the transition and coping with barriers. *Journal of Counseling Psychology, 57,* 377-393.

78. Howard, K. A. S., **Budge, S. L.,** Gutierrez, B., Lemke, N. T., & Owen, A. D. (2010) Future plans of urban youth: Influences, perceived barriers, and coping strategies. *Journal of Career Development, 37,* 655-676.

Stephanie Budge CV 2023

79. **Budge, S. L.,** Baardseth, T. P., Wampold, B. H., & Fluckiger, C. (2010). Researcher allegiance and supportive therapy: Pernicious affects on results of randomized clinical trials. *European Journal of Counselling and Psychotherapy, 12,* 23-39.

80. Howard, K. A. S., **Budge, S. L.,** & McKay, K. M. (2010). Youth exposed to violence: The role of protective factors. *Journal of Community Psychology, 38,* 63-79.

81. **Budge, S. L.** (2006) Peer mentoring in post-secondary education: Implications for research and practice. *Journal of College Reading and Learning, 37,* 71-85.

## **BOOK CHAPTERS**

1. **Budge, S.L.** (2022). Genderqueer. In A. Goldberg (Ed.) *The SAGE Encyclopedia of LGBTQ Studies, 2nd Edition* (pp. xx-xx). Thousand Oaks, CA: SAGE.

2. Dominguez, S. & **Budge, S.L.** (2020). Gender Nonconformity. In A. Goldberg (Ed.) *The SAGE Encyclopedia of Trans Studies* (pp. xx-xx). Thousand Oaks, CA: SAGE.

3. **Budge, S.L.** & Moradi, B. (2019). *Gender Identity*. In J. Norcross and B. Wampold (Eds.) Psychotherapy Relationships That Work, Volume 2. London, England: Oxford University Press.

4. Moradi, B. & **Budge, S.L.** (2019). *Sexual Orientation*. In J. Norcross and B. Wampold (Eds.) Psychotherapy Relationships That Work, Volume 2. London, England: Oxford University Press.

5. **Budge, S.L.** & Orovecz, J.J. (2017). Gender fluidity. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 660-662). Thousand Oaks, CA: SAGE.

6. **Budge, S.L.** & Pankey, T. L. (2017). Interpersonal therapies and gender. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 961-964). Thousand Oaks, CA: SAGE.

7. **Budge, S.L.** & salkas, s. (2017). Experiences of transgender people within the LGBT community. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1073-1075). Thousand Oaks, CA: SAGE.

8. **Budge, S.L.** & Thai, J.L. (2017). Coming out processes for transgender people. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 357-360). Thousand Oaks, CA: SAGE.

9. **Budge, S.L.** & Sinnard, M. (2017). Trans. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1685-1685). Thousand Oaks, CA: SAGE.

10. Akinniyi, D. & **Budge, S.L.** (2017). Biological sex and mental health outcomes. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 161-165). Thousand Oaks, CA: SAGE.

11. Lam, J. & **Budge, S.L.** (2017). Help-seeking behaviors and men. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 832-834). Thousand Oaks, CA: SAGE.

12. Jones, T., Chin, M.Y., & **Budge, S.L.** (2017). Sororities. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1611). Thousand Oaks, CA: SAGE.

13. Sun, S. & **Budge, S.L.** Women's group therapy. (2017). In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1829-1830). Thousand Oaks, CA: SAGE.

14. Sun, S., Minero, L., & **Budge, S.L.** (2017). Multiracial people and gender. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1208-1212). Thousand Oaks, CA: SAGE.

Stephanie Budge CV 2023

15. Alexander, D., Hunter, C., & **Budge, S.L.** (2017). Experiences of women in religious leadership. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1813-1815). Thousand Oaks, CA: SAGE.
16. **Budge, S.L.** (2017). Genderqueer. In A. Goldberg (Ed.) *The SAGE Encyclopedia of LGBTQ Studies* (pp. 460-463). Thousand Oaks, CA: SAGE.
17. **Budge, S.**L. & Snyder, K.E. (2016). Sex-related differences research. In A. Goldberg (Ed.) *The Wiley Blackwell Encyclopedia of Gender and Sexuality Studies* (pp. 2125-2129*)*. Thousand Oaks, CA: SAGE.
18. **Budge, S. L.**, & Wampold, B. E. (2015). The relationship: How it works. In O. C. G. Gelo, A. Pritz, & B. Rieken (Eds.), *Psychotherapy research: Foundations, process, and outcomes* (pp. 213-228). Dordrecht: Springer.

## GRAPHIC NOVEL

**Budge, S.L.** & Funk, H. (2019). *Longitudinal effects of psychotherapy with transgender clients: A randomized controlled pilot trial.* JKXComics. Available at: https://www.jkxcomics.com/psychotherapy

## RESEARCH REPORTS

Botsford, J.C., Allen, B.J., Andert, B.D., **Budge, S.L.,** & Rehm, J.L. (2018). *Meeting the healthcare needs of transgender, nonbinary, and gender expansive/ nonconforming youth in Wisconsin: A report of the 2017 Wisconsin Transgender Youth Community Needs Assessment.* Available at: https://www.med.wisc.edu/media/medwiscedu/documents/about-us/CH-174891-18-TNG-Youth-Report-Full.pdf

## PRACTICE REPORTS

Matsuno, E., Webb, A., Hashtpari, H., **Budge, S.L.,** Krishnan, M., & Balsam, K. (2021). Nonbinary fact sheet. A publication for the Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender Issues: Available at: https://www.apadivisions.org/division-44/resources/advocacy/non-binary-facts.pdf

Paquin, J., Tao, K., & **Budge, S.L.** (2020). Is psychotherapy for everyone? Available at: https://www.apa.org/pubs/highlights/spotlight/issue-192.

Webb, A. Matsuno, E., **Budge, S.L.,** Krishnan, M., & Balsam, K. (2017). Nonbinary gender identities fact sheet. A publication for the Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender Issues: Available at: https://www.apadivisions.org/division-44/resources/advocacy/non-binary-facts.pdf

**Budge, S.L.** (2015). Critical considerations in writing letters for trans clients. Available at: https://societyforpsychotherapy.org/critical-considerations-in-writing-letters-for-trans-clients/

## CURRICULUM GUIDE

McGinley, M., Christie, M. B., Clements, Z., Goldbach, C. M., Kraus, E., Woznicki, N. W., Breslow, A. S., **Budge, S. L.**, & Matsuno, E. (2020). A resource for incorporating trans and gender diverse issues into counseling psychology curricula. APA Division 17 Special Task Group, Making Room at the Table: Trans/Nonbinary Pipeline to Counseling Psychology. Available at: https://www.div17.org/wp-content/uploads/Incorporating-Trans-and-Gender-Diverse-Issues-into-Counseling-Psychology-Curricula.pdf

## RESEARCH SUPPORT

**National Institute on Minority Health and Health Disparities**        **7/01/2023-6/30/2028**
**National Institute of Health, $3,500,000, scored (in discussion)**
This grant focuses on developing and measuring a social support instrument for transgender and nonbinary people with the intent of creating community toolkits for LGBTQ+ community organizations.
Role: Principal Investigator (dual-PI with E. Tebbe)

**Reilly-Baldwin Project Grant**                                **07/2023-07/2024**
University of Wisconsin-Madison, $120,000—**funded**
Mentoring a student (L. Lindley) on a grant focused on designing and testing a web app focusing on providing coping skills to transgender and nonbinary people.
Role: PI (dual PI with L. Lindley)

**Baldwin Seed Grant**                                         **07/2023-07/2024**
University of Wisconsin-Madison, $4,000—**funded**
Mentoring student (J. Lee) on a grant focused on family attachment processes and PTSD for transgender and nonbinary people.
Role: PI

**National Institute on Minority Health and Health Disparities**    **9/01/2022-5/31/2027**
**National Institute of Health, $1,063,616, funded**
This administrative grant focuses on Northern Arizona University's (NAU's) Southwest Health Equity Research Collaborative (SHERC) to establish community-engaged priorities and strategic plans for addressing a wide range of health disparities; provide the institutional infrastructure for SHERC targeted research projects.
Role: Consultant

**School Mental Health Collaborative IES Grant**                **9/01/2022-9/01/2024**
**Institute of Education Training Grant, funded**
This grant focuses on training postdoctoral trainees in innovative research methods that will impact communities experiencing marginalization
Role: Collaborator

**Young Investigator Grant**                                    **9/01/2022-9/01/2024**
American Foundation for Suicide Prevention, $90,000—**funded**

This grant focuses on using EMA methods to assist therapists with intervening for transgender adult clients experiencing suicidal ideation.
Role: Co-Investigator

**Diverse & Resilient Community Grant**                    **9/17/2021-9/17/2022**
Diverse & Resilient, $20,000—**funded**
Community grant focusing on a program evaluation regarding a training for mental health providers to infuse radical healing into their practice and to reduce internalized stigma.
Role: PI

**Understanding and Reducing Inequities Initiative**        **7/01/2021-7/01/2023**
University of Wisconsin-Madison, $250,000—**funded**
Study focusing on creating a psychotherapy intervention for trans and nonbinary people that includes radical healing and skills to reduce internalized transnegativity.
Role: PI

**Baldwin Seed Grant**                                    **07/2021-07/2022**
University of Wisconsin-Madison, $4,000—**funded**
Mentoring student (L. Lindley) on a grant focused on coping mechanisms for transgender and nonbinary people.
Role: PI

**2030 Faculty Fellowship Funds**                          **8/20/2020-8/20/2025**
University of Wisconsin-Madison, $100,000—**funded**
Funds to support community-based research focused on improving mental health and wellness for transgender and nonbinary people.
Role: PI

**Baldwin Seed Grant**                                    **06/2019-06/2020**
University of Wisconsin-Madison, $4,000—**funded**
Mentoring student (M. Sinnard) on a grant focused on objectified body consciousness for trans, nonbinary, and gender nonconforming individuals.
Role: PI

**Online Course Development Grant**                        **01/2019-9/2020**
University of Wisconsin-Madison, $15,000—**funded**
This grant funds university faculty to design new and innovative courses at UW-Madison. The funding will cover the creation of a course called "Gender and Queer Issues In Psychology" set to begin in Summer 2020.
Role: Instructor

**Fall Research Competition**                              **6/2018 – 6/2019**
University of Wisconsin-Madison, $34,000 - **funded**
Research project determining the effectiveness of psychotherapy interventions focused on minority stressors for transgender clients.
Role: PI

Stephanie Budge CV 2023

**UW Institute for Clinical Research (ICTR)**       **6/2017 – 6/2018**
Health Equity and Diversity (AHEAD) research pilot award**,** $10,000 - **funded**
Research project determining the effectiveness of psychotherapy interventions focused on minority stressors for transgender clients.
Role: PI

**National Institute of Health**       **1/2017 – 1/2019**
NICHD, R21, $206,028—**funded**
Structured pubertal suppression readiness assessment for gender dysphoric youth.
Role: Collaborator

**Gaining STEAM**       **5/2018 – 5/2019**
JKX Comics, $4800, **awarded**
Grant awarded to scientists to pair with a comic book artist to create visual representation of scientific content.
Role: Scientist

**Fall Research Competition**       **5/2017 - 9/2018**
University of Wisconsin-Madison, $60,000 - **funded**
Supplemental research project for the NIH grant (listed below) focusing on pubertal suppression for transgender youth.
Role: PI

**Wisconsin Partnership Program**       **6/2016 – 6/2018**
Community Opportunity Grant, $50,000 **- funded**
A grant that assists with opportunities focused on transgender health and equity in health care.
Role: Collaborator

**UW Institute for Clinical Research (ICTR)**       **6/2016 – 6/2018**
Health Equity and Diversity (AHEAD) research pilot award, $10,000 - **funded**
Research project advancing the Wisconsin Survey of Trans Youth: An Assessment of Resources and Needs.
Role: Co-investigator

**Faculty Research Development Grant**       **10/2012 - 10/2013**
University of Louisville, $2,200 - **funded**
Research project testing psychotherapy process and outcomes for transgender individuals.
Role: PI

**Faculty Research Development Grant**       **9/2011- 9/2012**
University of Louisville, $2,200 - **funded**
Research project regarding positive experiences of transgender identity and intersectionality of identities with genderqueer individuals.
Role: PI

14

Stephanie Budge CV 2023

**Charles J. Gelso Research Grant**                                6/2010 – 6/2012
American Psychological Association (Division 29), $2,000 - **funded**
Meta-analysis project focusing on personality disorders and treatment effectiveness.
Role: PI

## INTERNATIONAL PRESENTATIONS
Underlining denotes student;

1. **Budge, S.L.** & Lee, J. (2022, July). *Understanding and Incorporating Trans-Affirmative Therapies When Working With Two Spirit, Trans, and Nonbinary Clients.* Korean Counseling Association/ Korean Counseling Psychology Association Conference. Presented virtually to an audience in Seoul, Korea.
2. **Budge, S.L.** (2021, June;). *Attending to Power, Privilege, and Oppression in Psychotherapy Research.* Panel moderator for a plenary session at the Society for Psychotherapy Research, Heidelberg, Germany (hybrid model online due to COVID-19).
3. **Budge, S.L.** (2020, October). *Mental Health Care for Trans Youth: What Helps Youth Thrive and What Resources are Requested?* World Professional Association for Transgender Health (WPATH) Conference, originally scheduled to be in Hong Kong, online due to COVID-19.
4. **Budge, S.L.** & Sinnard, M.T. (2020, October). *Acceptability and Feasibility of a Randomized Controlled Trial with Transgender and Nonbinary Clients.* World Professional Association for Transgender Health (WPATH) Conference, originally scheduled to be in Hong Kong, online due to COVID-19.
5. Sinnard, M.T & **Budge, S.L.** (2020, October). *Development of the Objectified Body Consciousness Scale for Transgender and Nonbinary Adults.* World Professional Association for Transgender Health (WPATH) Conference, originally scheduled to be in Hong Kong, online due to COVID-19.
6. Allen, B., Rehm, J., **Budge, S.L.**, Botsford, J., & Andert, B. (2018, May). *School Safety and Support for Transgender Youth with Non-binary vs. Binary Gender Identities.* Pediatric Academic Societies (PAS) Conference, Toronto, Canada.
7. Rehm, J., Allen, B., **Budge, S.L.**, Botsford, J., & Andert, B. (2018, May). *Transgender youth who receive gender related care from a specialized provider differ from other transgender youth.* Pediatric Academic Societies (PAS) Conference, Toronto, Canada.
8. Rehm, J., Allen, B., **Budge, S.L.**, Botsford, J., & Andert, B. (2018, May). *Increased awareness of healthcare needs of youth with nonbinary gender identities is needed.* Pediatric Academic Societies (PAS) Conference, Toronto, Canada.
9. **Budge, S.L.** & Katz-Wise, S.L. (2016, July). *Emotional expression of trans youth and their families: A cross-comparison of familial cultures for gender and emotions.* Paper presented at the International Congress of Psychology Conference, Yokohama, Japan.
10. Chin, M.Y., Minero, L., & **Budge, S.L.** (2016, July). *"This is me, and I am happy. I love it": Understanding Internal Coping Processes of Trans-identified Individuals using Grounded Theory.* Paper presented at the International Congress of Psychology Conference, Yokohama, Japan.
11. **Budge, S.L.,** Katz-Wise, S.L., Conniff, J., Belcourt, S., & Parks, R. (2016, July). *Developmental processes of coping for trans youth: Results from the Trans Youth and*

Stephanie Budge CV 2023

*Family Study (TYFS).* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

12. Sinnard, M., Raines, C., & **Budge, S.L.** (2016, July). *Effects of location and transition status on anxiety and depression in trans individuals.* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

13. **Budge, S.L.** & salkas, s. (2016, July). *An overview of non-binary gender identities in the National Transgender Discrimination Survey*, Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

14. Orovecz, J., salkas, s., & **Budge, S.L.** (2016, July). *External identity processes for individuals with non-binary identities.* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

15. Rossman, K., Sinnard, M., & **Budge, S.L.** (2016, July). *The externalization of affect for individuals with non-binary gender identities.* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

16. Hase, C.N., Reiland, M.T., **Budge, S.L.** (2015, August). *"Omitting none:" Experience of people of color in a primarily white meditation community*. Poster presented at American Psychological Association. Toronto, ON.

17. Akinniyi, D.A. & **Budge, S.L.** (2015, August*). Genderqueer individuals' conceptualizations of multiple identities: A qualitative investigation using identity maps.* Paper presented at the Annual Meeting for the American     Psychological Association, Toronto, Canada.

18. Sinnard, M. & **Budge, S.L.** (2015, August). *Effects of location and transition status on anxiety and depression in trans individuals.* Poster presented at the Annual Meeting for the American Psychological Association, Toronto, Canada.

19. Watkins, C.E., **Budge, S.L.,** & Wampold, B.E. (2015, August). *Extrapolating the Wampold/Budge psychotherapy relationship model to psychotherapy supervision.* Paper presented at the Annual Meeting for the American Psychological Association, Toronto, Canada.

20. **Budge, S.L.** (2014, February). *Developmental processes of positive emotions for trans individuals: The interplay of interpersonal emotions and transition appraisal.* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Bangkok, Thailand.

21. **Budge, S.L.,** Adelson, J.L., & Howard, K.A.S. (2014, February). *Transgender and Genderqueer individuals' mental health concerns: A moderated mediation analysis of social support and coping.* Paper presented the World Professional Association for Transgender Health Biannual Conference, Bangkok, Thailand.

## NATIONAL PRESENTATIONS
Underlining denotes student;

1. Domínguez, S. Jr., **Budge, S. L.,** Tebbe, E., Norton, M., Lee, J., Lindley, L., & mcneill, j. n. (2023, May). *Longitudinal analyses from an open psychotherapy clinical trial with Two-Spirit, trans, and nonbinary clients of color.* Paper to be presented at the National Transgender Health Summit. San Francisco, California.

2. Lee, J., **Budge, S.L.,** Dominguez, S. Jr., Tebbe, E. (2023, May). *From gatekeeping to a companionship model: How to write referral letters for trans and nonbinary individuals.* Paper to be presented at the National Transgender Health Summit. San Francisco, California.

3. Lindley, L. & Budge, S.L. (2023, May). *For us, by us: Trans centered development and psychometric validation of measures of gender minority stress.* Paper to be presented at the National Transgender Health Summit. San Francisco, California.

4. Lee, J., Gao, S., Dominguez, S. Jr., Norton, M., **Budge, S.L,** Tebbe, E. (2023, May). *Understanding the Psychotherapy Goals of Two-Spirit, Transgender, and Nonbinary People of Color from the First Psychotherapy Trial Study for TPOC.* Paper to be presented at the National Transgender Health Summit. San Francisco, California.

5. Domínguez, S. Jr., Norton, M., mcneill, j. n., Lee, J., Tebbe, E., & **Budge, S. L.** (2023, May). *Cultivating trust and communicating effectively: Building a community advisory board for community-based participatory research.* Workshop to be presented at the National Transgender Health Summit. San Francisco, California.

6. Gao, S., Wachter, E., Barburoğlu, Y., Lynn, S., Dvorak, D., Gilchrist, S., Elliott, G., **Budge, S.L,** & Katz-Wise, S.L. (2023, May). *How Do Families Understand Transgender and Nonbinary Youths' Identity Processes?* A Longitudinal Qualitative Investigation of Pairwise Agreement. Paper to be presented at the National Transgender Health Summit. San Francisco, California.

7. Barburoğlu, Y., Gao, S., Elliott, G., Wachter, E., Gilchrist, S., Dvorak, D., Lynn, S., **Budge, S.L.,** & Katz-Wise, S.L. (2023, May). *A Longitudinal Investigation of Gender Identity Fluctuations among Transgender and Nonbinary Youth.* Paper to be presented at the National Transgender Health Summit. San Francisco, California

8. Klessig, C., Dyer, R. L., Teasdale, T., Weber, I. J., & **Budge, S. L.** (2022). *"In most cases, abortion is understandable": A qualitative investigation of psychotherapists' abortion attitudes.* Poster presented at the 2022 American Psychological Association Annual Convention, Minneapolis, MN.

9. Teasdale, T., Dyer, R. L., Weber, I. J., Klessig, C., & **Budge, S. L.** (2022). *Exploring the impact of benevolent sexism on mental health clinicians' abortion attitudes.* Poster presented at the 2022 American Psychological Association Annual Convention, Minneapolis, MN.

10. Weber, I. J., Dyer, R. L., Klessig, C., Teasdale, T., & **Budge, S. L.** (2022). *Mental health clinicians' attitudes about classism and client pregnancy decisions.* Poster presented at the 2022 American Psychological Association Annual Convention, Minneapolis, MN

11. Smith, C. L., Zubizarreta, D., **Budge, S. L.,** Watson, R. J., Gordon, A. R., Austin, S. B., & Katz-Wise, S. L. (2022, August). *Risk and protective factors related to body image and disordered eating in a longitudinal study of Transgender and Nonbinary adolescents.* Poster presented at the American Psychological Association Convention, Minneapolis, Minnesota.

12. Guan, T., Pham, C., & **Budge, S.L.** (2022, August). *Disrupting white supremacy in psychology training: Recommendations to support trainees of color.* Poster presented at the American Psychological Association Convention, Minneapolis, Minnesota

13. Lee, J. & **Budge, S.L.** (2022, August). *Moving From Gatekeeping to a Companionship Model in Letter Writing for TNB Individuals.* Poster presented at the American Psychological Association Convention, Minneapolis, Minnesota.

Stephanie Budge CV 2023

14. Dominguez, Jr. S., & **Budge, S.L.** (2022, August). *Using CBPR in Psychotherapy Research to Undermine Gatekeeping Practices.* Paper presented at the American Psychological Association Convention, Minneapolis, Minnesota.

15. Lee, J., Dominguez Jr., S., Matsuno, E., Norton, M., Lindley, L., Tebbe, E., & **Budge, S.L.** (2022, August). *Mixed-Methods Results from Gender, Resilience and Resistance, Empowerment, and Affirmation Training.* Paper presented at the American Psychological Association Convention, Minneapolis, Minnesota

16. Dominguez Jr., S. **Budge, S.L.,** Tebbe, E.A., Norton, M., Lee, J., Lindley, L., & mcneill, j. (2022, August). *Baseline data from an open psychotherapy trial with Two-Spirit, Trans, & Nonbinary Clients of Color.* Paper presented at the American Psychological Association Convention, Minneapolis, Minnesota.

17. **Budge, S.L.** (2022, August). *Changing Cisnormative Spaces: Improving Access to Psychotherapy and Educational Spaces for Trans and Nonbinary People.* Fellows talk provided at the American Psychological Association Convention, Minneapolis, Minnesota.

18. Smith, C. L., Zubizarreta, D., **Budge, S. L.,** Watson, R. J., Gordon, A. R., Austin, S. B., & Katz-Wise, S. L. (2022, June*). Longitudinal associations of risk and protective factors on body image and disordered eating among Transgender and Nonbinary youth*. Paper presented at the International Conference of Eating Disorders, Virtual Conference.

19. **Budge, S.L.** (2021, August). *Gab with the greats.* An invited panelist for Division 29 Society for the Advancement of Psychotherapy at the annual America Psychological Association National Convention, Virtual Conference.

20. **Budge, S.L. (**2021, August). *Attending to Power, Oppression, and Healing with Trans, Nonbinary, and Queer Populations.* Chair of symposium presented at a mini symposium at the at the annual America Psychological Association National Convention, Virtual Conference.

21. Elliott, G., Domínguez, S. Jr., & **Budge, S. L.** (2021, August). *A Case Study Approach to Using a Strong Intersectional Lens in Therapy with Trans and Nonbinary Clients.* Paper presented at a mini symposium at the at the annual America Psychological Association National Convention, Virtual Conference.

22. Norton, M., Domínguez, S. Jr., Elliot, G., & **Budge, S. L.** (2021, August*). Dismantling, Decolonizing, and Deconstructing: Engaging the Possibilities within a Critical Lab Praxes.* Paper presented at a mini symposium at the at the annual America Psychological Association National Convention, Virtual Conference.

23. McNeill, J. & **Budge, S.L.** (2021, August). *Theory and Practice of Radical Healing for Queer and Trans Black and Indigenous People of Color.* Paper presented at a mini symposium at the at the annual America Psychological Association National Convention, Virtual Conference.

24. Lee, J., Hoyt, W.T., **Budge. S.L.,** & Lee, B. (2021, August). *Parental attachment and internalized transnegativity among Korean TNB populations: Role of Self-shame, Rejection Sensitivity, and self-concept clarity.* Poster presented at the American Psychological Association Convention. Virtual Conference due to COVID-19.

25. Lindley, L. & **Budge, S.L.** (2021, August). *Development of the Transgender/Nonbinary Coping Measure.* Poster presented at the American Psychological Association Convention. Virtual Conference due to COVID-19.

Stephanie Budge CV 2023

26. Veldhuis, C.B., **Budge, S.L.,** Velez, B., Galupo, M.P., Cascalheira, C., Renteria, R., & Delucio, K. (2021, August). *Thought-Provoking Conversations about LGBTQIA+ Research.* Panelist at the American Psychological Association Convention. Virtual Conference due to COVID-19.

27. Katz-Wise, S., Vishnudas, S., Smith, C., Marchwinski, B., **Budge, S.L.,** Godwin, E., Moore, L., Ehrensaft, D., Rosal, M.C., Thomson, K. (2021, May). *Family Functioning and Mental Health: A Two-Year Longitudinal Study of Families with Transgender and/or Nonbinary Youth.* Paper presented at the LGBTQ Health Conference. Virtual Conference due to COVID-19.

28. Dyer, R.L. & **Budge, S.L.** (2021, March). *Psychotherapist attitudes about client pregnancy decision-making: Developing a scale.* Paper presented at the Association for Women in Psychology. Virtual Conference due to COVID-19.

29. **Budge, S.L.,** Velez, B., Mohr, J., Moradi, B., Puckett, J., & Matsuno, E. (2020, August). *Taking the mystery out of publishing LGBTQ research: Lessons learned.* Symposium accepted at the 2020 American Psychological Association Convention, Washington, D.C.

30. **Budge, S.L.,** Sinnard, M.T., & Hoyt, W.T. (2020, August). *Minority stress outcomes during and post psychotherapy: 6-month follow-up results for trans clients.* Paper accepted at the 2020 American Psychological Association Convention, Washington, D.C.

31. Tao, K., Paquin, J., & **Budge, S.L.** (2020, April). Using a counseling psychology lens to propose and implement a social justice framework for ethical psychotherapy research. Symposium accepted at the 2020 Counseling Psychology Conference, New Orleans, Louisiana. Conference cancelled due to COVID-19.

32. Dyer, R.L. & **Budge, S.L.** (2020, April). *Qualitative examination of transgender clients' reflections on discussing minority stress with psychotherapists.* Poster to be presented at the 2020 Counseling Psychology Conference, New Orleans, Louisiana. Conference cancelled due to COVID-19.

33. Domínguez, S. Jr., **Budge, S. L.** (2020, April). *The Social and Internal Aspects of Gender Dysphoria Scale (SIAGD): A community-engaged measure for gender dysphoria.* Poster to be presented at the 2020 Counseling Psychology Conference, New Orleans, Louisiana. Conference cancelled due to COVID-19.

34. Domínguez, S. Jr., **Budge, S. L.**, & Goldberg, A. E. (2019, August). *Minority stress in nonbinary college students: The impact of campus climate and belongingness.* Poster presented at the 2019 American Psychological Association National Convention, Chicago, IL.

35. Dyer, R. L., Sinnard, M.T., & **Budge, S. L.** (2019, August). *Working alliance and gender minority stress: Implications for psychotherapy with trans, nonbinary, and gender expansive/nonconforming clients.* Poster presented at the 2019 American Psychological Association Convention, Chicago, Illinois.

36. Sinnard, M.T., Dyer, R. L., & **Budge, S. L.** (2019, August). *Effects of identity concealment on substance use and suicidality among Midwest trans, nonbinary, and gender expansive/nonconforming individuals.* Poster presented at the 2019 American Psychological Association Convention, Chicago, Illinois.

37. Schoenike, D., Wachter, E., & **Budge, S.L.** (2019, August). *The Interaction of Transgender Identity, Race, and Mental Health: A Nationwide Sample.* Poster presented at the 2019 American Psychological Association Convention, Chicago, Illinois.

Stephanie Budge CV 2023

38. Barcelos, C., **Budge, S.L.,** & Botsford, J. (2019, April). *Uneven Access: The Health of Trans and Gender Nonconforming People in Wisconsin and the Upper Midwest.* Paper to be presented at the Annual National Transgender Health Summit, San Francisco, CA.

39. Bhattacharya, N., **Budge, S.L.,** Pantalone, D., & Katz-Wise, S.L. (2018, November). *Conceptualizing relationships among transgender and gender nonconforming youth and their caregivers.* Paper presented at the American Public Health Association Conference, San Diego, California.

40. **Budge, S.L.,** Sinnard, M.T., & Hoyt, W.T. (2018, September). *Longitudinal Effects of Psychotherapy with Transgender Clients: A 6-month Follow-up.* Paper presented at the Biennial North American Society for Psychotherapy Research Conference, Snowbird, Utah.

41. Sinnard, M.T. & **Budge, S.L.** (2018, September). **"***I Want to Correct Past Harmful Counseling Experiences": Goal Attainment in Psychotherapy with Transgender Clients.* Paper presented at the Biennial North American Society for Psychotherapy Research Conference, Snowbird, Utah.

42. **Budge, S.L.** (2018, August). *The feasibility of a clinical trial focusing on trans individuals' minority stress.* Paper presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

43. **Budge, SL.,** Allen, B., Andert, B., Botsford, J., & Rehm, J. (2018, August). *Resources contributing to psychological well-being for trans youth: A CBPR Approach.* Paper presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

44. Sweetnam, M.R., Mauk, E., & **Budge, S.L.** (2018, August). *A qualitative analysis of nonbinary and genderqueer individuals' experiences of proximal and distal minority stress.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

45. Dillard, S., Sinnard, M.T., **Budge, S.L.,** & Katz-Wise, S.L. (2018, August). *Triadic analysis of concordance and discordance in families of trans youth.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

46. Mauk, E., Guo, E., Stock, C., Eck, M., & **Budge, S.L.** (2018, August). *Minority stress interventions in a psychotherapy pilot trial for transgender clients.* Paper presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

47. Orzechowski, M., **Budge, S.L.,** Lavendar, A., Onsgard, K., Schamms, S., Liebowitz, S., & Katz-Wise, S.L. (2018, August). *Emotions of transgender youth.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

48. Raines, C.R & **Budge, S.L.** (2018, August). *Measuring masculine sexual entitlement: Subscales of a new instrument.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

49. Sinnard, M.T, Orzechowski, M., **Budge, S.L.,** Belcourt, S., Conniff, J., Orovecz, J., Parks, R., Sun, S., & Sutton, J. (2018, August). *Depression and anxiety among transgender compared to cisgender Individuals: A meta-analysis.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

50. Sinnard, M.T., **Budge, S.L.,** & Hoyt, W.T. (2018, August). *The effectiveness of psychotherapy for transgender clients: A randomized controlled trial.* Paper presented at

the Annual Meeting for the American Psychological Association, San Francisco, California.

51. <u>Sun, S.,</u> Hoyt, W.T., & **Budge, S.L.** (2018, August). *Minority stress, HIV risk behaviors, and mental health among Chinese men who have sex with men (MSM): A qualitative analysis.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

52. <u>Thomas, K.A., Andert, B., Ibarra, N.,</u> **Budge, S.L.,** & dickey, l. (2018, August). *Non-suicidal self-injury in transgender individuals.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

53. <u>Dyer, R.,</u> **Budge, S.L.,** Rehm, J., Botsford, J., <u>Andert, B.,</u> & Allen, B. (2018, August). *Rural-urban differences in perceived safety at school for Wisconsin trans youth.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

54. <u>Raines, C.R</u> & **Budge, S.L.** (2018, August). *Understanding the relationships between masculine sexual entitlement, masculinity, and violence.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

55. Rehm, J., Botsford, J**., Budge, S.L,** <u>Andert, B.,</u> & Allen, B. (2017, September). *Initial results of needs assessment for trans and gender expansive youth in Wisconsin.* Poster presented at the International Joint Meeting of Pediatric Endocrinology, Washington, D.C.

56. Rossman, H. K., Sinnard, M. T., & **Budge, S. L**. (August, 2017). *Bisexuality and Consensual Non-Monogamy for Trans Individuals and Their Romantic Partners.* Paper presented at the Bisexuality Issues Committee Intersectionality Symposium at the Annual Meeting for the American Psychological Association in Washington, D.C.

57. <u>Minero, L.M.</u> & **Budge, S.L.** (2017, February). *Experiences of exclusion and discrimination among undocutrans (undocumented and transgender) individuals in the united states and implications for mental health professionals.* Paper presented at the meeting for the United States Professional Association for Transgender Health, Los Angeles, California.

58. <u>Thai, J.L, Orovecz, J.,</u> **Budge, S.L.** (2017, February) *"I was pretty sure I was doing the wrongest thing a wrong thing could be done": A qualitative examination of trans men's experiences of negative emotions.* Presentation in a symposium at the US Professional Association of Transgender Health, Los Angeles, CA.

59. **Budge, S.L.** (2017, February). *Evaluating the effectiveness of psychotherapy with trans clients: using the working alliance inventory.* Paper presented at the meeting for the United States Professional Association for Transgender Health, Los Angeles, California.

60. **Budge, S.L.** (2016, August). *Psychotherapy interventions, process, and outcome with transgender and gender non-conforming clients.* Chair of invited symposium for Division 29 at the Annual Meeting for the American Psychological Association, Denver, Colorado.

61. **Budge, S.L.** (2016, August). *The impact of minority stress interventions on psychotherapy outcomes with a trans client.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

62. <u>Minero, L.M., Chin, M.Y.,</u> & **Budge, S.L.** (2016, August). *Transgender clients' reports of characteristics of effective and trans-competent therapists.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

63. **Budge, S.L.** (2016, August). *The state and future of psychotherapy research with transgender clients.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

64. Orovecz, J., Moon, J., & **Budge, S.L.** (2016, August) *Using transgender emotion labels to expand on emotion models*. Presentation in a symposium at the American Psychological Association Annual Convention, Denver, CO.

65. Minero, L.M., Chin, M.Y., & **Budge, S.L.** (2016, August). *Understanding external coping processes of trans-identified individuals using grounded theory.* Poster presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

66. Salkas, S. & **Budge, S.L.** (2016, August). *An overview of US population-based data on individuals with non-binary gender identities*. Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

67. Alexander, D., Orovecz, J., Salkas, S., Stahl, A., & **Budge, S. L.** (2016, August). *Internal identity processes for individuals with non-binary identities*. Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

68. Rossman, K., Sinnard, M., & **Budge, S.L.,** (2016, August). *The "queering" of emotions-- using non-binary gender identity to label emotional processes.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

69. Barr, S. M. & **Budge, S.L.** (2016, August). *Experiences of self esteem and well-being for individuals with non-binary gender identities*. Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

70. Chase, A., Lam, J., & **Budge, S.L.** (2016, August). *Culture and masculine ideology: measuring masculinity among japanese american men.* Poster presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

71. Akinniyi, D. & **Budge, S.L.** (2016, August). *The student-athlete experience: Multiple minority statuses and discrimination*. Poster presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

72. **Budge, S.L**. (2016, August). *Identity processes, well-being, and emotional processes for individuals with non-binary identities.* Chair of symposium at the Annual Meeting for the American Psychological Association, Denver, Colorado.

73. Hase, C.N., Meadows, J.D., Budge, S.L. (2016, June). *Inclusion and exclusion in the white space: An investigation of the experiences of people of color in a primarily white american meditation community.* Poster presented at Mind & Life Summer Research Institute. Garrison, NY.

74. **Budge, S.L.** (2015, June). *The effectiveness of psychotherapeutic treatments for personality disorders: A review and critique of current research    practices.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Philadelphia, PA.

75. Kring, M. & **Budge, S.L.** (2015, June*). Re-evaluating outcomes in psychotherapy: Considerations beyond self-report.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Philadelphia, PA.

76. Owen, J. J., Wampold, B.E., Miller, S.D., **Budge, S.L.**, & Minami, T. (2015, June). *Trajectories of change in short-term psychotherapy: Lessons from growth curve mixture modeling.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Philadelphia, PA.

Stephanie Budge CV 2023

77. Katz-Wise, S.L. & **Budge, S.L.** (2015, April). *Imaging the future: qualitative findings of future orientation from trans youth and parents/caregivers in the Trans Youth Family Study.* Paper presented at the Annual Transgender Health Summit, Oakland, CA.

82. **Budge, S.L.** (2014, August). *The other side of the story: trans individuals' experiences of positivity and resilience.* Symposium chair for the Annual Meeting for the American Psychological Association, Washington, DC.

83. **Budge, S.L.** (2014, August). *Lessons learned from NIH-grant submission for LGBTQ research.* Invited panelist for the Annual Meeting for the    American Psychological Association, Washington, DC.

78. **Budge, S.L.** & Katz-Wise, S.L. (2014, August). *Emotional and interpersonal experiences of trans youth and their caregivers.* Paper presented at the   Annual Meeting for the American Psychological Association, Washington, DC.

79. Eleazer, J.L., Nguyen, Y., **Budge, S.L.** (2014, August). *"I'm afraid of my therapist": Military policy and access-to-care for transgender US service members.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

80. Thai, J.L. & **Budge, S.L.** (2014, August). *Mental health outcomes for trans Asian American, Asian, and Pacific Islander populations.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

81. Alexander, D. & **Budge, S.L.** (2014, August).  *The impact of partner support on symptoms of anxiety for trans women, trans men, and genderqueer individuals.* Poster presented at the Annual Meeting for the American Psychological Association, Washington, DC.

82. Barr, S.M. & **Budge, S.L.** (2014, August).  *Trans identity salience as a predictor for well-being and body control beliefs for trans individuals.*     Poster presented at the Annual Meeting for the American Psychological Association, Washington, DC.

83. Keller, B.L., Barr, S.M., & **Budge, S.L.** (2014, August). *Trans women's emotional resilience: Reactions to the intersection of sexism and transphobia.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

84. Rossman, H.K., Sinnard, M., **Budge, S.L.** (2014, August). *Adapting a three-tiered model of emotions to genderqueer individuals' identity processes.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

85. Thai, J.L., Orovecz, J., **Budge, S.L.** (2014, August). *Trans men's experiences of positive emotions: An examination of gender identity and emotion labels.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

86. Tebbe, E.N., Brewster, M., **Budge, S.L.** (2014, August). *A content analysis of transgender psychological literature.* Poster presented at the Annual Meeting for the American Psychological Association, Washington, DC.

87. Thai, J.L. & **Budge, S.L.** (2014, March). *Family relationships and outness for transgender Asian Pacific Islander individuals.* Paper presented at the Society of Counseling Psychology Conference, Atlanta, GA.

88. Hunter, C. & **Budge, S.L.** (2014, March).  *The moderating effect of race related to discrimination for transgender individuals.* Paper presented at the Society of Counseling Psychology Conference, Atlanta, GA.

89. Alexander, D. & **Budge, S.L.** (2014, March).  *The impact of partner support on symptoms of anxiety for trans women, trans men, and genderqueer individuals.* Paper presented at the Society of Counseling Psychology Conference, Atlanta, GA.

Stephanie Budge CV 2023

90. Barr, S.M. & **Budge, S.L.** (2014, March). *Validation of the Objectified Body Consciousness Scale for transgender individuals.* Paper presented at the Society of Counseling Psychology Conference, Atlanta, GA.

91. **Budge, S.L.** (2013, October). *Addressing grief and role transitions for transgender clients experiencing gender identity incongruence.* Paper presented at the Biennial North American Society for Psychotherapy Research Conference, Nashville, TN.

92. **Budge, S.L.,** Barr, S.M., Katz-Wise, S.L., Keller, B.L., & Manthos, M. (2013, June). *Incorporating positivity into psychotherapy with trans clients.* Workshop presented at the Annual Philadelphia Transgender Health Conference, Philadelphia, PA.

93. **Budge, S.L.** & Barr, S.M. (2013, April). *Emotional and identity processes of trans youth: A developmental approach.* Paper presented at the Biennial Society for Research on Child Development Conference, Seattle, WA.

94. **Budge, S.L.,** Thai, J., Rossman, H.K. *(*2012, August*) Intersecting identities and mental health outcomes for transsexual, cross-dressing, and genderqueer individuals.* Poster presented at the Annual Meeting for the American Psychological Association, Orlando, Florida.

95. **Budge, S.L.** & Keller, B.L. (2012, August). *"She felt pressured, I felt neglected": LGBQ individuals' experiences of sexual pressure in relationships.* Poster presented at the Annual Meeting for the American Psychological Association, Orlando, Florida.

96. **Budge, S.L.,** Moore, J., Neinhuis, J., Baardseth, T., & Wampold, B.E. (2012, June). *The relative efficacy of bona-fide psychological treatments for personality disorders: A meta-analysis of direct comparisons.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Virginia Beach, Virginia.

97. **Budge, S.L.** & Katz-Wise, S.L. (2012, February). *Trans-affirmative therapy: Focusing on emotional and coping processes throughout gender transitioning.* Workshop presented at the Transgender Spectrum Symposium, Annual Meeting of the Gay and Lesbian Affirmative Psychotherapy Association, New York, New York.

98. **Budge, S.L.** & Katz-Wise, S.L. (2011, November). *Transgender emotional and coping processes: Facilitative and avoidant coping throughout the gender transition.* Paper presented at the Annual Meeting for the Society for the Scientific Study of Sexuality, Houston, Texas.

99. **Budge, S.L.** & Howard, K.H. (2011, August). *Gender socialization and genderqueer individuals: The impact of assigned sex on coping and mental health concerns.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, D.C.

100. Tebbe, E.L., **Budge, S.L.,** & Fischer, A. (2011, March). *Transforming the research Goliath: Reflections on research with transgender communities.* Roundtable presented at the Bi-Annual Meeting of the Association for Women in Psychology, Philadelphia, Pennsylvania.

101. **Budge, S.L.** & Howard, K.A.S. (2010, August). *Coping, social support, and well-being in the transition process for transgender individuals.* Paper presented at the Annual Meeting for the American Psychological Association, San Diego, California.

102. Baardseth, T.P., **Budge, S.L.,** & Wampold, B.E. (2010, August). *Allegiance and psychotherapy research: The effectiveness of supportive therapy as a control.* Poster presented at the Annual Meeting for the American Psychological Association, San Diego, California.

103.    Solberg, V.S., Gresham, S.L., **Budge, S.L**., & Phelps, A.L. (2010, August). *Impact of learning experiences on students with disabilities career development.* Poster presented at the Annual Meeting for the American Psychological Association, San Diego, California.

104.    Katz-Wise, S.L., **Budge, S.L.,** & Hyde, J.S. (2010, August). *Individuation or identification? Objectified body consciousness.* Poster presented at the Annual Meeting for the American Psychological Association, San Diego, California.

105.    Solberg, V.S., Gresham, S.L., **Budge, S.L**., & Phelps, A.L. (2010, August). *Impact of exposure to quality learning experiences on career development.* Paper presented at the Annual Meeting for the American Psychological Association, San Diego, California.

106.    **Budge, S.L.** & Fluckiger, C. (2010, June). *Comparison of evidence-based-treatments versus treatment as usual: A meta-analysis.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Asilomar, California.

107.    **Budge, S.L**. & Howard, K.A.S. (2010, April). *Career decision-making in the transgender population: The role of barriers and discrimination.* Paper presented at the Annual Meeting for the American Educational Research Association, Denver, Colorado.

108.    **Budge, S.L.**, Solberg, V.S., Phelps, L.A., Haakenson, K., & Durham, J. (2010, April). *Promising practices for implementing Individualized Learning Plans: Perspectives of teachers, parents, and students.* Paper presented at the Annual Meeting for the American Educational Research Association, Denver, Colorado.

109.    Solberg, V.S., Gresham, S.L., Phelps, L.A., & **Budge, S.L.** (2010, April). *Identifying decision-making patterns and its impact on career development and workforce readiness.* Paper presented at the Annual Meeting for the American Educational Research Association, Denver, Colorado.

110.    Katz-Wise, S.L., **Budge, S.L.,** & Hyde, J.S. (2010, March). *Objectified body consciousness and the mother-adolescent relationship.* Poster presented at the Biennial Meeting for the Society for Research on Adolescence, Philadelphia, Pennsylvania.

111.    **Budge, S. L.**, Tebbe, E. N., Katz-Wise, S. L., Schneider, C. L., & Howard, K. A. (2009, August). *Workplace transitions: Work experiences and the impact of transgender identity.* Paper presented at the Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada.

112.    Katz-Wise, S. L., **Budge, S. L.,** & Schneider, C. L. (2009, August). *Navigating the gender binary: A qualitative study of transgender identity development.* Paper presented at the Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada.

113.    Nelson, M. L., Thompson, M. N., Huffman, K. L., & **Budge, S. L.** (2009, August). *Development and further validation of the social class identity dissonance scale.* Paper presented at the Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada.

114.    Dvorscek, M., **Budge, S. L.,** Bluemner, J. L., & Valdez, C. R. (2009, August). *Health care provider perspectives on Latino patients with depression.* Poster presented at the Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada.

115.    Neumaier, E. R., **Budge, S. L.**, Bohlig, A. J., Doolin, E. M., & Nelson, M. L. (2009, August). *I feel masculine but they think I'm feminine: Toward measuring*

Stephanie Budge CV 2023

*experienced gender role.* Poster presented at the Annual Meeting of the American Psychological Association during the Division 17    Social Hour, Toronto, Ontario, Canada.

116.     Doolin, E. M., Graham, S. R., Hoyt, W. T., **Budge, S. L.**, & Bohlig, A. J. (2009, January). *Out and about in the South: Defining lesbian communities.* Poster presented at the National Multicultural Conference and Summit, New Orleans, LA.

117.     **Budge, S. L.**, Tebbe, E. N. & Howard, K. A. S. (2009, January) *Transgender individuals' work experiences: Perceived barriers, discrimination, and self-efficacy.* Paper presented at the Annual Meeting of the Career Conference, Madison, WI.

118.     Howard, K. A. S., **Budge, S. L.**, Jones, J., & Higgins, K. (2009, January). *Future plans of urban youth: A qualitative analysis of influences, barriers, & coping strategies.* Paper presented at the Annual Meeting of the Career Conference, Madison, WI.

119.     **Budge, S.,** Schneider, C., Rodriguez, A., Katz-Wise, S., Tebbe, E., & Valdez, C. (2008, August). *The emotional roller coaster: Transgender experiences of positive and negative emotions.* Poster presented at the Annual Meeting of the American Psychological Association, Boston, MA.

120.     Nelson, M. L., Huffman, K. & **Budge, S. L.**, (2008, August). *Initial validation of the Social Class Identity Dissonance Scale.* Poster presented at the Annual Meeting of the American Psychological Association, Boston, MA.

121.     **Budge, S. L.,** Schneider, C., Rodriguez, A., & Howard, K. A. S. (2008, January) *What about the "T"?: Career counseling with transgender populations.* Paper presented at the Annual Meeting of the Career Conference, Madison, WI.

122.     Howard, K. A .S., McKay, K. M., & **Budge, S. L.** (2007, August) *Adolescents' use of SOC strategies: The interaction with low-income and high violence contexts.* Poster presented at the Annual Meeting of the American Psychological Association, San Francisco, CA.

123.     **Budge, S. L.** & Sherry, A. (2007, August) *The influence of gender role on sexual compliance: A preliminary investigation of LGB relationships.* Poster presented at the Annual Meeting of the American Psychological Association, San Francisco, CA.

124.     Howard, K. A. S., Solberg, V. S., & **Budge, S. L.** (2007, August). *Designing culturally responsive school counseling career development programming for youth.* Paper presented at the Annual Meeting of the American Psychological Association, San Francisco, CA.

125.     Howard, K. A. S., Jones, J. E., **Budge, S.,** Gutierrez, B., Lemke, N., Owen, A., & Higgins, K. (2007, April). *Academic and career goals of high school youth: processes and challenges.* Paper presented at the Annual Meeting of the American Educational Research Association, Chicago, IL.

## REGIONAL PRESENTATIONS
Underlining denotes student;

1.     Dominguez, S. Jr., Matsuno, E., **Budge, S. L.,** & Tebbe, E. (2021, September). *Gender, Resilience and Resistance, Empowerment, and Affirmation Training.* Training provided at the University of Wisconsin-Madison via Zoom.

Stephanie Budge CV 2023

2. Dominguez, S. Jr., & **Budge, S. L.** (2021, May). *Microaggressions, communication, and power dynamics.* Workshop presented at the Madison Inclusive Leadership Conference, Madison, Wisconsin.

3. Tebbe, E.A. & **Budge, S.L.** (2021, April). *Transforming healing spaces: Tips and considerations in creating trans affirming spaces.* Workshop provided at the Wisconsin LGBTQ Health Summit, Madison, Wisconsin.

4. **Budge, S.L.,** Lindley, L., & Dominguez, S. (2021, February). Supporting mental health care for TNB clients. School of Social Work, University of Wisconsin-Madison, Madison, Wisconsin.

5. **Budge, S.L.** (2020, September). *Recruiting LGBTQ populations.* Symposium for Research Administrators. Madison, Wisconsin.

6. **Budge, S.L.** (2020, September). *Best practices for conducting research with LGBTQ populations.* Institute for Clinical and Translational Research training for researchers at the University of Wisconsin-Madison. Madison, Wisconsin.

7. **Budge, S.L.** (2019, April). *Trans affirmative therapy: Therapy for trans and nonbinary clients beyond the "101."* Workshop provided at the Wisconsin LGBTQ Health Summit, Madison, Wisconsin.

8. Guo, E., Mauk, E., & **Budge, S.L.** (2018, November). *Minority stress interventions in a psychotherapy pilot trial for transgender clients.* Paper presented at the Annual Meeting for the Wisconsin Counseling Association, Madison, Wisconsin.

9. **Budge. S.L.** (2018, November). *Mental Health and Wellbeing: Trans, Nonbinary, and Gender Nonconforming People.* Paper presented at the Annual Midwest Family Medicine Conference, Madison, Wisconsin.

10. Dyer, R. L., **Budge, S. L.,** Botsford, J., Andert, B., Rehm, J., & Allen, B. (April 2018). *Supporting trans youth in rural Wisconsin*. Symposium presented at the 2018 Wisqueer Conference, Madison, Wisconsin.

11. Dyer, R. L., **Budge, S. L.,** Botsford, J., Andert, B., Rehm, J., & Allen, B. (April 2018). *Trans youth needs assessment survey results: Nonmetropolitan-metropolitan differences in perceived safety at school for Wisconsin trans and nonbinary youth.* Poster presented at the 2018 Wisconsin Psychological Association Convention, Appleton, Wisconsin.

12. **Budge, S.L.** & Bostford, J. (February, 2018). *Trans experiences in Mental Health.* Symposium presented at the 2018 Wisconsin LGBTQ Summit, Milwaukee, Wisconsin.

13. Dyer, R. L., **Budge, S. L.,** Botsford, J., Andert, B., Rehm, J., & Allen, B. (February 2018). *Supporting trans youth in rural Wisconsin*. Symposium presented at the 2018 Wisconsin LGBTQ Summit, Milwaukee, Wisconsin.

14. **Budge, S.L.** (2017, September). *Transgender individuals and minority stress: The past, present, and future.* Research talk presented for the UW Department of Psychology Diversity series.

15. **Budge, S.L.** and Karcher, O. (2017, May). *Supporting trans youth and their mental health needs, Part 2.* Paper presented at the Supporting Trans and Gender Expansive Youth conference, Madison, Wisconsin.

16. **Budge, S.L.** (2016, October). *Supporting trans youth and their mental health needs.* Paper presented at the Supporting Trans and Gender Expansive Youth conference, Madison, Wisconsin.

17. **Budge, S.L.** (2013, November). *Incorporating an IPT approach with transgender clients.* Paper presented at the Annual Kentucky Psychological Association Conference, Lexington, Kentucky.

18. **Budge, S.L.** (2013, April). *Using interpersonal therapy with transgender clients.* Workshop provided at the Annual University of Florida Interdisciplinary Conference on LGBT Issues.

19. Barr, S. M. & **Budge, S. L.** (2013, April). *The role of identity integration in the emotional well-being of post-transition individuals.* Poster presentation at the Kentucky Psychological Association Student Research Conference, Louisville, Kentucky.

20. Orovecz, J., Thai, J.L., & **Budge, S.L.** (2013, April).  *"I'm stoked about life": The emotional processes of trans men through a qualitative lens.*  Poster presented at the Spring Research Conference, Lexington, Kentucky.

21. Rossman, K. & **Budge, S.L.** (2013, April). *Genderqueer individuals' mental health concerns: The relationship between social support and coping.* Paper presented at the Spring Research Conference, Lexington, Kentucky.

22. Barr, S. M. & **Budge, S. L.** (2013, April). *The role of identity integration in the emotional well-being of post-transition individuals.* Poster presented at the Spring Research Conference, Lexington, Kentucky.

23. Rossman, K. & **Budge, S.L.** (2013, June). *Just the fact that I commanded that respect - I got the privilege: Qualitative examination of privilege in the trans community.* Paper presented at the Spring Research Conference, Lexington, Kentucky.

24. Keller, B.L., Barr, S.M., & **Budge, S. L**. (2013, April). *"For every bad, there's 40 good things that happen": A qualitative approach to understanding the positive emotional experiences of trans women.* Poster presentation at the Spring Research Conference, Lexington, Kentucky.

25. Orovecz, J., Thai, J.L., & **Budge, S.L.**  (2013, April).  *"I'm stoked about life": The emotional processes of trans men through a qualitative lens.* Presented at the Spring Research Conference, Lexington, Kentucky.

26. Orovecz, J., Thai, J.L., & **Budge, S.L.**  (2013, March).  *"I'm me, and I'm proud to be me": A grounded theory analysis of trans men's emotional processes.*  Presented at the Kentucky Psychological Association Foundation Spring Academic Conference, Louisville, Kentucky.

27. Eleazer, J. R. & **Budge, S. L.** (2013, March).  *"It would be better for them to have a dead hero for a father than a freak:" Suicidality and trans military service.* Poster presented at the Kentucky Psychological Association Spring Academic Conference, Louisville, Kentucky.

28. Sinnard, M., Rossman, K., & **Budge, S. L.** (2013, March). *Positive emotional experiences of gender non-binary identified individuals.* Poster presentation at the Kentucky Psychological Association Student Research Conference, Louisville, Kentucky.

29. Barr, S.M., Stahl, A., Manthos, M., & **Budge, S.L.** (2012, November). *"It means there aren't rules and you don't have to ascribe to a specific binary": A qualitative examination of genderqueer identity.* Paper presented at the Chicago LGBTQ Health and Wellness Conference, Chicago, Illinois.

30. Thai, J.L., Orovecz, J., & **Budge, S.L.** (2012, November). *Trans men and positivity: Emotional processes related to identity.* Paper presented at the Chicago LGBTQ Health and Wellness Conference, Chicago, Illinois.

Stephanie Budge CV 2023

31. **Budge, S.L.,** <u>Barr, S.M., Orovecz, J., & Rossman, H.K.</u> (2012, November). *Clinical work with LGBT youth.* Workshop provided at the Annual Kentucky Psychological Association Conference, Louisville, Kentucky.

32. **Budge, S.L.,** Lee, S., & Monahan-Rial, V. (2011, February). *Bridging institutional gaps: Utilizing transgender-affirmative therapy with college students.* Workshop presented at the Annual Meeting for the Big 10 College Counseling Center Conference, Minneapolis, Minnesota.

33. Lee, J., **Budge, S.L.,** Wilson, J.L., & Roper, J.M. (2011, February). *The Korean Conundrum: Managing stigma in the recruitment of group counseling members.* Workshop presented at the Annual Meeting for the Big 10 College Counseling Center Conference, Minneapolis, Minnesota.

34. **Budge, S.L.** & Katz-Wise, S.L. (2010, February). *Transition to adulthood: Developmental steps for transgender individuals.* Workshop presented at the Conference on Transgender and Gender Variant Youth, Madison, Wisconsin.

35. **Budge, S.L.** (2009, October). *Individualized Learning Plans: Parent, student, and educator focus groups.* Paper presented at the Fall Institute for the National Collaborative on Workforce and Disability/Youth, Charleston, South Carolina.

## KEYNOTE AND INVITED PRESENTATIONS

1. **Budge, S.L.** & Hamer, J. (2022, December). Diversity Management Strategies to Improve Cross-Cultural and Intercultural Communication in Research Teams. Invited training to the Center for Innovations in Quality, Effectiveness, and Safety at the Houston Veterans Affairs, Houston, Texas.

2. **Budge, S.L.** (2022, November). Community-Based Research: A Step-By-Step Guide to Starting and Implementing Research Team and Community Feedback. University of Arkansas Department of Psychiatry and Behavioral Sciences and South Central MIRECC for Veterans Affairs, Little Rock, Arkansas.

3. **Budge, S.L.** (2022, October). Community-centered mental health. Workshop provided to LGBTQ+ Health Fellows in the School of Medicine and Public Health, University of Wisconsin-Madison, Madison, WI.

4. **Budge, S.L.** (2022, October). Barriers and Successful Outcomes in Recruiting Participants for Clinical Trial Research. Invited talk to the Center for Innovations in Quality, Effectiveness, and Safety at the Houston Veterans Affairs, Houston, Texas.

5. **Budge, S.L.** (2022, October). Lessons learned from being an expert witness in discrimination trials. Invited talk University of Wisconsin-Madison Law School, University of Wisconsin-Madison, Madison, Wisconsin.

6. **Budge, S.L.** (2022, October). LGBTQ+ Advocacy and Activism in Psychology. Invited talk at Clark University, Worcester, Massachusetts.

7. **Budge, S.L.** (2022, October). Reducing barriers to accessing mental health care for Two Spirit, trans, and nonbinary people of color: An open clinical trial. Invited talk at Arizona State University, Tempe, Arizona.

8. **Budge, S.L.** & Tebbe, E.A. (2022, July). Attending to internalized stigma in psychotherapy with Two Spirit, Transgender, and Nonbinary Clients. Workshop provided to Sondermind Therapy. Virtual workshop.

Stephanie Budge CV 2023

9. **Budge, S.L.** (2022, July). Best practices in supporting trans and nonbinary youth. School of Education Early Career Institute, University of Wisconsin-Madison, Madison, Wisconsin.

10. **Budge, S.L.,** (2022, April). Reducing barriers to accessing mental health care for Two Spirit, trans, and nonbinary people of color: An open clinical trial building upon lessons learned. Invited talk to the Center for Innovations in Quality, Effectiveness, and Safety at the Houston Veterans Affairs, Houston, Texas.

11. **Budge, S.L.,** (2022, April). Conducting psychotherapy research with transgender and nonbinary populations: CBPR Methods and Lessons Learned. University of Arkansas Department of Psychiatry and Behavioral Sciences and South Central MIRECC for Veterans Affairs, Little Rock, Arkansas.

12. **Budge, S.L.** (2022, April). Queering networking. Workshop provided by the APA Division 44 Science Committee. Virtual workshop.

13. **Budge, S.L.** (2022, April). Queering research. Workshop provided by the APA Division 44 Science Committee. Virtual.

14. **Budge, S.L.** (2022, April). Providing evidence-based psychotherapy to transgender and nonbinary clients: Beyond the basics. Keynote presented at the Kentucky Psychological Association conference in Louisville, KY.

15. **Budge, S.L.** Dominguez, Jr., S., & Lee, J. (2022, March). Providing trans affirming care to youth. Intern seminar at the Wisconsin Psychiatric Institute and Clinics, University of Wisconsin-Madison.

16. **Budge, S.L.,** Dominguez Jr., S., & Norton, M. (2022, February). Incorporating radical healing and addressing internalized transnegativity in psychotherapy for transgender, Two Spirit, and nonbinary people of color: A community-based participatory research approach. Workshop provided to the School Psychology Department, University of Wisconsin-Madison.

17. Tebbe, E.A. & **Budge, S.L.** (2022, January). LGBTQ identity development in young people. Training provided to the Central Wisconsin Health Partnership, Appleton, Wisconsin.

18. **Budge, S.L.** & Tebbe, E.A. (2021, December). Providing Trans-Affirming Therapy to Two-Spirit, Transgender, and Nonbinary Clients: The Basics. Workshop provided to Sondermind Therapy.

19. **Budge, S.**L. (2021, October). Psychotherapy with Two-Spirit, Transgender, and Nonbinary Patients. Grand Rounds provided at Westchester Medical Center/New York Medical College, Westchester, NY.

20. Dominguez, S. Jr., & **Budge, S. L.** (2021, October). Healthcare Discrimination Toward LGBTQ+ People & Discrimination-Related Ruptures, Department of Health Services Learning Community Conference, Madison, Wisconsin

21. **Budge, S. L.** (2021, October). Supporting LGBTQ+ community members, Department of Health Services Learning Community Conference, Madison, Wisconsin

22. **Budge, S.L.** & Tebbe, E.A. (2021, July). Beyond the basics: Recommendations for practitioners writing letters of support. Workshop provided to American Psychological Association Division 17 Members.

23. **Budge, S.L.** (2021, February). Conducting psychotherapy research with trans and nonbinary populations. Presented to the Counseling Psychology department at the University of British Columbia, Vancouver, Canada.

24. **Budge, S.L.** & Dominguez, S. Jr. (2019, November). *Mental health care for transgender, nonbinary, and gender nonconforming clients.* Presented to practitioners at Group Health Cooperative Insurance, Madison, Wisconsin.

25. °**Budge, S.L.,** Dominguez, S.Jr., Mauk, E., & Sweetnam, M. (2018, October). *School of Education: At the forefront of transgender studies*. Presented to the Board of Visitors at the School of Education—University of Wisconsin-Madison.

26. °**Budge, S.L.** & Mauk, E. (2017, May). *Health and well-being of LGBTQ students: Lessons learned and recommendations for educators*. Invited presentation at the CESA Conference, Madison, Wisconsin.

27. °**Budge, S.L.** (2016, March). *The construction of gender identity as "disordered": A critical examination of mental health using trans narratives.* Invited presentation at the Women's and Gender Studies Forum at the University of Florida, Gainesville, Florida.

28. °**Budge, S.L.** (2016, March). *Understanding, acknowledging, and responding to LGBTQ microaggressions in health care settings.* Keynote provided at the Florida Area Health Education Center, Gainesville, Florida.

29. °**Budge, S.L.** (2014, September). *Positivity in trans populations: Implications for vocational psychology.* Boston University, Boston, Massachusetts.

30. °**Budge, S.L.** (2013, April). *Future directions for research and therapy with trans and gender diverse individuals.* Keynote provided at the Annual University of Florida Interdisciplinary Conference on LGBT Issues.

31. °**Budge, S.L.** (2013, March*). The psychology of sexual orientation and gender identity: future directions and implications.* Keynote provided at the East Texas Psi Chi Student Research Conference, Tyler, Texas.

## NATIONAL RESEARCH BRIEFINGS

1. **Budge, S.L.,** & Solberg, V.S., (2010, March) *Career exploration and the use of career narrative data for high school students' career exploration processes: A United States sample.* Research briefing presented at the Department of Labor, Washington, D.C.

2. **Budge, S.L.,** Solberg, V.S., & Phelps, A.L. (2010, March) *Individualized Learning Plans within a community-oriented approach: The usefulness of focus group data with parents, teachers, and students.* Research briefing presented at the Department of Labor, Washington, D.C.

## INTERNATIONAL RESEARCH BRIEFINGS

1. **Budge, S.L.,** & Solberg, V.S., (2010, February) *A three-tiered approach to analyze the career decision making processes using focus group data with Singaporean parents, students, and staff.* Research briefing presented at the Ministry of Education, Singapore.

2. **Budge, S.L.,** & Solberg, V.S., (2010, February) *Use of narrative analysis for high school students' career exploration processes: A Singapore Sample.* Research briefing presented at the Ministry of Education, Singapore.

Stephanie Budge CV 2023

## BLOGS

Paquin, J., Tao, K., & **Budge, S.L. (2020).** *Is psychotherapy effective for everyone?.*
*https://www.apa.org/pubs/highlights/spotlight/issue-192*

**Budge, S.L.** (2015). *Critical considerations in writing letters for trans clients.*
https://societyforpsychotherapy.org/critical-considerations-in-writing-letters-for-trans-clients/

## PROFESSIONAL SERVICE

**Associate Editor**
*Psychotherapy*                                                          **1/2014 – 1/2022**
*Psychology of Sexual Orientation and Gender Diversity*                  **8/2020 -- current**

**Guest Editor of Special Sections**
*Psychotherapy*                                                          **5/2019**
*Journal of Counseling Psychology*                                      **12/2017**
*Psychology of Sexual Orientation and Gender Diversity*                  **12/2017**
*Psychotherapy*                                                          **9/2016**

**Editorial Board**
*Psychotherapy*                                                          **1/2011 – 12/2013**
*Archives of Sexual Behavior*                                           **1/2014 – 12/2016**
*Psychology of Sexual Orientation and Gender Diversity*                  **1/2016 – 8/2020**
*International Journal of Transgender Health*                           **1/2016 – current**
*LGBTQ+ Family: An Interdisciplinary Journal*                          **9/2022 - current**

**Ad Hoc Reviewer:** Journal of Consulting and Clinical Psychology, Clinical Psychology Review,
Journal of Counseling Psychology, The Counseling Psychologist, Feminism and Psychology,
Psychology of Religion and Spirituality, Psychology of Women Quarterly, Journal of GLBT
Family Issues, BioMed Central Journal, The Cognitive Behavior Therapist, Psychotherapy
Research, Routledge Publishers, Harvard University Press, Family Process

### Leadership in Professional Organizations

**Co-Chair of Division 17 Special Task Group**                          **8/2019 – 8/2020**
 "Building a Trans and Nonbinary Pipeline into Counseling Psychology." This special task group
included giving a free webinar about increasing access for trans and nonbinary students into
doctoral psych programs, creating a curriculum guide for psychology courses, and supporting a
research project that focused on trans and nonbinary students' experiences in counseling
psychology programs

**Co-Chair of Division 44 Science Committee**                           **8/2011 – 8/2021**
Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender Issues (Division
44)

Stephanie Budge CV 2023

## **Membership in Professional Organizations**

American Psychological Association (APA)
- Society of Counseling Psychology (Division 17)
- Division of Psychotherapy (Division 29)
- Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender Issues (Division 44)

World Professional Association for Transgender Health (WPATH)

# Exhibit B

## Bibliography

American Psychiatric Association. (2013). *Diagnostic and statistical manual of mental disorders* (5th ed.). Arlington, VA: American Psychiatric Publishing.

Austin, A., Craig, S. L., D'Souza, S., & McInroy, L. B. (2022). Suicidality among transgender youth: elucidating the role of interpersonal risk factors. *Journal of interpersonal violence*, *37*(5-6), NP2696-NP2718.

Barr, S. M., Snyder, K. E., Adelson, J. L., & Budge, S. L. (2021). Posttraumatic stress in the trans community: The roles of anti-transgender bias, non-affirmation, and internalized transphobia. *Psychology of Sexual Orientation and Gender Diversity*. Advanced Online Print.

Berglund, H., Lindström, P., Dhejne-Helmy, C., and Savic, I. (2008). Male-to-female transsexuals show sex-atypical hypothalamus activation when smelling odorous steroids. *Cereb. Cortex* 18, 1900–1908.

Carrillo, B., Gómez-Gil, E., Rametti, G., Junque, C., Gomez, A., Karadi, K., Segovia, S., and Guillamon, A. (2010). Cortical activation during mental rotation in male-to-female and female-to-male transsexuals under hormonal treatment. *Psychoneuroendocrinology* 35, 1213–1222.

Chodzen, G., Hidalgo, M. A., Chen, D., & Garofalo, R. (2019). Minority stress factors associated with depression and anxiety among transgender and gender-nonconforming youth. *Journal of Adolescent Health*, *64*(4), 467-471.

Coleman, E., Radix, A. E., Bouman, W. P., et al. (2022) Standards of Care for the Health of Transgender and Gender Diverse People, Version 8, *International Journal of Transgender Health*, 23:sup1, S1-S259.

Crissman, H. P., Czuhajewski, C., Moniz, M. H., Plegue, M., & Chang, T. (2020). Youth perspectives regarding the regulating of bathroom use by transgender individuals. *Journal of Homosexuality*, *67*(14), 2034-2049.

Day, J. K., Perez-Brumer, A., & Russell, S. T. (2018). Safe schools? Transgender youth's school experiences and perceptions of school climate. *Journal of youth and adolescence*, *47*(8), 1731-1742.

Durwood, L., McLaughlin, K. A., & Olson, K. R. (2017). Mental health and self-worth in socially transitioned transgender youth. *Journal of the American Academy of Child & Adolescent Psychiatry*, 56(2), 116-123.

Ehrensaft, D., Giammattei, S. V., Storck, K., Tishelman, A. C., & St. Amand, C. (2018). Prepubertal social gender transitions: What we know; what we can learn—A view from a gender affirmative lens. *International Journal of Transgenderism*, 19(2), 251-268.

Fox, K. R., Choukas-Bradley, S., Salk, R. H., Marshal, M. P., & Thoma, B. C. (2020). Mental health among sexual and gender minority adolescents: Examining interactions with race and ethnicity. *Journal of consulting and clinical psychology*, *88*(5), 402.

Galupo, M. P., Pulice-Farrow, L., & Lindley, L. (2020). "Every time I get gendered male, I feel a pain in my chest": Understanding the social context for gender dysphoria. *Stigma and Health*, *5*(2), 199-208.

GLSEN (2021*). Improving School Climate for Transgender and Nonbinary Youth* (Research Brief). New York: GLSEN.

Grimstad, F., Boskey, E. R., Taghinia, A., & Ganor, O. (2021). Gender-affirming surgeries in transgender and gender diverse adolescent and young adults: a pediatric and adolescent gynecology primer. *Journal of Pediatric and Adolescent Gynecology*, *34*(4), 442-448.

Herman, J. L. (2013). Gendered restrooms and minority stress: The public regulation of gender and its impact on transgender people's lives. Journal of Public Management & Social Policy, 19(1), 65-80.

Horne, S. G., McGinley, M., Yel, N., & Maroney, M. R. (2022). The stench of bathroom bills and anti-transgender legislation: Anxiety and depression among transgender, nonbinary, and cisgender LGBQ people during a state referendum. *Journal of Counseling Psychology*, 69(1), 1-13.

Horton, C. (2022). "I Was Losing That Sense of Her Being Happy"—Trans Children and Delaying Social Transition. *LGBTQ+ Family: An Interdisciplinary Journal*, 1-17.

Jackman, K. B., Caceres, B. A., Kreuze, E. J., & Bockting, W. O. (2021). Suicidality among gender minority youth: Analysis of 2017 Youth Risk Behavior Survey data. *Archives of suicide research*, *25*(2), 208-223.

James, S. E., Herman, J. L., Rankin, S., Keisling, M., Mottet, L., & Anafi, M. (2016). The report of the 2015 U.S. Transgender Survey. Washington, DC: National Center for Transgender Equality. Retrieved from: https://www.transequality.org/sites/default/files/docs/USTS-Full-Report-FINAL.PDF

Kosciw, J. G., Clark, C. M., & Menard, L. (2022). The 2021 National School Climate Survey: The experiences
of LGBTQ+ youth in our nation's schools. New York: GLSEN.

Martín-Castillo, D., Jiménez-Barbero, J. A., del Mar Pastor-Bravo, M., Sánchez-Muñoz, M., Fernández-Espín, M. E., & García-Arenas, J. J. (2020). School victimization in transgender people: A systematic review. *Children and Youth Services Review*, *119*, 105480.

McCann, E., & Brown, M. (2017). Discrimination and resilience and the needs of people who identify as transgender: a narrative review of quantitative research studies. *Journal of Clinical Nursing*, *26*(23-24), 4080-4093.

McGuire, J. K., Okrey Anderson, S., & Michaels, C. (2022). "I don't think you belong in here:" The impact of gender segregated bathrooms on the safety, health, and equality of transgender people. *Journal of Gay & Lesbian Social Services*, 34(1), 40-62.

McLemore, K. A. (2015). Experiences with misgendering: Identity misclassification of transgender spectrum individuals. *Self and Identity*, *14*(1), 51-74.

McLemore, K. A. (2018). A minority stress perspective on transgender individuals' experiences with misgendering. *Stigma and Health*, *3*(1), 53-64.

Murchison, G. R., Agénor, M., Reisner, S. L., & Watson, R. J. (2019). School restroom and locker room restrictions and sexual assault risk among transgender youth. *Pediatrics*, *143*(6).

Nota, N. M., Kreukels, B. P., Den Heijer, M., Veltman, D. J., Cohen-Kettenis, P. T., Burke, S. M., & Bakker, J. (2017). Brain functional connectivity patterns in children and adolescents with gender dysphoria: Sex-atypical or not?. *Psychoneuroendocrinology*, 86, 187-195.

Olson, K. R., Key, A. C., & Eaton, N. R. (2015). Gender cognition in transgender children. *Psychological Science*, 26(4), 467-474.

Olson, K. R., Durwood, L., DeMeules, M., & McLaughlin, K. A. (2016). Mental health of transgender children who are supported in their identities. *Pediatrics*, 137(3).

Pease, M., Le, T. P., & Iwamoto, D. K. (2022). Minority stress, pandemic stress, and mental health among gender diverse young adults: Gender dysphoria and emotion dysregulation as mediators. *Psychology of Sexual Orientation and Gender Diversity*. Advanced Online Print.

Poteat, V. P., Watson, R. J., & Fish, J. N. (2021). Teacher support moderates associations among sexual orientation identity outness, victimization, and academic performance among LGBQ+ youth. *Journal of Youth and Adolescence*, *50*(8), 1634-1648.

Price-Feeney, M., Green, A. E., & Dorison, S. (2020). Understanding the mental health of transgender and nonbinary youth. *Journal of Adolescent Health*, *66*(6), 684-690.

Price-Feeney, M., Green, A. E., & Dorison, S. H. (2021). Impact of bathroom discrimination on mental health among transgender and nonbinary youth. *Journal of Adolescent Health*, *68*(6), 1142-1147.

Puckett, J. A., Maroney, M. R., Wadsworth, L. P., Mustanski, B., & Newcomb, M. E. (2020). Coping with discrimination: The insidious effects of gender minority stigma on depression and anxiety in transgender individuals. *Journal of Clinical Psychology*,

Rafferty, J., Yogman, M., Baum, R., Gambon, T. B., Lavin, A., Mattson, G., ... & Committee on Psychosocial Aspects of Child and Family Health. (2018). Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics*, *142*(4).

Reisner, S. L., Vetters, R., Leclerc, M., Zaslow, S., Wolfrum, S., Shumer, D., & Mimiaga, M. J. (2015). Mental health of transgender youth in care at an adolescent urban community health center: a matched retrospective cohort study. *Journal of Adolescent Health*, *56*(3), 274-279.

Rouse Jr, M., & Hamilton, E. (2021). Rethinking Sex and the Brain: How to Create an Inclusive Discourse in Neuroscience. *Mind, Brain, and Education*, *15*(2), 163-167.

Sanchez, F.J. & Pankey, T. (2017). *Essentialist views on sexual orientation and gender identity.* In DeBord, Kurt A. (Ed); Fischer, Ann R. (Ed); Bieschke, Kathleen J. (Ed); Perez, Ruperto M. (Ed). Handbook of sexual orientation and gender diversity in counseling and psychotherapy , (pp. 51-74). Washington, DC, US: American Psychological Association.

Spizzirri, G., Duran, F. L. S., Chaim-Avancini, T. M., Serpa, M. H., Cavallet, M., Pereira, C. M. A., ... & Abdo, C. H. N. (2018). Grey and white matter volumes either in treatment-naïve or hormone-treated transgender women: a voxel-based morphometry study. *Scientific Reports*, 8(1), 736.

Taylor, A.B., Chan, A., Hall, S.L., Saewyc, E. M., & the Canadian Trans & Non-binary Youth Health Survey Research Group (2020). *Being Safe, Being Me 2019: Results of the Canadian Trans and Non-binary Youth Health Survey.* Vancouver, Canada: Stigma and Resilience Among Vulnerable Youth Centre, University of British Columbia.

Turban, J. L., King, D., Li, J. J., & Keuroghlian, A. S. (2021). Timing of social transition for transgender and gender diverse youth, K-12 harassment, and adult mental health outcomes. *Journal of Adolescent Health*, 69(6), 991-998.

Veale, J. F., Watson, R. J., Peter, T., & Saewyc, E. M. (2017). Mental health disparities among Canadian transgender youth. *Journal of Adolescent Health*, *60*(1), 44-49.

Wilson, E. C., Chen, Y. H., Arayasirikul, S., Raymond, H. F., & McFarland, W. (2016). The impact of discrimination on the mental health of trans* female youth and the protective effect of parental support. *AIDS and Behavior*, *20*(10), 2203-2211.