Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
101 E Bullion St., Unit 2H
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Christina S. Paek*
cpaek@lambdalegal.org
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (213) 402-2537 (F)

**pro hac vice* forthcoming

Katherine M. Forster*
katherine.forster@mto.com
Robyn K. Bacon*
robyn.bacon@mto.com
Nicholas R. Sidney*
nick.sidney@mto.com
Paul Martin*
paul.martin@mto.com
Avery P. Hitchcock*
avery.hitchcock@mto.com
Jimmy P. Biblarz*
jimmy.biblarz@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

REBECCA ROE, et al.,

*Plaintiffs*,

v.

DEBBIE CRITCHFIELD, et al.,

*Defendants*.

Case No. 1:23-cv-315

**DECLARATION OF FOSTER "TRIPS" JONES**

**DECLARATION OF FOSTER ("TRIPS") JONES, B.A., M.A., M.S.C.**

I, Foster (Trips) Jones III, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to those facts if called as a witness.

2. I am currently the Assistant Principal of J.M. Atherton High School ("Atherton" or "Atherton High School"), which educates approximately 1,500 students in Louisville, Kentucky. Atherton is in the Jefferson County Public School District ("JCPS"). I became the Assistant Principal in 2017. Prior to that, I was a school counselor at Atherton High School from 2013–2017. Before that, I was a school counselor at a Department of Defense school in Yokosuka, Japan and at a middle school in Indiana. Prior to that, I taught eighth grade United States history in Indiana.

3. I earned a Bachelor of Arts in History from Bellarmine College in 1998, a Master of Arts in Teaching at Bellarmine College in 2001, a Master in School Counseling from Indiana University Southeast in 2006, and a certificate in Instructional Leadership for School Principals from Spalding University in 2016.

4. During my tenure at Atherton, the school has moved from being ranked 12th in Kentucky based on the American College Testing (ACT) exam, to being ranked 4th in the state by *U.S. News and World Report*. In 2022, Atherton High School became the first high school in Kentucky to receive the American School Counseling Association (ASCA)'s Model Program (RAMP) distinction. Schools are given the RAMP designation based on their data-driven approach to decision-making and for delivering services to all students in an exemplary educational environment.

5. Atherton is a very diverse school. Approximately 40% of students receive free or

reduced-price school lunches.

6. In June 2014, Atherton implemented a formal policy respecting students' gender identity, which includes access to sex-separated facilities like restrooms and locker rooms.

7. The policy came about because an Atherton student had identified herself as transgender to school administrators and wanted the school to treat her as a girl in all respects, including access to school restroom facilities. I had worked closely with the student in my capacity as the school counselor. I met with the student roughly a half dozen times. Over several years, I helped her navigate the emotions she faced at the time as she was undertaking the process of gender transition. To better educate myself on the needs of transgender students, and gender identity more broadly, I attended educational presentations organized by Atherton's Gay-Straight Alliance, read widely about gender identity and related topics, and studied background materials provided by our school's then principal, Dr. Thomas Aberli.

8. The student advocated for a change to Atherton's school bathroom policies. The student had several meetings with Dr. Aberli, with the goal of developing a new, gender inclusive bathroom policy. Dr. Aberli instituted a temporary policy that allowed students to use the locker room and bathroom that best matched their gender identity or gender expression, and that allowed any student to request to use a private bathroom for any reason. The policy was modeled off of a long-standing policy used by the Los Angeles Unified School District. Some members of the community expressed that inclusive policies might be fine for schools in California, but not in Kentucky. However, Dr. Aberli's view, which I share, is that the value of human life is the same in Kentucky as it is anywhere else.

9. Dr. Aberli wanted to formalize the policy via a public decision-making process. In JCPS, certain policies are delegated to individual schools via a twelve-member School-Based

Decision Making Council (SBDM Council), comprised of parents, teachers, administrators, and a student representative. The proposed bathroom policy went through this council. Dr. Aberli, in conjunction with the SBDM Council, sought input from school administrators, teachers, parents, and students. All evidence the committee considered was posted on the school's website. The school held several community meetings about the policy.

10. Three policies were considered: 1) keep the interim policy, 2) require students to use the facility associated with their sex assigned at birth, and 3) leave the decision up to the school principal.

11. The committee ultimately chose to continue with the interim policy. There was little community opposition to the policy; my sense at the time was that public opposition was primarily from people not affiliated with the Atherton school community.

12. The policy has been successful at our school. It has been a positive experience and has sent a strong signal to all students that Atherton High is a welcoming and inclusive school community. Our policy guarantees all students an equal right to privacy. Our experience has been that privacy has increased for all students as a result of this policy, particularly because any student who is uncomfortable with using a communal locker room or bathroom is able to use a private facility. There have been no privacy infractions, and this policy increases privacy by avoiding the need to "out" transgender students, as would occur if they were forced to use restrooms matching their birth-assigned sex.

13. Atherton has an admissions committee because it offers an International Baccalaureate program, and I have served on the admissions committee. Over the years, various students, including transgender students in particular, have expressed that they wanted to come to Atherton because it is such an inclusive, supportive environment, and that policies like this

one attract them to the school. It is my understanding that despite some initial opposition at public forums, there have been no complaints of incidents involving privacy issues as a result of implementing the policy. There are multiple transgender students at our school, and their use of restrooms or locker rooms has not been an issue. Since the policy was adopted, I would estimate that I have served as the assistant principal to more than 100 transgender students.

14. Nor have we experienced any issues with safety in our facilities related to the policy. There have been no reported instances of violence or assault related the policy. We have received no complaints from any students regarding safety issues created by the policy.

15. Since Atherton implemented its policy, our transgender students have thrived, and we have observed that students feel safer living in a manner consistent with their gender identity, knowing that our school supports them. In fact, the overwhelming reaction from all of our students has been both positive and supportive.

16. On March 29, 2023, state legislators in Kentucky overrode a gubernatorial veto to pass a ban on transgender students using the bathroom that aligns with their gender identity. Based on my experience at Atherton, I firmly believe that policies like this one will be psychologically and developmentally harmful to transgender students, without benefiting any other students. School administrators at Atherton are currently assessing any impact this state law might have on our school's policy.

17. I make this declaration from my own knowledge of the facts and circumstances set forth above. If necessary, I could and would testify to these facts and circumstances.

* * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29 day of June, 2023.

Foster "Trips" Jones