Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
101 E Bullion St., Unit 2H
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Christina S. Paek*
cpaek@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†mailing address only
(213) 382-7600 (T) | (213) 402-2537 (F)

*pro hac vice forthcoming

Attorneys for Plaintiffs

Katherine M. Forster*
katherine.forster@mto.com
Robyn K. Bacon*
robyn.bacon@mto.com
Nicholas R. Sidney*
nick.sidney@mto.com
Paul Martin*
paul.martin@mto.com
Avery P. Hitchcock*
avery.hitchcock@mto.com
Jimmy P. Biblarz*
jimmy.biblarz@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, et al., | Case No. 1:23-cv-315 |
| *Plaintiffs*, | **DECLARATION OF OFFICER MORGAN BALLIS, M.S. E.M.** |
| v. | |
| DEBBIE CRITCHFIELD, et al., | |
| *Defendants*. | |

## <u>DECLARATION OF OFFICER MORGAN BALLIS, M.S. E.M.</u>

I, Officer Morgan Ballis, hereby declare as follows:

1.     I make this declaration based on my own personal knowledge and if necessary, I could and would testify to these facts and circumstances.

2.      I am a Patrol Officer and full-time School Resource Officer ("SRO") with the Hailey Police Department, in Hailey, Idaho.  I also serve as the Hailey Police Department's LGBTQ+ Liaison to the community.[1]  I have more than 15 years of experience as a law enforcement educator, firearms instructor, and tactical trainer.

3.      I submit this declaration to address Idaho Senate Bill 1100's purported legislative findings that the law protects privacy and student safety from risks such as "sexual assault, molestation, rape, voyeurism, and exhibitionism."  Based on my law enforcement, security, and military background, I believe that these findings are inaccurate.

4.      In preparing this expert declaration, I reviewed the text of Idaho Senate Bill 1100 ("S.B. 1100") and Blaine County School District Policy 519.50, entitled "Gender Inclusion Policy."  I have reached my opinions by applying my expertise in school-related policing services, emergency preparedness, and crisis situations to the privacy- and safety-related issues raised by S.B. 1100.  The experience, education, and training I have relied upon in preparing this expert declaration are the same types of experience, education, and training that experts in my field regularly rely upon when forming opinions on these subjects.  I reserve the right to supplement these opinions based on subsequent developments in my field and/or factual developments in this litigation.

5.      Within the last four years, I testified as an expert during an administrative hearing in *Police Benevolent Association of the City New York, Inc. v. New York City Police Department*.

---

[1] My testimony is offered in my individual capacity and not on behalf of my employer or any professional associations with which I am affiliated.

6.      I am being compensated $300 per hour for my work on this case.  My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

**A.      Background and Qualifications**

7.      My professional background, experiences, publications from the last 10 years, and presentations are detailed in my curriculum vitae.  A true and correct copy is attached as Exhibit A to this declaration.

8.      I began my career by serving more than 10 years in the infantry field of the United States Marine Corps.  My work in the Marine Corps involved protecting critical assets and personnel overseas under the Combined Joint Task Force–Horn of Africa; and supporting federal law enforcement under the Joint Task Force–North, a multi-service operation by the United States Department of Defense for counterdrug and anti-terrorist operations.  As an Infantry Unit Leader and Reconnaissance and Surveillance Team Leader I developed and conducted hundreds of hours of training for host-nation law enforcement partners.  I received multiple military awards, including the Combat Action Ribbon (for engaging the enemy during combat operations), Navy and Marine Corps Commendation Medal (for actions as a Reconnaissance and Surveillance Team Chief), Navy and Marine Corps Achievement Medal (2nd Award) (for actions as an Infantry Unit Leader), and Marine Corps Good Conduct Medal (3rd Award) (for maintaining a disciplinary record above reproach).

9.      In 2014, I became a National Rifle Association ("NRA") Law Enforcement Instructor and founded an organization called Defensive Tactics and Firearms, for which I serve as the Chief Firearms Instructor.  In that capacity I developed training curriculum focused on off-duty carry considerations and active shooter response for first responders.  As part of this work, I

3

have been invited to observe and critique hundreds of hours of law enforcement training

exercises in addition to developing my own curriculum.  I have also trained and educated more

than 8,000 citizens, law enforcement, and service members in tactics and firearms.

10.     In 2018, I founded a consulting firm called the Campus Safety Alliance, which is

a network of emergency management professionals, law enforcement trainers, and educational

leaders providing evidence-based safety solutions for Pre-K-12 facilities and faith-based

organizations serving children.  Campus Safety Alliance ensures that clients are aligned with the

Department of Homeland Security's National Preparedness mission goals by providing threat

vulnerability assessments, developing policies and procedures, and conducting risk management

training.  Campus Safety Alliance has trained and educated more than 17,000 students, 2,500

educators, and 1,500 law enforcement and military personnel in active assailant response.

11.     I am also a nationally recognized subject matter expert in School Active Assailant

Events.  As an active shooter response trainer for law enforcement and educators, I have

presented my research and methodology at conferences across the U.S.

12.     I obtained both Bachelor of Science and Master of Science degrees in Homeland

Security & Emergency Management in 2017 and 2019 respectively, during which I focused my

studies on understanding and preventing targeted attacks against schools.  I am currently

completing a Ph.D. in Emergency Management, and my dissertation focuses on active assailant

events and response in pre-K through 12th grade facilities.

13.     I hold a number of trainer certifications, including but not limited to:

   a.  National Association of School Resource Officers (NASRO), Basic School
       Resource Officer

   b.  Out to Protect, LGBT Awareness Trainer

c.  International Association of Directors of Law Enforcement Standards and Training (IADLEST), Nationally Certified Instructor

d.  Louisiana State University, National Center for Biomedical Research and Training (LSU, NCBRT), Law Enforcement Active Shooter Emergency Response Trainer

e.  Advanced Law Enforcement Rapid Response Training (ALERRT), Civilian Response to an Active Shooter Events Trainer and Active Attack Integrated Response Trainer

f.  San Diego County Office of Education Active Shooter Trainer

g.  ALiCE (Alert, Lockdown, Inform, Counter, Evacuate) Instructor

h.  Last Resort Firearms Training, Active Shooter Instructor

i.  Massad Ayoob Group, Deadly Force Instructor

j.  Tom Givens, Rangemaster Instructor

k.  Active Self Protection Instructor

l.  NRA, Training Counselor

   A.  Certified Rifle Instructor

   B.  Certified Pistol Instructor

   C.  Concealed Carry Weapon Instructor

   D.  Personal Protection Inside the Home Instructor

   E.  Personal Protection Outside the Home Instructor

m.  NRA, Refuse to Be a Victim Instructor

n.  U.S. Concealed Carry Association, Concealed Carry & Home Defense Instructor

**B.      School Resource Officer and LGBTQ+ Liaison Experience**

14.      I joined the Hailey Police Department in 2022 as a Patrol Officer and full-time School Resource Officer.

15.      I serve as one of two full-time SROs with the Hailey Police Department, and I am assigned to work as the full-time SRO at Wood River High School, Silver Creek High School, and Alturas Elementary School in Hailey, Idaho.  I work closely with the second full-time SRO, Shawna Wallace, who covers the other two schools in the City of Hailey.  My duties involve investigating allegations of criminal incidents, and enforcing state and local laws and ordinances at my assigned schools and adjacent areas.  The work that I have done with Officer Wallace has received national recognition from the National Association of School Resource Officers, which named the Hailey Police Department as a Model SRO Agency in 2023.

16.      I use a variety of methods to educate the school community about safety issues and to stay informed about the full range of safety issues affecting school campuses.  For example, I host "Cop Talks" in collaboration with the school news program to educate staff and students on Idaho laws, city ordinances, and the criminal justice system.  I also host a variety of classroom discussions addressing issues such as the Fourth Amendment, bullying, substance abuse, mental health, anonymous reporting, and healthy relationships, among others.  I maintain an open-door policy and students frequently seek me out to ask advice and to seek guidance in resolving various issues.

17.      The Hailey Police Department's work to make SROs a trusted safety resource has led to a noticeable improvement in student willingness to share allegations of misconduct with the SROs, which enhances our ability to promote a safe environment.  In particular, our work has yielded an increased willingness among students to report incidents of sexual assault, and these

reports have led to numerous felony arrests.  Notably, none of these incidents have involved a transgender student, much less a transgender perpetrator.

18.     My SRO duties also include performing threat assessments, risk assessments, and suicide assessments.  As part of this work I function as an emergency manager for the Blaine County School District, helping them develop and revise their safety and emergency crisis preparation and building security protocols, training staff on safety and prevention procedures, and making improvements in how the schools perform their emergency drills and training for staff and students by implementing trauma-informed practices.

19.     I am the President of the Idaho Association of School Resource Officers ("IDASRO"), a nonprofit organization that disseminates information about best practices for teaching students about good citizenship and community responsibility, and advocates for school law enforcement issues.  In particular, IDASRO focuses on advocating for evidence-based and trauma-informed school safety practices; continuing education for SROs with a dedication to being lifelong learners alongside staff and students; and creating equity in K-12 emergency management systems.  The organization maintains contact with roughly 205 SROs across the state of Idaho, who use the organization as a resource to discuss trends in safety issues within the schools.

20.     I also serve as the Hailey Police Department's LGBTQ+ Liaison.  Although I am not a member of the LGBTQ+ community, I advocated for the creation of this Liaison position after being hired by the Hailey Police Department.  I see one of the core functions of my job as supporting students, especially those that tend to have higher rates of suicide, victimization, and homelessness.  LGBTQ+ students share all of those vulnerabilities, which made it important to

me to help create and serve in this position.[2]

21.     In my role as the Hailey Police Department's LGBTQ+ Liaison, I serve as the point of contact for organizations and individuals in the LGBTQ+ community, serve as a resource for and assist with investigations of cases involving members of the LGBTQ+ community, and provide training to police agency personnel on issues relating to gender identity and sexual orientation.  I regularly attend LGBTQ+ meetings at the schools and in the larger community, including meetings for the Wood River High School Pride Club, the Wood River High School Gay Straight Alliance, and Parents and Friends for Lesbians and Gays.

### C.     S.B. 1100 Does Not Advance Any Interests in School Safety and Privacy

22.     Based on my experience and training, it is my opinion that a law like S.B. 1100 not only fails to advance its claimed interests in preventing "sexual assault, molestation, rape, voyeurism, and exhibitionism" and protecting privacy, but risks undermining those interests.  I begin this discussion with an overview of the Blaine County School District's policy of equal treatment for transgender students in sex-separated facilities and programs, which helps illustrate several key points.

23.     In 2016, Blaine County School District adopted a Gender Inclusion Policy (Code 519.50).[3]  The Blaine County School District serves more than 3,000 students within eight different schools, educating students from kindergarten through 12th grade.[4]  There are nearly

---

[2] Price-Feeney, M., et al., *Impact of Bathroom Discrimination on Mental Health Among Transgender and Nonbinary Youth*, J. ADOLESC. HEALTH 68(6):1142-1147 (June 2021) ("Price-Feeney, *Impact of Bathroom Discrimination*"), doi: 10.1016/j.jadohealth.2020.11.001; The Trevor Project, *Homelessness and Housing Instability Among LGBTQ Youth* (2022), https://www.thetrevorproject.org/wp-content/uploads/2022/02/Trevor-Project-Homelessness-Report.pdf.
[3] *See* https://go.boarddocs.com/id/bcsd61/Board.nsf/Public?open&id=policies#.
[4] *See* https://www.blaineschools.org/domain/129.

1,500 students attending the three schools to which I am assigned as the full-time SRO.[5]

24.     The Gender Inclusion Policy (also, the "Policy") recognizes that "[a]ll students need a safe, supportive school environment to progress academically and developmentally," and provides that its purpose is to "facilitate compliance with applicable laws" and foster an educational environment "that is safe, supportive, and fully inclusive for all students, regardless of gender identity or gender expression." The policy respects students' gender identity by providing that schools will use their chosen name and pronouns, and allows them to adhere to the dress code provisions that match their gender identity.

25.     Students and their parents are provided an opportunity to place the student's gender identity on their school registration record. Students are then permitted to participate in sex-separated activities, including physical education and health classes, in accordance with their gender identity. Students must also use the restrooms and locker rooms that match the gender identity on their registration form.

26.     Nothing about respecting the gender identity of transgender students harms the safety of any other student, and instead policies like this one are important to protect the safety of transgender youth. That is why S.B. 1100's categorical ban on any inclusive policies such as this one fails to advance its stated interests. Because inclusive policies like the one Blaine County School District do not harm any cisgender students, categorically banning such policies serves only to undermines the safety of transgender students, who are the most vulnerable.

27.     In general, to the extent there are safety risks in facilities such as school restrooms, it is overwhelmingly students who are transgender who tend to be the victims of such

---

[5] *Id.*

incidents.[6]  LGBTQ+ students, and especially transgender students of color, are at far greater risk

of harassment and bullying than others, and thus are far more likely to be the victims of

misconduct and criminal behavior.[7]  S.B. 1100, on the other hand, not only bans inclusive

policies that pose no appreciable risk to anyone, but has the potential to increase victimization by

forcing transgender students out of the restrooms and facilities matching their gender identity.[8]

This may have the effect of revealing a student's transgender status to others who may not know

that fact, which can increase the risk of victimization, and deprive transgender students of any

meaningful access to restrooms during the school day.  No one's safety is enhanced by such a

measure, and instead the already vulnerable population of transgender students is placed at

greater risk.[9]

  28. Additionally, S.B. 1100 does not provide any useful or meaningful law

enforcement tools to protect student safety.  As the Gender Inclusion Policy itself recognizes,

---

[6] Truman, J.L., et al., U.S. Dep't of Justice, Office of Justice Programs, Bureau of Justice Statistics, *Violent Victimization by Sexual Orientation and Gender Identity*, 2017–2020 (June 2022), https://bjs.ojp.gov/content/pub/pdf/vvsogi1720.pdf; Johns, M.M., et al., U.S. Dep't of Health and Human Services, Centers for Disease Control and Prevention, *Transgender Identity and Experiences of Violence Victimization, Substance Use, Suicide Risk, and Sexual Risk Behaviors Among High School Students — 19 States and Large Urban School Districts, 2017*, MORBIDITY AND MORTALITY WEEKLY REPORT 68(3);67–71 (Jan. 25, 2019), doi: http://dx.doi.org/10.15585/mmwr.mm6803a3; Johns, M.M., et al., U.S. Dep't of Health and Human Services, Centers for Disease Control and Prevention, *Trends in Violence Victimization and Suicide Risk by Sexual Identity Among High School Students - Youth Risk Behavior Survey, United States, 2015-2019*, MORBIDITY AND MORTALITY WEEKLY REPORT SUPPL. 69(1):19-27 (Aug. 21, 2020), doi: 10.15585/mmwr.su6901a3; Rostad, W.L., et al., *Substance Use and Disparities in Teen Dating Violence Victimization by Sexual Identity Among High School Students*, PREVENTION SCIENCE 21(3):398-407 (April 2020), doi: 10.1007/s11121-019-01049-7.
[7] *See* footnote 6, *supra*.
[8] GLSEN, Inc., et al., *Separation and Stigma: Transgender Youth & School Facilities* (2017), https://www.glsen.org/sites/default/files/2019-11/Separation_and_Stigma_2017.pdf.
[9] Price-Feeney, *Impact of Bathroom Discrimination*; Hatzenbuehler, M.L., et al., *Protective school climates and reduced risk for suicide ideation in sexual minority youths*, AM. J. PUBLIC HEALTH 104(2):279-86 (Feb. 2014), doi: 10.2105/AJPH.2013.301508.

SROs are already equipped with all the tools necessary to address misconduct and safety issues. The Policy recognizes that misconduct is punishable under other existing policies that deal directly with the prohibited behavior, stating:

### Bullying, Harassment, and Discrimination Prohibition

Prohibited behaviors are listed in Bullying, Intimidation, and Harassment Policy 506.50.

Reporting of incidents, investigation, disciplinary actions, referral to law enforcement, and protection against retaliation are outlined in the Bullying Intimidation and Harassment Policy 506.50.

If there is a concern that the harassment may be sexual in nature, the building administrator should consult with their building harassment investigation representative.

29.     A law like S.B. 1100 that excludes vulnerable transgender students from essential facilities like restrooms, in a way that risks making them a target, adds nothing to the existing tools which already address safety concerns.

30.     With respect to S.B. 1100's concern with "protecting the privacy … of all students," the Gender Inclusion Policy also recognizes and already accounts for this interest. The Policy recognizes that "[a]ll students have a right to privacy," which "includes the right to keep one's transgender status private at school." I am not aware of transgender students engaging in conduct posing any privacy risks to others in the state of Idaho. Instead, as the Policy acknowledges, the real privacy risk comes from forcing transgender students to reveal their identity to others, in contexts when it may not be safe for them to do so.

31.     I do not collect information or directly ask students to reveal whether they are transgender and using facilities that match their gender identity because it does not serve any law enforcement purpose. Nonetheless, during both my time as an SRO, and the five-year tenure of my colleague Ms. Wallace as an SRO in the school district, I am not aware of any reports of transgender students engaging in misconduct while in facilities matching their gender identity,

nor of any reports of cisgender students pretending to be transgender to gain illicit access to the

other sex's sex-separated facilities.  I would be likely to know of such incidents were they to

occur based on my work as an SRO, my support of all eight schools in the district as an

emergency management and threat assessment resource, my close work with Officer Wallace,

and because most school personnel contact me when they need to report any misconduct.

32.     As mentioned above, through my work as the President of the Idaho Association

of School Resource Officers, I am able to monitor discussions among approximately 205 SROs

statewide as they discuss trends and patterns in safety challenges.  These discussions often

involve issues such as drug use, TikTok challenges that may pose health and safety risks to our

students, and sexual assault.  Despite the fact that multiple schools in Idaho follow inclusive

policies or practices like the one in Blaine County School District[10]—I have never seen anyone

ask questions about or ask for assistance regarding safety issues surrounding those policies.

There has been no mention of transgender students misbehaving in multi-user sex-separated

facilities; nor has there been any reference to a cisgender student misusing those policies to seek

access to facilities for the other sex.  No such concerns have been raised in any of the trainings I

have provided as a law enforcement officer, or to my knowledge at any law enforcement

conferences that I have attended.  To the contrary, the sessions I have attended as a learner have

been geared instead towards the importance of protecting LGBTQ+ students through inclusive

policies due to their risk of victimization, and the need to reduce the collateral effects of

discrimination such as depression and suicidality.

---

[10] *See* Flandro, Carly, "Attorney general questions legality of 'dangerous' LGBTQ+ policy used in many Idaho schools," IDAHO CAPITAL SUN, Jan. 25, 2023, https://idahocapitalsun.com/2023/01/25/attorney-general-questions-legality-of-dangerous-lgbtq-policy-used-in-many-idaho-schools/.

33.     In summary, it is my opinion that S.B. 1100 does not advance safety or privacy interests.  Instead, S.B. 1100 hampers law enforcement interests in protecting vulnerable students such as transgender students.

* * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct.


Executed this 30 day of June , 2023.

Officer Morgan Ballis

# Exhibit A

# MORGAN R. BALLIS

121 Spruce Way Hailey, ID 83333 * 520-306-6517 * Morgan@Campus-Safety.us

## EDUCATION

**Capella University, Minneapolis, MN**          **(In Progress)**          **Apr. 2024**
  Ph.D., Emergency Management
**National University, San Diego, CA**                              **Mar. 2019**
  Master of Science, Homeland Security and Emergency Management
  Alpha Phi Sigma Criminal Justice Honor Society
**National University, San Diego, CA**                              **Nov. 2017**
  Bachelor of Science, Homeland Security and Emergency Management
  Minor, Criminal Justice Administration

## PROFESSIONAL EXPERIENCE

**Hailey Police Department**                              **2022 - Present**
**School Resource Officer/Patrol Officer**
- Provide law enforcement and police services to the school, school grounds, and areas adjacent to the school. Investigate allegations of criminal incidents per department policy. Enforce state and local laws and ordinances.
- Assist school administrators in emergency crisis planning and building security matters. Provide on-going training for school personnel in emergency preparedness and handling crisis situations. Establish and maintain a close partnership with school administrators in order to provide a safe school learning environment.

**LGBTQ+ Community Liaison**
- Responsible for being the point of contact for organizations and individuals in the LGBTQ+ community.
- Assist with investigation as a liaison and resource for cases involving members of the LGBTQ+ community.
- Responsible for providing training to agency personnel on issues related to sexual orientation and gender identity.

**Key Accomplishments**
- Developed the Blaine County School District #61 Standard Command Response emergency protocols. Trained more than 500 staff members and local first responders in new safety protocols.
- Assisted BCSD #61 in identifying, adopting, and training site-based threat assessment teams in the Comprehensive School Threat Assessment Guidelines (CSTAG) protocols.
- BCSD #61 District Safety Team.  BCSD #61 District Threat Assessment Advisory Group.
- Assisted in creating the HPD LGTBQ+ Community Liaison position.

**Campus Safety Alliance**                              **2018 - Present**
**Director of Strategic Planning & Training**
- Campus Safety Alliance is a network of emergency management professionals, law enforcement trainers, and educational leaders providing evidence-based safety solutions for PreK-12 facilities and faith-based organizations.

- Ensure clients are aligned to the Department of Homeland Security's National Preparedness mission goals by providing threat vulnerability assessments, developing policies/procedures, and conducting risk management training.

**Key Accomplishments**

- More than 17,000 students, 2,500 educators, and 1,500 law enforcement and military personnel trained and educated in active assailant response.

**Academe Grove 501(c)(3)**                                              **2018 – 2022**
**Founder/Director**

- Academe Grove empowers students, educators, and first responders by mobilizing our community to provide innovative solutions for safety enhancements and training.

**Key Accomplishments**

- Designed, coordinated and hosted the K-12 Keynote Conference.
- Raised $25,000.00 for Blaine County School District #61 to purchase the Threat Assessment & Planning Program for Behavioral Intervention Teams.

**Defensive Tactics and Firearms**                                    **2014 - Present**
**Chief Firearms Instructor**

- Defensive Tactics and Firearms provides reality-based training to responsible citizens, military personnel, law enforcement officers, and first responders.
- Ensure each student/firearm instructor has a productive, challenging, and meaningful experience in the classroom or on the firing range.

**Key Accomplishments**

- Trained and educated more than 8,000 citizens, law enforcement, and service members since inception.

**MILITARY EXPERIENCE**
**United States Marine Corps**                                         **2004 - 2015**
**Infantry Unit Leader MOS: 0369**

- Advised management on all morale, welfare, training and accountability issues pertaining to the forty-man team.
- Maintained records and researched training requirements ensuring mission readiness.
- Provided logistical coordination and accountability for over $6 million dollars (U.S.) of sensitive equipment.

**Sensor Surveillance Operator MOS:  8621**

- Served as Section Leader of the Sensor Employment Team (SET) in support of Joint Task Force (JTF) - North and the United States Border Patrol (USBP).
- Deployed ground sensors and provided support to USBP resulting in 999 lbs of seized narcotics worth over $879,600.00 and the detention of 186 undocumented aliens.
- Conducted comprehensive threat vulnerability assessment enhancing base security resulting in the disruption of smuggling operations from Somalia into the area of operations.

**Officer Selection Assistant MOS: 8411**

- Canvased for, screened, and interviewed over 150 potential employees for highly skilled positions.
- Mentored, prepared, and motivated candidates prior to conducting initial training.
- Designed marketing plan for target audience.

**Infantry Squad Leader MOS: 0311**
- Supervised 12 employees ensuring accountability of equipment and serialized gear.
- Advised, trained, and guided employees in leadership, technical proficiency, and professional development.
- Conducted detailed analysis and planning in order to successfully lead over 200 missions.

**MILITARY AWARDS**
- Combat Action Ribbon
- Navy and Marine Corps Commendation Medal
- Navy and Marine Corps Achievement Medal (2nd Award)
- Marine Corps Good Conduct Medal (3rd Award)

**CONSULTING & EXPERT WITNESS CASES**
*University of Idaho. Project ECHO Idaho K12 Substance Use Prevention & Treatment Team.* 2023/2024.
  Expert panel member, representing School Resource Officers. Assisted in planning, and delivering a nine-part series for K12 staff on substance prevention. In progress.
*Lana Rae Renna, et al. v. Xavier Becerra, in his official capacity as Attorney General of California; and Luis Lopes, in his official capacity as Director of the Department of Justice Bureau of Firearms.* 2022.
  Consulted with petitioner and conducted research on the legitimacy of California's "Unsafe Handgun Act".
*Police Benevolent Association of the City New York, Inc. v. New York City Police Department.* 2021.
  Consulted with petitioner on best-practices in training and equipping front line officers responding to an active shooter incident.
*San Diego County Sheriff's Department v. Eric Noel Dickerhoff.* 2020.
  Provided affidavit regarding the conduct of the petitioner's threat investigation and findings related to a Gun Violence Restraining Order.

**CONFERENCE PRESENTATIONS & SPEAKING ENGAGEMENTS**
**International Law Enforcement Educators & Trainers Association National Conference**
  "Building Solo-Officer Response Programs", 2022
  Active Threat Expert Panel, 2022
  "K-12 Active Shooters: What We Know", 2021
  Active Shooter/Ambush Expert Panel, 2021
  "Beyond Run, Hide, Fight", 2019
  Active Shooter Expert Panel, 2019
**K-12 Keynote Conference**
  "K-12 Active Shooters: What We Know", 2021
**A Girl & A Gun National Conference**

Revised 04/2023

"The Tueller Theory", 2021
**U.S. Law Shield Seminar**
   "Active Shooter Survival", 2020
**National Tactical Officers Association, Law Enforcement Operations & Conference Trade Show**
   "K-12 Active Shooter: The Knowledge to Win", 2019
**California School Board Associations Annual Education Conference**
   "One District's Journey to Safer Campuses", 2019
**School Safety Advocacy Council National School Safety Summit**
   "Leadership Panel: A District's Journey to Safer Campuses", 2019
   "Beyond Run, Hide, Fight", 2019
**National Church Safety & Security Conference**
   "Considerations for Arming a Security Ministry", 2019


## PUBLICATIONS

Ballis, M. (2023). Clean Slate Act: Legislation provides juvenile offenders a fresh start *NASRO Journal of School Safety*.

Ballis, M. (2022). K-12 Emergency Response Protocols. *American Police Beat Magazine*.

Ballis, M. (2022). Lockdown vs Options-Based Response. *American Police Beat Magazine*.

Ballis, M. (2022). Cover or Concealment? Maximize your environment. *American Police Beat Magazine*.

Ballis, M. (2022). Solo Officer Response: Foundation for effective active killer response training. *American Police Beat Magazine*.

Ballis, M. (2022). Developing trauma-informed training and drills for K-12 schools. *American Police Beat Magazine*.

Ballis, M. (2022). So you want to be a civilian firearms trainer? Five tips to turn your passion into a paycheck. *American Police Beat Magazine*

Ballis, M. (2022). 1st Marine Division Ethos: Theory and application for frontline officers. *American Police Beat Magazine*.

Ballis, M. (2022). Parkland, Four Years Later. *American Police Beat Magazine.*

Ballis, M. (2021). Two Decades of School Active Shooter Incidents: What we know. *American Police Beat Magazine.*

Ballis, M. (2021). Beyond the Badge: Preparing for an Off-Duty Encounter. *American Police Beat Magazine.*

Ballis, M. (2021). Supporting K-12 Schools. *American Police Beat Magazine.*

Ballis, M. (2021). K-12 Active Shooters: What We Know. *The ILEETA Journal*, 11(1).

Ballis, M. (2019). Beyond "Run, Hide, Fight" How Trainers Fail their Audience. *The ILEETA Journal*, 9(1).


## CURRICULUM PROVIDER & ROLL CALL VIDEOS

Virtual Academy
   ● Building K-12 Options-Based Response Programs (curriculum)
   ● K-12 Active Shooter: Mindset to Win (curriculum)
   ● High Threat Ballistics Lab, (curriculum)
   ● Shooting Through a Windshield: Outside of a Vehicle (roll call)
   ● Consideration of Using Your Vehicle as Cover (roll call)

4

- Preparations: Responses to Active Violence (roll call)
- Responding to a K-12 Active Shooter (roll call)
- Importance of Training Techniques (roll call)
- Advice for Domestic Attacks (roll call)

PM AM HCM Academy Training
- Active Assailant Response (curriculum)
- Terrorism Prevention (curriculum)

PoliceOne Academy
- Children and Options-Based Responses for Active Assailants (roll call)
- Getting Buy-In from Stakeholders in Active Shooter Training (roll call)
- Gaps in Run, Hide, Fight (roll call)

## LAW ENFORCEMENT CERTIFICATIONS
- Idaho POST, Basic Peace Officer
- NCBRT, Law Enforcement Active Shooter Emergency Response Trainer
- ALERRT, Civilian Response to Active Shooter Events Trainer
- Out to Protect, LGBT Law Enforcement Liaison Academy
  - o LGBT Awareness for Law Enforcement Trainer
  - o Hate Crimes Investigations
- ALERRT, Active Attack Integrated Response Trainer
- NRA, Law Enforcement Firearms Instructor
- IADLEST, Nationally Certified Instructor
- NASRO, Basic School Resource Officer

## CIVILIAN ACTIVE THREAT & VIOLENCE PREVENTION CERTIFICATIONS
- San Diego County Office of Education, Options Based Response/Active Shooter Trainer
- SecFor International, Certified Anti-Terrorism/Force Protection Specialist
- Navigate 360, Comprehensive School Threat Assessment Guidelines LvL 1
- Last Resort Firearms Training, Active Shooter Instructor
- NRA, Refuse to be a Victim Seminar Instructor
- ALICE Institute, ALICE Instructor

## CIVILIAN FIREARM CERTIFICATIONS
- Massad Ayoob Group, Deadly Force Instructor
- Tom Givens, Rangemaster Instructor
- Active Self Protection Instructor
- NRA, Training Counselor
  - Certified Rifle Instructor
  - Certified Pistol Instructor
  - Concealed Carry Weapon Instructor
  - Personal Protection Inside the Home Instructor
  - Personal Protection Outside the Home Instructor
- NRA Chief Range Safety Officer
- USCCA, Concealed Carry & Home Defense Instructor

## FEMA CERTIFICATIONS

5

Revised 04/2023

- FEMA, Implementing Critical Infrastructure Security and Resilience IS-00921
- FEMA, ICS for Single Resources and Initial Action Incident IS-00200
- FEMA, Introduction to FEMA's Public Assistance Program IS-00634
- FEMA, Applications of GIS Emergency Management IS-00922
- FEMA, Introduction to Incident Command Systems IS-00100
- FEMA, The National Infrastructure Protection Plan IS-00860
- FEMA, Social Media in Emergency Management IS-00042
- FEMA, National Disaster Recovery Framework IS-02900
- FEMA, National Incident Management System IS-00700
- FEMA, Public Information Officer Awareness IS-00029
- FEMA, Introduction to Individual Assistance IS-00403
- FEMA, Introduction to Hazardous Materials IS-5.A
- FEMA, National Response Framework IS-00800
- FEMA, Local Damage Assessment IS-00559
- FEMA, Active Shooter IS-00907

**UNITED STATES MARINE CORPS CERTIFICATIONS**
- USMC, Reconnaissance & Surveillance Course
- USMC, Sensor Surveillance Operator's Course
- USMC, Infantry Unit Leaders Course
- USMC, Basic Recruiter School
- USMC, Combat Life Savers
- USMC, School of Infantry

**MEMBERSHIPS / AFFILIATIONS**
- International Association of Directors of Law Enforcement Standards and Training (IADLEST), Member/National Trainer
- International Association of Law Enforcement Firearms Instructors (IALEFI), Member
- International Law Enforcement Educators & Trainers Association (ILEETA), Member
- Idaho Association of School Resource Officers (IDASRO), Member/President
- F.B.I. InfraGard, Idaho Member Alliance & InfraGard Speakers Bureau
- National Association of School Resource Officers (NASRO), Member
- U.S. Law Shield, Member/National Trainer
- Fraternal Order of Police, Member

6