Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
101 E Bullion St., Unit 2H
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Christina S. Paek*
cpaek@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (213) 402-2537 (F)

**pro hac vice* forthcoming

*Attorneys for Plaintiffs*

Katherine M. Forster*
katherine.forster@mto.com
Robyn K. Bacon*
robyn.bacon@mto.com
Nicholas R. Sidney*
nick.sidney@mto.com
Paul Martin*
paul.martin@mto.com
Avery P. Hitchcock*
avery.hitchcock@mto.com
Jimmy P. Biblarz*
jimmy.biblarz@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, et al., | Case No. 1:23-cv-315 |
| *Plaintiffs*, | **DECLARATION OF JIMMY P. BIBLARZ** |
| v. | |
| DEBBIE CRITCHFIELD, et al., | |
| *Defendants*. | |

<u>**DECLARATION OF JIMMY P. BIBLARZ**</u>

I, Jimmy P. Biblarz, declare as follows:

1.      I am an attorney at law duly admitted and licensed to practice law in the State of California and counsel for Plaintiffs Rebecca Roe and Sexuality and Gender Alliance in the above-captioned action.  My *pro hac vice* application to appear before this Court is pending.  I am an attorney at the law firm of Munger, Tolles & Olson LLP in Los Angeles.  I have personal knowledge of the facts contained herein or know of such facts by my review of the files maintained by Munger, Tolles & Olson LLP in the normal course of its business, and if called upon to do so, could and would competently testify thereto.

2.      Attached hereto as Exhibit 1 is a copy of Idaho Senate Bill 1100 ("S.B. 1100") (engrossed version), codified as I.C. § [33-6701]33-6601 et seq., downloaded on July 5, 2023 from https://legislature.idaho.gov/wp-content/uploads/sessioninfo/2023/legislation/S1100E1.pdf.

3.      Attached hereto as Exhibit 2 is a copy of Policy 3281 written by the Idaho School Boards Association ("ISBA"), downloaded on July 5, 2023 from http://www.idahoednews.org/wp-content/uploads/2016/05/ISBA-gender-identity-policy.pdf.

4.      Attached hereto as Exhibit 3 is a copy of:

(i)      A January 25, 2023, letter from Idaho Attorney General Raúl Labrador to Misty Swanson, Executive Director of the Idaho School Boards Association ("ISBA") regarding ISBA's Policy 3281, downloaded on July 5, 2023 from http://www.idahoednews.org/wp-content/uploads/2023/01/LabradorISBALetter.pdf.

(ii)      A copy of several messages Mr. Labrador posted on Twitter regarding ISBA Policy 3281's legality, downloaded on July 5, 2023 from https://twitter.com/Raul_Labrador.

5.      Attached hereto as Exhibit 4 is copy of the January 30, 2023, response letter from Ms. Swanson to Mr. Labrador, regarding Policy 3281, downloaded on July 5, 2023 from http://www.idahoednews.org/wp-content/uploads/2023/01/ISBAAGresponse.pdf.

6.      Below is an excerpt of Senator Chris Trakel's public comments during a January 9, 2023 meeting of the Caldwell School District School Board Meeting.  A video of the full meeting can be accessed here: https://www.youtube.com/watch?v=ZynQenEjmJ4.

(i)      Senator Chris Trakel (R-ID), District 11 (01:28:02): "I am here on my official position … You under Idaho law are required to maintain the morals and health of all the students. How can you do that when like that little girl came up here and said you allow a male to use a female bathroom? You're going to put all of their moral health and safety at risk and like I told you before you will face litigation. You call that a threat, I'm telling you that is what will happen. It has already happened in several states and there's already been rulings on it. So before you waste taxpayer money, before you put a kid in harm's way, you better throw this policy out."

7.      Attached hereto as Exhibit 5 is a copy of:

(i)      A January 25, 2023, article published by the *Idaho Capitol Sun*, authored by Carly Flandro, titled "Attorney General questions legality of 'dangerous' LGBTQ+ policy used in many Idaho schools," downloaded on July 5, 2023 from https://idahocapitalsun.com/2023/01/25/attorney-general-questions-legality-of-dangerous-lgbtq-policy-used-in-many-idaho-schools/.  In the article, Quinn Perry, the deputy director of ISBA, "estimates that about 60 local education agencies or LEAs (which includes traditional school districts or charters) already have the LGBTQ+ policy in place."

(ii)      Examples of policies that permit transgender students to use restrooms and other single-sex facilities that align with their gender identity adopted by school districts across Idaho—specifically Basin District #72 (downloaded on July 5, 2023 from https://basinschools.net/wp-content/uploads/2019/07/Policy-Section-500.pdf), Bonneville Joint School District #93 (downloaded on July 5, 2023 from https://lff.d93.k12.id.us/WebLink/ElectronicFile.aspx?docid=292267&dbid=0), Jerome Joint School District #261 (downloaded on July 5, 2023 from https://site44232.overdrive.io/3000-students/3281_gender_identity_and_sexual_orientation.pdf/), and Blackfoot School District #55 (downloaded on July 5, 2023 from

https://docs.d55.k12.id.us/Policies/New.Nov.2018.519.5.Gender.Identity.pdf).  Based on my review of publicly available policies, additional school districts with such policies in place prior to the enactment of S.B. 1100 include but are not limited to: Blaine County District #61, Buhl Joint District #412, Challis Joint District, Cascade School District, Firth School District, Kendrick District #283, Kimberly District #414, Kootenai District #274, Marsh Valley Joint District #21, Middleton District #134, Mountain Home District #193, Mullan District #392, Murtaugh Joint District #418, Orofino Joint District #171, Payette Joint District #371, Preston Joint District #201, Richfield District #316, Ririe Joint District #252, Rockland District #382, Salmon River Joint District #243, Shelley Joint District #60, Twin Falls District #411, Whitepine Joint District #288, Wilder District #133, and North Gem District #149.

8.      Attached hereto as Exhibit 6 is a copy of:

(i)      A January 19, 2023, letter from Idaho Superintendent of Public Instruction Debbie Critchfield to State Senator Cindy J. Carlson, downloaded on July 5, 2023 from https://www.idahoednews.org/news/attorney-general-questions-legality-of-lgbtq-policy-thats-used-in-scores-of-idaho-schools/.

(ii)     A January 23, 2023, response letter from Senator Carlson to Ms. Critchfield, downloaded on July 5, 2023 from https://www.idahoednews.org/news/attorney-general-questions-legality-of-lgbtq-policy-thats-used-in-scores-of-idaho-schools/.

9.      Attached hereto as Exhibit 7 is a copy of Boise Public School District's 2016 statement on its transgender inclusive practice, downloaded on July 5, 2023 from https://www.idahoednews.org/wp-content/uploads/2016/05/Boise-transgender-student-statement.pdf.

10.     Attached hereto as Exhibit 8 is a copy of:

(i)      A screenshot I captured on July 5, 2023 of the "About" page of the Idaho Family Policy Center's website (https://idahofamily.org/about-ifpc/).

(ii)     A blog post in which the Idaho Family Policy Center takes credit for drafting S.B. 1100, downloaded on July 5, 2023 from https://idahofamily.org/major-victory-gov-little-signs-school-bathroom-bill/.

11.     Attached hereto as Exhibit 9 is a copy of:

(i)     A screenshot taken I captured on July 5, 2023 from "USAspending" of the results of a search for federal grants to Idaho education agencies in 2022 and 2023 (https://www.usaspending.gov/search/?hash=a7f4b51a7d0cbc0701c5de19c9af8d38).

(ii)     A spreadsheet detailing federal grants to the Idaho Board of Education; compiled from raw data downloaded from https://www.usaspending.gov/search on July 5, 2023.

(iii)     A summary of the Boise Public School District's 2022-2023 annual budget, demonstrating its receipt of federal educational funding, downloaded on July 5, 2023 from https://cdnsm5-ss8.sharpschool.com/UserFiles/Servers/Server_508222/File/Annual%20Budgets%20&%20Audits/22-23BudgetDoc.pdf.

12.     Attached hereto as Exhibit 10 is a copy of a public comment submitted via email in support of S.B. 1100 and produced in response to a legislative public records request.

13.     Below are excerpts from the February 23, 2023 Idaho Senate Education Committee hearing and the March 15, 2023 Idaho House Education Committee hearing on S.B. 1100 cited in the Complaint. The full transcripts can be accessed at https://legislature.idaho.gov/sessioninfo/2023/standingcommittees/SEDU/ and https://legislature.idaho.gov/sessioninfo/2023/standingcommittees/HEDU/.

(i)     Senator Chris Trakel (R-ID), District 11 (00:53:12 – Senate hearing): "So, I ask you, vote in favor of this bill and don't wait until some small child is molested or raped in the bathroom. Thank you."

(ii)     Melissa Blevins, member of the public (01:03:57 – Senate hearing): "Gender dysphoria is a diagnosable mental health disorder. Feeding a mental health disorder is

not care. Socially transitioning these kids in schools is feeding their mental disorder. It does not give them the mental health care they need."

(iii)    Matt Edwards, member of the public (01:08:14 – Senate hearing): "Um, this particular policy as written, I believe is, um, will effectively end dangerous policies like 3281, which will reduce, uh, the likelihood of a predatory individual to disguise themselves as female in order to take advantage of this, of, of policy 3281, and then prey on innocent, uh, female students in locker rooms and restrooms. Let me repeat that because I'm not talking about, uh, gender dysphoria stricken students. I'm talking about predators who would take advantage of a policy like 3281 in order to disguise themselves as a female to do all sorts of, uh, various activities from gawking, from self-pleasure for, to even attacking a innocent female student in, in a bathroom or a locker room."

(iv)    Michael Hahn, member of the public (01:09:30 – Senate hearing): "I'm Michael Hahn. I'm, uh, I live in, uh, Meridian, Idaho, and I'm representing myself. Um, just to keep it simple, right? God made men and women, right, and then eventually, uh, men and women made men's and women's bathrooms for men and women. So, just like this previous gentleman just said, it's there to keep them safe because kids are under attack at schools, at libraries, at all kinds of places. So let's just keep it simple. And I'm just amazed and perplexed that in this time and age we are talking about creating a law to making sure that boys go to boys' bathrooms and girls go to girls' bathrooms. All right, we have either part A or part B. Let's keep it simple. Thank you."

(v)    Alex Kuyper, member of the public (01:11:22 – Senate hearing): "I'm Alex Kuyper. I'm a trans student from District 29, and I attend Pocatello High School. I'm a varsity on the speech and debate team, and I'm speaking to express my strong opposition to S.B. 1100. As a concerned citizen and advocate for equality, I urge you to reject the-- this discriminatory legislation and protect the rights and wellbeing of all Idaho, uh, students. This bill is not only unconstitutional, but it also perpetuates harmful stereotypes and contributes to the stigmatization of marginalization of transgender individuals. Banning transgender youth from the

bathroom, that aligns with their gender identity, not only denies them the right to use facilities that align with their gender, but it also places them at an increased risk of harassment and violence. This bill incorrectly states that trans kids using their preferred restroom leads to cis-students experiencing harassment, embarrassment, and other terrible acts like rape. Not only does this perpetuate the trans community as pedophiles, abusers, and totally false characteristics, but legislation, precedent and rhetoric that is in this bill and other hundreds of bills introduced across this US isolates-- this-- isolates the trans community. This has incredibly detrimental impacts. Unfortunately, my childhood friend, my, uh, Adrian, who attended Century High School, unfortunately committed suicide this year. This hurt many-- This hurt me and many of others in our community, knowing that they had  a support group, but inherent problems weren't being solved. Passing legislation like this will only continue to isolate the trans community and will kill more people. I, myself fell victim to suicidal thoughts and depression when our elected officials who swore to represent and protect us are trying to eliminate us."

    (vi) Lyle Johnstone, member of the public (01:24:07 – Senate hearing): "Yes. Committee. Mr. Chairman, thank you for this time to, um, support Senate Bill 1100. I believe this is a straightforward bill. It, uh, fixes many of the problems that school systems have had and, and have wrongly considered bad ideology, as in policy 32-81. Um, everyone under, I guess the age of 100, as I would look at it, especially under the age of 18, should be able to safely go to the restroom of their born sex. And not have to share that bathroom with other people who may-- boys who think they wanna be girls and girls who think they wanna be boys. They may use the restroom of their birth sex. And I believe this is a great bill that solved many problems in the state of Idaho. Uh, one gentleman earlier did address that possibly we could go a step further to cities and municipalities and that type of thing. But I absolutely support Senate Bill 1100."

    (vii) Senator Janie Ward-Engelking (D-ID), District 18 (00:34:16 – Senate hearing): "Um, thank you, Mr. Chairman. Um, and I, I just have one question for Senator Adams right now. I'm trying to read through this quickly and assess where um, there are exemptions. And I'm just wondering, we many times have coaches that are of the opposite sex of the team

that they're, uh, instructing. I'm thinking a girls basketball team, maybe with a male coach, and many times they go into the locker room at halftime to give a pep talk and get their teams motivated. Um, I didn't really see a carveout for that. Is there one?"

      (viii)    Senator Dave Lent, Chair (R-ID), District 13 (00:34:59 – Senate hearing): "Senator Adams?"

      (ix)    Senator Ben Adams (R-ID), District 12 (00:35:00 – Senate hearing): "Mr. Chairman, um, this is something that actually, uh, came up just the other day. So, uh, Senator Senator Ward-Engelking, if you would like to, uh, bring an amendment, uh, to add that into this bill, I would welcome it."

      (x)    Senator Dave Lent, Chair (R-ID), District 13 (00:35:15 – Senate hearing): "Thank you."

      (xi)    Senator Janie Ward-Engelking (D-ID), District 18 (00:35:16 – Senate hearing): "Thank you, Mr. Chairman. Having been a coach, I might think we need to. Thank you."

      (xii)    Senator Trakel (R-ID), District 11 (00:23:55 – House hearing): "I'd just like to point out Article 14, Section Four, the Idaho Republican Party, our platform here, the Idaho Republican Party recognizes that children are a heritage of the Lord. We believe biological gender to be an essential characteristic of a child's identity and purpose. We call upon parents, responsible citizens, and officers of government to promote measures that respect and protect the biological gender of children. We strongly oppose any person, entity, or policy that attempts to confuse minors regarding their bio gender. So that's our stance, statewide. So I remind you of that this morning. And another thing I'd like to say is we hear a lot of talk about— wow, I'm fast. We hear a lot of talk about how the transgender are, it's their right to use the bathroom, but you gotta remember: to allow a boy to use the girl's bathroom or vice versa, you're removing the safety and rights of those individuals that already have the entitlement to use that bathroom. So in order to give Child A permission to use the opposite sex bathroom of Child B's, you're removing Child B's protection, rights, and freedoms and you're putting them in the exact same

situation we're supposedly trying to take the, uh, trans child out of. I'd also like to point out, that I do not think that the—the risk of harm or anything comes from the trans community, but instead, I'd like to point out that harm comes from those predators and people that would abuse this policy to get into the opposite sex bathrooms, locker rooms, and overnight trips. And I'd like to remind you that we're here to protect those people and do what we can. And the solution, obviously is not to allow cross-sex bathrooms. Thank you."

(xiii)   Representative Woodings (D-ID), District 19 (00:40:19 – House hearing): "Madam Chair and um, and Representative, I'm seeing a little bit of inconsistency in this bill. I'm hoping that you can help me understand it a little bit. Um, it's not my understanding that there's been any documented cases of trans person violence on non-trans people, um, as this bill states in section 33.66.01, subsection 4." Representative Hill (R-ID), District 14 (responding): "Mm-hmm."


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 6 day of July, 2023, at Los Angeles, California.


_____

Jimmy P. Biblarz

# Exhibit 1

LEGISLATURE OF THE STATE OF IDAHO
Sixty-seventh Legislature                    First Regular Session - 2023

IN THE SENATE

SENATE BILL NO. 1100, As Amended

BY EDUCATION COMMITTEE

1        AN ACT
2   RELATING TO PROTECTING THE PRIVACY AND SAFETY OF STUDENTS IN PUBLIC SCHOOLS;
3       AMENDING TITLE 33, IDAHO CODE, BY THE ADDITION OF A NEW CHAPTER 66, TITLE
4       33, IDAHO CODE, TO PROVIDE LEGISLATIVE FINDINGS, TO DEFINE TERMS, TO ES-
5       TABLISH PROVISIONS REGARDING SCHOOL RESTROOMS, TO PROVIDE EXEMPTIONS,
6       TO PROVIDE FOR REASONABLE ACCOMMODATION IN CERTAIN INSTANCES, TO PRO-
7       VIDE FOR A CIVIL CAUSE OF ACTION, AND TO PROVIDE FOR PREEMPTION; PROVID-
8       ING SEVERABILITY; AND DECLARING AN EMERGENCY AND PROVIDING AN EFFECTIVE
9       DATE.

10  Be It Enacted by the Legislature of the State of Idaho:

11      SECTION 1.  That Title 33, Idaho Code, be, and the same is hereby amended
12  by the addition thereto of a NEW CHAPTER, to be known and designated as Chap-
13  ter 66, Title 33, Idaho Code, and to read as follows:

14                      CHAPTER 66
15      PROTECTING THE PRIVACY AND SAFETY OF STUDENTS IN PUBLIC SCHOOLS

16      33-6601.  LEGISLATIVE FINDINGS. The legislature finds that:
17      (1)  There are real and inherent physical differences between men and
18  women;
19      (2)  Every person has a natural right to privacy and safety in restrooms
20  and changing facilities where such person might be in a partial or full state
21  of undress in the presence of others;
22      (3)  This natural right especially applies to students using public
23  school restrooms and changing facilities where student privacy and safety is
24  essential to providing a safe learning environment for all students;
25      (4)  Requiring students to share restrooms and changing facilities with
26  members of the opposite biological sex generates potential embarrassment,
27  shame, and psychological injury to students, as well as increasing the like-
28  lihood of sexual assault, molestation, rape, voyeurism, and exhibitionism;
29      (5)  Providing separate public school restrooms and changing facilities
30  for the different biological sexes is a long-standing and widespread prac-
31  tice protected by federal law, state law, and case law;
32      (6)  Federal legislative action, federal executive action, and fed-
33  eral court judgments that prevent public schools from maintaining separate
34  restrooms and changing facilities for different biological sexes are in-
35  consistent with the United States constitution and violate the privacy and
36  safety rights of students; and
37      (7)  A statewide policy ensuring separate school restrooms and chang-
38  ing facilities on the basis of biological sex is substantially related to the
39  important governmental interest in protecting the privacy and safety of all
40  students.

33-6602.   DEFINITIONS. For the purposes of this chapter:

(1)  "Changing facility" means a facility in which a person may be in a state of undress in the presence of others, including a locker room, changing room, or shower room.

(2)  "Public school" means any public school teaching K-12 students within an Idaho school district or charter school.

(3)  "Sex" means the immutable biological and physiological character-istics, specifically the chromosomes and internal and external reproductive anatomy, genetically determined at conception and generally recognizable at birth, that define an individual as male or female.

33-6603.   SCHOOL RESTROOMS. (1) Every public school restroom or chang-ing facility accessible by multiple persons at the same time must be:

(a)  Designated for use by male persons only or female persons only; and

(b)  Used only by members of that sex.

(2)  No person shall enter a multi-occupancy restroom or changing facil-ity that is designated for one sex unless such person is a member of that sex. The public school with authority over the building shall ensure that all re-strooms and changing facilities provide its users with privacy from members of the opposite sex.

(3)  In any other public school setting where a person may be in a state of undress in the presence of others, school personnel must provide separate and private areas designated for use by persons based on their sex, and no person may enter these private areas unless such person is a member of the designated sex.

(4)  During any school authorized activity or event where persons share overnight lodging, school personnel must provide separate sleeping quar-ters for members of each sex.  No person shall share sleeping quarters, a restroom, or a changing facility with a person of the opposite sex, unless the persons are members of the same family.

33-6604.   EXEMPTIONS. This chapter shall not apply:

(1)  To single-occupancy restrooms and changing facilities or restrooms and changing facilities that are conspicuously designated for unisex or fam-ily use;

(2)  To restrooms and changing facilities that have been temporarily designated for use by that person's biological sex;

(3)  To a person of one sex who uses a single-sex facility designated for the opposite sex, if such single-sex facility is the only facility reason-ably available at the time of the person's use of the facility;

(4)  To a person employed to clean, maintain, or inspect a restroom or single-sex facility;

(5)  To a person who enters a restroom or facility to render medical as-sistance;

(6)  To a person who is in need of assistance and, for the purposes of receiving that assistance, is accompanied by a family member, a legal guardian, or the person's designee who is a member of the designated sex for the single-sex restroom or changing facility;

(7)  To coaching staff and personnel during athletic events; or

1    (8)  During an ongoing natural disaster or emergency, or when necessary
2    to prevent a serious threat to good order or student safety.

3    33-6605.   REASONABLE ACCOMMODATION. (1) A public school shall provide
4    a reasonable accommodation to a student who:
5    (a)  For any reason, is unwilling or unable to use a multi-occupancy re-
6    stroom or changing facility designated for the person's sex and located
7    within a public school building, or multi-occupancy sleeping quarters
8    while attending a public school-sponsored activity; and
9    (b)  Provides a written request for reasonable accommodation to the pub-
10    lic school.
11    (2)  A reasonable accommodation does not include access to a restroom,
12    changing facility, or sleeping quarter that is designated for use by members
13    of the opposite sex while persons of the opposite sex are present or could be
14    present.

15    33-6606.   CIVIL CAUSE OF ACTION. (1) Any student who, while accessing a
16    public school restroom, changing facility, or sleeping quarters designated
17    for use by the student's sex, encounters a person of the opposite sex has a
18    private cause of action against the school if:
19    (a)  The school gave that person permission to use facilities of the op-
20    posite sex; or
21    (b)  The school failed to take reasonable steps to prohibit that person
22    from using facilities of the opposite sex.
23    (2)   Any civil action arising under this chapter must be commenced
24    within four (4) years after the cause of action has occurred.
25    (3)  Any student who prevails in an action brought under this chapter may
26    recover from the defendant public school five thousand dollars ($5,000) for
27    each instance that the student encountered a person of the opposite sex while
28    accessing a public school restroom, changing facility, or sleeping quarters
29    designated for use by aggrieved student's sex.  The student may also recover
30    monetary damages from the defendant public school for all psychological,
31    emotional, and physical harm suffered.
32    (4)  Any student who prevails in action brought under this chapter is en-
33    titled to recover reasonable attorney's fees and costs from the defendant
34    public school.
35    (5)   Nothing in this chapter limits other remedies at law or equity
36    available to the aggrieved student against the school.

37    33-6607.   PREEMPTION. This chapter preempts any law, regulation, pol-
38    icy, or decree enacted or adopted by any city, county, municipality, or other
39    political subdivision within the state that purports to permit or require
40    public schools to allow persons to use facilities designated for the other
41    sex.

42    SECTION 2. SEVERABILITY. The provisions of this act are hereby declared
43    to be severable and if any provision of this act or the application of such
44    provision to any person or circumstance is declared invalid for any reason,
45    such declaration shall not affect the validity of the remaining portions of
46    this act.

1      SECTION 3.  An emergency existing therefor, which emergency is hereby
2      declared to exist, this act shall be in full force and effect on and after
3      July 1, 2023.

# Exhibit 2

| | |
|---|---|
| **POLICY TITLE:     Gender Identity and Sexual Orientation** | **POLICY NO: 3281**<br>**PAGE 1 of 4** |

The Board believes in fostering an educational environment that is safe and free of discrimination for all students, regardless of sexual orientation, gender identity, or gender expression.  This policy is designed to create a safe learning environment for all students and to ensure that every student has equal access to all school programs and activities.  Failure of any school student or school employee to abide by the terms and provisions of this policy will subject such individual to disciplinary action.

<u>Definitions</u>

"Sexual orientation" shall mean an individual's physical or emotional attraction to the same and/or the opposite gender.  "Gay," "lesbian," "bisexual" and "straight" are all examples of sexual orientations.   A person's sexual orientation is distinct from a person's gender identity and expression.

"Gender identity" shall refer to a person's deeply felt internal sense of their own gender.

"Gender expression" shall refer to how a person expresses their gender to others, often through behavior, clothing, hairstyles, activities, voice, or mannerism.

"Transgender," an adjective, shall refer to a person whose gender identity or expression is different from that traditionally associated with the person's sex assigned at birth.

<u>School Facilities</u>

In the case of middle/junior high school students and high school students, the principal or building administrator is encouraged to request a meeting with a transgender student and, if the student grants permission, with their parent/guardian upon the student's enrollment in the District or in response to a currently enrolled student's change of gender expression or identity.  The goal of the meeting is to develop understanding of that student's needs with respect to their gender identity.

In the case of elementary school students, it will generally be the parent/guardian that informs the school of the impending transition.  However, if the school's staff believe that a gender identity or expression issue is presenting itself and creating difficulty for the child at school, the school's administrative staff and/or counselor approaching the student's parent/guardian about the issue is appropriate.  An individual teacher shall not approach a student' parent/legal guardian to address such a student situation without first conferring with the school's administration about the subject matter and obtaining permission to enter into such a discussion.  A meeting may be held

at the request of the student's parent/guardian or at the request of the principal or building administrator.  Together, the family and school can identify appropriate steps, if any, to support the student.

Students will be allowed to use the restroom and locker room that corresponds to the gender identity they consistently assert at school.  No student will be required to use facilities that conflict with his or her gender identity consistently asserted at school.  A transgender student or any other student who has a need or desire for increased privacy may be given the option of using a separate or private restroom or changing area, such as a single stall restroom, if such is available.  No student shall, on account of their transgender status, be required to use such separate facilities.

School Activities

The District will provide all students the opportunity to participate in any activities segregated by gender in a manner that is consistent with their gender identity consistently asserted at school. However, activities under the direction of the Idaho High School Activities Association (IHSAA) shall be subject to IHSAA rules and regulations).

School Trips

In the case of overnight trips sponsored by the District, students will be assigned sleeping rooms that correspond to the gender identity they consistently assert at school or to a private sleeping room.  No student shall be required to sleep in a private room or in an assigned room conflicting with his or her consistently asserted school gender identity.

In no case will a transgender student be denied the right to participate in an overnight trip because of that student's transgender status.

In no case will a student be denied the right to participate in an overnight trip because of that student's sexual orientation.  Likewise, a student will not be required to use a private sleeping room or denied participation on the basis of that student's sexual orientation.

Student Records and Privacy

The District's official records required by law shall utilize a student's legal name.   In situations where State or federal law or administrative rules require school employees to use or report a student's legal name or gender, such legal name or gender shall be utilized.   However, school staff shall utilize practices to avoid the inadvertent disclosure of the student's transgender status.

Information regarding a student's sexual orientation, gender identity, gender expression, legal name, or gender assigned at birth may constitute confidential information.  Disclosure of such information shall be in accordance with District policies pertaining to student privacy. The student's educational record shall not include mention of the student's sexual orientation.

However, in the course of ordinary school interactions and communication, District staff shall use the name and pronouns consistently asserted by the student at school, regardless of the student's legal name and sex.  A student is not required to legally change their name/gender or their official school records as a prerequisite to the use of a name and the pronouns consistent with the student's identity.   Intentional and persistent refusal to use the name and gender by which the student identifies is a violation of this policy and may subject an employee to discipline, up to and including possible termination.

Change of Official School Records

District records required by law to include the student's legal name and/or gender will be changed by the District upon the student's/former student's presentation of appropriate documentation to the District Office.  Any current or former student may present to the Superintendent or designee responsible for student records a copy of a court order or birth certificate identifying a change the student's legal name and/or gender.  The student's records will be changed accordingly.

Confidentiality

School employees should not disclose a student's transgender status or sexual orientation to other individuals, regardless of setting, including the other school personnel or (in the case of middle school, junior high school, and high school students) the student's parents/guardians, unless they have a legitimate need to know or unless the student has authorized such disclosure.  Action in violation of such student confidentiality may subject an employee to discipline, up to and including possible termination and for certificated personnel, a report to the Professional Standards Commission.

When contacting the parent/guardian of a transgender student, school personnel should use the student's legal name and the pronoun corresponding to the student's gender assigned at birth unless the student or parent/guardian has specified otherwise.

Training

The District may conduct staff development or awareness activities for students or parents on transgender issues or gender diversity.  However, in regard such activities the District and its personnel shall not disclose the transgender status of any student without permission of that student and their parents/guardians.

Dress Codes

School dress codes shall be gender neutral in all situations including attire during the traditional school day, school activities including dances/prom, and graduation.  The District will allow students to dress in a manner that is consistent with their gender identity within the constraints of the dress codes and any other rules regarding student attire.

Students may wear clothing or accessories that voice their views on lesbian, gay, bisexual, and transgender (LGBT) issues, regardless of viewpoint, provided these conform to the dress code; are not a disruption to the educational environment; and are not obscene, threatening, lewd, or vulgar.

<u>School Dances</u>

The District shall not impose different or unique practices or rules for same sex couples who attend and/or participate in school activities, including dances.  This includes such matters as prohibition of attendance of same sex student couples, limitations of public displays of affection only applicable to same sex couples, discounted couples tickets, gender identity for dance court titles that correspond to birth sex and other such distinctions.

<u>Safe Environment</u>

It is the responsibility of the District to ensure all students, including LGBT students, have a safe school environment.  Discrimination, harassment, bullying, or sexual harassment complaints involving LGBT students shall be handled in the same manner as other discrimination, harassment, bullying, and sexual harassment complaints.


| Cross Reference: | 2140 | Student and Family Privacy Rights |
| | 3255 | Student Dress |
| | 3280 | Equal Education, Nondiscrimination, and Sex Equity |
| | 3290 | Sexual Harassment/Intimidation of Students |
| | 3295 | Hazing, Harassment, Intimidation, Bullying, Cyber Bullying, Menacing |
| | 3575 | Student Data Privacy and Security |

Legal Reference:  20 U.S.C. § 1681, et seq.  Title IX of the Educational Amendments
I.C.  § 33-133(1)(j)(ii)     Definitions—Student Data—Use and Limitations— Penalties

Other Reference:  Idaho High School Activities Association Rules & Regulations, Rule 11-3 Transgender Student Participation


<u>Policy History:</u>
**Adopted on:** 10/12/15
**Revised on:**

# Exhibit 3



# STATE OF IDAHO
## OFFICE OF THE ATTORNEY GENERAL
### RAÚL R. LABRADOR

January 25, 2023

Misty Swanson, Executive Director
Idaho School Boards Association
199 N. Capitol Blvd., Suite 503
Boise, ID 83702
misty@idsba.org
***Delivered via E-mail***

Dear Executive Director Swanson:

As I'm sure you know, the Caldwell School District Board of Trustees is considering Policy 3281.  That policy would allow biological boys to use girls' locker rooms and bathrooms, force teachers to use pronouns that don't correspond to students' biological sex, and require school employees to conceal students' intimate choices about sex and gender—along with potential gender dysphoria—from their parents.  The policy rightly drew criticism from parents and residents of the district at a Board meeting on January 3, 2023, before the Caldwell Board abruptly ended the meeting.[1]

As Idaho's Attorney General, it is my job to protect the rights of Idaho residents and safeguard the legal interests of the State.  *See* Idaho Code § 67-1401.  I have serious concerns that Policy 3281 conflicts with state law, infringes on the fundamental rights of Idaho parents to direct their children's upbringing and education, and violates educators' First Amendment rights.  I also worry that the policy will endanger students, as similar policies have in other parts of the country.[2]

I am also deeply troubled that your organization seems to be the entity peddling these suspect policies.  A recent article by "Them,"—a self-described national "platform for all of the bold and rebellious ways that LGBTQ+ people are reshaping our world every day"—stated that

---

[1] *See, e.g.*, Julie Luchetta, BOISE STATE PUBLIC RADIO, *Heated Caldwell School Board Meeting ends in Chaos*, https://tinyurl.com/2w7aew27 (Jan. 10, 2023).

[2] Virginia Aabram, WASHINGTON EXAMINER, *Teenager found guilty in Loudoun County bathroom assault*, https://tinyurl.com/ynzr276u  (Oct. 25, 2021).

*Attorney General Labrador Letter to ISBA*
January 25, 2023
Page 2

Caldwell Policy 3281 is "a draft *from the Idaho School Boards Association*."[3]  Indeed, even the local press and the general public seem to know that the ISBA is the source of this and other, similar policies.[4]

Every page of your website proclaims that you "advocate[] for Idaho students and public education."[5]  I therefore find it unsettling—and inconsistent with your stated values—that the ISBA would advocate a dangerous policy that actively disenfranchises parents and families, the cornerstone of any schooling system.  And to the extent the ISBA provided legal advice to the Caldwell Board regarding the policy, that advice appears to have overlooked the grave federalism concerns Policy 3281 raises.  Navigating the important, delicate state-federal balance of power and authority is something a nonprofit organization should refrain from doing.

Accordingly, please answer the following questions:

1.  What was ISBA's involvement with preparing, advocating for, and communicating with Caldwell's Board of Trustees about Policy 3281?
2.  Who, if anyone, associated with ISBA spoke with the Caldwell School District Board of Trustees about Policy 3281?  Please include the names of any staff, executive board members, consultants, outside counsel, or any other organizations.
3.  Who, if anyone, associated with the ISBA assisted in drafting Policy 3281? Please include the names of any staff, executive board members, consultants, outside counsel, or any other organizations.
4.  What advice is the ISBA giving (or has the ISBA given) to school district boards of trustees about Gender Identity policies like Policy 3281?
5.  Has the ISBA drafted a generic version of Policy 3281 that it has distributed to school boards in Idaho?  Please provide the copy of that draft, and the names of those who worked on it.
6.  Has the ISBA drafted or distributed similar policies to other school district boards of trustees?
7.  How do national news outlets like *Them* know that Caldwell Policy 3281 is "*from*" the ISBA when nothing on the face of the policy suggests that the ISBA is involved?

---

[3] Samantha Riedel, THEM, *An Idaho School Board Meeting Erupted Over a Pro-LGBTQ+ Proposal*, https://tinyurl.com/mwk756zz (Jan. 12, 2023).

[4] *See* Carly Flandro, IDAHO CAPITAL SUN, *Proposed LGBTQ rights policy causes fracas at Caldwell School Board meeting*, https://tinyurl.com/mr2s7pkr (January 10, 2023).

[5] https://www.idsba.org/.

*Attorney General Labrador Letter to ISBA*
January 25, 2023
Page 3

8. Teton County, Blaine County, and Bonneville Joint School Districts all have comparable gender identity policies.[6] The Teton Policy says it is a "7/15 ISBA Update."[7] What involvement, if any, did the ISBA have in formulating these policies?

9. Has the ISBA received funding or grants from *any* entity that has encouraged the ISBA to promote gender identity policies like Policy 3281?[8]

10. Does the ISBA provide any training to staff, school boards, or educators related to gender identity policies like 3281?

Please respond to these questions in writing no later than Wednesday, February 1, 2023.

Idaho schools should be safe environments where students acquire the basic skills, knowledge, and character that they need to thrive in life. *See, e.g.*, Idaho Code § 33-512(4). Schools are not laboratories where adults can test reckless social policy on students, outside the view of parents and the broader communities

Respectfully,

Raúl R. Labrador
ATTORNEY GENERAL OF IDAHO

---

[6] *See* Blaine County Sch. Dist. No. 61, *Policy 519.50*, https://tinyurl.com/fty3ep39; Bonneville Joint Sch. Dist. 93, *Policy 3281*, https://tinyurl.com/348u2zmt; Teton Sch. Dist. No. 401, *Policy 3281*, https://tinyurl.com/4dy46u29.

[7] *See* Teton Sch. Dist. No. 401, *Policy 3281*, at 4, https://tinyurl.com/4dy46u29, (listing, at the bottom of the policy "*ISBA* 7/15 Update") (emphasis added).

[8] *See, e.g.*, IDAHO SCHOOL BOARDS ASS'N, "Partners and Affiliates," https://www.idsba.org/member-services/partners/.

 **Raúl R. Labrador** @Raul_Labrador · Jan 23                    ···
This proposed policy appears to violate Idaho law. My office is taking a
serious look at how we can defend Idaho parents, kids, and our existing
laws should the Caldwell school board choose to adopt this policy.
#idpol

> 🔴 **KTVB.COM** @KTVB · Jan 9
> Caldwell School District meeting ends in chaos
> ktvb.com/article/news/l...

💬 61          🔁 46          ♡ 176          ᴫ 20.3K          ⬆️



**Raúl R. Labrador**
@Raul_Labrador

•••

Today I sent a letter to the Idaho School Board Association regarding the proposed Caldwell School district policy. Idaho citizens have serious questions about these policies. I'm trying to help them get answers.



2:07 PM · Jan 25, 2023 · **23.5K** Views

**58** Retweets   **15** Quotes   **255** Likes   **2** Bookmarks

# Exhibit 4

January 30, 2023

Attorney General Raúl Labrador
PO Box 83720
Boise, ID 83720-0010
AGLabrador@ag.idaho.gov
Delivered via Email

Re: Letter dated January 25, 2023

Dear Attorney General Labrador,

Thank you for reaching out and for your interest in the service and work of the Idaho School Boards Association (ISBA).

ISBA was founded in 1942 to serve school boards and school board members throughout the state of Idaho. For 81 years, ISBA has worked to meet the needs of school governance in Idaho communities large and small, rural and more densely populated. We help school board members carry out their school governance role in ever-changing environments. We are confident that we all share the goal of quality schools and quality education that prepare Idaho students to excel and meet the challenges that they will face as they become adults and leaders in our communities and our state.

One of the services we provide to locally elected school board leaders is our model school policy services. Like other school board associations across the country, it is an optional but widely used service that we offer.

School leaders in Idaho have been dealt the responsibility of handling LGBT issues in their schools without explicit state or federal statutes to guide them. Rather they must navigate inconsistent court rulings, or guidance and rules issued through federal agencies, some of which can and has changed overnight depending on who is elected to serve as President of the United States. Current interpretation of Title IX – and likewise for Title VII – does protect discrimination on the basis of sex to include a person's gender identity and sexual orientation.

All of ISBA's model policies are drafted in-house and go through an extensive legal review process. None of ISBA's current employees are attorneys, and any legal questions are referred to our outside legal counsel whose lawyers practice education law and represent education clients throughout the state. ISBA does not write any model policy based on any special interest group or entity, and our business partners and affiliates have not played a role in writing any model policy. Our model policies are developed to assist school communities address practical issues that arise in their schools on a daily basis and require a clear, uniform and workable solution.

*"Empower Local Boards for Student Success "*

199 N. Capitol Blvd., Suite 503, Boise, ID 83702 • P.O. Box 9797, Boise, ID 83707 • Phone: 208-854-1476 • Fax: 208-854-1480 • www.idsba.org



Attorney General Raúl Labrador
January 30, 2023
Page 2

As you noted in your letter, policies adopted at the local level vary, and are tailored to fit the individual community. That is precisely how ISBA's model policies service works.  Like any action of a public agency, when a school board adopts a policy, it can do so only in a properly noticed public board meeting. The policy you inquired about was initially released in July 2015 based on *Dear Colleague* guidance issued by the U.S. Department of Education Office for Civil Rights. ISBA provides a model version of this policy upon request, or if a district or charter school chooses to purchase the complete manual that includes all our model policies, this is one of the policies that is included. ISBA's manual that includes all of its model policies is over 1,000 pages long, and it would be simply impossible for every policy to be adopted by a particular school board. Instead, individual boards choose the policies they need to govern their schools effectively. We have not, and do not, indicate to our members this policy is required by law. Rather, the policy serves as framework for each local board to determine – alongside their community –what is best for their students and helps them understand the various legal complexities and rights guaranteed to students under the United States Constitution. Those who have done so have done it with compassion, as they work with students and their families who may have an individual personal need. No matter what a school district or charter school does, they are subjecting themselves either to litigation from non-accommodated LGBT students or upset a group of parents who disagree with those accommodations.

ISBA has respected and upheld – and always will respect and uphold -- the authority of local school boards who have worked through these policies with their community. We have maintained that our job is to provide schools with a framework on sensitive topics that navigates the layers of legal complexities, all to avoid costly litigation, intense investigations from the U.S. Department Office for Civil Rights, or the loss of federal funding. As someone who was elected to uphold the law, I am sure you can appreciate while some people in Idaho would prefer to relinquish funding from and oversight by the federal government, the reality is that federal funding serves as a precious resource for public schools particularly for our most vulnerable students, such as students who receive special education services, free and reduced lunch, and more.

We agree that Idaho schools should be a safe environment, where all students acquire the basic skills, knowledge, and character that they need to thrive in life. It should be noted that in places where these policies have been adopted and operating for many years, there have been no reported incidents of unlawful behavior. We have worked diligently to ensure that schools can accommodate children or parents who may disagree or are uncomfortable with this type of policy.

*"Empower Local Boards for Student Success "*

199 N. Capitol Blvd., Suite 503, Boise, ID 83702   •   P.O. Box 9797, Boise, ID 83707   •   Phone: 208-854-1476   •   Fax: 208-854-1480   •   **www.idsba.org**



Attorney General Raúl Labrador
January 30, 2023
Page 3


We have traditionally had an excellent working relationship with the Office of the Attorney General in Idaho, partnering to inform school board members on Idaho's openness in government laws. I would welcome an opportunity to meet with you or your staff directly or provide you my direct contact information where you can reach me by phone if you have any questions regarding the work and mission of ISBA.

Our members and their needs are our number one priority. We are proud of our mission to advocate for Idaho students and public education and will continue to support and empower local school boards for student success.

Thank you again for your interest. I would be happy to meet with you or one of your colleagues to discuss further if you would like.


Best Regards,

Misty Swanson
Executive Director

*"Empower Local Boards for Student Success "*

199 N. Capitol Blvd., Suite 503, Boise, ID 83702  •  P.O. Box 9797, Boise, ID 83707  •  Phone: 208-854-1476  •  Fax: 208-854-1480  •  **www.idsba.org**

# Exhibit 5

Case 1:23-cv-00315-DCN   Document 15-9   Filed 07/06/23   Page 31 of 70



EDUCATION     GOVERNMENT + POLITICS

# Attorney general questions legality of 'dangerous' LGBTQ+ policy used in many Idaho schools

AG says policy may violate Idaho law and says his office is taking a 'serious look'

BY: **CARLY FLANDRO** - JANUARY 25, 2023    10:03 PM

    



📷 Idaho Attorney General Raúl Labrador this week questioned the legality of what he called a "dangerous" and "suspect" LGBTQ+ rights policy that's already in place at about a third of Idaho's school districts and charters. (Otto Kitsinger for the Idaho Capital Sun)

*Originally posted on [IdahoEdNews.org](IdahoEdNews.org) on January 25, 2023*

Attorney General questions legality of 'dangerous' LGBTQ+ policy used in many Idaho schools • Idaho Capital Sun

Idaho Attorney General Raúl Labrador this week questioned the legality of what he called a "dangerous" and "suspect" LGBTQ+ rights policy that's already in place at about a third of Idaho's school districts and charters.

That policy came into the limelight when attendees at a Jan. 9 Caldwell School Board meeting yelled at, insulted, and threatened board members over the draft of a potential policy, which would establish rights and protections for all students, regardless of sexual orientation. Trustees were forced to call the meeting to an early end.

On Monday, Labrador chimed in on the discord on Twitter: "This proposed policy appears to violate Idaho law. My office is taking a serious look at how we can defend Idaho parents, kids, and our existing laws should the Caldwell school board choose to adopt this policy." Labrador further detailed his concerns in a Wednesday letter to Misty Swanson, the executive director of the Idaho School Boards Association.



If adopted, Caldwell's draft policy would:

- Allow students to use bathrooms and locker rooms aligning with their gender identity.
- Protect students from being denied participation in overnight trips due to their sexual orientation.
- Require district staff to use a student's preferred name and pronouns.
- Protect students' privacy in regards to personal information, such as sexual orientation and legal name.
- Protect the rights of same-sex couples to attend school activities, including dances, and prohibit general discrimination against those couples.

Caldwell's draft policy originated from an Idaho School Boards Association model policy. ISBA works with lawyers and staff members to create model policies that districts and charters may use and tailor to their individual needs.

Case 1:23-cv-00315-DCN — Document 15-9 — Filed 07/06/23 — Page 33 of 70

Quinn Perry, the deputy director for ISBA, estimates that about 60 local education agencies or LEAs (which includes traditional school districts and charters) already have the LGBTQ+ policy in place. Perry pointed out that, in districts where students can use bathrooms and lockers rooms that align with their gender identity, accommodations can be made for other students who may be uncomfortable with that.

On Tuesday, Perry said she had no reason to believe the policy is violating any current Idaho law and reiterated that ISBA's model policies are vetted by an attorney.

Labrador's office at first gave no comment when asked for details on how the policies violate Idaho law or on the implications of Labrador's Tweets for LEAs where such policies are already in place.

"We won't comment on the specific laws implicated at this time because we don't litigate in the press," Emily Kleinworth, the public information specialist for the Attorney General's office, wrote in an email Wednesday morning.

However, a few hours later, Labrador's office sent EdNews a letter that he wrote to the ISBA's Executive Director Misty Swanson.

"I ... find it unsettling — and inconsistent with your stated values — that the ISBA would advocate a dangerous policy that actively disenfranchises parents and families, the cornerstone of any schooling system," Labrador wrote in the letter.

Labrador also cited Idaho Code 67-1041, which lays out the duties of an attorney general.

"As Idaho's Attorney General, it is my job to protect the rights of Idaho residents and safeguard the legal interests of the State," Labrador wrote. "I have serious concerns that Policy 3281 conflicts with state law, infringes on the fundamental rights of Idaho parents to direct their children's upbringing and education, and violates educators' first Amendment rights. I also worry that the policy will endanger students ..."

Labrador listed a number of specific concerns, including that the policy would:

- "Allow biological boys to use girls' locker rooms and bathrooms"
- "Force teachers to use pronouns that don't correspond to students' biological sex" and
- "Require school employees to conceal students' intimate choices about sex and gender — along with potential gender dysphoria — from their parents."

Labrador also admonished the ISBA for any role it may have played in providing legal advice to the Caldwell school board regarding the policy.

"Navigating the important, delicate state-federal balance of power and authority is something a nonprofit organization should refrain from doing," he said.

Swanson was not immediately available to comment on the letter. EdNews will update the story if Swanson or ISBA provides further comment.

## Republican Sen. Cindy Carlson calls LGBTQ+ rights policies "garbage"

State Superintendent Debbie Critchfield and Sen. Cindy Carlson, R-Riggins, have weighed in on the policy as well.

On Monday, the Idaho Freedom Caucus posted photos of letter correspondence between the two on its Twitter page.



In an emailed letter dated Jan. 19, Critchfield wrote to Carlson to offer "some clarification and context" about whether Idaho LEAs are required "to adopt gender-related policies that address topics such as overnight travel and student facilities in schools."

There are no federal or state mandates to required schools to adopt such policies, but local education leaders may opt to do so, Critchfield wrote.

However, LEAs are also subject to "intense federal scrutiny and potential legal risk" if they don't have such policies in place.

"Based on this reality, local education leaders can find themselves in a no-win situation," Critchfield wrote. "They may adopt policies that some patrons find objectionable or risk an onerous federal investigation and legal action."

Last year, the U.S. Department of Education's Office of Civil Rights (OCR) confirmed that Title IX protects students from discrimination based on sexual orientation and gender identity and explained it will enforce Title IX.

In a Jan. 23 response, Carlson wrote that "school districts **should not** accept these policies due to fear of a discrimination claim from a federal government agency."

According to the Office for Civil Rights, "LGBTQ+ students often face additional challenges in schools, including disproportionately experiencing persistent bullying, harassment, and victimization."

"The Department of Education strives to provide schools with the support they need to create learning environments that enable all students to succeed, regardless of their gender identity or sexual orientation," Acting Assistant Secretary for Civil Rights Suzanne B. Goldberg said in a June 2021 press release. "As part of our mission to protect all students' civil rights, it is essential that OCR acts to eliminate discrimination that targets LGBTQ+ students."

Carlson urged Critchfield to "take action immediately and remind school boards that enactment and enforcement of these policies may subject them to criminal charges under Idaho law."

Carlson then cited indecent exposure and child abuse laws.

Carlson CC'd Gov. Brad Little, Labrador, Sen. Chuck Winder, Rep. Mike Moyle and the Idaho Senate Education Committee, and called for all to "come together and take a stand against these controversial policies" and protect Idaho's kids.

"We want to send the message that we want to educate the kids of Idaho not indoctrinate them with this garbage," Carlson wrote.

The same day, Labrador took to Twitter with his comments on Caldwell's proposed policy.

## LGBTQ policies already in place can vary, but some mirror Caldwell's draft proposal

EdNews searched the policies at some of the state's largest districts and charters, and found a handful where a similar policy to Caldwell's draft proposal is in place. Those LEAs and links to their policies are listed below:

- Bonneville School District: Read the policy here
- Twin Falls School District: Read the policy here on page 82
- Idaho Virtual Academy: Read the policy here on page 164
- Idaho Arts Charter: Read a policy on name/gender changes here and a policy and and policy on transgender and gender nonconforming students here

Attorney general questions legality of dangerous LGBTQ policy used in many Idaho schools • Idaho Capital Sun

- Sage International: Read the policy here on page 94

In some cases, the policies that are already on record are very similar to Caldwell's draft policy. That's the case for the policies in place at Twin Falls School District, the Idaho Virtual Academy, the Idaho Arts Charter, and Sage International.

But in other cases, the policy is notably different.

Bonneville's policy, for example, requires students to use restrooms/dressing rooms according to "official records," unless a student has a doctor's note "verifying the student is taking a medically prescribed hormone treatment under a physician's care for the purpose of gender transition."

In terms of overnight trips, students are "assigned sleeping rooms pursuant to the sex assigned to the student in their official school records." However, the policy allows for accommodations for students if parents request them.

Bonneville's policy does not require staff to use a student's preferred name and pronouns whenever possible, as do versions of the policy at other LEAs.

## What's next for Caldwell? Labrador pushes for another public meeting.

After its Jan. 9 board meeting was cut short, trustees also canceled a second hearing on the proposed LGBTQ+ student policy "after careful consideration and due to safety concerns."

"The trustees will be working with the Caldwell Police Department to create a plan to ensure the safety of participants at all future meetings because the safety of our students, parents, patrons, and staff is of utmost importance," the district said in a statement posted on its website.

At this time, it's unclear when or whether another public hearing might be held.

On Monday, Labrador seemed to push for another public meeting in a second Tweet on the policy: "The Caldwell school board should be protecting all non-violent free speech. Parents have a right to show up and have their voices heard on all issues affecting their children. I look forward to seeing parents being granted access in future meetings."

Case 1:23-cv-00315-DCN · Document 15-9 · Filed 07/06/23 · Page 37 of 70



**Raúl R. Labrador** ✔ @Raul_Labrador · Jan 23

The Caldwell school board should be protecting all non-violent free speech. Parents have a right to show up and have their voices heard on all issues affecting their children. I look forward to seeing parents being granted access in future meetings. #idpol

> 🄻 KTVB.COM ✔ @KTVB · Jan 17
>
> Caldwell School Board cancels public hearing ktvb.com/article/news/e ...

💬 24      ⟲ 39      ♡ 123      ⼜ 33.2K      ⬆

✉ GET THE MORNING HEADLINES DELIVERED TO YOUR INBOX        **SUBSCRIBE**

---

**REPUBLISH**

*Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our web site. Please see our republishing guidelines for use of photos and graphics.*

---



## CARLY FLANDRO

Reporter Carly Flandro works in the East Idaho bureau of Idaho Ed News. A former high school English teacher, she writes about teaching, learning, diversity and equity. You can follow her on Twitter @idahoedcarly and send her news tips at carly@idahoednews.org.

**MORE FROM AUTHOR**

---

## RELATED NEWS





# Basin District #72

**STUDENTS - GENDER IDENTITY AND SEXUAL ORIENTATION**     POLICY 513

Page 1 of 4

Gender Identity and Sexual Orientation

The Board believes in fostering an educational environment that is safe and free of discrimination for all students, regardless of sexual orientation, gender identity, or gender expression.  This policy is designed to create a safe learning environment for all students and to ensure that every student has equal access to all school programs and activities.  Failure of any school student or school employee to abide by the terms and provisions of this policy will subject such individual to disciplinary action.

Definitions

"Sexual orientation" shall mean an individual's physical or emotional attraction to the same and/or the opposite gender.  "Gay," "lesbian," "bisexual" and "straight" are all examples of sexual orientations.  A person's sexual orientation is distinct from a person's gender identity and expression.

"Gender identity" shall refer to a person's deeply felt internal sense of their own gender.

"Gender expression" shall refer to how a person expresses their gender to others, often through behavior, clothing, hairstyles, activities, voice, or mannerisms.

"Transgender", an adjective, shall refer to a person whose gender identity or expression is different from that traditionally associated with the person's sex assigned at birth.

School Facilities

In the case of middle/junior high school students and high school students, the principal or building administrator is encouraged to request a meeting with a transgender student and, if the student grants permission, with their parent/guardian upon the student's enrollment in the District or in response to a currently enrolled student's change of gender expression or identity.  The goal of the meeting is to develop understanding of that student's needs with respect to their gender identity.

In the case of elementary school students, it will generally be the parent/guardian that informs the school of the impending transition.  However, if the school's staff believe that a gender identity or expression issue is presenting itself and creating difficulty for the child at school, it may be appropriate for the school's administrative staff and/or counselor to approach the student's parent/guardian about the issue.  An individual teacher shall not approach a student' parent/legal guardian to address such a student situation without first conferring with the school's administration about the subject and obtaining permission to enter into such a discussion.  A meeting may be held at the request of the student's parent/guardian or at the request of the

principal or building administrator.  Together, the family and school can identify appropriate steps, if any, to support the student.

Students will be allowed to use the restrooms and locker rooms that correspond to the gender identity they consistently assert at school.  No student will be required to use facilities that conflict with his or her gender identity consistently asserted at school.  A transgender student or any other student who has a need or desire for increased privacy may be given the option of using a separate or private restroom or changing area, such as a single stall restroom, if such is available.  No student shall, on account of their transgender status, be required to use such separate facilities.

## School Activities

The District will provide all students the opportunity to participate in any activities segregated by gender in a manner that is consistent with their gender identity consistently asserted at school. However, activities under the direction of the Idaho High School Activities Association (IHSAA) shall be subject to IHSAA rules and regulations.

## School Trips

In the case of overnight trips sponsored by the District, students will be assigned sleeping rooms that correspond to the gender identity they consistently assert at school or to a private sleeping room.  No student shall be required to sleep in a private room or in an assigned room conflicting with his or her consistently asserted school gender identity.

In no case will a transgender student be denied the right to participate in an overnight trip because of that student's transgender status.

In no case will a student be denied the right to participate in an overnight trip because of that student's sexual orientation.  Likewise, a student will not be required to use a private sleeping room or be denied participation on the basis of that student's sexual orientation.

## Student Records and Privacy

The District's official records required by law shall utilize a student's legal name.  In situations where State or federal law or administrative rules require school employees to use or report a student's legal name or gender, such legal name or gender shall be utilized.   However, school staff shall use practices to avoid the inadvertent disclosure of the student's transgender status.

Information regarding a student's sexual orientation, gender identity, gender expression, legal name, or gender assigned at birth may constitute confidential information.  Disclosure of such information shall be in accordance with District policies pertaining to student privacy. The student's educational record shall not include mention of the student's sexual orientation.

# Basin District #72

However, in the course of ordinary school interactions and communication, District staff shall use the name and pronouns consistently asserted by the student at school, regardless of the student's legal name and sex. A student is not required to legally change their name, gender, or official school records as a prerequisite to the use of a name and the pronouns consistent with the student's identity. Intentional and persistent refusal to use the name and gender by which the student identifies is a violation of this policy and may subject an employee to discipline, up to and including possible termination.

## Change of Official School Records

District records required by law to include the student's legal name and/or gender will be changed by the District upon the student or former student's presentation of appropriate documentation to the District Office. Any current or former student may present to the Superintendent or designee responsible for student records a copy of a court order or birth certificate identifying a change the student's legal name and/or gender. The student's records will be changed accordingly.

## Confidentiality

School employees should not disclose a student's transgender status or sexual orientation to other individuals, regardless of setting, including the other school personnel or (in the case of middle school, junior high school, and high school students) the student's parents/guardians, unless they have a legitimate need to know or unless the student has authorized such disclosure. Action in violation of such student confidentiality may subject an employee to discipline, up to and including possible termination and for certificated personnel, a report to the Professional Standards Commission.

When contacting the parent/guardian of a transgender student, school personnel should use the student's legal name and the pronoun corresponding to the student's gender assigned at birth unless the student or parent/guardian has specified otherwise.

## Training

The District may conduct staff development or awareness activities for students or parents on transgender issues or gender diversity. However, in regard to such activities the District and its personnel shall not disclose the transgender status of any student without permission of that student and their parent(s)/guardian(s).

## Dress Codes

School dress codes shall be gender neutral in all situations, including attire during the traditional school day, school activities including dances and prom, and graduation. The District will allow students to dress in a manner that is consistent with their gender identity within the constraints of the dress codes and any other rules regarding student attire.

# Basin District #72

Students may wear clothing or accessories that voice their views on lesbian, gay, bisexual, and transgender (LGBT) issues, regardless of viewpoint, provided these conform to the dress code; are not a disruption to the educational environment; and are not obscene, threatening, lewd, or vulgar.

## School Dances

The District shall not impose different or unique practices or rules for same sex couples who attend and/or participate in school activities, including dances.  This includes such matters as prohibition of attendance of same sex student couples, limitations of public displays of affection only applicable to same sex couples, discounted couples tickets, gender identity for dance court titles that correspond to birth sex, and other such distinctions.

## Safe Environment

It is the responsibility of the District to ensure all students, including LGBT students, have a safe school environment.  Discrimination, harassment, bullying, or sexual harassment complaints involving LGBT students shall be handled in the same manner as other discrimination, harassment, bullying, and sexual harassment complaints.

| Cross Reference: | 2140 | Student and Family Privacy Rights |
|---|---|---|
| | 3255 | Student Dress |
| | 3280 | Equal Education, Nondiscrimination, and Sex Equity |
| | 3290 | Sexual Harassment/Intimidation of Students |
| | 3295 | Hazing, Harassment, Intimidation, Bullying, Cyber Bullying, Menacing |
| | 3575 | Student Data Privacy and Security |

Legal Reference:  20 U.S.C. § 1681, et seq.  Title IX of the Educational Amendments
I.C.  § 33-133(1)(j)(ii)     Definitions—Student Data—Use and Limitations—Penalties

Other Reference:  Idaho High School Activities Association Rules & Regulations, Rule 11-3 Transgender Student Participation

## Policy History:

Adopted on: 8/16/2016

Revised on:

## GENDER IDENTITY AND SEXUAL ORIENTATION

The Bonneville Joint School Board of Trustees believes in fostering an educational environment that is safe and free of discrimination for all students, regardless of sexual orientation, gender identity, or gender expression.  The Board also believes in ensuring that every student has equal access to all school programs and activities.

**Guidelines**

**Meeting with Parent(s)/Guardian(s)**

1. Generally, it will be the responsibility of a transgender student's parent/guardian to request a meeting with the administrator or staff to discuss appropriate accommodations to support and meet the needs of the student with respect to their gender identity, sexual orientation, or transgender status.

2. The building administrator may request a meeting with a transgender student and with the parent or guardian of the student in response to a student's change of gender or identity.  The goal of the meeting is to develop understanding of that student's needs with respect to their gender identity.

3. Together, the family and administrator can identify appropriate steps, if any, to support the student.

**Official Student Records**

1. Requests to make changes to official student records required by law to include a student's legal name and/or gender will be handled on an individual basis pursuant to a meeting with the student and his/her parent(s) or guardian(s).

2. Official records may only be changed upon presentation of the following documentation:

   a. Court order or birth certificate identifying a change of the student's legal name and/or gender.

**Restroom/Dressing Room Use**

1. Official student records will be used to determine restroom/dressing room use**.**

2. Physician's written statement verifying the student is taking a medically prescribed hormone treatment under a physician's care for the purposes of gender transition

may be used temporarily to determine restroom/dressing room usage consistent with rules adopted by the Idaho High Schools Athletics Association.

**Student Privacy**

1. A student's transgender status or sexual orientation <u>should not</u> be disclosed to other individuals including other District personnel unless there is a need to know or unless the student has authorized such disclosure.

2. District staff shall implement practices to avoid inadvertent disclosure of a student's transgender status.

**Extracurricular Activities**

Participation in extracurricular activities will be under the direction of the Idaho High School Activities Association (IHSAA).

**School Sponsored Overnight Trips**

1. In the case of overnight trips sponsored by the District, students will be assigned sleeping rooms pursuant to the sex assigned to the student in their official school records.

2. If accommodations are requested a plan will be developed by the parent(s) or guardian(s) and the trip advisor with the idea of supporting the student and making him/her comfortable.

**Disciplinary Action**

1. Discrimination, harassment, bullying, or sexual harassment complaints shall be handled in the same manner for all students.

2. Failure of any District employee to abide by the terms and provisions of this policy may subject such individual to disciplinary action up to and including termination and for certificated personnel, a report to the Professional Standards Commission.


<u>**DEFINITIONS**</u>**:**

**Gender Expression:** how a person expresses their gender to others, often through behavior, clothing, hairstyles, activities, voice, or mannerism.

**Gender Identity:** a person's deeply felt internal sense of their own gender. A person's gender identity may be different from or the same as the person's sex assigned at birth.

**Gender Transition:** the process in which transgender individuals begin asserting the sex that corresponds to their gender identity instead of the sex they were assigned at birth. During gender transition, individuals begin to live and identify as the sex consistent with their gender identity and may dress differently, adopt a new name, and use pronouns consistent with their gender identity. Transgender individuals may undergo gender transition at any stage of their lives, and gender transition can happen swiftly or over a long duration of time.

**Sex Assigned at Birth:** the sex designation recorded on an infant's birth certificate should such a record be provided at birth.

**Sexual Orientation**: an individual's physical or emotional attraction to the same and/or the opposite gender. "Gay," "lesbian," "bisexual" and "straight" are all examples of sexual orientations. A person's sexual orientation is distinct from a person's gender identity and expression.

**Transgender:** a person whose gender identity or expression is different from that traditionally associated with the person's sex assigned at birth.

**Transgender Female:** someone who identifies as female but was assigned the sex of male at birth.

**Transgender Male:** someone who identifies as male but was assigned the sex of female at birth.

Adopted   <u>01-11-2017</u>   Reviewed                    Revised        <u>08-08-2018</u>

| | |
|---|---|
| Cross Reference: | Student and Family Privacy Rights #2140 |
| | Equal Education, Nondiscrimination, and Sex Equity #3280 |
| | Sexual Harassment/Intimidation of Students #3290 |
| | Hazing, Harassment, Intimidation, Bullying, Cyber Bullying, Menacing #3295 |
| | Safe and Secure Learning Environment #3555 |
| | Student Data Privacy and Security #3665 |
| | Uniform Grievance #4112 |
| Legal Reference: | Idaho Code § 33-133(1)(j)(ii) Definitions—Student Data—Use and Limitations—Penalties |
| | 20 U.S.C. § 1681, et seq. Title IX of the Educational Amendments |
| Other Reference: | Idaho High School Activities Association (IHSAA) Rules & Regulations, Rule 11-3 Transgender Student Participation |

**Jerome Joint School District No. 261**

**STUDENTS**                                                                                                    **3281**

Gender Identity and Sexual Orientation
The Board believes in fostering an educational environment that is safe and free of discrimination for all students, regardless of sexual orientation, gender identity, or gender expression. This policy is designed to create a safe learning environment for all students and to ensure that every student has equal access to all school programs and activities.

Definitions
"Sexual orientation" shall mean an individual's physical or emotional attraction to the same and/or the opposite gender. "Gay," "lesbian," "bisexual" and "straight" are all examples of sexual orientations. A person's sexual orientation is distinct from a person's gender Identity and expression.

"Gender identity" shall refer to a person's deeply felt internal sense of their own gender.

"Gender expression" shall refer to how a person expresses their gender to others, often through behavior, clothing, hairstyles, activities, voice, or mannerisms.

"Transgender", an adjective, shall refer to a person whose gender identity or expression is different from that traditionally associated with the person's sex assigned at birth.

"Gender Non Conforming", not adhering to societies gender norms.

School Facilities
In the case of middle/junior high school students and high school students, the principal or building administrator is encouraged to request a meeting with a transgender student and, if the student grants permission, with their parent/guardian upon the student's enrollment in the District or in response to a currently enrolled student's change of gender expression or identity. The goal of the meeting is to develop understanding of that student's needs with respect to their gender Identity. If the student requests a formal gender support plan, parental permission is required.

In the case of elementary school students, it will generally be the parent/guardian that informs the school of the impending transition. However, if the school's staff believe that a gender identity or expression issue is presenting itself and creating difficulty for the child at school, it may be appropriate for the school' s administrative staff and/or counselor to approach the student's parent/guardian about the issue. An individual teacher shall not approach a student' parent/legal guardian to address such a student situation without first conferring with the school's administration about the subject and obtaining permission to enter into such a discussion. A meeting may be held at the request of the student's parent/guardian or at the request of the principal or building administrator. Together, the family and school can identify appropriate steps, if any, to support the student.

School Activities
Activities under the direction of the Idaho High School Activities Association (IHSAA) shall be subject to IHSAA Rules and regulations.

Student Records and Privacy
The District's official records required by law shall utilize a student's legal name. In situations where State or federal law or administrative rules require school employees to use or report a student's legal name or gender, such legal name or gender shall be utilized. However, school staff shall use practices to avoid the inadvertent disclosure of the student's transgender status.

Information regarding a student's sexual orientation, gender identity, gender expression, legal name, or gender assigned at birth may constitute confidential information. Disclosure of such Information shall be in accordance with District policies pertaining to student privacy. The student's educational record shall not include mention of the student's sexual orientation.

A student is not required to legally change their name, gender, or official school records as a prerequisite to the use of a name and the pronouns consistent with the student's identity.

Change of Official School Records

District records required by law to include the student's legal name and/or gender will be changed by the District upon the student or former student's presentation of appropriate documentation to the District Office. Any current or former student may present to the Superintendent or designee responsible for student records a copy of a court order or birth certificate identifying a change the student's legal name and/or gender. The student's records will be changed accordingly.

Confidentiality

School employees should not disclose a student's transgender status or sexual orientation to other Individuals, regardless of setting, including the other school personnel or (m the case of middle school, junior high school, and high school students) the student's parents/guardians, unless they have a legitimate need to know or unless the student has authorized such disclosure.

Training

The District may conduct staff development or awareness activities for students or parents on transgender issues or gender diversity. However, in regard to such activities the District and Its personnel shall not disclose the transgender status of any student without permission of that student and their parents/guardians.

Dress Codes

School dress codes shall be gender neutral in all situations, including attire during the traditional school day, school activities including dances and prom, and graduation. The District will allow students to dress in a manner that is consistent with their gender identity within the constraints of the dress codes and any other rules regarding student attire.

School Dances

The District shall not impose different or unique practices or rules for same sex couples who attend and/or participate in school activities, including dances. This includes such matters as prohibition of attendance of same sex student couples, limitations of public displays of affection only applicable to same sex couples, discounted couples tickets, gender identity for dance court titles that correspond to birth sex, and other such distinctions.

Safe Environment

It is the responsibility of the District to ensure all students, including LGBT students, have a safe school environment. Discrimination, harassment, bullying, or sexual harassment complaints involving LGBT students shall be handled In the same manner as other discrimination, harassment, bullying, and sexual harassment complaints

Cross References:   2140          Student and Family Privacy Rights
                    3255          Student Dress
                    3280          Equal Education Nondiscrimination and Sex Equity
                    3290          Sexual Harassment / Intimidation of Students
                    3295          Hazing, Harassment, Intimidation, Bullying, Cyber Bullying, Menacing
                    3575          Student Data Privacy and Security

Legal References:   20 U.S.C. $ 1681, et seq.   Title IX of the Education Amendments of 1972
                    I.C. $ 33-133(l)(j)(ii)     Definitions - Student Data — Use and Limitations – Penalties

Other Reference:        Idaho High School Activities Association, Current Rules and Regulations Manual Rule 11-3 Transgender Student Participation

<u>Policy History:</u>
Adopted on:        07/19/2022
Revised on:        11/15/2022

| POLICY TITLE:  **GENDER IDENTITY AND SEXUAL ORIENTATION** | POLICY NO: 519.5<br>PAGE 1 of 3 |
|---|---|

The Blackfoot School District believes in fostering an educational environment that is safe and free of discrimination for all students, regardless of sexual orientation, gender identity, or gender expression. The Board also believes in ensuring that every student has equal access to all school programs and activities.

**DEFINITIONS:**

**Gender Expression**: how a person expresses their gender to others, often through behavior, clothing, hairstyles, activities, voice, or mannerism.

**Gender Identity**: a person's deeply felt internal sense of their own gender. A person's gender identity may be different from or the same as the person's sex assigned at birth.

**Gender Transition**: the process in which transgender individuals begin asserting the sex that corresponds to their gender identity instead of the sex they were assigned at birth. During gender transition, individuals begin to live and identify as the sex consistent with their gender identity and may dress differently, adopt a new name, and use pronouns consistent with their gender identity. Transgender individuals may undergo gender transition at any stage of their lives, and gender transition can happen swiftly or over a long duration of time.

**Sex Assigned at Birth**: the sex designation recorded on an infant's birth certificate should such a record be provided at birth.

**Sexual Orientation**: an individual's physical or emotional attraction to the same and/or the opposite gender. "Gay," "lesbian," "bisexual" and "straight" are all examples of sexual orientations. A person's sexual orientation is distinct from a person's gender identity and expression.

**Transgender**: a person whose gender identity or expression is different from that traditionally associated with the person's sex assigned at birth.

**Transgender Female**: someone who identifies as female but was assigned the sex of male at birth.

**Transgender Male**: someone who identifies as male but was assigned the sex of female at birth.

**GUIDELINES:**

**Meeting with Parent(s)/Guardian(s)**

1. Generally, it will be the responsibility of a transgender student's parent/guardian to request a meeting with the administrator to discuss appropriate accommodations to support and meet the needs of the student with respect to their gender identity, sexual orientation, or transgender status.
2. The building administrator may request a meeting with a transgender student and with the parent or guardian of the student in response to a student's change of gender or identity.
3. The goal of the meeting is to develop understanding of that student's needs with respect to their gender identity.

**SECTION 500:  STUDENTS**

4.  Together, the family and administrator can identify appropriate steps, if any, to support the student.

**Official Student Records**

1.  Requests to make changes to official student records required by law to include a student's legal name and/or gender will be handled on an individual basis pursuant to a meeting with the student and his/her parent(s) or guardian(s).
2.  Official records may only be changed upon presentation of the following documentation:
    a.  Court order or birth certificate identifying a change of the student's legal name and/or gender.

**Restroom/Dressing Room Use**

1.  Official student records will be used to determine restroom/dressing room use.
2.  Physician's written statement verifying the student is taking a medically prescribed hormone treatment under a physician's care for the purposes of gender transition may be used temporarily to determine restroom/dressing room usage consistent with rules adopted by the Idaho High School Activities Association.
3.  If accommodations are requested a plan will be developed by the parent(s) or guardian(s) and the building administrator with the idea of supporting the student and making him/her comfortable.

**Student Privacy**

1.  A student's transgender status or sexual orientation should not be disclosed to other individuals including other District personnel unless there is a need to know or unless the student has authorized such disclosure.
2.  District staff shall implement practices to avoid inadvertent disclosure of a student's transgender status.

**Extracurricular Activities**

Participation in extracurricular activities will be under the direction of the Idaho High School Activities Association (IHSAA).

**School Sponsored Overnight Trips**

1.  In the case of overnight trips sponsored by the District, students will be assigned sleeping rooms pursuant to the sex assigned to the student in their official school records.
2.  If accommodations are requested a plan will be developed by the parent(s) or guardian(s) and the trip advisor with the idea of supporting the student and making him/her comfortable.

**Disciplinary Action**

1.  Discrimination, harassment, bullying, or sexual harassment complaints shall be handled in the same manner for all students.
2.  Failure of any District employee to abide by the terms and provisions of this policy may subject such individual to disciplinary action up to and including termination and for certificated personnel, a report to the Professional Standards Commission.

◆ ◆ ◆ ◆ ◆ ◆ ◆

**CROSS REFERENCE**:
Board Policy 506: Student Harassment
Board Policy 506.5: Prohibition Against Harassment, Intimidation and Bullying
Board Policy 512: School Climate
Board Policy 681: Student Records: FERPA and forms 681F1, 681F2, 681F3

**LEGAL REFERENCE**:
Idaho Code § 33-133(1)(j)(ii) Definitions—Student Data—Use and Limitations—Penalties
20 U.S.C. § 1681, et seq. Title IX of the Educational Amendments

**OTHER REFERENCE**:
Idaho High School Activities Association (IHSAA) Rules & Regulations, Rule 11-3 Transgender
Student Participation

**AMENDED:**  January 17, 2019

# Exhibit 6



**IDAHO**
STATE DEPARTMENT OF EDUCATION

**DEBBIE CRITCHFIELD**
SUPERINTENDENT OF PUBLIC INSTRUCTION

650 W. STATE STREET, 2ND FLOOR
BOISE, IDAHO 83702
(208) 332-6800 OFFICE / 711 TRS
WWW.SDE.IDAHO.GOV

January 19, 2023

TRANSMITTED VIA EMAIL

The Honorable Cindy J. Carlson

Idaho State Senate

Idaho State Capitol

700 W Jefferson St.

Boise, ID 83706

Dear Senator Carlson:

I am writing in hopes of offering some clarification and context around an education-related subject that has recently generated questions amongst parents and policymakers. Specifically, the questions deal with what requirements exist, if any, for Idaho school districts or charters to adopt gender-related policies that address topics such as overnight travel and student facilities in public schools.

While local education leaders can enact policies, procedures or practices specific to their schools, there is no state-mandated requirement that they do so. And while there is no federal mandate, the federal component of this discussion requires additional context.

It is accurate to say that the federal government does not require districts or charters to adopt such policies. However, schools can be subject to intense federal scrutiny and potential legal risk if they don't adopt such policies when certain circumstances arise. For instance, a discrimination claim filed against a school can result in a lengthy and extensive investigation by the federal Office for Civil Rights (OCR). OCR investigations can require districts and charters to expend significant time and resources in order to satisfy federal investigators. Litigation can also result. Based on this reality, local education leaders can find themselves in a no-win situation. They may adopt policies that some patrons find objectionable or risk an onerous federal investigation and legal action.

I hope this letter provides clarification and context surrounding this issue and is helpful to you. Please don't hesitate to reach out should you have additional questions.

Sincerely,

Debbie Critchfield

DEBBIE CRITCHFIELD

Superintendent of Public Instruction

DISTRICT 7
ADAMS, IDAHO AND
NEZ PERCE COUNTIES



STATE CAPITOL
P.O. BOX 83720
BOISE, IDAHO 83720-0081
(208) 332-1355
ccarlson@senate.idaho.gov

# Idaho State Senate

## SENATOR CINDY CARLSON

January 23, 2023

TRANSMITTED VIA EMAIL
Superintendent of Public Instruction
Debbie Critchfield
650 West State Street
Boise, ID  8370

Dear Ms. Critchfield,

Thank you for the letter of explanation on why Idaho's school districts may be accepting controversial polices. While fear of an overreaching federal government may motivate school districts to accept these policies, protection of children should be our primary concern. Our constituents deserve courage from you and me in defense of their children.

Fear of an overreaching Office for Civil Rights may be warranted, but school districts **should not** accept these policies due to fear of a discrimination claim from a federal government agency.

I should point out that many of these new policies and novel interpretations of the Civil Rights Act of 1964 are in direct conflict with Idaho law. After more than fifty years of court interpretations you should not assume that the radical Biden Administration's claims of new classes and restrictions suddenly apply. Their threats are not supported in Idaho law and we must have courage in defending Idaho's children.

Your office should take action immediately and remind school boards that enactment and enforcement of these policies may subject them to criminal charges under Idaho law. Every person who exposes his or her genitals in a place where another is offended thereby is guilty of misdemeanor Indecent Exposure. Idaho Code 18-4116(1). Anyone who assists or encourages such a demonstration of genitalia is guilty of the same. Idaho Code 18-4116(2).

A person who causes a child unjustifiable mental suffering is guilty of child abuse under Idaho law. Idaho Code 19-1501(2). Causing a child to show genitalia in a locker room or on a school trip to other children appears to meet that standard – **such policies are child abuse under Idaho law**. Idaho law requires that **such child abuse be reported**

**by school teachers and administration to law enforcement** or they too are subject to criminal penalties. Idaho Code 16-1605.

The acceptance of these policies is having a harmful and sometimes even abusive effect on the kids and communities of Idaho.  If collectively Governor Little, you, as Superintendent of Public Instruction, the State Board of Education, Attorney General Raul Labrador, and the Idaho Legislature come together and take a stand against these controversial policies we will be providing the kids of Idaho a way to be protected.

These new and controversial polices are causing parents who wish to protect their kids to remove them from Idaho's public schools.  We need to send the message that we want to educate the kids of Idaho not indoctrinate them with this garbage.

Let us not forget, our most important job is to protect kids!

Sincerely,

Cindy J. Carlson

Cc:    Idaho Governor Brad Little
       Idaho Attorney General Raul Labrador
       Idaho Senate Pro Tempore Chuck Winder
       Idaho House Speaker Mike Moyle
       Idaho Senate Education Committee

# Exhibit 7



**Response to News Media Regarding Presidential Directive**
**Re: Civil Rights of Transgender Students**

Boise, ID -- 05/13/2016 -- Boise School District received the directive from the White House and will be reviewing it further, but believe it reinforces our practice, as well as prior guidance from the federal government, which is captured in the following information that all Boise schools received earlier this school year:

The U.S. Department of Education Office for Civil Rights has instructed schools nationwide that sex discrimination prohibitions in federal law include protections for gender identity.  As such, under federal civil rights law, the District is required to provide access to public facilities consistent with the student's gender identity.

Gender identity is not a fluid concept.  A student may not choose to identify as a male one day and a female the next.  School districts elsewhere that have implemented these policies require that the gender identification be both persistent and consistent over time.

Our Counseling Department has developed an intake process and Gender Support Plan to help the schools and families ensure the best support for their specific situation related to transgender students.

Furthermore, in August, we sent out resources to schools to help provide guidance as they continue to provide safe and supportive school environments for all students, including transgender students. In school principals' meetings, transgender issues have also been an agenda topic, as needed.

# Exhibit 8



**HOME**   ABOUT ⌄   ISSUES ⌄   MEDIA ⌄   GET INVOLVED   EVENTS ⌄   ACTION CENTER

SIGN ME UP   DONATE

## About IFPC

### Idaho Family Policy Center

Idaho Family Policy Center is a ministry that advances the lordship of Christ in the public square through engaging the church, promoting God-honoring public policy, and training statesmen.

As the premier conservative Christian policy research and educational organization in the state, IFPC is working to promote biblically sound public policy that protects the sanctity of life, safeguards religious freedom, strengthens parental rights, recognizes biblical truths in sexuality and gender, and stimulates economic opportunity.

Only the gospel can transform the culture, but the Great Commission involves a cultural mandate to prophetically point people back to God's good design by teaching the nations to obey everything Jesus has commanded. IFPC engages the church, discipling Christians in biblical worldview so that they can stand winsomely for truth and make a positive impact for God's kingdom in their communities.

A member of the nationwide family policy council movement, IFPC works closely with an alliance of pro-family groups in other states, as well as national groups including Family Research Council, Focus on the Family, Family Policy Alliance, and Alliance Defending Freedom.

### National Partners






 




IDAHO FAMILY POLICY CENTER

HOME    ABOUT ▾    ISSUES ▾    MEDIA ▾    GET INVOLVED    EVENTS ▾    ACTION CENTER

# BLOG

PREVIOUS
*School and Library Smut: We're Not Backing Down!*

NEXT
*ALERT: Tell Gov. Brad Little to Ban Child Sex Changes!*



MAJOR VICTORY: Gov. M...
Igns School Bathroom Bill



⊗ Blaine Conzatti    ▦ March 23, 2023    ⏱ 1:46 pm    💬 2 Comments

Huge news: Gov. Brad Little has signed our legislation to protect the privacy and safety of all students in school bathrooms!

**Senate Bill 1100a** – which was drafted and championed by **Idaho Family Policy Center** – requires schools to maintain separate restroom, shower, and changing facilities for biological males and biological females.

We've been saying all along that children can excel academically only if they feel safe at school. This legislation gives schools certainty as they formulate bathroom policies that create a safe learning environment for all students.

I'd especially like to congratulate our bill sponsors, **Sen. Ben Adams** (R-Nampa) and **Rep. Ted Hill** (R-Eagle), for their willingness to lead on such an important issue.

None of this would have been possible without your partnership. Thousands of you used our Action Center to contact your state legislators, shared our legislative updates, and financially supported our ministry.

Thank you! And stay tuned—this will be only the first big announcement of many in these last few days of the 2023 Idaho Legislative Session.



**Blaine Conzatti**

# Comments

## 2 Responses



**Roxanna Lynn** says:                                                    April 5, 2023 at 12:42 am

It is a sad state of affairs that this is necessary!
Government and other adults needing to use children to validate their own choices, their
own sins.

Reply

---

**Nicholas Outumuro** says:                                              April 6, 2023 at 10:40 am

Great job! Thank you so much. PLEASE keep up the good work! I'd love to know how I
can get involved in building Idaho as the strongest pro family state in the nation.

Reply

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

Website

☐ Save my name, email, and website in this browser for the next time I comment.

POST COMMENT

---

BLOG    SIGN UP    PRESS RELEASES    DONATE    CAREERS    STATEMENT OF FAITH

208.260.5844 | info@idahofamily.org | 1116 S Vista Avenue, Suite 227 | Boise, ID 83705

Copyright © 2023 Idaho Family Policy Center | Website by ArcFires

Privacy Policy | Terms & Conditions

**Follow Us**



# Exhibit 9

USASPENDING.gov

Advanced Search

Search Award Data    Explore the Data ⌄    Download the Data ⌄    Find Resources ⌄

Share    Download

▼ Filters

Learn which data elements are associated with certain search filters ⓘ

3 Active Filters:

KEYWORD    TIME PERIOD
idaho board of education    FY 2023   FY 2022

Learn how active filters work

⌄ Keyword ⓘ

Search by Keyword

idaho board of education ✕

Submit Search
Reset search

⌄ Time Period ⓘ

Fiscal Year 📅    Date Range

☐ All Fiscal Years
☑ FY 2023    ☐ FY 2015
☑ FY 2022    ☐ FY 2014
☐ FY 2021    ☐ FY 2013
☐ FY 2020    ☐ FY 2012
☐ FY 2019    ☐ FY 2011
☐ FY 2018    ☐ FY 2010
☐ FY 2017    ☐ FY 2009
☐ FY 2016    ☐ FY 2008

⟩ Award Type

⟩ Agency

🔲 TABLE    🗓 TIME    ● MAP    ⬛ CATEGORIES

Spending by Prime Award

Prime Awards ⬤ Sub-Awards

What's included in this view of the data?

View a list of award summaries based on your selected filters. Click the Award ID, Recipient Name, or Awarding Agency to find more detailed information on individual awards including transaction history, subawards, and more.

read more

Contracts 2    Contract IDVs 0    Grants 64    Direct Payments 1    Loans 0    Other 0

| Award ID | Recipient Name | Start Date (Period of Performance) | End Date (Period of Performance) | Total Obligations to Date | Total Outlays to Da |
|---|---|---|---|---|---|
| 22T7D03N1199 | EDUCATION, IDAHO STATE BOARD ... | 10/1/2021 | 9/30/2022 | $160,153,555 | $146,146,682 |
| 21T7D03N1199 | EDUCATION, IDAHO STATE BOARD ... | 10/1/2020 | 9/30/2021 | $76,427,872 | $76,427,872 |
| H027A220088 | EDUCATION, IDAHO STATE BOARD ... | 7/1/2022 | 9/30/2023 | $65,862,888 | $22,146,407 |
| H027A210088 | EDUCATION, IDAHO STATE BOARD ... | 7/1/2021 | 9/30/2022 | $63,721,804 | $58,098,494 |
| S010A220012 | EDUCATION, IDAHO STATE BOARD ... | 7/1/2022 | 9/30/2023 | $60,274,418 | $15,389,116 |
| S010A180012 | EDUCATION, IDAHO STATE BOARD ... | 7/1/2018 | 9/30/2019 | $59,491,072 | $14,679,105 |
| 23T7D03N1199 | EDUCATION, IDAHO STATE BOARD ... | 10/1/2022 | 9/30/2023 | $58,861,384 | $43,676,665 |
| S010A170012 | EDUCATION, IDAHO STATE BOARD ... | 7/1/2017 | 9/30/2018 | $58,570,343 | $232,576 |
| S010A160012 | EDUCATION, IDAHO STATE BOARD ... | 7/1/2016 | 9/30/2017 | $58,198,489 | ... |

**Federal Grants Received by Idaho Education Agencies, 2022 and 2023**

| award_id_fain | total_funding | awarding_agency_nam | recipient_name_raw |
|---|---|---|---|
| 237IDID7I5003 | $ 214,670.00 | Department of Agriculture | ID DEPT OF EDUCATION |
| 237IDID3N8903 | $ 2,682,607.00 | Department of Agriculture | ID DEPT OF EDUCATION |
| 237IDID1L1603 | $ 3,033,966.00 | Department of Agriculture | ID DEPT OF EDUCATION |
| 237IDID4N1150 | $ 125,271.00 | Department of Agriculture | ID DEPT OF EDUCATION |
| 237IDID3N1099 | $ 128,474.00 | Department of Agriculture | ID DEPT OF EDUCATION |
| 237IDID3N2020 | $ 327,815.00 | Department of Agriculture | ID DEPT OF EDUCATION |
| 237IDID2N2533 | $ 981,294.00 | Department of Agriculture | ID DEPT OF EDUCATION |
| 237IDID3N1199 | $ 58,861,384.00 | Department of Agriculture | ID DEPT OF EDUCATION |
| 227IDID5I2003 | $ 761,595.00 | Department of Agriculture | ID DEPT OF EDUCATION |
| EMW-2021-FG-10208 | $ 499,999.54 | Department of Homeland Security | BOARD OF EDUCATION IDAHO STATE |
| S424F220013 | $ 4,833,025.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| 227IDID7N8103 | $ 114,774.00 | Department of Agriculture | ID DEPT OF EDUCATION |
| A22AV00985 | $ 69,039.00 | Department of the Interior | EDUCATION, IDAHO STATE BOARD OF |
| S144F220012 | $ 59,645.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| S013A220012 | $ 432,948.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| S365A220012 | $ 2,452,298.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| V002A220012 | $ 2,817,787.00 | Department of Education | IDAHO STATE BOARD OF EDUCATION |
| S424A220013 | $ 6,176,960.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |

**Federal Grants Received by Idaho Education Agencies, 2022 and 2023**

| award_id_fain | total_funding | awarding_agency_nam | recipient_name_raw |
|---|---|---|---|
| S367A220011 | $   10,671,833.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| S011A220012 | $     6,306,847.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| S358B220012 | $        129,031.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| H027A220088 | $   65,862,888.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| S010A220012 | $   60,274,418.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| S196A220013 | $        383,051.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| H173A220030 | $     2,361,670.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| V048A220012 | $     8,371,565.00 | Department of Education | BOARD OF EDUCATION IDAHO STATE |
| S369A220013 | $     4,346,100.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| S287C220012 | $     6,564,398.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| 227IDID3N8903 | $   10,313,502.00 | Department of Agriculture | ID DEPT OF EDUCATION |
| 227IDID1L1603 | $     1,805,204.45 | Department of Agriculture | ID DEPT OF EDUCATION |
| 227IDID3N2020 | $        761,084.06 | Department of Agriculture | ID DEPT OF EDUCATION |
| 227IDID2N2533 | $     1,271,020.92 | Department of Agriculture | ID DEPT OF EDUCATION |
| 227IDID3N1199 | $ 163,153,554.80 | Department of Agriculture | ID DEPT OF EDUCATION |
| 227IDID4N1150 | $        175,588.28 | Department of Agriculture | ID DEPT OF EDUCATION |
| 217IDID2H1706 | $        495,131.33 | Department of Agriculture | ID DEPT OF EDUCATION |

**Federal Grants Received by Idaho Education Agencies, 2022 and 2023**

| award_id_fain | total_funding_ | awarding_agency_nam | recipient_name_raw |
|---|---|---|---|
| H027A210088 | $  63,721,804.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| S367A210011 | $  10,421,077.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| V048A210012 | $   8,066,593.00 | Department of Education | IDAHO STATE BOARD OF EDUCATION |
| S010A210012 | $  57,359,431.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| 217IDID1H1703 | $   2,127,492.38 | Department of Agriculture | ID DEPT OF EDUCATION |
| 217IDID3N1199 | $  76,427,872.09 | Department of Agriculture | ID DEPT OF EDUCATION |
| 217IDID4N1150 | $       74,648.50 | Department of Agriculture | ID DEPT OF EDUCATION |
| 90TP0084 | $            - | Department of Health and Human Services | EDUCATION, IDAHO STATE BOARD OF |
| 217IDID1L1603 | $   1,631,055.39 | Department of Agriculture | ID DEPT OF EDUCATION |
| 217IDID3N1099 | $  44,124,789.27 | Department of Agriculture | ID DEPT OF EDUCATION |
| 217IDID3N2020 | $      355,698.69 | Department of Agriculture | ID DEPT OF EDUCATION |
| H323A200002 | $   1,874,142.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| H79SM083648 | $   3,589,697.00 | Department of Health and Human Services | EDUCATION, IDAHO STATE BOARD OF |
| HG343422060A16 | $   1,998,139.00 | Department of Labor | BOARD OF EDUCATION IDAHO STATE |
| H79SM082129 | $   2,924,796.00 | Department of Health and Human Services | EDUCATION, IDAHO STATE BOARD OF |
| 207IDID4N1050 | $      168,320.00 | Department of Agriculture | ID DEPT OF EDUCATION |

**Federal Grants Received by Idaho Education Agencies, 2022 and 2023**

| award_id_fain | total_funding_ | awarding_agency_nam | recipient_name_raw |
|---|---|---|---|
| 198ID459N7603 | $ 1,335,667.93 | Department of Agriculture | ID DEPT OF EDUCATION |
| 188ID152N7604 | $ 96,247.05 | Department of Agriculture | ID DEPT OF EDUCATION |
| P334S180012 | $ 35,000,000.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| NU87PS004315 | $ 336,561.78 | Department of Health and Human Services | EDUCATION, IDAHO STATE BOARD OF |
| S010A180012 | $ 59,491,072.16 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| S424A180013 | $ 5,306,633.00 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| S377A160013 | $ 1,792,096.67 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| S365A170012 | $ 2,100,830.12 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| S010A170012 | $ 58,570,343.46 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |
| S010A160012 | $ 58,198,489.24 | Department of Education | EDUCATION, IDAHO STATE BOARD OF |



# Independent School District of Boise City

## 2022-2023 Annual Budget

July 1, 2022
Through
June 30, 2023



**Owyhees**
*Taelyn Baiza*
*Boise High*

School District No. 1 · Ada County · Boise · Idaho · 83709 · www.BoiseSchools.org

## TOTAL BUDGET FOR ALL GOVERNMENTAL FUNDS

The following schedule and graphs show the District's total budgeted revenues and expenditures for all funds for the 2022-2023 school year.

| Revenues | General Fund 2022-23 | Special Revenue Fund 2022-23 | Debt Service Fund 2022-23 | Capital Fund 2022-23 | Total 2022-23 | Total 2021-22 |
|---|---|---|---|---|---|---|
| Local Revenue | $121,556,631 | $5,762,893 | $19,234,500 | $25,000 | $146,579,024 | $136,376,028 |
| State Revenue | 156,373,013 | 2,317,967 | 0 | 2,404,000 | 161,094,980 | 149,057,241 |
| Federal Revenue | 40,447 | 43,673,484 | 0 | 0 | 43,713,931 | 73,107,414 |
| Other Sources | 1,146,171 | 0 | 0 | 7,357,000 | 8,503,171 | 8,347,000 |
| Use of Fund Balance | 6,134,934 | 1,613,588 | 0 | 23,391,280 | 31,139,802 | 25,404,522 |
| **Total Revenues** | **$285,251,196** | **$53,367,932** | **$19,234,500** | **$33,177,280** | **$391,030,908** | **$392,292,205** |
| **Expenditures** | | | | | | |
| Salaries | $179,197,709 | $19,784,514 | $0 | $0 | $198,982,223 | $184,797,734 |
| Benefits | 61,576,102 | 6,846,694 | 0 | 0 | 68,422,796 | 65,357,328 |
| Purchased Services | 22,309,927 | 2,793,572 | 0 | 7,781,130 | 32,884,629 | 30,220,397 |
| Supplies & Materials | 12,549,458 | 12,416,478 | 0 | 0 | 24,965,936 | 25,917,762 |
| Capital Outlay | 1,511,000 | 10,368,772 | 0 | 25,396,150 | 37,275,922 | 32,600,998 |
| Debt Retirement | 0 | 0 | 19,030,600 | 0 | 19,030,600 | 22,026,950 |
| Insurance & Judgments | 750,000 | 2,300 | 0 | 0 | 752,300 | 727,300 |
| Transfers | 7,357,000 | 1,146,171 | 0 | 0 | 8,503,171 | 8,347,000 |
| Unappropriated Fund Balance | 0 | 9,431 | 203,900 | 0 | 213,331 | 22,296,736 |
| **Total Expenditures** | **$285,251,196** | **$53,367,932** | **$19,234,500** | **$33,177,280** | **$391,030,908** | **$392,292,205** |

Boise School District receives 37.49 percent of its revenues from local sources, including property taxes, 41.2 percent from the State, 11.18 percent from the federal government, 2.17 percent from Other Sources, and 7.96 percent from the use of fund balance. The District plans to utilize $31.1 million from fund balance in 2022-23. The largest use of fund balance is from the capital fund ($23.3 million) to balance the budget. Most of the District expenditure budget is spent on salaries and benefits (68.39%). The next largest expenditure area is capital outlay (9.53%) which include deferred maintenance and capital construction expenditures.

# Exhibit 10

From: ███████

To: Senator Ali Rabe; Senator Doug Ricks; Senator James Ruchti; Senator Geoff Schroeder; Senator Ron Taylor; Senator Ben Toews; Senator Chris Trakel; Senator Julie VanOrden; Senator Janie Ward-Engelking; Senator Chuck Winder; Senator Melissa Wintrow; Senator Glenneda Zuiderveld

Subject: Vote YES on S1100

Date: Thursday, March 2, 2023 9:49:28 AM

---

**CAUTION:** **This email originated outside the State of Idaho network. Verify links and attachments BEFORE you click or open, even if you recognize and/or trust the sender. Contact your agency service desk with any concerns.**

---

God made a man - Adam - then made a woman - Eve.

Vote YES on S1100 !

If a human truly believes he or she is a horse, that belief does not make it true. That belief demonstrates a serious mental problem in the individual - and the same for a male who believes he is a female (and vice versa).

Vote YES on S1100.