RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and Constitutional Defense

RAFAEL J. DROZ, ISB #9934
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
rafael.droz@ag.idaho.gov

*Attorneys for Defendants*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, by and through her parents and next friends, Rachel and Ryan Roe; SEXUALITY AND GENDER ALLIANCE, as association,<br><br>        Plaintiffs,<br><br>v.<br><br>DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction; et al.,<br><br>        Defendants. | Case No. 1:23-cv-00315-DCN<br><br>**NOTICE OF APPEARANCE** |

      NOTICE IS HEREBY GIVEN that Rafael J. Droz, Deputy Attorney General, hereby appears as an attorney of record for Defendants.   All future pleadings,

submissions and correspondence should be addressed to Rafael J. Droz as counsel for

Defendants.

    DATED:  July 11, 2023.

          STATE OF IDAHO
          OFFICE OF THE ATTORNEY GENERAL


         By*:*  */s/ Rafael J. Droz*
              RAFAEL J. DROZ
              Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Samuel L. Linnet
sam@alturaslawgroup.com

Christina S. Paek
cpaek@lambdalegal.org

Kell L. Olson
kolson@labdalegal.org

Peter C. Renn
prenn@lambdalegal.org

Tara L. Borelli
tborelli@lamdalegal.org

Paul Martin
paul.martin@mto.com

*Counsel for Plaintiffs*

Avery P. Hitchcock
avery.hitchcock@mto.com

Jacob Max Rosen
max.rosen@mto.com

Jimmy Biblarz
jimmy.biblarz@mto.com

Katherine M. Forster
katherine.forster@mto.com

Nicholas Sidney
nick.sidney@mto.com

Robyn K. Bacon
Robyn.bacom@mto.com

*Counsel for Plaintiffs*

_/s/ Rafael J. Droz_
RAFAEL J. DROZ
Deputy Attorney General

NOTICE OF APPEARANCE - 3