Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
101 E Bullion St., Unit 2H
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Christina S. Paek*
cpaek@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (213) 402-2537 (F)

*admitted *pro hac vice*

Katherine M. Forster*
katherine.forster@mto.com
Robyn K. Bacon*
robyn.bacon@mto.com
Nicholas R. Sidney*
nick.sidney@mto.com
Paul Martin*
paul.martin@mto.com
Avery P. Hitchcock*
avery.hitchcock@mto.com
Jimmy P. Biblarz*
jimmy.biblarz@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| REBECCA ROE, et al.,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>DEBBIE CRITCHFIELD, et al.,<br><br>      *Defendants*. | Case No. 1:23-cv-00315-DCN<br><br>**Proof of Service** |

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF IDAHO

Rebecca Roe, et al.　　　　　　　Plaintiff(s):

vs.　　　　　　　　　　　　　　　　　　　　　　　　　　　　DECLARATION OF SERVICE

Debbie Critchfield　　　　　　　Defendant(s):　　Case Number: 1:23-cv-315

For:
Munger, Tolles & Olson LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

Received by Tri-County Process Serving LLC on July 7, 2023 to be served on **DEBBIE CRITCHFIELD**.

**I, Kasey L. Vink, state that on Friday, July 7, 2023, at 4:52 PM**, I served the within named person(s) by leaving a true copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief; Plaintiff's Corporate Disclosure Statement; Plaintiff Rebecca Roe's Motion to Proceed Anonymously; Memorandum of Law in Support of Motion to Proceed Anonymously; Plaintiff's Motion for Preliminary Injunction; Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction; Declaration of Rebecca Roe; Declaration of Rachel Roe; Declaration of A.J., President of Plaintiff SAGA; Expert Declaration of Stephanie L. Budge, Ph.D.; Declaration of Diana Bruce; Declaration of Foster "Trips" Jones; Declaration of Officer Morgan Ballis, M.S. E.M.; Declaration of Jimmy P. Biblarz** with Matt Freeman, Executive Assistant, on behalf of Debbie Critchfield. Said service was effected at **650 W. State St., Boise, ID 83702**.

Approximate description of Matt Freeman
  Male  52 years old,  5' 10" Tall,  170 lbs,  Brown Hair,  Hazel eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 204125
Client Reference: Jimmey Biblarz

Tuesday, July 11, 2023

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

_____
**KASEY VINK**