## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| Rebecca Roe, et al. | Plaintiff(s): | DECLARATION OF SERVICE |
| vs. | | Case Number: 1:23-cv-315 |
| Shawn Keough | Defendant(s): | |

For:
Munger, Tolles & Olson LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

Received by Tri-County Process Serving LLC on July 7, 2023 to be served on **SHAWN KEOUGH**.

**I, Kasey L. Vink, state that on Friday, July 7, 2023, at 4:52 PM**, I served the within named person(s) by leaving a true copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief; Plaintiff's Corporate Disclosure Statement; Plaintiff Rebecca Roe's Motion to Proceed Anonymously; Memorandum of Law in Support of Motion to Proceed Anonymously; Plaintiff's Motion for Preliminary Injunction; Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction; Declaration of Rebecca Roe; Declaration of Rachel Roe; Declaration of A.J., President of Plaintiff SAGA; Expert Declaration of Stephanie L. Budge, Ph.D.; Declaration of Diana Bruce; Declaration of Foster "Trips" Jones; Declaration of Officer Morgan Ballis, M.S. E.M.; Declaration of Jimmy P. Biblarz** with Matt Freeman, Executive Assistant, on behalf of Shawn Keough. Said service was effected at **650 W. State St., 3rd Fl., Boise, ID 83702**.

Approximate description of Matt Freeman
  Male  52 years old,  5' 10" Tall,  170 lbs,  Brown  Hair,  Hazel  eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 204131
Client Reference: Jimmy Biblarz

Tuesday, July 11, 2023

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

_Kasey Vink_
**KASEY VINK**