# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF IDAHO

Rebecca Roe, et al.

Plaintiff(s):

vs.

Defendant(s):

Elizabeth Langley

**DECLARATION OF SERVICE**

Case Number: 1:23-cv-315

For:
Munger, Tolles & Olson LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

Received by Tri-County Process Serving LLC on July 7, 2023 to be served on **ELIZABETH LANGLEY**.

**I, Avery Peterson, state that on Monday, July 10, 2023, at 10:32 AM**, I served the within named person(s) by leaving a true copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief; Plaintiff's Corporate Disclosure Statement; Plaintiff Rebecca Roe's Motion to Proceed Anonymously; Memorandum of Law in Support of Motion to Proceed Anonymously; Plaintiff's Motion for Preliminary Injunction; Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction; Declaration of Rebecca Roe; Declaration of Rachel Roe; Declaration of A.J., President of Plaintiff SAGA; Expert Declaration of Stephanie L. Budge, Ph.D.; Declaration of Diana Bruce; Declaration of Foster "Trips" Jones; Declaration of Officer Morgan Ballis, M.S. E.M.; Declaration of Jimmy P. Biblarz** with Coby Dennis, Superintendent, on behalf of Elizabeth Langley. Said service was effected at **8169 W. Victory Rd., Boise, ID 83709**.

Approximate description of Coby Dennis
Male  55 years old,  6' 0" Tall,  180 lbs,  Grey Hair,  Hazel eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 204140
Client Reference: Jimmy Biblarz

Tuesday, July 11, 2023

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

*(signature)* **AVERY PETERSON**