RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief, Civil Litigation and
Constitutional Defense

RAFAEL J. DROZ, ISB #9934
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Fax: (208) 854-8073
lincoln.wilson@ag.idaho.gov
rafael.droz@ag.idaho.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, by and through her parents and next friends, Rachel and Ryan Roe; SEXULAITY AND GENDER ALLIANCE, an association<br><br>*Plaintiffs,*<br><br>v.<br><br>DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction, et al.,<br><br>*Defendants.* | Case No. 1:23-cv-00315-DCN<br><br>**MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL INFORMATION REGARDING MOTION FOR EXTENSION OF TIME [Dkt. 25]** |

Defendants seek the Court's leave to notify the Court of a development today that provides additional warrant for granting the extension Defendants have requested to respond to Plaintiffs' Complaint and motion for preliminary injunction.

MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL INFORMATION – 1

This development concerns limitations on Defendants' ability to take discovery in connection with the preliminary injunction motion. Today, counsel for Defendants reached out to Plaintiffs to request a Rule 26(f) conference to take place by June 20, 2023 so that Defendants can commence discovery in connection with Plaintiffs' motion for preliminary injunction. *See* Fed. R. Civ. P. 26(d). As Defendants explained, that includes, among other things, depositions of Plaintiffs' experts and the adult Plaintiffs in this case. However, Plaintiffs, who are represented by a coalition of twelve lawyers from three firms, stated that they could not confer until next week—four days before they ask that Defendants' brief be due. Defendants objected and requested that Plaintiffs make one of their attorneys available to confer on June 20 so as not to prejudice Defendants' ability to seek discovery in connection with the hearing. Plaintiffs declined, but offered to confer on June 21. Defendants have now accepted that time and have scheduled a conference.

These developments warrant extending the briefing schedule as Defendants request. Defendants acted diligently to request a Rule 26(f) conference right after they completed briefing on their motion to extend the briefing schedule. Defendants recognize that Plaintiffs' counsel have busy schedules that may prevent them from being available to confer on short notice. But that also means, if the Court follows Plaintiffs' request to adopt the default briefing schedule, that it will not be possible for Defendants to serve any discovery and receive responses under default timeframes before the hearing on Plaintiffs' motion. Because Defendants have expeditiously pursued discovery shortly after this action was filed, they should not be

deprived of the opportunity to learn that information before the Court hears this important motion.

The Court should therefore grant Defendants' motion for leave to submit the foregoing supplemental information and should grant the extension requested in their motion, Dkt. 25.

DATED: July 19, 2023.

                               STATE OF IDAHO
                               OFFICE OF THE ATTORNEY GENERAL

                 By: /s/ *Lincoln D. Wilson*
                       LINCOLN DAVIS WILSON
                       Chief, Civil Litigation and
                       Constitutional Defense

## **CERTIFICATE OF SERVICE**

I Hereby Certify that on July 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Samuel L. Linnet
sam@alturaslawgroup.com

Christina S. Paek
cpaek@lambdalegal.org

Kell L. Olson
kolson@labdalegal.org

Peter C. Renn
prenn@lambdalegal.org

Tara L. Borelli
tborelli@lamdalegal.org

Paul Martin
paul.martin@mto.com

*Counsel for Plaintiffs*

Avery P. Hitchcock
avery.hitchcock@mto.com

Jacob Max Rosen
max.rosen@mto.com

Jimmy Biblarz
jimmy.biblarz@mto.com

Katherine M. Forster
katherine.forster@mto.com

Nicholas Sidney
nick.sidney@mto.com

Robyn K. Bacon
Robyn.bacom@mto.com

*Counsel for Plaintiffs*

   /s/ *Lincoln Davis Wilson*
Lincoln Davis Wilson
Chief, Civil Litigation and
Constitutional Defense