Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
101 E Bullion St., Unit 2H
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Christina S. Paek*
cpaek@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (213) 402-2537 (F)

Katherine M. Forster*
katherine.forster@mto.com
Robyn K. Bacon*
robyn.bacon@mto.com
Nicholas R. Sidney*
nick.sidney@mto.com
Paul Martin*
paul.martin@mto.com
Avery P. Hitchcock*
avery.hitchcock@mto.com
Jimmy P. Biblarz*
jimmy.biblarz@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, et al.,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>DEBBIE CRITCHFIELD, et al.,<br><br>　　　　*Defendants*. | Case No. 1:23-cv-00315-DCN<br><br>**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs Rebecca Roe and Sexuality and Gender Alliance, by and through their undersigned counsel, respectfully move this Court for a temporary restraining order restraining Defendants, as well as their officers, employees, agents, and all persons acting in concert or participation with them, from enforcing Idaho Senate Bill 1100 ("S.B. 1100") to exclude transgender people from public school restrooms and facilities matching their gender identity, until such time as the Court rules on the pending Motion for Preliminary Injunction. Plaintiffs also move this Court for an order waiving the requirement for bond or security from Plaintiffs.

This motion is based on the concurrently filed Memorandum in Support of Plaintiffs' Motion for Temporary Restraining Order, the Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction (Dkt. 15-1) and all accompanying declarations and exhibits thereto, all the pleadings and papers on file, and any argument the Court may consider. S.B. 1100 violates the Equal Protection and Due Process Clauses of the Constitution and Title IX of the Education Amendments of 1972. A temporary restraining order is warranted because Plaintiffs are likely to succeed on the merits of their claims; they will suffer irreparable harm to their constitutional and statutory right to equal treatment, their fundamental right to privacy, and their health and well-being; the balance of equities tips sharply in Plaintiffs' favor; and such an order is in the public interest.

Dated: July 28, 2023

/s/ *Jimmy P. Biblarz*
Katherine M. Forster
Robyn K. Bacon
J. Max Rosen
Nicholas R. Sidney
Paul Martin
Avery P. Hitchcock
Jimmy P. Biblarz
MUNGER TOLLES & OLSON LLP

Respectfully Submitted,

Samuel L. Linnet
ALTURAS LAW GROUP, PLLC

Peter C. Renn
Kell L. Olson
Tara L. Borelli
Christina S. Paek
LAMBDA LEGAL DEFENSE & EDUCATION FUND

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 28th day of July, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Lincoln Davis Wilson
lincoln.wilson@ag.idaho.gov

Rafael John Droz
rafael.droz@ag.idaho.gov

                                                  */s/ Jimmy P. Biblarz*
                                                  Jimmy P. Biblarz