RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and
Constitutional Defense

RAFAEL J. DROZ, ISB #9934
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Fax: (208) 854-8073
lincoln.wilson@ag.idaho.gov
rafael.droz@ag.idaho.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, by and through her parents and next friends, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction, et al.<br><br>*Defendants.* | Case No. 1:23-cv-00315-DCN<br><br>**MOTION TO SET RESPONSE TIME TO MOTION FOR TEMPORARY RESTRAINING ORDER** |

    Defendants hereby move the Court for an Order granting them up to Friday, August 4, 2023 to respond to Plaintiffs' motion for a temporary restraining order. Today, Plaintiffs filed a motion for an order temporarily enjoining SB 1100 in advance

of the commencement of the schoolyear in Boise, which begins on Wednesday, August 16, 2023.  Defendants respectfully submit that a response by August 4, followed by Plaintiffs' reply, if any, on August 7, will allow Defendants adequate time to present their position and their record in connection with the Court's consideration of the important, complex, and sensitive questions raised by Plaintiffs' motion.  In addition, that schedule will allow sufficient time for the Court to decide Plaintiffs' motion before the commencement of the schoolyear, at which time Plaintiffs contend they will be irreparably harmed.

WHEREFORE, Defendants respectfully request that the Court enter an Order granting them up to August 4 to respond to Plaintiffs' motion for a temporary restraining order.

DATED:  July 28, 2023.

> STATE OF IDAHO
> OFFICE OF THE ATTORNEY GENERAL
>
> By:  /s/ *Lincoln D. Wilson*
> LINCOLN DAVIS WILSON
> Chief of Civil Litigation and
> Constitutional Defense

## **CERTIFICATE OF SERVICE**

I Hereby Certify that on July 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Samuel L. Linnet<br>sam@alturaslawgroup.com | Avery P. Hitchcock<br>avery.hitchcock@mto.com |
| Christina S. Paek<br>cpaek@lambdalegal.org | Jacob Max Rosen<br>max.rosen@mto.com |
| Kell L. Olson<br>kolson@labdalegal.org | Jimmy Biblarz<br>jimmy.biblarz@mto.com |
| Peter C. Renn<br>prenn@lambdalegal.org | Katherine M. Forster<br>katherine.forster@mto.com |
| Tara L. Borelli<br>tborelli@lamdalegal.org | Nicholas Sidney<br>nick.sidney@mto.com |
| Paul Martin<br>paul.martin@mto.com | Robyn K. Bacon<br>robyn.bacom@mto.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

    /s/ *Lincoln Davis Wilson*
Lincoln Davis Wilson
Chief, Civil Litigation and
Constitutional Defense