UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DEBBIE CRITCHFIELD, et al.,<br><br>    *Defendants*. | Case No. 1:23-cv-00315-DCN<br><br>**ORDER GRANTING MOTION<br>TO PROCEED ANONYMOUSLY** |

On July 6, 2023, Plaintiff Rebecca Roe in the above-captioned case moved for permission to proceed anonymously by using the pseudonym "Rebecca Roe" for herself and by using the pseudonyms "Rachel Roe" and "Ryan Roe" for her parents (Dkt. 13).

Whereas, Plaintiff has demonstrated a compelling interest in proceeding anonymously, and permitting Plaintiff to proceed anonymously will not prejudice Defendants[1] or the public interest in this litigation,

IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed anonymously by using the pseudonym reflected in the caption of this ORDER (Dkt. 13) is **GRANTED**.

2. All public filings will proceed anonymously by using the pseudonyms reflected in this ORDER, and that all filings will be under seal to the extent they reveal the identity of Plaintiff Rebecca Roe or her parents Rachel Roe and Ryan Roe.

---

[1] Defendants did not file a response to this Motion.

ORDER GRANTING MOTION TO PROCEED ANONYMOUSLY - 1

3. Defendants and their legal counsel are prohibited from disclosing to any third party the names of Plaintiff Rebecca Roe or Plaintiff's parents without express permission from Plaintiff in writing, provided through her counsel. This Order does not prohibit Defendants from consulting their legal counsel concerning the allegations of the Complaint or the identities of Plaintiff.

4. Plaintiff and Defendants may enter into a protective order that adds additional safeguards to this order.

DATED: August 3, 2023

_____
David C. Nye
Chief U.S. District Court Judge