RAÚL R. LABRADOR
ATTORNEY GENERAL

Lincoln Davis Wilson, ISB #11860
Chief, Civil Litigation and
Constitutional Defense

Rafael J. Droz, ISB #9934
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Fax: (208) 854-8073
lincoln.wilson@ag.idaho.gov
rafael.droz@ag.idaho.gov
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, by and through her parents and next friends, Rachel and Ryan Roe; SEXULAITY AND GENDER ALLIANCE, an association<br><br>*Plaintiffs*,<br><br>v.<br><br>DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction, et al.,<br><br>*Defendants.* | Case No. 1:23-cv-00315-DCN<br><br>**DECLARATION OF GREG WILSON** |

I, Greg Wilson, do declare under penalty of perjury as follows:

1. I am over 18 years old and competent to make this declaration.

2. I have personal knowledge of all statements made herein.

3. I am the Chief of Staff for Debbie Critchfield, the Superintendent of the Idaho State Department of Education.

4. In that role, I have familiarity with the policies of Idaho school districts regarding sex separation in restrooms, changing facilities, and overnight accommodations.

5. The state of Idaho has 115 traditional public school districts, without counting public charter schools.

6. To the best of the State Education Department's estimation, even before the enactment of SB 1100, the vast majority of Idaho public school districts (approximately three-quarters of school districts) maintained sex-separated restrooms, changing facilities, and overnight accommodations and did not have any policy that would permit the relief that Plaintiffs seek here.

DATED: August 4, 2023.

_____
GREG WILSON
Chief of Staff to Debbie Critchfield
Superintendent of the Idaho State
Department of Education

**CERTIFICATE OF SERVICE**

I Hereby Certify that on August 4, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Samuel L. Linnet
sam@alturaslawgroup.com

Christina S. Paek
cpaek@lambdalegal.org

Kell L. Olson
kolson@labdalegal.org

Peter C. Renn
prenn@lambdalegal.org

Tara L. Borelli
tborelli@lamdalegal.org

Paul Martin
paul.martin@mto.com

*Counsel for Plaintiffs*

Avery P. Hitchcock
avery.hitchcock@mto.com

Jacob Max Rosen
max.rosen@mto.com

Jimmy Biblarz
jimmy.biblarz@mto.com

Katherine M. Forster
katherine.forster@mto.com

Nicholas Sidney
nick.sidney@mto.com

Robyn K. Bacon
robyn.bacon@mto.com

*Counsel for Plaintiffs*

   /s/ *Lincoln Davis Wilson*
Lincoln Davis Wilson
Chief, Civil Litigation and
Constitutional Defense