RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and
Constitutional Defense

RAFAEL J. DROZ, ISB #9934
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Fax: (208) 854-8073
lincoln.wilson@ag.idaho.gov
rafael.droz@ag.idaho.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, by and through her parents and next friends, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction, et al.<br><br>*Defendants*. | Case No. 1:23-cv-00315-DCN<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE CONSOLIDATED RESPONSE AND FOR EXTENSION** |

Defendants hereby move for leave to file a consolidated response to the Plaintiffs' motion for preliminary injunction and to the statement of interest filed yesterday by the United States Department of Justice, subject to a five-page extension of their page limit and a four-day extension of their response time, up to August 22, 2023. Plaintiffs do not oppose this motion, subject to the conditions set forth below.

Per the Court's Order, Defendants' time to answer the Complaint and respond to the motion for preliminary injunction is set to run in nine days, on August 18, 2023. Dkt. 31. However, yesterday, the DOJ filed a 20-page statement of interest under 28 U.S.C. § 517 expressing the Biden Administration's position that Idaho's S.B. 1100 violates federal law. Dkt. 41. In the interest of judicial efficiency, Defendants request that the Court grant them leave to file a consolidated response to that motion and to the DOJ statement of interest, as the Court permitted in *Hecox v. Little*, No. 20-cv-184, Dkt. 56 (D. Idaho June 23, 2020). In addition, to avoid prejudice from the filing of the DOJ statement of interest so near in time to Defendants' deadline to respond to the preliminary injunction motion, Defendants request an additional extension of four days on their response time and an extension of five pages on their brief length.

This relief is also appropriate for other reasons related to discovery in this action. The parties have conferred regarding the scheduling of the deposition of Plaintiff's expert Dr. Stephanie Budge, but due to her travel schedule, that deposition cannot be conducted until August 16, 2023, just two days before Defendants' briefing deadline. To allow adequate time to incorporate Dr. Budge's testimony, Plaintiffs had already agreed to stipulate to an extension up to August 22, 2023 for Defendants to

file their response brief. In addition, this modest four-day extension will provide more opportunity for Defendants to incorporate third-party discovery. Defendants served a subpoena of WPATH for records related to its standards of care that it produced in an action challenging an Alabama law. WPATH's response to the subpoena is not due until August 13. A modest extension will permit Defendants an opportunity to review the WPATH document production and incorporate it into their response.

Defendants have sought Plaintiffs' position on this motion. Plaintiffs have stated that they do not oppose Defendants' motion, provided they may have a reciprocal five-page extension for their reply and that the Court is still able to hear their preliminary injunction motion on September 16, 2023. Defendants have no objection to either of those conditions.

WHEREFORE, the Court should grant Defendants' motion for leave to file a consolidated response to Plaintiffs' motion for preliminary injunction and the DOJ statement of interest, subject to a five-page extension of their page limit and a four-day extension of their response time, up to August 22, 2023.

DATED: August 9, 2023.

> STATE OF IDAHO
> OFFICE OF THE ATTORNEY GENERAL
>
> By: /s/ *Lincoln D. Wilson*
>   LINCOLN DAVIS WILSON
>   Chief of Civil Litigation and
>   Constitutional Defense

## **CERTIFICATE OF SERVICE**

I Hereby Certify that on August 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Samuel L. Linnet<br>sam@alturaslawgroup.com | Avery P. Hitchcock<br>avery.hitchcock@mto.com |
| Christina S. Paek<br>cpaek@lambdalegal.org | Jacob Max Rosen<br>max.rosen@mto.com |
| Kell L. Olson<br>kolson@labdalegal.org | Jimmy Biblarz<br>jimmy.biblarz@mto.com |
| Peter C. Renn<br>prenn@lambdalegal.org | Katherine M. Forster<br>katherine.forster@mto.com |
| Tara L. Borelli<br>tborelli@lamdalegal.org | Nicholas Sidney<br>nick.sidney@mto.com |
| Paul Martin<br>paul.martin@mto.com | Robyn K. Bacon<br>robyn.bacom@mto.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

    /s/ *Lincoln Davis Wilson*
Lincoln Davis Wilson
Chief, Civil Litigation and
Constitutional Defense