RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief, Civil Litigation and
Constitutional Defense

RAFAEL J. DROZ, ISB #9934
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Fax: (208) 854-8073
lincoln.wilson@ag.idaho.gov
rafael.droz@ag.idaho.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, by and through her parents and next friends, Rachel and Ryan Roe; SEXULAITY AND GENDER ALLIANCE, an association<br><br>*Plaintiffs*,<br><br>v.<br><br>DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction, et al.,<br><br>*Defendants*. | Case No. 1:23-cv-00315-DCN<br><br>**UNOPPOSED MOTION IN SUPPORT OF ENTRY OF PROPOSED STIPULATED PROTECTIVE ORDER** |

Defendants hereby move for entry of the Stipulated Protective Order

("Protective Order") attached hereto as Exhibit 1, which sets forth a protocol that

has been agreed to by the parties. The parties anticipate the production of documents and information that a party may believe is, or may contain, confidential, proprietary, trade secret, or commercially or personally sensitive information, and which may be appropriately subject to protection under Federal Rule of Civil Procedure 26(c).

As set forth in the attached Stipulated Protective Order, the parties agree that good cause exists to protect the confidential nature of the information contained in certain documents, interrogatory responses, responses to requests for admission, or deposition testimony and that entry of the Protective Order is warranted to protect against such disclosure of documents and information.

The parties have executed the Stipulated Protective Order and the Plaintiffs do not oppose this motion or the entry of the Stipulated Protective Order. Accordingly, Defendants respectfully request that the Court enter the attached Stipulated Protective Order.

Dated: August 21, 2023          STATE OF IDAHO
                                OFFICE OF THE ATTORNEY GENERAL

                                By: /s/ *Rafael J. Droz*
                                    RAFAEL J. DROZ
                                    Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Samuel L. Linnet<br>sam@alturaslawgroup.com | Avery P. Hitchcock<br>avery.hitchcock@mto.com |
| Christina S. Paek<br>cpaek@lambdalegal.org | Jacob Max Rosen<br>max.rosen@mto.com |
| Kell L. Olson<br>kolson@labdalegal.org | Jimmy Biblarz<br>jimmy.biblarz@mto.com |
| Peter C. Renn<br>prenn@lambdalegal.org | Katherine M. Forster<br>katherine.forster@mto.com |
| Tara L. Borelli<br>tborelli@lamdalegal.org | Nicholas Sidney<br>nick.sidney@mto.com |
| Paul Martin<br>paul.martin@mto.com | Robyn K. Bacon<br>robyn.bacom@mto.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

                                       /s/ *Rafael J. Droz*
                                       RAFAEL J. DROZ
                                       Deputy Attorney General