IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, by and through her parents and next friends, Rachel and Ryan Roe; SEXUALITY AND GENDER ALLIANCE, an association<br><br>*Plaintiffs*,<br><br>v.<br><br>DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction, et al.,<br><br>*Defendants.* | Case No. 1:23-cv-00315-DCN<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR PROTECTIVE ORDER** |

Pending before the Court is Defendants' UNOPPOSED motion for the entry of a Stipulated Protective Order. After reviewing the motion, the record, the proposed stipulated protective order, and the applicable law, the Court finds there is good cause to grant the motion.

Based upon the above, and the Court being duly advised, the Court hereby GRANTS the unopposed motion for entry of the proposed Stipulated Protective Order (Dkt. 45). The Stipulated Protective Order is hereby entered as an Order of the Court.

**IT IS SO ORDERED**.

DATED: August 22, 2023

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 1