RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief, Civil Litigation and
Constitutional Defense

RAFAEL J. DROZ, ISB #9934
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Fax: (208) 854-8073
lincoln.wilson@ag.idaho.gov
rafael.droz@ag.idaho.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, by and through her parents and next friends, Rachel and Ryan Roe; SEXULAITY AND GENDER ALLIANCE, an association<br><br>          *Plaintiffs*,<br><br>v.<br><br>DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction, et al.,<br><br>          *Defendants*. | Case No. 1:23-cv-00315-DCN<br><br>**DEFENDANTS' MOTION TO DISMISS** |

Defendants hereby move to dismiss this action under Federal Rule of Civil Procedure 12(b)(6). Defendants submit the accompanying memorandum of law, which sets forth the reasons supporting dismissal of this action.

Dated: August 22, 2023	STATE OF IDAHO
	OFFICE OF THE ATTORNEY GENERAL


	By:  /s/ *Lincoln D. Wilson*
	LINCOLN DAVIS WILSON
	Chief of Civil Litigation and
	Constitutional Defense

## **CERTIFICATE OF SERVICE**

      I Hereby Certify that on August 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Samuel L. Linnet<br>sam@alturaslawgroup.com | Avery P. Hitchcock<br>avery.hitchcock@mto.com |
| Christina S. Paek<br>cpaek@lambdalegal.org | Jacob Max Rosen<br>max.rosen@mto.com |
| Kell L. Olson<br>kolson@labdalegal.org | Jimmy Biblarz<br>jimmy.biblarz@mto.com |
| Peter C. Renn<br>prenn@lambdalegal.org | Katherine M. Forster<br>katherine.forster@mto.com |
| Tara L. Borelli<br>tborelli@lamdalegal.org | Nicholas Sidney<br>nick.sidney@mto.com |
| Paul Martin<br>paul.martin@mto.com | Robyn K. Bacon<br>robyn.bacom@mto.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

      By:  */s/ Lincoln D. Wilson*
      LINCOLN DAVIS WILSON
      Chief of Civil Litigation and
      Constitutional Defense