RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief, Civil Litigation and
Constitutional Defense

RAFAEL J. DROZ, ISB #9934
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Fax: (208) 854-8073
lincoln.wilson@ag.idaho.gov
rafael.droz@ag.idaho.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, by and through her parents and next friends, Rachel and Ryan Roe; SEXULAITY AND GENDER ALLIANCE, an association<br><br>*Plaintiffs*,<br><br>v.<br><br>DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction, et al.,<br><br>*Defendants*. | Case No. 1:23-cv-00315-DCN<br><br>**DECLARATION OF LINCOLN DAVIS WILSON** |

I, LINCOLN DAVIS WILSON, hereby declare and state as follows:

1. I am over 18 years old and competent to make this declaration.

DECLARATION OF LINCOLN DAVIS WILSON– 1

2. I am a Deputy Attorney General and the Division Chief of Civil Litigation and Constitutional Defense for the Office of the Attorney General for the State of Idaho.

3. I make this declaration to introduce certain documents and information that are referred to in the accompanying Consolidated Response in Opposition to Motion for Preliminary Injunction and Statement of Interest and in Support of Motion to Dismiss ("Consolidated Response").

4. Attached hereto as Exhibit 1 is a true and correct copy the deposition of Dr. Stephanie Budge taken on August 16, 2023.

5. Attached hereto as Exhibit 2 is a true and correct copy of a news article titled "Changing the Culture" published in Isthmus, an independent local news source based in Madison, Wisconsin, dated September 21, 2017, by Peter Coutu, https://isthmus.com/news/news/uw-madison-lab-pioneering-research-transgender/.

6. Attached hereto as Exhibit 3 is a true and correct copy of the article Devita Singh, et al., A Follow-Up Study of Boys with Gender Identity Disorder, Frontiers in Psychiatry, Vol. 12, 1-18 (March 2021).

7. Attached hereto as Exhibit 4 is a true and correct copy of Price-Feeney, et al., Impact of Bathroom Discrimination on Mental Health Among Transgender and Nonbinary Youth, 68 Journal of Adolescent Health 1142-47 (2021).

8. Attached hereto as Exhibit 5 is a true and correct copy of Appendix 3 to the Declaration of Dr. James M. Cantor, dated and filed November 16, 2022, in *Bridge*

*v. Oklahoma State Bd. Educ.*, Case 5:22-cv-00787-JD (W.D. Okla. 2022) in response to Dr. Budge's declaration in similar litigation.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 22, 2023.

                                             /s/ *Lincoln Davis Wilson*
                                             LINCOLN DAVIS WILSON
                                             Chief, Civil Litigation and
                                             Constitutional Defense

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Samuel L. Linnet<br>sam@alturaslawgroup.com | Avery P. Hitchcock<br>avery.hitchcock@mto.com |
| Christina S. Paek<br>cpaek@lambdalegal.org | Jacob Max Rosen<br>max.rosen@mto.com |
| Kell L. Olson<br>kolson@labdalegal.org | Jimmy Biblarz<br>jimmy.biblarz@mto.com |
| Peter C. Renn<br>prenn@lambdalegal.org | Katherine M. Forster<br>katherine.forster@mto.com |
| Tara L. Borelli<br>tborelli@lamdalegal.org | Nicholas Sidney<br>nick.sidney@mto.com |
| Paul Martin<br>paul.martin@mto.com | Robyn K. Bacon<br>robyn.bacom@mto.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

      /s/ *Lincoln Davis Wilson*
LINCOLN DAVIS WILSON
Chief, Civil Litigation and
Constitutional Defense

DECLARATION OF LINCOLN DAVIS WILSON– 4