Journal of Adolescent Health 68 (2021) 1142–1147



JOURNAL OF
ADOLESCENT
HEALTH

www.jahonline.org

Original article

# Impact of Bathroom Discrimination on Mental Health Among Transgender and Nonbinary Youth



Myeshia Price-Feeney, Ph.D. *, Amy E. Green, Ph.D., and Samuel H. Dorison, L.L.M., M.Sc.

*The Trevor Project, West Hollywood, California*

*Article history:* Received July 21, 2020; Accepted November 5, 2020
*Keywords:* Bathroom discrimination; Transgender youth; Nonbinary youth; Suicide; Mental health

A B S T R A C T

**Purpose:** Nascent research has found that transgender and/or nonbinary (TGNB) youths experience higher rates of poor mental health outcomes than cisgender youths. The minority stress model highlights experiences of rejection and discrimination on mental health disparities for TGNB individuals.
**Methods:** Using data from a quantitative cross-sectional survey of TGNB youth aged 13–24 years, we examined the association between experiencing bathroom discrimination and depressive mood, seriously considering suicide, and attempting suicide.
**Results:** Overall, 58% of TGNB youths in this sample reported being prevented or discouraged from using a bathroom that corresponds to their gender identity. Among the TGNB youth who experienced bathroom discrimination, 85% reported depressive mood and 60% seriously considered suicide. Furthermore, 1 in three TGNB youths who experienced bathroom discrimination reported a past-year suicide attempt, with 1 in five reporting multiple suicide attempts. After adjusting for demographic variables and general discrimination due to one's gender identity, bathroom discrimination significantly increased the odds of reporting depressive mood (adjusted odds ratio [aOR] = 1.34), seriously considering suicide (aOR = 1.40), a suicide attempt (aOR = 1.66), and multiple suicide attempts (aOR = 1.71).
**Conclusions:** These findings suggest that preventing TGNB youths from accessing appropriate bathrooms is associated with harmful mental health indicators. Addressing the suicide disparities for TGNB youths requires structural change. Policies and procedures need to be in place to ensure that all youths have equal access to appropriate bathrooms.
© 2020 Society for Adolescent Health and Medicine. All rights reserved.

**IMPLICATIONS AND CONTRIBUTION**

Understanding factors contributing to mental health outcomes is crucial for addressing disparities for transgender and nonbinary youths. Transgender and nonbinary youths who experienced bathroom discrimination were at increased odds of depressed mood and suicidality, suggesting that preventing transgender and nonbinary youths from accessing appropriate bathrooms is associated with harmful mental health indicators.

Considerable research has found that lesbian, gay, bisexual, queer, and questioning (LGBTQ) youths disproportionately experience negative mental health outcomes. LGBTQ youths are more likely to report depression, anxiety, and other forms of emotional distress [1,2] as well as self-harm, suicidal ideation, and attempted suicide compared with straight cisgender youths [3–5]. The few studies that have examined mental health outcomes among transgender and nonbinary (TGNB) youths, those whose sex assigned at birth is different from their current gender identity, find that they are at increased risk of poor mental health outcomes compared with their cisgender peers. Transgender youths report higher rates of depression, self-harm, and suicidality than their cisgender peers [6–8]. More recently, studies comparing TGNB youths with their cisgender lesbian, gay, or bisexual peers found that TGNB youths were at highest risk for

**Conflicts of interest:** The authors have no conflicts of interest to disclose.
* Address correspondence to: Myeshia Price-Feeney, Ph.D., The Trevor Project, PO Box 69232, West Hollywood, CA 90069.
*E-mail address:* myeshia.pricefeeney@thetrevorproject.org (M. Price-Feeney).

1054-139X/© 2020 Society for Adolescent Health and Medicine. All rights reserved.
https://doi.org/10.1016/j.jadohealth.2020.11.001

EXHIBIT
4

depressive symptoms and suicidality [9,10]. Disparities in mental health outcomes between TGNB youths and their cisgender peers are thought to stem from chronic stress as a result of the marginalized social status that TGNB individuals have in society [11–13]. Distal stressors (external events and conditions) include rejection, victimization, and discrimination, which are experienced by TGNB youths at higher rates compared with their cisgender peers [14–16]. One form of discrimination specific to TGNB individuals is the denial of access to appropriate bathrooms.

TGNB youths often report bathroom access as one of their most pressing challenges [17,18]. National attention was brought to this issue in the United States when North Carolina passed the Public Facilities Privacy & Security Act, also known as HB2, restricting the use of government building bathrooms to those that correspond with the sex listed on an individual's birth certificate and the resultant legislative battles and advocacy efforts to fight it. Access to bathrooms that match their gender identity affords broad benefits including prevention from harm and reduced dysphoria. Specifically, providing gender-neutral bathrooms or allowing youths to use the bathroom that corresponds to their gender identity can be viewed as part of gender-affirming support and care. Gender-affirming care for TGNB youths may involve social, medical, and legal aspects. Social transition involves encouraging TGNB youths to present in the way that feels most genuine to them. TGNB children who have socially transitioned demonstrate comparable levels of self-worth and depression as non-TGNB children [19,20]. Social transitioning can also reduce suicide ideation and attempts in transgender individuals [21,22]. Inclusive bathroom policies support TGNB youths in their social transition by allowing them to present authentically and affirming their doing so [23].

However, TGNB students often report that school staff place limitations on their bathroom or locker room use [15,24–26]. A national study found that 26% of TGNB people were denied access to gender-appropriate bathrooms across all educational settings and 22% of TGNB people were denied access in the workplace [27]. When using gendered-segregated restrooms, TGNB individuals report verbal and physical harassment [28]. TGNB youths report having challenges using public bathrooms and feeling unsafe in public bathrooms [29,30], and youths whose bathroom and locker room use are restricted to their sex assigned at birth report higher rates of sexual assault [24]. These bathroom experiences, or the anticipation of experiencing them, have serious impacts on TGNB youths. They may lead to physical health consequences for TGNB youths, related to avoiding using the bathroom in public and drinking less fluids and social consequences resulting from avoiding going out in public altogether [28]. In addition, studies of transgender students' access to college bathrooms and housing found that denial of either of these spaces was significantly related to attempted suicide, even after controlling for interpersonal victimization [26]. Among transgender high-school students, lack of bathroom safety mediated the disparities in feelings of overall school safety, self-esteem, and academic achievement compared with cisgender youths [31]. Overall, the findings of previous research suggest that failing to provide TGNB youths with access to adequate bathrooms places them at risk for both physical and psychological harm.

Although previous studies have contributed to our understanding of how bathroom access can impact transgender youths, there are still some shortcomings that should be addressed. Most of the studies fail to include nonbinary youths; however, using a space predicated on the assumption that gender is binary, is inherently problematic for youths who are nonbinary. In addition, previous studies have only used regional samples. Finally, many of the previous studies only examine youths' bathroom experiences specific to school and workplace settings. The present study contributes to our current understanding of factors associated with increased rates of negative mental health outcomes among TGNB youths by examining the impact of bathroom discrimination on depressive mood, seriously considering suicide, and suicide attempts in a large, national sample of LGBTQ youth aged 13–24 years. We hypothesize that experiencing bathroom discrimination will be related to greater reports of negative mental health in the past year.

## Methods

### Participants and procedures

A sample of youths between the ages of 13 and 24 years residing in the United States were recruited through targeted Facebook and Instagram ads from February 2018 to September 2018. The ads were targeted at those who interacted with material considered to be relevant to the LGBTQ community. Recruitment was conducted to attempt to obtain adequate sample sizes with respect to geography (representation from each state in the United States). Participants completed a secure online questionnaire that included up to 110 questions, depending on skip logic. Consistent with Institutional Review Board protocol, a statement was included before mental health and suicidality questions that directed participants to call The Trevor Project's 24/7 Lifeline if they wanted to talk to someone about their mental health or thoughts of suicide. Survey completion took an average of 32 minutes, and respondents who completed the survey were eligible to be entered into a drawing for a $50 Amazon gift card by providing their e-mail address after being routed to a separate survey. The research proposal and protocol were approved by an independent institutional review board, Solutions Institutional Review Board. A waiver of parental consent was granted to protect youths from having their LGBTQ identity disclosed to a parent, which could potentially place them at risk for psychological or physical harm or result in a sample of youths who only have parents who are supportive.

### Measures

*Bathroom discrimination.* Youths' lifetime experiences with bathroom discrimination were assessed by asking, "Have you ever been prevented or discouraged from using a bathroom that corresponds to your gender identity?"

*Gender identity–based discrimination.* To control for the impact of reports of general gender identity discrimination, youths were asked, "Have you ever been the subject of discrimination because of your gender identity?"

*Depressive mood.* Past-month depressed mood was measured using an item based on the Center for Disease Control and Prevention's (CDC) Youth Risk Behavior Surveillance System (YRBS) [4]. Youths were asked, "During the past 12 months, did you ever feel so sad or hopeless almost every day for 2 weeks or more in a row that you stopped doing some usual activities?"

*Seriously considered suicide.* Youths' reports of seriously considering suicide in the past 12 months were assessed using an item based on CDC's YRBS [4]. Youths were asked, "During the past 12 months, did you ever seriously consider attempting suicide?"

*Suicide attempts.* Based on CDC's YRBS [4], youth were asked "During the past 12 months, how many times did you actually attempt suicide?" with responses for "attempted suicide" coded as no attempts compared with 1 or more attempts and "multiple suicide attempts" coded as zero or 1 attempt compared with two or more attempts.

*Sociodemographics.* We also assessed sociodemographic variables that were thought to impact the mental health outcomes in this group. Youths' sexual orientation was assessed using a question from the National Center for Health Statistics [32]. Respondents were asked, "Do you think of yourself as" with the options (1) gay or lesbian; (2) straight, that is not gay or lesbian; (3) bisexual; (4) something else; and (5) do not know. Youths were asked to select their age using whole numbers from 13 to 24, and they were categorized as 13–17 and 18–24 to reflect minor status. Ethnicity was assessed by asking youths, "Do you consider yourself to be Hispanic or Latino?" Race was separately assessed by asking youths, "What race or races do you consider yourself to be?" Race/ethnicity was recoded as white non-Hispanic versus youth of color for the logistic regression analyses. To assess sex assigned at birth [33], youths were asked, "What sex were you assigned at birth? (meaning the sex showing on your original birth certificate)," with options of male or female. Youths were also asked, "What is your gender identity? Please select all that apply," with options (1) man; (2) woman; (3) transmale/transman; (4) transfemale/transwoman; (5) gender queer/gender nonconforming; and (6) different identity (please state). Youths who responded that their sex assigned at did not birth matched their current gender identity were coded as TGNB.

### Data analysis

*Identifying the analytical sample.* A total of 34,808 youths consented to complete the online survey. Youths who lived outside of the United States (n = 475) and those who were both straight and cisgender (n = 294) were removed from the sample as they did not meet study criteria. In addition, a filter was applied such that any youth who a) responded to less than half the survey items or b) reached the end of the survey within 3 minutes (n = 8,091) were removed from the sample. The remaining data were examined for validity, and 52 (.15%) youth who provided highly unlikely answers (e.g., selecting all possible religious affiliations and race/ethnicity categories) and/or those who provided obvious anti-LGBTQ speech in the open-responses options were also removed for a sample of 25,896 LGBTQ youths. However, given our focus on TGNB youths' experiences with bathroom discrimination, these analyses excluded cisgender youths whose assigned sex at birth was consistent with their current gender identity (n = 17,031), youths who did not respond to the assessment of gender (n = 498), and youths who did not respond to the assessment of bathroom discrimination (n = 997). This resulted in a final analytical sample of 7,370 TGNB youths.

*Analytic procedure.* Bivariate comparisons were run comparing TGNB youths who experienced bathroom discrimination and those who did not on all predictor and outcome variables. Chi-square analyses were used to examine the difference in mental health between TGNB youths who experienced bathroom discrimination and those who had not. Logistic regression, controlling for the impact of demographic variables known to be associated with mental health as well as the impact of gender identity–based discrimination, was used to determine the relative odds of a poor mental health outcome among TGNB youths.

## Results

### Descriptive analyses

Of the 7,370 TGNB youths in the sample, 44% were transgender, 82% were assigned female at birth, 45% were 18–24 years of age, 12% Hispanic, and 73% White (See Table 1). In addition, 27% of the TGNB youths in this sample reported their sexual orientation as gay or lesbian, 29% as bisexual, 2% as straight, and 42% said it was "something else." Overall, 58% of TGNB youths in the sample reported ever having experienced bathroom discrimination. Transgender youths reported higher rates of bathroom discrimination (86%) than nonbinary youths (36%).

**Table 1**
Sample characteristics (n = 7,370)

| % (n) | All TGNB youths (n = 7,370) | TGNB youths who did not experience bathroom discrimination (n = 3,099) | TGNB youths who experienced bathroom discrimination (n = 4,262) | p value |
|---|---|---|---|---|
| Age 18–24 years | 44.9 (3,309) | 47.9 (1,486) | 42.7 (55.1) | $\chi^2(1) = 19.95, p < .001$ |
| Assigned female at birth | 82.2 (6,050) | 76.3 (2,363) | 86.5 (3,687) | $\chi^2(1) = 128.99, p < .001$ |
| Race/Ethnicity | | | | |
| Hispanic | 12.3 (892) | 12.7 (389) | 12.0 (503) | $\chi^2(5) = 25.88, p < .001$ |
| White | 73.2 (5,297) | 72.1 (2,203) | 74.0 (3,094) | |
| Black/African American | 2.1 (154) | 2.9 (90) | 1.5 (64) | |
| Asian/Pacific Islander | 2.7 (192) | 3.1 (95) | 2.3 (97) | |
| American Indian/Alaskan Native | .8 (61) | .9 (27) | .8 (34) | |
| More than one race | 8.8 (638) | 8.2 (251) | 9.3 (387) | |
| Sexual Orientation | | | | |
| Gay or lesbian | 26.9 (1,913) | 30.6 (925) | 24.1 (988) | $\chi^2(3) = 75.01, p < .001$ |
| Straight | 2.5 (177) | 1.2 (35) | 3.5 (142) | |
| Bisexual | 29.1 (2,067) | 29.5 (890) | 28.7 (1,177) | |
| Something else | 41.6 (2,958) | 38.7 (1,170) | 43.7 (1,788) | |

**Table 2**
Mental health indicators among TGNB youths who experienced bathroom discrimination and those who did not

| Mental health outcomes % (n) | All TGNB youth | TGNB youths who did not experience bathroom discrimination | TGNB youths who experienced bathroom discrimination | $p$-value |
|---|---|---|---|---|
| Depressive mood (n = 6,675) | 82.6 (5,514) | 78.8 (2,174) | 85.3 (3,340) | $\chi^2$ (1) = 48.26, $p < .001$ |
| Seriously considered suicide (n = 6,493) | 54.3 (3,524) | 45.5 (1,228) | 60.5 (2,295) | $\chi^2$ (1) = 141.41, $p < .001$ |
| Attempted suicide (n = 6,493) | 29.1 (1,887) | 20.3 (547) | 35.3 (1,340) | $\chi^2$ (1) = 172.10, $p < .001$ |
| Multiple suicide attempts (n = 6,493) | 15.9 (1,030) | 10.1 (272) | 20.0 (758) | $\chi^2$ (1) = 151.17, $p < .001$ |

*Bivariate analyses*

TGNB youths who were younger (13–17 years) and TGNB youths assigned female at birth reported significantly higher rates of having experienced bathroom discrimination in the past year compared with older (18–24 years) TGNB youths and those assigned male at birth (Table 1). In addition, TGNB youths who identified as straight reported significantly higher rates of bathroom discrimination than TGNB youths who were gay or lesbian, bisexual, or identified as something else.

While 83% of youths overall reported depressive mood, youth who experienced bathroom discrimination reported significantly higher rates of depressive mood (85%) than those who did not (79%, $\chi^2$ [1] = 48.26, $p < .001$, See Table 2). Similarly, while 54% of all TGNB youths reported having considered suicide in the past 12 months, significantly more youths who experienced bathroom discrimination (60%) reported having considered suicide compared with youths who did not (45%), $\chi^2$ (1) = 141.41, $p < .001$. In addition, 29% reported a past-year suicide attempt; however, 35% of TGNB youths who experienced bathroom discrimination reported a past-year suicide attempt compared with 20% who did not, $\chi^2$ (1) = 172.10, $p < .001$. Finally, 16% of the sample reported multiple suicide attempts with twice as many youths who experienced bathroom discrimination reporting multiple suicide attempts (20%) compared with youths who did not experience bathroom discrimination (10%), $\chi^2$ (1) = 151.17, $p < .001$.

*Associated mental health indicators*

After adjusting for age, sex assigned at birth, race/ethnicity, sexual orientation, and gender identity–based discrimination, experiencing bathroom discrimination significantly increased the odds of depressive mood (adjusted odds ratio [aOR] = 1.34, confidence interval [CI] = 1.15–1.58; $p < .001$) and seriously considering suicide (aOR = 1.40, CI = 1.24–1.59, $p < .001$, Table 3). In addition, TGNB youths who experienced bathroom discrimination were nearly twice as likely to report both a suicide attempt (aOR = 1.67, CI = 1.45–1.93, $p < .001$) and multiple suicide attempts (aOR = 1.71, CI = 1.42–2.05, $p < .001$) in the past 12 months.

**Discussion**

The present study found that TGNB youths who reported bathroom discrimination experienced significantly higher rates of depressive mood, seriously considering suicide, attempted suicide, and multiple suicide attempts experienced in the past year than TGNB youths not exposed to this specific form of discrimination. These findings are particularly alarming given that rates of poor mental health outcomes are already higher among TGNB youths than among cisgender, straight youths [6,8] and even compared with cisgender LGBQ peers [9]. The overall finding that bathroom discrimination is associated with poor mental health indicators is consistent with previous studies of transgender students and young adults [26] but goes further to establish its association with the risk of suicide in one of the largest national samples of both transgender and nonbinary youths. Furthermore, these findings are above and beyond the impact of more general gender identity–based discrimination experienced by TGNB youths.

Rates of bathroom discrimination were higher among youths who identified as transgender than among youths who identified as nonbinary and also among TGNB youths who identified as straight compared with those who identified as LGB. While we did not assess enough in the present study to determine the specific reason for these discrepancies in rates, it could be related

**Table 3**
Multivariate logistic regression models: adjusted odds ratios (aOR) of experiencing poor mental health outcomes

| Variables | Depressive mood (n = 5,584) aOR (95% CI) | Seriously considered suicide (n = 5,440) aOR (95% CI) | Attempted suicide (n = 5,440) aOR (95% CI) | Multiple suicide attempts (n = 5,440) aOR (95% CI) |
|---|---|---|---|---|
| Sex assigned at birth | **1.66 (1.40, 1.97)** | **1.20 (1.04, 1.40)** | 1.05 (.89, 1.25) | 1.22 (.98, 1.53) |
| Youth of color | 1.14 (.97, 1.34) | **1.22 (1.07, 1.38)** | **1.34 (1.18, 1.54)** | **1.32 (1.12, 1.55)** |
| Age (18–24 year) | **.55 (.47, .63)** | **.51 (.45, .57)** | **.39 (.35, .45)** | **.33 (.28, .39)** |
| Sexual Identity | | | | |
| Straight | (Ref) | (Ref) | (Ref) | (Ref) |
| Gay or lesbian | .92 (.60, 1.42) | .85 (.60, 1.20) | .68 (.46, 1.00) | .73 (.45, 1.18) |
| Bisexual | 1.08 (.89, 1.30) | 1.06 (.91, 1.23) | .89 (.76, 1.05) | .92 (.75, 1.12) |
| Something else | 1.09 (.91, 1.30) | 1.01 (.88, 1.15) | .86 (.74, 1.00) | .89 (.74, 1.07) |
| Gender identity–based discrimination | **1.42 (1.19, 1.69)** | **1.90 (1.64, 2.21)** | **2.05 (1.71, 2.47)** | **1.95 (1.52, 2.49)** |
| Bathroom discrimination | **1.34 (1.15, 1.58)** | **1.40 (1.24, 1.59)** | **1.67 (1.45, 1.93)** | **1.71 (1.42, 2.05)** |

Bolded adjusted odds ratios are significant at $p < .05$.

to the way in which youths interpret the question and the interconnectedness of sexual orientation and gender identity. Nonbinary youths may not consider not having access to nonbinary bathroom options as having been prevented from using the bathroom that corresponds with their gender identity compared with binary transgender youths being forced to use a different bathroom. Furthermore, owing to the increased rates of transgender youths identifying as straight compared with nonbinary youths, these rates are also higher among straight youths. Despite these differences in rates of experiencing bathroom discrimination, we performed the analyses separately for transgender and nonbinary youths and the impact of bathroom discrimination on mental health was similar for both groups. These findings align with our previous analyses that found high and comparable rates of depressive symptoms and suicidality across subgroups of transgender and nonbinary youth identities [9]. The same holds true for analyses performed separately for 13- to 17-year-old and 18- to 24-year-old TGNB youths. Conclusively, the impact of bathroom discrimination is comparable for both transgender and nonbinary youths of all ages.

The primary concern expressed when adopting policies that allow the use of bathrooms appropriate to an individual's gender identity without regard to sex assigned at birth is the fear that cisgender individuals in the restroom might be harmed by someone whose genitals do not match the ones presumed by the signage or that predators will pose as TGNB and prey on cisgender individuals in the restroom [34]. It is also the case that, particularly in schools, parents fear their children will be "confused by" or "encouraged by" TGNB youths [35]. However, not only do previous studies refute the idea that TGNB youth are predators by demonstrating that sexual assault is actually sustained by TGNB youths [24,28], as opposed to perpetrated by them, there is also no support that youths' gender identity can be impacted by peers in restroom interactions. These unfounded claims of harm to cisgender youths are greatly outweighed by the current empirical findings that not being afforded equal access to bathrooms is associated with suicidality among TGNB youths.

Gendered bathrooms, when viewed through the lens of the minority stress model, represent a distal stressor that is built into the everyday lives of TGNB youths. Bathroom accessibility can arguably be addressed and has the potential to benefit TGNB youths in a dramatic way. In fact, gender-inclusive bathrooms not only signal identity safety for TGNB individuals but signal egalitarianism across many other stigmatized identities, such as race, as well [36].

Future research should continue to examine the impact of bathroom discrimination among TGNB youths, particularly from a longitudinal perspective, as it is of particular interest if policy changes directly decrease TGNB youths' suicidality. In addition, as it was not clear in the present study where the discrimination occurred (e.g., school, work, another public place) and who perpetrated it (e.g., friends, parents or other family members, staff, teachers at their school), future studies should provide a more nuanced examination of this form of discrimination.

*Limitations*

These findings, though important, should be considered in the context of limitations. These data are cross-sectional and therefore restrict our ability to determine temporality. They are also self-reported and completed entirely online by the youth themselves, which may lend itself to common-method bias. Furthermore, all of the measures of mental health are single-item constructs. While this is less of a concern for questions of suicidality, our assessment of depressive mood may have resulted in an undercount of rates of depression among TGNB youths. In addition, the recruitment strategy for the larger study does not lend for a truly representative sample, and thus, conclusions related to prevalence cannot be drawn from these data. However, a truly representative sample is complicated by the recruitment of LGBTQ youths for studies involving sensitive topics such as suicidality [37]. That said, the proportion of LGB youth who reported having attempted suicide in the past 12 months in CDC's YRBS (24%) [4] is comparable with age-matched LGBTQ youths in the present study (23%). Finally, this study is limited by the assessment of discrimination. Our assessment of bathroom discrimination is based on lifetime reports while our measures of mental health challenges are in the past year, which could mean this relationship is even stronger for those who are currently experiencing bathroom discrimination. Furthermore, although bathroom discrimination remained significantly related to mental health indicators after we controlled for gender identity–based discrimination, the assessment of gender identity–based discrimination could have, in part, included bathroom discrimination.

**Conclusion**

Offering gender-neutral bathrooms, avoiding restrictive policies, and providing private places to change clothes in locker rooms may not only improve mental health for these youths but could potentially save TGNB youths' lives. Because sex-segregated bathrooms are typically not an issue in youths' homes, this is a policy issue that needs to be addressed in places where youth spend time outside of the home, such as schools (e.g., restrooms, lockers rooms, dormitories), workplaces, restaurants, health care settings, and other public places. School administrators and teachers should explicitly support the right of students to use a bathroom that matches their identity and efforts to establish gender-neutral facilities on campuses. Employers should consider the implementation of gender-neutral bathrooms as not only a signal of safety for their TGNB employees but also as an overall indicator of an environment of equity for all employees.

Mental health care providers should consider bathroom discrimination as a possible contributor to psychological distress, physical health outcomes, and risk behaviors among TGNB youths. They should screen for bathroom safety and support youths in their endeavors to advocate for their own bathroom safety. Furthermore, clinicians and providers should ensure that the spaces in which they work have gender-neutral bathrooms so as to not contribute an additional barrier to care for TGNB youths. While there are many contributors to poor mental health in youths, and specifically for TGNB youths, this one is addressable.

**Acknowledgments**

This research did not receive any specific grant funding from agencies in the public, commercial, or not-for-profit sectors.

**References**

[1] Galliher RV, Rostosky SS, Hughes HK. School belonging, self-esteem, and depressive symptoms in adolescents: An examination of sex, sexual attraction status, and urbanicity. J Youth Adolesc 2004;33:235–45.

[2] Russell ST, Fish JN. Mental health in lesbian, gay, bisexual, and transgender (LGBT) youth. Annu Rev Clin Psychol 2016;12:465–87.
[3] Bostwick WB, Meyer I, Aranda F, et al. Mental health and suicidality among racially/ethnically diverse sexual minority youths. Am J Public Health 2014; 104:1129–36.
[4] Kann L, McManus T, William H, et al. Youth risk behavior surveillance — United States, 2017. MMWR Surveill Summ 2018;67:1–114.
[5] Liu RT, Mustanski B. Suicidal ideation and self-harm in lesbian, gay, bisexual, and transgender youth. Am J Prev Med 2012;42:221–8.
[6] Connolly MD, Zervos MJ, Barone CJ, et al. The mental health of transgender youth: Advances in understanding. J Adolesc Health 2016;59:489–95.
[7] Veale JF, Watson RJ, Peter T, Saewyc EM. Mental health disparities among Canadian transgender youth. J Adolesc Health 2017;60:44–9.
[8] Johns MM, Lowry R, Andrzejewski J, et al. Transgender identity and experiences of violence victimization, substance use, suicide risk, and sexual risk behaviors among high school students — 19 states and large urban school districts, 2017. MMWR Morb Mortal Wkly Rep 2019;68:67–71.
[9] Price-Feeney M, Green AE, Dorison S. Understanding the mental health of transgender and nonbinary youth. J Adolesc Health 2020;66:684–90.
[10] Thoma BC, Salk RH, Choukas-Bradley S, et al. Suicidality disparities between transgender and cisgender adolescents. Pediatrics 2019;144: e20191183.
[11] Hendricks M, Testa R. A conceptual framework for clinical work with transgender and gender nonconforming clients: An adaptation of the minority stress model. Prof Psychol Res Pract 2012;43:460–7.
[12] Meyer IH. Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: Conceptual issues and research evidence. Psychol Bull 2003;129:674–97.
[13] Testa RJ, Habarth J, Peta J, et al. Development of the gender minority stress and resilience measure. Psychol Sex Orientat Gend Divers 2015;2:65–77.
[14] Bradford J, Reisner SL, Honnold JA, Xavier J. Experiences of transgender-related discrimination and implications for health: Results from the Virginia transgender health initiative study. Am J Public Health 2013;103: 1820–9.
[15] Kosciw JG, Greytak EA, Zongrone AD, et al. The 2017 national school climate survey: The experiences of lesbian, gay, bisexual, transgender, and queer youth in our nation's schools. New York, NY: GLSEN; 2018:1–168.
[16] Testa RJ, Michaels MS, Bliss W, et al. Suicidal ideation in transgender people: Gender minority stress and interpersonal theory factors. J Abnorm Psychol 2017;126:125–36.
[17] Beemyn BG. Making campuses more inclusive of transgender students. J Gay Lesbian Issues Educ 2005;3:77–87.
[18] Finger EF. Beyond the binary: Serving the transgender student, improving the college experience. 2010. Available at: http://hdl.handle.net/2376/2789. Accessed July 24, 2020.
[19] Olson KR, Durwood L, DeMeules M, McLaughlin KA. Mental health of transgender children who are supported in their identities. Pediatrics 2016;137:e20153223.
[20] Durwood L, McLaughlin KA, Olson KR. Mental health and self-worth in socially transitioned transgender youth. J Am Acad Child Adolesc Psychiatry 2017;56:116–123.e2.
[21] Bauer GR, Scheim AI, Pyne J, et al. Intervenable factors associated with suicide risk in transgender persons: A respondent driven sampling study in Ontario, Canada. BMC Public Health 2015;15.
[22] Russell ST, Pollitt AM, Li G, Grossman AH. Chosen name use is linked to reduced depressive symptoms, suicidal ideation, and suicidal behavior among transgender youth. J Adolesc Health 2018;63:503–5.
[23] The Trevor Project. The Trevor Project research brief: Gender-affirming care for youth. West Hollywood, CA: The Trevor Project; 2020.
[24] Murchison GR, Agénor M, Reisner SL, Watson RJ. School restroom and locker room restrictions and sexual assault risk among transgender youth. Pediatrics 2019;143:e20182902.
[25] Seelman KL. Transgender individuals' access to college housing and bathrooms: Findings from the national transgender discrimination survey. J Gay Lesbian Soc Serv 2014;26:186–206.
[26] Seelman KL. Transgender adults' access to college bathrooms and housing and the relationship to suicidality. J Homosex 2016;63:1378–99.
[27] Grant JM, Mottet LA, Tanis J, et al. Injustice at every turn: A report of the national transgender discrimination survey. Washington, DC: National Center for Transgender Equality and National Gay and Lesbian Task Force; 2011.
[28] Herman JL. Gendered restrooms and minority stress: The public regulation of gender and its impact on transgender people's lives. J Public Management Soc Policy 2013;19:65–80.
[29] Porta CM, Gower AL, Mehus CJ, et al. "Kicked out": LGBTQ youths' bathroom experiences and preferences. J Adolesc 2017;56:107–12.
[30] Weinhardt LS, Stevens P, Xie H, et al. Transgender and gender non-conforming youths' public facilities use and psychological well-being: A mixed-method study. Transgend Health 2017;2:140–50.
[31] Wernick LJ, Kulick A, Chin M. Gender identity disparities in bathroom safety and wellbeing among high school students. J Youth Adolesc 2017;46:917–30.
[32] Miller K, Ryan JM. Design, development and testing of the NHIS sexual identity question. Atlanta, GA: The National Center for Health Statistics; 2011. Available at: https://www.impactprogram.org/wp-content/uploads/2011/11/Miller-2011-HHS-report-on-measuring-sexual-orientation.pdf. Accessed August 16, 2019.
[33] The GenIUSS Group. Best practices for asking questions to identify transgender and other gender minority respondents on population-based surveys. Los Angeles, CA: The Williams Institute UCLA School of Law; 2014.
[34] Barnett BS, Nesbit AE, Sorrentino RM. The transgender bathroom debate at the intersection of politics, law, ethics, and science. J Am Acad Psychiatry Law 2018;46:232–41.
[35] Ehrensaft D, Rosenthal SM. Sexual assault risk and school facility restrictions in gender minority youth. Pediatrics 2019;143:e20190554.
[36] Chaney KE, Sanchez DT. Gender-inclusive bathrooms signal fairness across identity dimensions. Soc Psychol Personal Sci 2018;9:245–53.
[37] Meyer IH, Wilson PA. Sampling lesbian, gay, and bisexual populations. J Couns Psychol 2009;56:23–31.