Appendix A – Legislative Testimony re SB 1100 re: "Trans"

| Senate: Statements in support of S.B. 1100 referencing "trans" | | |
|---|---|---|
| **Speaker** | **Statement** | **Record** |
| Nicole Trakel | "trans students are students and are people" | 50:05 to 52:02 |
| | "there are accommodations for trans students" | |
| | "who believe they are trans to be accommodated for" | |
| Steven Keyser | "dealt extensively with the trans situation as well" | 55:35 to 57:42 |
| | "obvious that trans are people. We love them, we care about them" | |
| | "balance between protecting the vast majority of students who are not trans" | |
| | "but at the same time protecting trans, respecting their rights" | |
| | "natural right to privacy and safety. And that includes all of trans students" | |
| Heidi Smith | "push to break this down with the intent of helping trans kids" | 57:52 to 59:53 |
| | "It has also been damaging to trans kids" | |
| Brenda Gilchrist | "school ...aware of the heinous rape, the transgender, skirt wearing, boy" | 1:00:26 to 1:02:40 |
| | "transgender rapist was found guilty … in Louden county juvenile court" | |
| | "stories of real-life transgender men who have abused women and children" | |
| | "Seattle man citing transgender bathroom laws was able to gain access" | |
| | "Toronto man claiming to be transgender was sentenced to jail" | |
| Christy Hardy | "In Kuna there is no policy about transgender bathroom use" | 1:43:12 to 1:45:05 |
| | "suffering kidney dysfunction … result of this one transgender student" | |
| **26 total references by supporters** | | |
| **Senate: Statements in opposition to S.B. 1100 referencing "trans"** | | |
| **Speaker** | **Statement** | **Record** |
| Sen. Semmelroth | "Are trans students people?" | 33:15 to 34:05 |
| | "If trans students are people [why not] afforded same right to privacy?" | |
| Lily Pannkuk | "Bill unfairly singles out trans students" | 1:05:12 to 1:07:01 |
| | "may not be enough available bathrooms in schools for transgender students" | |
| Alex Kuyper | "I am a trans student from District 29" | 1:10:50 to 1:12:58 |
| | "[Bill unconstitutional, stereotypes, stigmatizes, marginalizes] transgender individuals" | |
| | "Banning transgender from bathroom denies rights and increases harassment" | |

Appendix A – Legislative Testimony re SB 1100 re: "Trans"

| | | |
|---|---|---|
| | "Bill incorrectly states trans kids using bathrooms leads to cis students harassment" | |
| | "perpetuates trans community as pedophiles, abusers and totally false characteristics" | |
| | "This Bill and other US bills isolates trans community" | |
| | "Passing Bill will continue to isolate trans community and kill more people" | |
| Emilia Connelly | "like the children targeted by this legislation, I am transgender" | 1:19:18 to 1:21:20 |
| | "That kind of response doesn't come from people who are afraid of transgender folks" | |
| | "Lines 25-28 of Bill accuse trans people of being rapists and exhibitionists" | |
| | "more sexual misconduct in bathrooms by US legislators than trans people" | |
| | "Bill would force a transgender man, with a beard, to use women's room" | |
| | "we are not experiments and the trans agenda is average life expectancy " | |
| Amy Dundun | "We strongly oppose Bill because it singles out transgender students" | 1:21:35 to 1:23:35 |
| | "Bill discriminates against students on basis of transgender status and sex" | |
| | "transgender discrimination defensible if exceeding persuasive justification" | |
| Chelsea Gaona-Lincoln | "Bill attempts to use legislation to disregard, dismiss and erase transgender students" | 1:23:45 to 1:27:45 |
| | "trans girls are girls" | |
| | "trans boys are boys" | |
| | "varying belief systems do not erase a humanity of my trans community" | |
| | "Bill creates/encourages a stigmatization, surveillance and exclusion of trans students" | |
| | "forces trans youth to choose between violating sense of self or facing punishment" | |
| | "students can sue schools for $5000 if they encounter trans student in the bathroom" | |
| | "will force educators and coaches to police whether a student is trans or not" | |
| | "This interrogation would not just apply to trans youth either" | |
| | "Trans students are not perpetrators of violence or sexual assault" | |
| | "All trans people simply want to use a restroom, in privately, privately and safely" | |
| | "introduction of legislation invites continued harm already endured by our trans youth" | |
| | "stop this body from being transgender students first bullies and opposed SB 1100" | |
| Robert Jackson | "Being transgender is not a sexual perversion" | 1:28:03 to 1:29:24 |
| | "Y'all hate trans people and you like to bully them" | |

Appendix A – Legislative Testimony re SB 1100 re: "Trans"

|  | Statement |  |
|---|---|---|
|  | "The trans agenda is an average life span" |  |
|  | "A vote for this Bill is a vote for trans suicide" |  |
|  | **37 total references by opponents** |  |

| House: Statements in support of S.B. 1100 referencing "trans" | | |
|---|---|---|
| **Speaker** | **Statement** | **Record** |
| Rep. Ehardt | "when it comes to this idea of trans" | 33:32 to 34:00 |
| Christie Hardy | "Historically Kuna schools transgender students" | 14:04 to 15:58 |
|  | transgender students have brought ACLU attorneys |  |
|  | [kidney dysfunction direct result of] transgender [bathroom use] |  |
| Sen. Trakel | "the transgender are, it's their right to use the bathroom " | 23:45 to 25:40 |
|  | "same situation …trying to take the trans child out of" |  |
|  | "I do not think the risk of harm comes from the trans community" |  |
| Rep. Nelsen | "It wasn't that long ago, nobody heard of a trans person, frankly." | 48:04 to 49:20 |
| Rep. Lanting | "best possible reasonable accommodations for transgender" | 52:40 to 56:18 |
|  | **9 total references by supporters** |  |
| **House: Statements in opposition to S.B. 1100 referencing "trans"** | | |
| **Speaker** | **Statement** | **Record** |
| Amy Dundun (ACLU) | Bill singles out transgenders | 30:58 to 37:00 |
|  | "discriminates students' transgender status" |  |
|  | "trans status based discrimination" |  |
|  | "trans students … utilizing the restrooms" |  |
|  | "trans students [not] harming other students" |  |
|  | "trans students are students" |  |
|  | "[fluidity] not common in trans community" |  |
|  | "trans girls using bathrooms [matching identity]" |  |
|  | "trans kids have equal protection" |  |
| Rep. Woodings | "my understanding [no] documented cases of trans person violence" | 40:05 to 42:20 |
|  | "[no documented cases of violence] on non-trans people" |  |
|  | **11 total references by opponents** |  |