# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. DISTRICT JUDGE MINUTE ENTRY

**(X) Motion hearing dockets 15 and 47**

U.S. District Judge:   David C. Nye             Date: September 13, 2023
Deputy Clerk: Patti Richmond                    Time: 9:00 – 10:34 am
Court Reporter: Anne Bowline                    Place:  Boise, Idaho

<u>REBECCA ROE et al v DEBBIE CRITCHFIELD et al</u>
<u>1:23-cv-315-DCN</u>

Counsel for Plaintiff: Peter Renn (Argued), Samuel Linnet, Kell Olson and J. Max Rosen
Counsel for Defendant: Lincoln Wilson (Argued), Rafael Droz and Isaac Considine

(X)     Court heard oral arguments from counsel.
(X)     Matter taken under advisement with a written decision to be forthcoming.