Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
101 E Bullion St., Unit 2H
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*[†]
kolson@lambdalegal.org
Tara L. Borelli*[†]
tborelli@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
[†]*mailing address only*
(213) 382-7600 (T) | (213) 402-2537 (F)

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

Katherine M. Forster*
katherine.forster@mto.com
Robyn K. Bacon*
robyn.bacon@mto.com
Nicholas R. Sidney*
nick.sidney@mto.com
Paul Martin*
paul.martin@mto.com
Avery P. Hitchcock*
avery.hitchcock@mto.com
Jimmy P. Biblarz*
jimmy.biblarz@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DEBBIE CRITCHFIELD, et al., <br><br> *Defendants*. | Case No. 1:23-cv-00315-DCN <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

      The undersigned counsel gives notice that Christina S. Paek is no longer representing Plaintiffs in this matter. Lambda Legal Defense and Education Fund, Munger Tolles & Olson, and Alturas Law Group will continue to serve as counsel for Plaintiffs.

1

Dated: September 18, 2023                                    Respectfully Submitted,

| | |
|---|---|
| Katherine M. Forster<br>Robyn K. Bacon<br>J. Max Rosen<br>Nicholas R. Sidney<br>Paul Martin<br>Avery P. Hitchcock<br>Jimmy P. Biblarz<br>MUNGER TOLLES & OLSON LLP | /s/ Peter C. Renn<br>Peter C. Renn<br>Kell L. Olson<br>Tara L. Borelli<br>LAMBDA LEGAL DEFENSE & EDUCATION FUND<br><br>Samuel L. Linnet<br>ALTURAS LAW GROUP, PLLC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of September, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Lincoln Davis Wilson
lincoln.wilson@ag.idaho.gov

Rafael John Droz
rafael.droz@ag.idaho.gov

/s/ Peter C. Renn
Peter C. Renn