RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and
Constitutional Defense

RAFAEL J. DROZ, ISB #9934
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Fax: (208) 854-8073
lincoln.wilson@ag.idaho.gov
rafael.droz@ag.idaho.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, by and through her parents and next friends, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction, et al.<br><br>*Defendants*. | Case No. 1:23-cv-00315-DCN<br><br>**MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN FURTHER OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION AND IN FURTHER SUPPORT OF MOTION TO DISMISS** |

Defendants hereby move for leave to file supplemental authority in further opposition to Plaintiffs' motion for preliminary injunction and in further support of their motion to dismiss.

Defendants' briefing in this case has cited the Sixth Circuit's decision in *L.W. ex rel. Williams v. Skrmetti*, 2023 WL 4410576, (6th Cir. 2023), which granted a stay pending appeal. Yesterday, the Sixth Circuit issued its decision on the merits in *L.W.*, which reversed injunctions against state laws that restricted certain treatments of minors with gender dysphoria. *L.W. v. Skrmetti*, 2023 WL 6321688 (6th Cir. Sept. 28, 2023) (Ex. A). Judge Sutton's opinion for the Court illustrates several critical flaws in Plaintiffs' legal theories, a few of which Defendants highlight here.

*First*, in *L.W.*, just like here, Plaintiffs did "not argue that the original fixed meaning of the due process or equal protection guarantees covers these claims" or that "the people of this country ever agreed to remove debates of this sort" from "the democratic process." *Id.* at *5. "Life-tenured federal judges should be wary of removing a vexing and novel topic of medical debate from the ebbs and flows of democracy by construing a largely unamendable Constitution to occupy the field." *Id.* Thus, the plaintiffs' efforts "to extend … constitutional guarantees to new territory … suggest[s] that the key premise of a preliminary injunction—a showing of a likelihood of success on the merits—is missing …., particularly when the States are currently engaged in serious, thoughtful debates about the issue." *Id.* at *6 (quotation omitted). The same goes here.

*Second*, the Sixth Circuit explained that "the necessity of heightened review, will not be present every time that sex factors into a government decision." *Id.* at *16. This includes, for example, when the government "houses men and women separately at a prison without making distinctions in funding or programming," or when it makes "a sex-based decision to place urinals only in men's rooms" based on "enduring differences between men and women." *Id.* (quotation omitted). The same rationale applies here to S.B. 1100.

*Third*, the Sixth Circuit distinguished the Supreme Court's decision in *Bostock v. Clayton County*, 140 S. Ct. 1731 (2020). "In *Bostock*, the employers fired adult employees because their behavior did not match stereotypes of how adult men or women dress or behave," while the laws at issue in *L.W.* did "not deny anyone general healthcare treatment based on any such stereotypes." 2023 WL 6321688, at *17. The same is true here: S.B. 1100's classification based on biological sex "is not a stereotype" and "does not depend in any way on how students act or identify." *Adams by and through Kasper v. Sch. Bd. of St. Johns Cnty.*, 57 F.4th 791, 809 (11th Cir. 2022) (en banc).

The Court should therefore grant Defendants' motion for leave to file supplemental authority, deny Plaintiffs' motion for preliminary injunction, and dismiss this action for failure to state a claim for relief.

DATED: September 29, 2023.

                        STATE OF IDAHO
                        OFFICE OF THE ATTORNEY GENERAL

                By:  /s/ *Lincoln D. Wilson*
                      LINCOLN DAVIS WILSON
                      Chief of Civil Litigation and
                      Constitutional Defense

## **CERTIFICATE OF SERVICE**

I Hereby Certify that on September 29, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Samuel L. Linnet<br>sam@alturaslawgroup.com | Avery P. Hitchcock<br>avery.hitchcock@mto.com |
| Christina S. Paek<br>cpaek@lambdalegal.org | Jacob Max Rosen<br>max.rosen@mto.com |
| Kell L. Olson<br>kolson@lambdalegal.org | Jimmy Biblarz<br>jimmy.biblarz@mto.com |
| Peter C. Renn<br>prenn@lambdalegal.org | Katherine M. Forster<br>katherine.forster@mto.com |
| Tara L. Borelli<br>tborelli@lamdalegal.org | Nicholas Sidney<br>nick.sidney@mto.com |
| Paul Martin<br>paul.martin@mto.com | Robyn K. Bacon<br>robyn.bacom@mto.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

        /s/ *Lincoln Davis Wilson*
Lincoln Davis Wilson
Chief, Civil Litigation and
Constitutional Defense