RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief, Civil Litigation and
Constitutional Defense

JAMES E. M. CRAIG, ISB #6365
Deputy Division Chief
RAFAEL J. DROZ, ISB #9934
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Fax: (208) 854-8073
lincoln.wilson@ag.idaho.gov
james.craig@ag.idaho.gov
rafael.droz@ag.idaho.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, by and through her parents and next friends, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction, et al.<br><br>*Defendants.* | Case No. 1:23-cv-00315-DCN<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Deputy Attorney General James E. M. Craig does hereby appear as an attorney of record for Defendants in the above-referenced matter.  This appearance is in substitution for Deputy Attorney General Lincoln Davis Wilson.  All future pleadings, submissions and correspondence should be addressed to Deputy Attorney General James E. M. Craig, Office of the Attorney General, Civil Litigation and Constitutional Defense Division, P.O. Box 83720, Boise, ID, 83720-0010.

The Clerk of the Court is hereby requested to make such entries as may be required to record such substitutions, including removing Deputy Attorney General Lincoln Davis Wilson as counsel of record and adding Deputy Attorney General James E. M. Craig on all appropriate mailing lists.

DATED: October 6, 2023.

> STATE OF IDAHO
> OFFICE OF THE ATTORNEY GENERAL
>
> By: /s/  *Lincoln D. Wilson*
>     LINCOLN DAVIS WILSON
>     Chief, Civil Litigation and
>     Constitutional Defense
>
> By: /s/  *James E. M. Craig*
>     JAMES E. M. CRAIG
>     Deputy Division Chief

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Samuel L. Linnet<br>sam@alturaslawgroup.com | Avery P. Hitchcock<br>avery.hitchcock@mto.com |
| Christina S. Paek<br>cpaek@lambdalegal.org | Jacob Max Rosen<br>max.rosen@mto.com |
| Kell L. Olson<br>kolson@lambdalegal.org | Jimmy Biblarz<br>jimmy.biblarz@mto.com |
| Peter C. Renn<br>prenn@lambdalegal.org | Katherine M. Forster<br>katherine.forster@mto.com |
| Tara L. Borelli<br>tborelli@lamdalegal.org | Nicholas Sidney<br>nick.sidney@mto.com |
| Paul Martin<br>paul.martin@mto.com | Robyn K. Bacon<br>robyn.bacom@mto.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

    /s/ *Lincoln Davis Wilson*
LINCOLN DAVIS WILSON
Chief, Civil Litigation and
Constitutional Defense