Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
101 E Bullion St., Unit 2H
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (213) 402-2537 (F)

\* Admitted *pro hac vice*

*Attorneys for Plaintiffs*

Katherine M. Forster*
katherine.forster@mto.com
Robyn K. Bacon*
robyn.bacon@mto.com
Nicholas R. Sidney*
nick.sidney@mto.com
Paul Martin*
paul.martin@mto.com
Avery P. Hitchcock*
avery.hitchcock@mto.com
Jimmy P. Biblarz*
jimmy.biblarz@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| REBECCA ROE, et al.,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>DEBBIE CRITCHFIELD, et al.,<br><br>　　　　*Defendants*. | Case No. 1:23-cv-00315-DCN<br><br>**PLAINTIFFS' NOTICE OF APPEAL**<br><br>**PRELIMINARY INJUNCTION APPEAL** |

1

# PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs REBECCA ROE, by and through her parents and next friends, Rachel and Ryan Roe; and SEXUALITY AND GENDER ALLIANCE, an association, hereby give notice pursuant to Federal Rule of Appellate Procedure 3 that all Plaintiffs respectfully appeal to the United States Court of Appeals for the Ninth Circuit the District Court's October 12, 2023 Memorandum Decision and Order ("Order"), Dkt. 60, insofar as it denies Plaintiffs' motion for preliminary injunction, ECF Nos. 15 through 15-9.

The statutory basis for this appeal is 28 U.S.C. § 1292. A copy of the Order appealed by all Plaintiffs is attached hereto as Exhibit A. Plaintiffs' Representation Statement is attached as Exhibit B.

Dated: October 16, 2023                        Respectfully Submitted,

Katherine M. Forster                           /s/ Peter C. Renn
Robyn K. Bacon                                 Peter C. Renn
J. Max Rosen                                   Kell L. Olson
Nicholas R. Sidney                             Tara L. Borelli
Paul Martin                                    LAMBDA LEGAL DEFENSE & EDUCATION FUND
Avery P. Hitchcock
Jimmy P. Biblarz                               Samuel L. Linnet
MUNGER TOLLES & OLSON LLP                      ALTURAS LAW GROUP, PLLC

.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of October, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James Edward Monroe Craig
james.craig@ag.idaho.gov

Rafael John Droz
rafael.droz@ag.idaho.gov

/s/ Peter C. Renn
Peter C. Renn