Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
101 E Bullion St., Unit 2H
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (213) 402-2537 (F)

\* Admitted *pro hac vice*

*Attorneys for Plaintiffs*

Katherine M. Forster*
katherine.forster@mto.com
Robyn K. Bacon*
robyn.bacon@mto.com
Nicholas R. Sidney*
nick.sidney@mto.com
Paul Martin*
paul.martin@mto.com
Avery P. Hitchcock*
avery.hitchcock@mto.com
Jimmy P. Biblarz*
jimmy.biblarz@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| REBECCA ROE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DEBBIE CRITCHFIELD, et al., <br><br> *Defendants*. | Case No. 1:23-cv-00315-DCN <br><br> **PLAINTIFFS' REPRESENTATION STATEMENT** |

1

## **PLAINTIFFS' REPRESENTATION STATEMENT**

Plaintiffs REBECCA ROE, by and through her parents and next friends, Rachel and Ryan Roe; and SEXUALITY AND GENDER ALLIANCE, an association, file this Representation Statement under Federal Rules of Appellate Procedure 12(b) and Local Circuit Rules 3-2(b) and 12-2.

**Plaintiffs:**

REBECCA ROE, by and through her parents and next friends, Rachel and Ryan Roe; and SEXUALITY AND GENDER ALLIANCE, an association.

**Counsel for Plaintiffs:**

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*[†]
kolson@lambdalegal.org
Tara L. Borelli*[†]
tborelli@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
[†]*mailing address only*
(213) 382-7600

Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
101 E Bullion St., Unit 2H
Hailey, ID 83333
(208) 788-6688

Katherine M. Forster*
katherine.forster@mto.com
Robyn K. Bacon*
robyn.bacon@mto.com
Nicholas R. Sidney*
nick.sidney@mto.com
Paul Martin*
paul.martin@mto.com

Avery P. Hitchcock*
avery.hitchcock@mto.com
Jimmy P. Biblarz*
jimmy.biblarz@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000

* Admitted *pro hac vice*

**Defendants:**

DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction;

IDAHO STATE BOARD OF EDUCATION;

LINDA CLARK, WILLIAM G. GILBERT JR., DAVID HILL, SHAWN KEOUGH, KURT LIEBICH, CALLY J. ROACH, and CINDY SIDDOWAY, in their official capacities as members of the Idaho State Board of Education;

INDEPENDENT SCHOOL DISTRICT OF BOISE CITY #1;

DAVE WAGERS, MARIA GREELEY, NANCY GREGORY, ELIZABETH LANGLEY, BETH OPPENHEIMER, SHIVA RAJBHANDARI, in their official capacities as members of the Independent School District of Boise City #1 Board of Trustees; and

COBY DENNIS, in his official capacity as Superintendent of Independent School District of Boise City #1.

**Counsel for Defendants:**

James Edward Monroe Craig
james.craig@ag.idaho.gov
IDAHO OFFICE OF ATTORNEY GENERAL
Civil Litigation and Constitutional Defense
P.O. Box 83720

Boise, ID 83720-0010
(208) 854-8088

Rafael John Droz
rafael.droz@ag.idaho.gov
IDAHO OFFICE OF ATTORNEY GENERAL
Civil Litigation and Constitutional Defense
514 W. Jefferson Street
Ste. 3rd Floor
Boise, ID 83702
(208) 334-4139

| | |
|---|---|
| Dated: October 16, 2023 | Respectfully Submitted, |
| Katherine M. Forster<br>Robyn K. Bacon<br>J. Max Rosen<br>Nicholas R. Sidney<br>Paul Martin<br>Avery P. Hitchcock<br>Jimmy P. Biblarz<br>MUNGER TOLLES & OLSON LLP | /s/ Peter C. Renn<br>Peter C. Renn<br>Kell L. Olson<br>Tara L. Borelli<br>LAMBDA LEGAL DEFENSE & EDUCATION FUND<br><br>Samuel L. Linnet<br>ALTURAS LAW GROUP, PLLC |

.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of October, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James Edward Monroe Craig
james.craig@ag.idaho.gov

Rafael John Droz
rafael.droz@ag.idaho.gov

/s/ Peter C. Renn
Peter C. Renn