Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
101 E Bullion St., Unit 2H
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†mailing address only
(213) 382-7600 (T) | (213) 402-2537 (F)

* Admitted pro hac vice

Attorneys for Plaintiffs

Katherine M. Forster*
katherine.forster@mto.com
Robyn K. Bacon*
robyn.bacon@mto.com
Nicholas R. Sidney*
nick.sidney@mto.com
Paul Martin*
paul.martin@mto.com
Avery P. Hitchcock*
avery.hitchcock@mto.com
Jimmy P. Biblarz*
jimmy.biblarz@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ROE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEBBIE CRITCHFIELD, et al.,<br><br>*Defendants*. | Case No. 1:23-cv-00315-DCN<br><br>**PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL AND FOR EXPEDITED RULING** |

Under Rule 62(d), Fed. R. Civ. P., Plaintiffs Rebecca Roe and Sexuality and Gender Alliance, by and through their undersigned counsel, respectfully ask this Court to issue an injunction of Idaho Senate Bill 1100 ("S.B. 1100") pending their appeal of this Court's October 12, 2023, Order denying Plaintiffs' Motion for Preliminary Injunction. Because the Court's

1

Order lifts the current temporary restraining order and allows S.B. 1100 to take effect on November 2, 2023, Plaintiffs respectfully request that this Court rule on this Motion as soon as practicable. Plaintiffs are filing their request for emergency relief with the Ninth Circuit Court of Appeals today, October 16, 2023, and will ask that court for relief by November 1, 2023.

This Motion is supported by the attached Memorandum in Support of Plaintiffs' Motion for Injunction Pending Appeal and for Expedited Ruling. Plaintiffs' counsel has conferred with Defendants' counsel and Defendants oppose this Motion.


Dated: October 16, 2023

Katherine M. Forster
Robyn K. Bacon
J. Max Rosen
Nicholas R. Sidney
Paul Martin
Avery P. Hitchcock
Jimmy P. Biblarz
MUNGER TOLLES & OLSON LLP

Respectfully Submitted

/s/ Kell L. Olson
Peter C. Renn
Kell L. Olson
Tara L. Borelli
LAMBDA LEGAL DEFENSE & EDUCATION FUND

Samuel L. Linnet
ALTURAS LAW GROUP, PLLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of October, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James Edward Monroe Craig
james.craig@ag.idaho.gov

Rafael John Droz
rafael.droz@ag.idaho.gov

/s/ Kell L. Olson
Kell L. Olson