RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Acting Division Chief
Civil Litigation and
Constitutional Defense

RAFAEL J. DROZ, ISB #9934
JAMES E. "JIM" RICE, ISB #6511
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Fax: (208) 854-8073
james.craig@ag.idaho.gov
rafael.droz@ag.idaho.gov
jim.rice@ag.idaho.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| REBECCA ROE, by and through her parents and next friends, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction, et al.<br><br>*Defendants.* | Case No. 1:23-cv-00315-DCN<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Deputy Attorney General James E. "Jim" Rice does hereby appear as an attorney of record for Defendants in the above-referenced matter. This appearance is in substitution for Deputy Attorney General Rafael J. Droz. All future pleadings, submissions and correspondence should be addressed to Deputy Attorney General James E. "Jim" Rice, Office of the Attorney General, Civil Litigation and Constitutional Defense Division, P.O. Box 83720, Boise, ID, 83720-0010.

The Clerk of the Court is hereby requested to make such entries as may be required to record such substitutions, including removing Deputy Attorney General Rafael J. Droz as counsel of record and adding Deputy Attorney General James E. "Jim" Rice on all appropriate mailing lists.

DATED: October 18, 2023.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

By: /s/ *Jim Rice*
    JIM RICE
    Deputy Attorney General

By: /s/ *Rafael J. Droz*
    RAFAEL J. DROZ
    Deputy Attorney General

**CERTIFICATE OF SERVICE**

I Hereby Certify that on October 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Samuel L. Linnet<br>sam@alturaslawgroup.com | Avery P. Hitchcock<br>avery.hitchcock@mto.com |
| Christina S. Paek<br>cpaek@lambdalegal.org | Jacob Max Rosen<br>max.rosen@mto.com |
| Kell L. Olson<br>kolson@lambdalegal.org | Jimmy Biblarz<br>jimmy.biblarz@mto.com |
| Peter C. Renn<br>prenn@lambdalegal.org | Katherine M. Forster<br>katherine.forster@mto.com |
| Tara L. Borelli<br>tborelli@lamdalegal.org | Nicholas Sidney<br>nick.sidney@mto.com |
| Paul Martin<br>paul.martin@mto.com | Robyn K. Bacon<br>robyn.bacom@mto.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

*Counsel for Plaintiffs*

    /s/ *Jim Rice*
    Jim Rice

Notice of Substitution of Counsel – 3