|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | OCT 26 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

REBECCA ROE, by and through her parents and next friends, et al.

       Plaintiffs - Appellants,

v.

DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction, et al.

       Defendants - Appellees.

No. 23-2807

D.C. No. 1:23-cv-00315-DCN District of Idaho, Boise

ORDER

Before: W. FLETCHER, CALLAHAN, and BENNETT, Circuit Judges.

Order by Judges W. FLETCHER and BENNETT; Dissent by Judge CALLAHAN.

    The motion for injunctive relief (Docket Entry No. 4) is granted. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court).

    Enforcement of Idaho's Senate Bill 1100 is stayed pending resolution of this appeal.

    The existing briefing schedule remains in effect.

CALLAHAN, Circuit Judge, dissenting:

I would deny the emergency motion for an injunction pending appeal because, in my view, appellants have not demonstrated a sufficient likelihood of success on the merits of their appeal.