Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
111 N 1st Avenue, Suite 2I
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Pelecanos*†
pelecanos@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (213) 402-2537 (F)

Katherine M. Forster*
katherine.forster@mto.com
Paul E. Martin*
paul.martin@mto.com
Abigail K. Bessler*
abigail.bessler@mto.com
Elizabeth Anastasi*
elizabeth.anastasi@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

*Admitted *pro hac vice* or forthcoming

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SEXUALITY AND GENDER ALLIANCE,<br><br>　　　　　　*Plaintiff,*<br><br>　v.<br><br>DEBBIE CRITCHFIELD, et al.,<br><br>　　　　　　*Defendants.* | Case No. 1:23-cv-00315-DCN<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND, IN THE ALTERNATIVE, TEMPORARY RESTRAINING ORDER**<br><br>**(Relief Requested by August 11, 2025)** |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Boise High School Sexuality and Gender Alliance, by and through its undersigned counsel, respectfully moves this Court for a preliminary injunction enjoining Defendants, as well as their officers, employees, agents, and all persons acting in concert or participation with them, from enforcing Idaho Senate Bill 1100 ("S.B. 1100") against transgender students in Boise High School restrooms. Plaintiff also moves this Court for an order waiving the requirement for bond or security from Plaintiff. **Plaintiff requests that the Court grant the requested preliminary injunction on or before August 11, because the new school year begins at Boise High School on August 12. Alternatively, Plaintiff asks that the Court grant a temporary restraining order on or before August 11 that will preserve the status quo as to restrooms pending resolution of this motion for a preliminary injunction.**

This motion is based on the Memorandum in Support of Plaintiff's Motion for Preliminary Injunction, the accompanying declarations and exhibits, all the pleadings and papers on file, and any argument the Court may consider. Enforcing S.B. 1100 against transgender students in Boise High School restrooms violates the Equal Protection Clause of the Constitution and Title IX of the Education Amendments of 1972. A preliminary injunction is warranted because Plaintiff and its members are likely to succeed on the merits of their claims that it is unlawful to enforce S.B. 1100 against transgender students in Boise High School restrooms; absent an injunction, Plaintiff and its members will suffer irreparable harm to their constitutional and statutory right to equal treatment and their health and well-being; the balance of equities tips sharply in Plaintiff's favor; and a preliminary injunction is in the public interest.

2

DATED: July 3, 2025                                         Respectfully Submitted

                                                By:    _____/s/ J. Max Rosen_____
Samuel L. Linnet                                       Katherine M. Forster
ALTURAS LAW GROUP, PLLC                                J. Max Rosen
                                                       Paul Martin
Peter C. Renn                                          Abigail K. Bessler
Kell L. Olson                                          Elizabeth Anastasi
Tara L. Borelli                                        MUNGER TOLLES & OLSON LLP
Pelecanos
LAMBDA LEGAL DEFENSE & EDUCATION FUND

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 3rd day of July, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    James Craig    james.craig@ag.idaho.gov

    James Rice    jim.rice@ag.idaho.gov

    /s/ J. Max Rosen  
    J. Max Rosen