Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
111 N 1st Avenue, Suite 2I
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Pelecanos*†
pelecanos@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (213) 402-2537 (F)

*admitted *pro hac vice* or forthcoming

*Attorneys for Plaintiff*

Katherine M. Forster*
katherine.forster@mto.com
Paul E. Martin*
paul.martin@mto.com
Elizabeth Anastasi*
elizabeth.anastasi@mto.com
Abigail K. Bessler*
abigail.bessler@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SEXUALITY AND GENDER ALLIANCE, <br><br> *Plaintiff*, <br><br> v. <br><br> DEBBIE CRITCHFIELD, et al., <br><br> *Defendants*. | Case No. 1:23-cv-315 <br><br> **EXPERT DECLARATION OF STEPHANIE L. BUDGE, PH.D.** |

**EXPERT DECLARATION OF STEPHANIE L. BUDGE, PH.D.**

I, Stephanie L. Budge, Ph.D., hereby declare as follows:

1.      I submit this expert declaration based on my personal knowledge.  If called to testify in this matter, I would testify truthfully and based on my expert opinion.

2.      I am a licensed psychologist specializing for over 17 years in issues of gender identity and gender transition and, in particular, the mental health of transgender people and the treatment of gender dysphoria. I am a full professor in counseling psychology at the University of Wisconsin-Madison ("UW-Madison").

3.      I have been retained by counsel for the Plaintiffs in the above-captioned matter to provide expert opinions about: (a) the psychological understanding of gender identity and what it means to be transgender, (b) generally accepted standards of the medical and mental health practice with respect to the diagnosis and treatment of gender dysphoria, including social transition, (c) the importance of access to sex-separated facilities as a part of social transition, (d) the harms caused by excluding transgender students from using sex-separated facilities that are aligned with their gender identity, and (e) misinformation about transgender people's use of restrooms consistent with their gender identity.

## I.    QUALIFICATIONS

4.      The information provided regarding my professional background, experiences, publications, and presentations are detailed in my curriculum vitae. An accurate and true copy is attached as Exhibit A to this declaration.

5.      I received a master's degree in educational psychology from the University of Texas at Austin in 2006 and a Ph.D. in counseling psychology in 2011 from the University of Wisconsin-Madison. My Ph.D. concentration specifically focused on transgender people's

mental health. I also specialized in psychological assessment as part of my Ph.D. degree program.

6.     I have been a mental health professional since 2006, and I am currently licensed to practice psychology in the state of Wisconsin (license # 3244-57). I have been a professor in counseling psychology at the University of Wisconsin-Madison since 2014.

7.     I have extensive expertise working with transgender people—that is, those whose sex assigned at birth is different from their gender identity. I have been a mental health provider to transgender people since 2007. Transgender people have comprised the majority of my clinical caseload since 2011, and I have worked clinically with approximately 200 transgender patients through the provision of individual therapy, group therapy, psychological evaluations, and supervision of others' clinical work. A significant portion of my clinical work has focused on adolescents, and I also have extensive experience working with young adults and adults generally. For example, I held an appointment as a clinical health psychologist at UW-Madison Health Pediatric and Adolescent Transgender Health ("PATH") clinic, where I conducted clinical assessments with transgender adolescents ages 13-18. I have also facilitated clinical support groups for transgender adolescents ages 14-18 at the Counseling Psychology Training Clinic at UW-Madison, and I provided psychotherapy to transgender adolescents when I had a private practice, where I provided referrals to medical care providers and also conducted assessments to diagnose gender dysphoria. I completed my predoctoral internship training at the University of Minnesota—Twin Cities' counseling center, where I specialized in providing clinical services to transgender college students. In addition, I completed a postdoctoral training experience at the University of Louisville's counseling center, where I provided therapy groups

to transgender college students and over 90% of my caseload focused on transgender college students.

8.      As a faculty member and Director of Clinical Training at UW-Madison, I teach courses that focus on training master's and doctoral students to become mental health professionals and psychological researchers. I provide pro bono clinical services and train student therapists in best practices in clinical work with transgender patients at the Counseling Psychology Training Clinic, the community clinic affiliated with my academic department at UW-Madison.

9.      As part of my faculty appointment, I am the Director of the Transgender Counseling Advocacy Research and Education ("CARE") Collaborative. In this role, I design research projects that focus on the mental health needs of transgender people. One of the current research projects is an open clinical trial focusing on the effectiveness of psychotherapy for transgender people. As part of this clinical trial, we trained over 100 mental health providers on how to reduce distress that is experienced from discrimination by other individuals or entities, and 49 patients were enrolled in and received psychotherapy as part of the trial. The research we conduct includes adults, including young college-age adults.  We also engage in a large body of research that focuses on transgender adolescents. Specifically, we recently conducted and presented analyses from the Trans Teen and Family Narratives project, and we finalized publishing our sixth and final article from the longitudinal Transgender Youth and Families Study in 2023. I have published 116 invited and peer-reviewed journal articles and book chapters, with the majority of these focusing on transgender people. Notably, several of these publications are focused on the impact of discrimination on transgender youth and adults' mental health and effective interventions to improve transgender youth and adults' mental health. I have

been involved in more than 200 academic presentations (internationally, nationally, and regionally). The majority of these presentations have been focused on transgender people, with a significant proportion focusing on transgender youth.

10.     I am an associate editor for the journal Psychology of Sexual Orientation and Gender Diversity. I am on the editorial board for the International Journal of Transgender Health as well as LGBTQ+ Family: An International Journal. Researchers in the United States and across the world regularly seek my assistance as an expert reviewer for research focused on transgender people.

11.     I have received several awards for my work in the science and clinical practice of working with transgender people. For example, I recently received the 2025 American Psychological Association Distinguished Contribution to Public Policy Award and the 2024 Vilas Mid Career Award. I received the 2021 American Psychological Association Distinguished Contribution to Counseling Psychology Award for my clinical work and research with transgender people. I also received the 2021 American Psychological Association Social Justice Award for my contributions to psychotherapeutic practice with transgender people. I was the first recipient of the American Psychological Association Transgender Research Award in 2010. For my community-focused research, I received the UW-Madison School of Education 2018 Community Engaged Scholar Award, the 2021 UW-Madison Exceptional Service Award, and the 2022 UW-Madison School of Education Excellence in Diversity Award.

12.     I am a member of the Society for the Psychology of Sexual Orientation and Gender Diversity within the American Psychological Association ("APA"), of which I am also a member. In August 2021, I completed a 10-year term as co-chair of the Science Committee for the Society and continue as a member of this committee. We provide programming at the APA

annual convention to disseminate cutting edge research on the best psychological practices and evidence-based treatments for lesbian, gay, bisexual, transgender, and queer ("LGBTQ") people. At the 2022 APA annual convention, I chaired or participated in six presentations and panels that focused on best practices in psychological science regarding transgender populations and interventions to reduce psychological distress for transgender people; in August 2024 I was engaged in similar science-based discussions at the APA annual convention. In 2021, I became a Fellow of the American Psychological Association.

13.     In addition, I am a member of the World Professional Association of Transgender Health ("WPATH"). WPATH is an interdisciplinary professional organization of individuals worldwide specializing in research and practice in transgender health. WPATH publishes the Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People, which are widely accepted by health care practitioners across disciplines who provide care to transgender people.

14.     I am being compensated at an hourly rate of $250/hour for actual time devoted for research, preparation, reports, and / or consulting related to my expert opinion in this case. If deposed or providing testimony, I will be compensated at a rate of $400/hour. I also receive $3,000 a day for compensation when travel is required for my services. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

15.     In the previous four years, I have testified as an expert at trial or by deposition in *Cooper v. USA Powerlifting*, No. 62-CV-21-211 (Minn. Dist. Ct. 2022); *Doe v. Horne*, No. 4:23-cv-00185 (D.Ariz. 2023); *Roe v. Critchfield*, No. 1:23-cv-315 (D. Idaho 2023); *R.F. v. Platte County R-3 School Dist*., No. 23AE-CC00205 (Missouri, 2024); and *Doe v. Elkhorn Area School*

6

*Dist.*, No. 2:24-cv-00356 (Wisconsin, 2024); *Doe v. South Carolina*, No. 2:24-cv-06420 (D.S.C. 2024).

16.    In preparing this expert declaration, I reviewed the text of Idaho Senate Bill 1100 at issue in this matter. My opinions are based on my education; my clinical experience; research findings from my own scholarship; my review of the seminal and most influential psychological and public health research on transgender people, including the most current research, published as recently as this year. Attached as Exhibit B is a bibliography of the relevant and pertinent medical and scientific literature relating to the opinions expressed in this expert declaration. The materials I have relied upon in preparing this expert declaration are the same types of materials that experts in my field of study regularly rely upon when forming opinions on these subjects. I reserve the right to supplement these opinions based on subsequent developments in my field and/or factual developments in this litigation.

## II.    BACKGROUND INFORMATION ON GENDER IDENTITY AND GENDER DYSPHORIA

17.    The term "gender identity" is a well-established concept in psychology and medicine, referring to a person's internal or psychological sense of having a particular gender. All human beings have a gender identity. People usually begin to explore and understand their gender identity around the age of three (with some variation), although some transgender people may not begin to recognize or express their gender identity until later in life.

18.    Every individual's sex is multifaceted and composed of many distinct biologically influenced characteristics, including, but not limited to, chromosomal makeup, hormones, internal and external reproductive organs, secondary sex characteristics, and gender identity. Accordingly, using a term such as "biological sex" is inaccurate, because there are a multitude of factors that contribute to one's sex.

19.     At birth, the sex of infants is typically assigned as male or female based on external genitalia. Typically, people born with the external physical characteristics commonly associated with males identify as men and experience themselves as male, and people born with the external physical characteristics commonly associated with females identify as women and experience themselves as female. However, for transgender people this is not the case. For transgender people, their internal sense of their gender—that is, their gender identity—differs from the sex they were assigned at birth.

20.     Unlike cisgender people, transgender people experience a pervasive, consistent, persistent, and insistent sense of being a gender different from the sex assigned to them (e.g., Olson et al., 2015; Rafferty et al., 2018).

21.     Neuroimaging data demonstrate strong evidence to indicate biological factors related to transgender identity (see Sanchez & Pankey, 2017 for a review; Spizzirri et al., 2018). Given the multifaceted nature of sex as described above, neuroimaging can capture a multitude of components that reflect the complexity of sex (referred to as the brain mosaic by neuroscience researchers, see Rouse & Hamilton, 2021). Neuroscience research conducted with transgender people reflects the complexity of sex and has become more specific over the years. There is not one particular component in the brain that is indicative of sex, and the studies over the years reflect the complexity of how researchers are measuring components of sex. For example, transgender women's hypothalamus responded similarly to cisgender women's hypothalamus when encountering pheromones (Berglund et al., 2008) and transgender women demonstrated similar cognitive responses in their parietal lobe to cisgender women when manipulating certain 2D and 3D images (Carillo et al., 2010). In addition, research indicates adolescent trans boys

demonstrated alignment with cisgender boys in their sensorimotor network; similar findings were noted for adolescent trans girls when compared to cisgender girls (Nota et al., 2017).

22.     For many people who experience incongruence between their gender identity and their sex assigned at birth, the incongruence can cause serious emotional distress.

23.     Gender dysphoria, codified in the American Psychiatric Association's (2022) Diagnostic and Statistical Manual of Mental Disorders Fifth Edition Text Revision ("DSM-5-TR"), is the psychiatric diagnosis for the distress associated with gender incongruence. People who are diagnosed with gender dysphoria can experience a number of different symptoms. When people with distress related to gender incongruence are unable to live consistently with their gender identity and do not obtain competent and necessary treatment (which may include a social transition and medical treatments), serious and debilitating psychological distress (for example, suicidal ideation, substance use, depression, anxiety, and self-harm) often occurs.

24.     Treatment of gender dysphoria often includes social transition. Social transition refers to living in the world in a manner consistent with the individual's gender identity. For some adolescents and adults, medical interventions to align the individual's body with their gender identity may be indicated. Treatment is individualized based on the needs of the patient and the patient's age.

25.     For transgender people, social transition can be an important aspect of treatment to reduce the symptoms of gender dysphoria. As part of a social transition, an individual will typically, among other things, use a name and pronouns congruent with their gender identity, dress and groom in a manner typically associated with their gender identity and use sex-designated facilities such as restrooms that align with their gender identity. To be clinically effective at alleviating the distress associated with gender dysphoria, a social transition must be

respected consistently across all aspects of a transgender person's life—for example, at home, in school, and at work.

26.    Most transgender adolescents and adults will undergo some type of social transition. Youth and adults who do not move forward with a social transition are often barred from doing so due to external factors, such as unsupportive caregivers or lack of safety (see Ehrensaft et al., 2018). Current evidence-based treatment protocols indicate that when transgender adolescents and adults socially transition, mental health and medical providers and social supports should affirm their gender identity to ensure that their gender identity is part of their lived experience in all aspects of their lives. It is the aim of treatment to assist the adolescents and adults in successfully integrating their internal identity into a life that allows them to function consistently in accordance with that identity and not feel shame for who they are. For transgender people for whom social transition is part of their treatment of gender dysphoria, it is likely that serious distress will result if clinically indicated aspects of transition are impeded.

27.    There are no medical interventions indicated for pre-pubertal children. For transgender adolescents and adults, hormone therapy may be prescribed—either puberty-delaying hormones designed to delay the onset of physical changes associated with puberty and/or hormones designed to masculinize or feminize the individual's appearance. Gender-affirming surgeries may be advised for some older adolescents and adults, depending on a number of factors. While surgeries are generally not performed until after the adolescent has reached the age of majority, there may be some factors that clinically indicate the need for surgery prior to the age of majority (see Grimstad et al., 2021). Whether any of these medical interventions are indicated for a patient depends on the needs of the individual patient. And

informed consent and a rigorous psychological assessment are advisable before initiating any medical interventions to treat adolescents with gender dysphoria.

28.     Transgender boys and men treated with hormone therapy may appear indistinguishable from cisgender boys and men, and transgender girls and women treated with hormone therapy may appear indistinguishable from cisgender girls and women. Transgender boys who are prescribed puberty blockers will not develop breasts or the muscle and fat distribution experienced by girls during puberty, and if that is followed by testosterone, they typically will, among other changes, have a chest, muscle/fat distribution, facial and body hair, skin changes that may increase acne, and deepened voice typical of other boys and men. Transgender girls who are prescribed puberty blockers will not develop the deepened voice, facial hair, and muscle development experienced by boys during puberty, and if that is followed by estrogen and anti-androgen medication, they will have the breast development, redistribution of fat (specifically to abdomen, buttocks, hips, thighs, and arms), musculature, and hair and skin texture typical of other girls and women.

## III.    DISCRIMINATION AGAINST AND VICTIMIZATION OF TRANSGENDER PEOPLE

29.     Excluding transgender boys and men from using facilities used by other boys and men, and transgender girls and women from using facilities used by other girls and women, subjects transgender students to discrimination in a context in which they already experience a disproportionate amount of discrimination and adverse health impacts that result from discrimination.

30.     Psychological science has used the concept of minority stress to understand and explain the reasons why transgender people (and members of other minority groups) experience physical and mental health disparities. The minority stress model indicates that there are three

types of minority stressors: 1) external stressors, 2) expectations of external stressors, and 3) internal stressors. Examples of external stressors experienced by transgender people include discrimination, prejudice, harassment, rejection, and non-affirmation of gender identity. Examples of internal stressors experienced by transgender people include: concealing one's gender identity, internalizing gender-related stigma, and constantly thinking about one's gender. Transgender people will often expect that they will experience external stressors due to having actually experienced these in the past (or currently experiencing them) as well as witnessing or hearing about other transgender people who have experienced external stressors.

31.     In addition to studies that focus generally on external stressors, there have been several studies that delve into specific types of external stressors. For example, there is one type of external stressor called misgendering that includes communications or actions that convey that a person's gender is misperceived or is being purposefully denied. Examples of misgendering can include using a name or pronouns inconsistent with a person's gender identity or denying them access to gendered facilities that are consistent with their gender identity (McLemore, 2018). In a study with 1,091 participants, researchers reported higher anxiety scores for participants who reported more instances of misgendering (Jacobsen et al, 2023). McLemore (2015) found that experiences of being misgendered were associated with anxiety and negative affect (e.g., hostility and guilt), lower self-esteem related to appearance, and felt stigma. In a follow-up study with more specific measures regarding mental health, McLemore (2018) again reported that experiences of being misgendered were related to depression, anxiety, stress, and felt stigma.  In addition to depression and anxiety, Colson et al. (2024) found that participants reported post- traumatic stress symptoms as a result of misgendering.

32.     Misgendering, along with other forms of external stressors, is considered a form of social exclusion. Social psychology has established that seeking social acceptance is one of the most basic human needs and that the harms of social exclusion based on identity are widespread and can be catastrophic. On an individual level, social exclusion impacts one's sense of belonging, self-esteem, sense of existence, and self-control. Social exclusion is associated with an increase in maladaptive behaviors and risk-taking behaviors. On a systematic level, social exclusion is often reinforced by organizations and institutions adopting policies and procedures that can enforce discrimination toward certain groups of people. Social exclusion is considered harmful in general; however, it can be even more harmful when people in positions of power perpetuate notions that isolate and stigmatize transgender people. Research on social identity theory describes the harm that results when people of higher status—usually people in power such as administrators—fail to affirm or actively disaffirm lower-status individuals with a marginalized identity (Hogg, 2016). This often leads to external forms of harm such as ostracization and discrimination against the individual by peers and others, as well as internal harms such as internalized shame and self-hatred. These internal and external factors can be directly related to psychological distress, such as post-traumatic stress disorder, depressive disorders, anxiety disorders, and hypertension, amongst myriad other health concerns.

33.     In a study involving 610 transgender people (Galupo et al. 2020), study participants provided information about their experience of gender dysphoria. When asked about the impact of being misgendered or otherwise discriminated against based on their being transgender, they provided descriptions such as "it's like a visceral, violating, physical manifestation of psychological pain for me" and "each of those [misgenderings] is a knife." In my recent publications on the experience of gender dysphoria, the data indicate that gender

dysphoria is distressing (Lindley, Lee, Norton & Budge, 2024) and that social experiences, like misgendering, increase gender dysphoria (Lindley, Pulice-Farrow, & Budge, 2023).

34.    There is a large body of scientific data indicating that transgender people experience a significant number of external stressors. The 2022 U.S. Transgender Survey (James et al., 2024), collected data regarding discrimination experiences of 92,392 transgender people, aged 16 and above in the United States. This dataset concluded that transgender people experience substantial discrimination through a multitude of contexts, including employment, education, facilities, housing, legal protections, and access to health care services. Specifically, 80% of participants ages 18 and above and 60% of 16 and 17 year old participants indicated that they experienced mistreatment and negative experiences in K-12 school specifically related to being transgender.

35.    In their systematic review of discrimination experiences reported by transgender people, McCann & Brown (2017) found that for 19 studies including over 9,000 participants, experiences of transgender-specific discrimination ranged from 40-70%, depending on the type of discrimination (e.g., health care discrimination, harassment, violence). However, more recent estimates indicate the numbers might be higher than in the 2017 review. In a study my colleagues and I recently conducted with a sample of 575 transgender participants, 92.6% reported at least one lifetime experience of transgender-related discrimination (for example, not being treated fairly or justly in specific environments), 94.2% reported at least one lifetime experience of anti-transgender rejection (for example, relationships ending or feeling unwelcome in certain communities), and 78.9% reported at least one lifetime experience of anti-transgender victimization (for example, experiences of physical harm, harassment, or property damage) (see Barr, Snyder, Adelson, & Budge, 2021). Also, in a study focusing on discrimination experiences

of transgender people, 76.1% of the sample reported experiencing discrimination in the past year
(Puckett et al., 2020). In addition to experiences of discrimination, transgender people report
extensive exposure to mistreatment, harassment, and violence (James et al., 2016). One of the
largest nationwide U.S. studies focused on LGBTQ youth demonstrates that transgender youth
experience significant amounts of harassment, bullying, and violence (Kosciw et al., 2022). In a
report from the data that compared transgender and cisgender youth (GLSEN, 2021), 84.4% of
transgender youth felt unsafe at school when compared to 20.6% of their cisgender LGBQ peers.
In addition, 43.6% of the transgender sample reported missing school because they felt unsafe or
uncomfortable, compared to 24.9% of their cisgender LGBQ peers.  The study indicated that
77.3% of transgender students reported experiencing discrimination at school, compared to
46.1% of the cisgender sample. In the overall report (Kosciw et al., 2022), 80.3% of youth
reported hearing biased language regarding gender expression and 65.2% reported hearing anti-
transgender language while at school. Of those youth, 72% reported that there was a staff
member present while hearing those remarks and that 91.2% of staff never intervened or
intervened only sometimes. In one of the largest nationwide Canadian studies to focus on
transgender youth (Taylor et al., 2020), 66% of youth reported being bullied, 35% were
physically threatened or injured, 9% were threatened with a weapon; 63% reported experiencing
verbal sexual harassment, 34% reported physical sexual harassment.  In another study,
transgender youth reported high rates of physical violence at school (57%) and nonphysical
victimization at school (68%) (De Pedro & Gorse, 2023).

36.    Transgender adolescents experience a great deal of victimization in the school
environment, including bullying, physical assault, sexual assault, maltreatment, property
victimization, and witnessing/indirect victimization. In their systematic review, Martin-Castillo

et al. (2020) examined the effects of school-based victimization for K-12 and college students throughout 19 studies covering over 23,000 transgender people. Results from this systematic review indicate that transgender youth experience significantly higher rates of victimization at school than their cisgender peers. An additional systematic review of K-12 transgender students' experiences in schools indicates that bullying and victimization are two primary contributors to mental health concerns (Day & Brömdal, 2024).

37.    Research that focuses specifically on transgender college students and victimization indicates that college students report victimization at higher rates when compared to cisgender peers (Griner et al., 2020). In Daigle et al.'s (2025) study focused on 7 different types of victimization experienced by college students, they noted that transgender college students reported higher rates of all seven types of victimization (violent victimization, sexual victimization, intimate partner violence victimization, stalking, bullying, microaggression, and discrimination) when compared to their cisgender peers.

38.    There also is robust data regarding the psychological impact of external stressors for transgender youth and young adults. Exposure to discrimination has been linked with higher reports of depression, anxiety, post-traumatic stress disorder, self-harm, and suicidality (e.g., Chozden et al., 2019; Price-Feeney, Green, & Dorison, 2020; Veale et al., 2019; Wilson et al., 2016). Pease and colleagues (2022) note that external minority stressors were directly related to psychological distress for young adults. In addition to this finding, they also note that experiencing more anti-transgender discrimination leads to higher levels of gender dysphoria, which then increase psychological distress for young adults. Real and Russell (2025) found in their sample of 116 transgender youth assessed over a four-year period of time demonstrated higher reports of depression in association with experiencing victimization and that this was

significantly higher than rates from the sexual minority youth in the study. A recent meta-analysis noted that gender related discrimination, gender related rejection, gender related victimization, and non-affirmation of gender identity were all positively related to depression and anxiety (Wilson et al., 2024). For college students specifically, higher rates of victimization and discrimination were related to higher levels of depression, alcohol use, suicide attempt history, and self-harm (Busby et al., 2020).

39.    Regarding mental health disparities, transgender youth consistently report higher instances of mental health concerns when compared to their cisgender counterparts. When compared with cisgender matched controls, transgender youth displayed a twofold to threefold increased risk of depression, anxiety, suicidal ideation, suicide attempt, and self-harm (Reisner et al., 2015). Fox et al. (2020) report that transgender adolescents were 8 times more likely to report depressive symptoms when compared to cisgender adolescents and were 5 times more likely than cisgender adolescents to report self-harm and suicidality. There is a large body of research demonstrating that these disparities can be explained primarily by the presence of external stressors. One study by Suarez et al. (2024) analyzed data comparing 98,174 cisgender and transgender youth and found that transgender students were more likely than cisgender students to report experiences of violence, poor mental health, suicide risk, some sexual risk behaviors, unstable housing, and felt less belonging at school. An additional study analyzing over 17,000 youth noted that transgender youth reported higher rates of mental health diagnoses and suicidality when compared to cisgender youth (Nunes-Moreno et al., 2025).

40.    For college students specifically, Pascale and DeVita (2024)'s research found that transgender college students reported higher rates of self-harm and suicide attempts when compared to cisgender college students. Valen et al (2025) analyzed data comparing transgender

(n = 3,902) and cisgender college students (n = 87,165) and noted both physical health and mental health disparities, noting that transgender college students reported higher rates of: psychological distress, suicidality, ADHD, depression, anxiety, PTSD, chronic pain, and insomnia.

41.     Although all psychological distress deserves attention, suicidality (suicidal ideation, suicide attempts, and completed suicide) is perhaps one of the most devastating outcomes due to the finality of completed suicide. For transgender youth, the evidence indicates that suicidality is an overwhelming mental health disparity. Data indicate that transgender youth are more likely to attempt suicide when compared to cisgender youth; for example, researchers indicated that 45% of transgender youth in their sample reported attempting suicide compared to 12% of cisgender boys and 24% of cisgender girls (Zell & Kerr, 2024). Additional studies indicate that transgender youth are 2.71 times more likely to attempt suicide than cisgender youth (Jackman et al., 2019). In addition, in a sample of transgender youth, 86% reported suicidal ideation and 56% reported a previous suicide attempt and that external stressors such as harassment and bullying were directly related to suicide attempts (Austin et al., 2022). As noted above, these disparities can be explained primarily by the presence of external stressors. A recent systematic review indicated that safety and connectedness at school were amongst some of the primary protective factors from suicide attempts for transgender youth (Christensen et al., 2023).

42.     For college students, suicidality is also a significant concern. Liu et al. (2019) indicated that transgender students are 1-2.4 times as likely to report suicidality and mental health issues when compared to cisgender women. Woodford et al. (2018) reported that almost 10% of the transgender college students in their sample had attempted suicide, which they compared to national rates of college students ranging from .06% to 1.3%. In a more recent

study, results noted that transgender college students had a lifetime suicide attempt rate of 29%

and that 45% of the sample had experienced suicidal ideation in the past year (Busby et al.,

2020). In one of the largest samples of transgender young adults (age 18-25) in the US, 66% of

respondents indicated an experience of suicidal ideation (Wang et al., 2024).

43.     Studies demonstrate that a negative school climate is not only detrimental to

transgender youths' mental health, but also impacts their academic achievement. When

compared to cisgender youth, transgender youth were three times more likely to be truant from

school due to feeling more unsafe and distressed (Day et al., 2018). Additionally, transgender

youth reported greater victimization at school and poorer academic performance when compared

to cisgender LGBQ+ peers (Poteat et al., 2021).  Transgender youth are statistically more likely

to fail a class than cisgender youth and are less likely to take advanced math classes by the end

of their school (Wilkenson et al., 2021).

## IV.    THE IMPACTS OF EXCLUDING TRANSGENDER STUDENTS FROM FACILITIES THAT MATCH THEIR GENDER IDENTITY

44.     In the United States, school and other public multiple occupancy restrooms are

typically separated based on gender (women's and men's or girls' and boys' restrooms), unlike

most other spaces. (As such, there are already generally prohibitions in place that bar cisgender

boys from using girls' restrooms and cisgender girls from using boys' restrooms.) When

facilities are gendered and a transgender person is prohibited from using facilities consistent with

their gender identity, a variety of negative consequences can result, each of which can lead to

adverse mental and/or physical health for the excluded transgender person. These include: (1)

feelings of rejection, invalidation, isolation, shame, and stigmatization; (2) interference with the

process of social transition; (3) disclosure that the individual is transgender to others who may

not know that (and to whom the individual does not wish to disclose that); (4) communication to

others of a view that the transgender person does not belong in spaces used by their peers and that there is something wrong with the individual, which can foster additional discrimination, harassment, and even violence; (5) efforts to avoid going to the restroom, including restricting intake of fluids and food, which can cause serious physical illness and other significant health consequences; and (6) reduction in the ability to concentrate and learn.

45.    In addition, when "accommodations" are offered to transgender people that require them to use a separate restroom that is not usually designated for their group (e.g., sending a high school student to a faculty or nurse's restroom) or when a transgender person is told that they—but not their peers—must use a single-user restroom, that individual is being told not only that their gender identity is invalid, but that they are something "other" and must be separated from all their peers because of who they are.  Numerous research studies have confirmed the negative psychological impact of being invalidated and "othered" in these ways (e.g., Price-Feeney et al., 2021; McGuire et al., 2022; McLemore, 2015; McLemore, 2018).

46.    Defendants have argued that providing gender-neutral restrooms is part of gender-affirming support and care (citing, e.g., Price-Feeney et al., 2021).  This relies on a mischaracterization of research.  There is a significant difference between forcing a transgender student to use a gender-neutral restroom where that is *not* the facility the student wishes to use and providing a transgender student with access to gender-neutral restroom where that is the facility that the student prefers.  While the latter situation could be viewed as affirming, the former situation cannot.

**A.    Excluding students who are transgender from facilities that are consistent with their gender identity worsens the already severe discrimination experienced by transgender people, contributing to negative health outcomes.**

47.    Adding to the discrimination transgender youth already experience by excluding them from using the same restrooms as their peers subjects these youth to significant

psychological harm and worsens their mental health, including causing feelings of rejection, invalidation, isolation, shame, and stigmatization, as well as depression, anxiety, and suicidal ideation. Research also indicates that there are cumulative effects of experiencing discrimination, especially related to trauma. In a recent study, my colleagues and I found that the chronicity and accumulation of discrimination events were related to higher incidences of Post-Traumatic Stress Disorder (Barr et al., 2021).

48.    Although many transgender people report negative consequences when they are restricted from using restrooms consistent with their identity, this exclusion may be particularly damaging during adolescence and young adulthood. This time period is marked by a time of development where individuals' attention and awareness are particularly heightened related to looks, "fitting in," and navigating complex social interactions. Transgender adolescents and young adults are typically acutely self-conscious of the ways they may be perceived as different from their peers of the same gender. An internal consequence of that "not fitting in" is often internalized shame and sometimes diagnosable social anxiety and depression. External consequences can include experiences of bullying, harassment, and discrimination by peers and adults within school institutions. Of particular concern is bullying and harassment of transgender students, and even violence against them, if they use restrooms that are inconsistent with how they appear to, or are known to, others.

49.    In addition to the links between harassment and discrimination from peers and clinical distress in transgender adolescents and young adults, it can be even more harmful when adults in power perpetuate notions that isolate and stigmatize transgender adolescents. Research on what is known as social identity theory describes the harm that results when people of higher status— usually people in power, such as, in the case of students, school administrators—fail to

affirm or actively disaffirm lower-status individuals with a marginalized identity. This often leads to external forms of harm such as ostracization and discrimination against the individual by peers and others, as well as internal harms such as internalized shame and self-hatred. These internal and external factors can be directly related to psychological distress, such as post-traumatic stress disorder, depressive disorders, anxiety disorders, and hypertension, amongst myriad other health concerns.

50.    Research demonstrates that serious harms can result when transgender people are not allowed to use restrooms corresponding to their gender identity (Horne et al., 2022; McGuire et al., 2022; Price-Feeney et al., 2021). Most transgender people begin using restrooms consistent with their identity after completing other aspects of social transition (wearing clothing associated with their gender, changing their hair, etc.). Transgender and gender non-conforming people regularly face harassment and victimization in restrooms corresponding with their sex assigned at birth (Herman, 2013). Requiring transgender people to use facilities that do not correspond to their gender identity following a social transition thus subjects those people to increased risk of actual victimization as well as to the realistic fear of such victimization, with the accordant harms resulting from that stress.

51.    Highlighting the harm caused to transgender youth, a recent study by DeChants et al. (2025) indicates that out of a sample of 12,596 transgender youth and young adults ages 13-24, 71% of transgender youth report either sometimes or always avoiding using restrooms due to concerns about discrimination. In addition, 67% of youth report "holding it" and 38% indicate that they avoid drinking liquids to avoid using the restroom. Those who avoided bathrooms had twice the odds of attempting suicide in the past year compared with transgender youth who did not avoid using the bathroom. Price-Feeney, Green, and Dorison (2021) note that in a sample of

7,370 transgender youth and young adults ages 13-24, 58% reported being prevented or discouraged from using a restroom that corresponds to their gender identity. Of those youth, 85% reported experiencing depression and 60% seriously considered suicide. Statistical analyses indicated that restroom discrimination against transgender youth not only increased depression and thoughts of suicide but was also related to one or more suicide attempts. Additional data indicate that internalizing the impact of legislation restricting restroom use is related to depression and anxiety for transgender people (Horne et al., 2022). A qualitative study of transgender youth and young adults' (ages 12-23) experiences with restrooms by McGuire et al. (2022) indicates that restrictions on one's use of gendered restrooms impeded participants from having a good quality of life and impacted how they structured their lives, moved through their days, interacted with others, and envisioned their futures. They also described chronic embarrassment, anxiety, and poor self-esteem specifically tied to fears of harassment and actually experiencing harassment in restrooms that specifically did not align with their gender identity. A sample of 2,316 transgender college students reported that being denied appropriate restrooms on campus was related to higher rates of suicide attempts (Seelman, 2016).

**B.    Excluding transgender students from facilities that are consistent with their gender identity interferes with social transition.**

52.    Because social transition involves an individual living in the world in a manner consistent with the individual's gender identity, being excluded from facilities consistent with one's gender identity is inconsistent with and will interfere with the process of social transition.

53.    Research demonstrates the importance of social transition for transgender youth and young adults.  Research from the longitudinal TransYouth Project (TYP) indicates that transgender youth who have socially transitioned demonstrate similar depression levels when compared to cisgender youth (Durwood et al., 2017; Olson et al., 2016). Additional research

demonstrates that social transition processes are related to less depression, less suicidal ideation, and less suicidal behaviors (Russell et al., 2018). As well, transgender-related harassment in K-12 school environments primarily accounts for negative mental health experiences of transgender students, and if students socially transition, the positive mental health effects from the social transition can act as a protective factor from the effects of harassment in those environments (Turban et al., 2021).

54.    For college students specifically, beginning their social transition process is related to several factors, but notably having their institution enact transgender-affirming policies and procedures and having access to transgender-inclusive, gender-related curricular experiences were incredibly important (Lange, 2022). In a separate study, transgender students noted that there were several factors that led to their social transition in college, including supportive faculty, LGBT centers on campus, and supportive therapists at counseling centers; though some participants indicated there were fears of violence and harassment (Pryor, 2015).

55.    Consequently, delaying social transition is detrimental for transgender youth. Horton's (2022) qualitative study of parents of transgender youth provides an in-depth analysis of the consequences of delaying social transition for children, notably mentioning the psychological distress that results from delaying social transition. In the largest nationwide survey in the U.S. focusing on discrimination experiences of transgender people 18 and older, impeding social transition processes (for example, not being able to change one's name) is directly related to experiencing harassment and assault (James et al., 2016). In a large (N =1,519) nationwide Canadian survey of transgender youth, findings similarly demonstrate that not being able to access social transition components/processes is also directly related to experiencing harassment, assault, and denial of services (Taylor et al., 2020).

**C.    Requiring transgender students to use facilities that are inconsistent with their gender identity can disclose to others who would otherwise be unaware that they are transgender.**

56.    Most transgender people begin using restrooms consistent with their identity after completing other aspects of social transition (such as wearing clothing associated with their gender, changing the way they wear their hair, and changing their name and pronouns to be consistent with their gender). Because of that, when transgender people who are in the process of social transition are forced to use facilities inconsistent with how their gender is perceived by others or are excluded from facilities used by other students who identify as the same sex as them, this can disclose to others who may not already be aware of the student's transgender status that the student is transgender.

57.    The exclusion from a restroom consistent with one's gender identity itself can disclose a student's transgender status, independent of whether that student is seen using a gender-neutral restroom.  For example, a group of boys/men are walking with each other down a campus hallway after having discussed needing to use the restroom, and one of them is transgender; the transgender male would not be able to enter the boy's/men's restroom with the other group of male students based on Senate Bill 1100 and House Bill 264. The simple act of discussing needing to use a restroom and the transgender student not entering the restroom with the others would put the student in a difficult situation resulting in the disclosure of their transgender status.  In addition, these laws would require that transgender male to enter the women's restroom if no other single-user restroom were available.  This would be true even though he may have received masculinizing hormone therapy for years and developed facial hair and a deep voice.  As mentioned above, many transgender men are indistinguishable from cisgender men, but Idaho law would leave this young man no choice but to use the women's restroom—likely leading to confusion and, harassment.  The young man would have no choice

but to disclose his transgender status to justify his presence in the women's restroom, depriving him of the ability to maintain his privacy.

58.     There are two primary outcomes from this forced disclosure—one being that transgender students will experience the psychological distress and gender dysphoria that come from worrying about their gender identity being disclosed without their permission. The second outcome is that transgender students can become targets for discrimination or worse when their transgender status is made known to others.

> **D.    Excluding transgender students from facilities used by their peers can lead to harassment, bullying, and even violence.**

59.     When transgender students are excluded from using facilities used by their peers, it does not go unnoticed by other students, who receive the unmistakable message that their transgender classmates are not suitable to be among them. This can encourage other students to engage in harassment, bullying, and even violence toward transgender students (see Taylor et al., 2020; Murchison et al, 2019).

60.     Requiring transgender people to use facilities that do not correspond to their gender identity following a social transition thus subjects those individuals to increased risk of actual victimization as well as the realistic fear of such victimization, with the accordant harms resulting from that stress.

61.     Even when gender neutral restroom options are available, it can be harmful to tell a transgender student that they are required to use those restrooms instead of having the option to use the restroom that aligns with their gender identity. One harm is the increase in gender dysphoria that occurs in adolescents because of being othered by not being able to use the restroom that aligns with their gender identity. Another harm is that if gender neutral restrooms

are full and there is a wait for access to these restrooms, there would not be another option for the adolescent (especially in cases of a gastrointestinal emergency).

> **E.  Transgender students excluded from restrooms consistent with their gender identity often take steps to avoid using the restroom, which can have adverse physical consequences.**

62.     To avoid the harmful effects of non-affirmation or fear of victimization, transgender people, including transgender minors, will often avoid using the restroom in any public space, including in K-12 schools and college campuses. This can lead to significant health consequences (Condray et al., 2024). First, transgender people will often avoid an intake of fluids to avoid the necessity to urinate; this can have significant health consequences related to dehydration. Even if transgender people do not avoid fluid intake, they will often hold urine in their bladders to avoid using the restroom; this can also cause negative health consequences such as urinary tract or kidney infections.  Transgender people may also avoid eating certain foods (or restrict food in general) to circumvent defecation, leading to constipation and muscle damage/weakness (see James et al., 2016 for data regarding these outcomes).  When I have worked with transgender minors and transgender college students in my clinical practice, it is clear that there can be physical health consequences with these avoidance behaviors that also manifest in mental health distress.

> **F.  Restricting transgender students from using facilities consistent with their gender identity interferes with their education.**

63.     Disaffirmation of a transgender student's gender identity, interference with the student's social transition, and anxiety about having their transgender identity disclosed and having to use restrooms inconsistent with the student's gender identity causes emotional harm that interferes with students' ability to concentrate, learn, and thrive at in K-12 schools and college campuses. In addition, reducing fluid and food intake and holding urine in their bladders

is psychologically distressing and distracting and also makes it harder for students to concentrate in their classes and learn. All of this interferes with these students' education and denies them equal educational opportunities. It impairs their ability to develop a healthy sense of self, peer relationships, and the cognitive skills necessary to succeed in adult life. Additionally, transgender students may stop going to school because of the disaffirmation they are experiencing by not being able to use the restroom that fits their gender identity and subsequent bullying by being outed because of restroom policies at their schools. Pampati et al. (2020) indicate that bullying experiences are associated with absenteeism in school for transgender students; it is well established that chronic absences impact academic achievement (Gottfried, 2019). In addition, transgender college students reported higher instances of intending to drop out of college when there were fewer resources/nondiscrimination policies (Liss et al., 2024). Golberg et al. (2019) also provide qualitative accounts of transgender college students who dropped out of college due to institutional discrimination and specifically note the experience of a transgender woman named Adelyn who was reported to the police for her use of the women's restroom.

## V.    THERE IS NO EVIDENCE THAT TRANSGENDER PEOPLE'S USE OF RESTROOMS CONSISTENT WITH THEIR GENDER IDENTITY HARMS OTHERS.

64.    Policies restricting transgender people's, and in particular transgender youths', access to restrooms that are consistent with their gender identity are frequently sought to be justified by claims that are not supported by the facts. One such piece of misinformation is that transgender people are a threat to the safety of other people when they use restrooms that do not correspond to the sex they were assigned at birth. The evidence does not support this concern (Crissman et al., 2020). This claim is frequently advanced with assertions that a transgender person assaulted someone in a restroom when in fact the person who committed the assault

generally is not transgender. The evidence indicates that transgender people are not any more likely to pose a threat to safety in restrooms when compared to cisgender people. In fact, transgender people are the ones who are most likely to be assaulted in restrooms (see Murchison et al., 2019; Taylor et al., 2020).

65.     Another piece of misinformation is that transgender people will expose their genitals to others or engage in "peeking" at others' genitals in public restrooms. Such conduct is illegal or may subject individuals engaging in it to discipline but, even more importantly, there is no evidence indicating that transgender people are more likely to engage in such misconduct than cisgender people. In my clinical experience discussing restroom safety and perception of threats with transgender patients and community members, transgender people are generally more concerned about their own safety and are focused on their own anxiety and fear when using the restroom. Young people generally exhibit modesty with regard to exposure of their genitals to others, and this is particularly true of transgender young people for whom bringing any attention to their genitals makes them extremely uncomfortable and can increase their experience of gender dysphoria. Gender dysphoria is an uncomfortable and distressing experience, by definition, and transgender people attempt to avoid experiencing it if provided with the opportunity (see Galupo et al., 2020).

                                             * * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct.

Executed this __23__ day of June, 2025.

Stephanie L. Budge, PhD