# Exhibit A

**Stephanie L. Budge, PhD, Licensed Psychologist**
**Curriculum Vitae**
Department of Counseling Psychology, School of Education, Room 305, University of
Wisconsin-Madison, Madison, WI 53706, 608-263-3753, budge@wisc.edu

## EDUCATION

**Doctor of Philosophy**                                   8/2006 - 8/2011
University of Wisconsin-Madison
APA Accredited Counseling Psychology Program
Minor: Psychological Assessment
Dissertation Title: *Distress in the transition process for transgender*
*individuals: The role of loss, community, and coping.*

**Master of Science**                                      8/2004 - 5/2006
University of Texas at Austin
Educational Psychology
Thesis Title: *Sexual pressure in gay, lesbian, and bisexual relationships.*

**Bachelor of Science**
University of Utah                                         1/2003 - 12/2003
Major: Psychology

Pace University                                            9/2000 - 12/2002
Major: Psychology
Minor: Women's and Gender Studies

## ACADEMIC POSITIONS

**Professor,** tenured                                     6/2024--current
Department of Counseling Psychology
University of Wisconsin-Madison

**Associate Professor**, tenured                           8/2018 – 6/2024
Department of Counseling Psychology,
University of Wisconsin-Madison

**Assistant Professor**, tenure-track                      8/2016 – 8/2018
Department of Counseling Psychology,
University of Wisconsin-Madison

**Assistant Professor**, visiting,                         8/2014 - 7/2016
Department of Counseling Psychology,

University of Wisconsin-Madison

**Assistant Professor**, tenure-track                    **8/2011 - 8/2014**
Department of Educational and Counseling Psychology,
University of Louisville

## ADDITIONAL POSITIONS

**Director of Clinical Training**                        **4/2024 – current**
Department of Counseling Psychology
University of Wisconsin-Madison

**Institute for Diversity Science Faculty Affiliate**   **9/2023 – current**
University of Wisconsin-Madison

**Gender and Women's Studies Faculty Affiliate**        **9/2022 – current**
University of Wisconsin-Madison

**Director of AHEAD (Advancing Health Equity and Diversity)**   **7/2018 – 06/2024**
Institute for Clinical and Translational Research
Collaborative Center for Health Equity
University of Wisconsin-Madison

**Diversity, Equity, and Inclusion Scholar In Residence**   **1/2022 – 12/2023**
Mental Illness Research Education and Clinical Center
Veterans Affairs

**Health Psychologist**                                 **6/2017 – 2/2019**
University of Wisconsin Hospital & Clinics
American Family Children's Hospital

## CLINICAL TRAINING

**Postdoctoral Clinical Training**                      **7/2013 - 6/2014**
University of Louisville Trans Project

**Postdoctoral Clinical Training**                      **9/2011 - 8/2012**
University of Louisville Counseling Center

**Predoctoral Internship**                              **8/2010 - 8/2011**
University of Minnesota, University
Counseling and Consulting Services,
APA-Accredited, APPIC listed predoctoral internship

## PROFESSIONAL LICENSE

Stephanie Budge CV 2024

Licensed Psychologist in Wisconsin - 3244-57                    **2/2015 - current**

Licensed Psychologist (provisional) in Kentucky - 2012-42      **8/2011 - 6/2014**
(under supervision to gain hours for Health Service Provider status)

## SPECIAL HONORS AND AWARDS

**Vilas Mid-Career Award**                                          **11/2024**
Vilas Faculty Mid-Career Investigator Awards recognize research and teaching excellence in
faculty who are at a mid-career stage at the University of Wisconsin-Madison.

**American Psychological Association Division 29 Fellow**            **8/2023**
Fellow status is an honor bestowed upon APA members who have shown evidence of unusual
and outstanding contributions or performance in the field of psychology. Fellow status requires
that a person's work has had a national impact on the field of psychology beyond a local, state or
regional level. Division 29 focuses on psychotherapy science and provision.

**Excellence in Diversity Award**                                   **3/2022**
Awarded the School of Education Excellence in Diversity Award at UW-Madison—awarded for
my research, teaching, and service focused on supporting and advocating for LGBTQ people.

**American Psychological Association Division 44 Fellow**           **10/2021**
Fellow status is an honor bestowed upon APA members who have shown evidence of unusual
and outstanding contributions or performance in the field of psychology. Fellow status requires
that a person's work has had a national impact on the field of psychology beyond a local, state or
regional level. Division 44 focuses on psychological science and issues related to Lesbian, Gay,
Bisexual, Transgender, and Queer people.

**UW-Madison Exceptional Service Award**                            **4/2021**
Awarded the UW-Madison Exceptional Service Award, provided to faculty who provide service
"above and beyond" service expectorations in a university environment

**Division 17 Distinguished Contribution to Counseling Psychology**  **4/2021**
American Psychological Association Division 17 (Society of Counseling Psychology) award for
research and practice with trans and nonbinary populations

**Division 29 Social Justice Award**                                **2/2021**
American Psychological Association Division 29 (Society for the Advancement of
Psychotherapy) award for social justice work and research with LGBT populations

**Impact 2030 Faculty Fellow**                                      **8/2020**
Awarded the Impact 2030 Faculty Fellowship. Chosen to be one of 10 faculty in the School of
Education to be an Impact 2030 Fellow. The fellowship includes 5 years of research support.

Stephanie Budge CV 2024

**Honorary Rainbow Degree**                                    5/2019
The University of Wisconsin-Madison's Gender and Sexuality Campus Center provides an award every year to an individual on campus who is dedicated to making positive change for LGBTQ students on campus.

**Community Engaged Scholarship Award**                        4/2018
The University of Wisconsin-Madison School of Education award for researchers engaged in community-focused scholarship—awarded specifically for my collaborations with the Wisconsin Trans Health Coalition

**Outstanding Paper Award**                                    6/2017
American Psychological Association Division 17 (Counseling Psychology) award for a 2016 major contribution published in *The Counseling Psychologist*

**Division 17 Early Career Award**                             7/2017
American Psychological Association Division 17 (Counseling Psychology) award for social justice work and research with LGBT populations

**Division 29 Early Career Award**                             5/2015
American Psychological Association Division 29 (Society for the Advancement of Psychotherapy) award for psychotherapy research

**University of Louisville Trustees Award Nomination**         2/2013
Nomination provided to faculty for excelling in mentoring students

**Outstanding Graduate Student Award**                         7/2010
American Psychological Association Division 17 (Counseling Psychology) LGBT award given for community contributions with the LGBT population during my doctoral studies

**Graduate Student Research Award**                            7/2010
American Psychological Association Division 17 (Counseling Psychology)
Society for Vocational Psychology/ACT for career research regarding transgender individuals

**Transgender Research Award**                                 6/2010
Recipient of the inaugural American Psychological Association Division 44 (Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender Issues) award for research with transgender populations

**John W. M. Rothney Memorial Research Award**                 2/2010
University of Wisconsin-Madison Counseling Psychology Department award provided to an outstanding doctoral student excelling in research

**Outstanding Student Poster Award**                           8/2009
American Psychological Association Division 17 (Counseling Psychology)

4

Stephanie Budge CV 2024

# RESEARCH

## JOURNAL PUBLICATIONS
<u>Underlining</u> denotes student, * indicates senior author

1. **Budge, S.L.,** Tebbe, E.A., <u>Lee, J.,</u> Matsuno, E., & <u>Lindley, L.</u> (In press). The Healing through Ongoing Psychological Empowerment (HOPE) telehealth intervention with Two Spirit, Transgender, and Nonbinary clients of color in the United States: An open clinical trial feasibility and implementation analysis. *JMIR Formative Research.*

2. <u>Line EC,</u> Zubizarreta D, **Budge SL,** Watson RJ, Gordon AR, Austin SB, & Katz-Wise SL. (In press). Minority stress and protective factors for body image concerns and disordered eating among a cohort of transgender and nonbinary youth: A preliminary longitudinal study. *International Journal of Transgender Health.*

3. **Budge, S.L.,** Tebbe, E.A., <u>Lee, J., Lindley, L., Dominguez, S.,</u> & Matsuno, E., (In press). Longitudinal outcomes of an open psychotherapy clinical trial with Two Spirit, transgender, and nonbinary clients of color. *Transgender Health.*

4. **Budge, S.L.,** Abreu, R.L., Flinn, R.E., Donahue, K., Estevez, R., Olezeski, C., Bernacki, J., Barr, S., Bettergarcia, J., Sprott, R., & Allen, B.J. (In press). Gender affirming care is evidence-based for transgender youth. *Journal of Adolescent Health.*

5. Tebbe, E.A., Matsuno, E., <u>Lee, J., Domínguez, S.,</u> & *****Budge, S.L.** (In press). Implementation and Evaluation of the Gender Resilience, Resistance, Empowerment, and Affirmation Training (GREAT) Pilot Program. *Psychotherapy.*

6. Schürmann-Vengels, J., Pirke, J., Troche, S.J., **Budge, S.L.,** Flückiger, C., & Willutzki, U. (In press). Dual-continual examination and differential prediction of well-being and distress in LGBTQIA+ populations. *Journal of Counseling Psychology.*

7. <u>Domínguez, Jr.,</u> Matsuno, E., Adames, H., Mosley, D., Richardson, J., <u>Lee, J., Norton, M.,</u> & **Budge, S.L.** (In press). Building and practicing anti-colonial psychotherapy: using radical healing to address the coloniality of gender. *American Psychologist.*

8. <u>Lee, L.,</u> Hoyt, W., **Budge, S.L.,** & Lee, B. (In press). Mediators of parental attachment and internalized transnegativity for Korean transgender and nonbinary people. *The Counseling Psychologist.*

9. **Budge, S.L.,** <u>Wachter, E.,</u> Barburoğlu, Y., <u>Gao, S., Dvorak, D.,</u> Elliott, G., Gilchrist, S., Godwin, E.G., and Katz-Wise, S.L. (2024). A longitudinal investigation of trans and nonbinary youth identity: Individual processes and family agreement in the Trans Teens and Family Narratives Study. *LGBTQ+ Family: An Interdisciplinary Journal.*

10. <u>Lee, J.,</u> Kim, H., & **Budge, S.L.** (2024). The Companionship Model for affirming assessment sessions for transgender and nonbinary youths and families. *Harvard Review of Psychiatry, 5,* 183-192.

11. <u>Lindley, L.,</u> Frost, N., Barr, S., & **Budge, S.L.** (2024). The Modified Gender Minority Stress Measure: A psychometric validation study. *Psychology of Sexual Orientation and Gender Diversity.*

12. <u>Lindley, L., Lee, J., Norton, M.,</u> & **Budge, S.L.** (2024). Sociocultural messages about gender dysphoria (dis)align with the lived experiences of trans and nonbinary individuals: A qualitative study. *Sex Roles.*

Stephanie Budge CV 2024

13. Veldhuis, C.B., Cascalheira, C.J., Delucio, K., **Budge, S.L.,** Matsuno, E., Velez, B.L., Huynh, K., Balsam, K.F., & Galupo, P.M., (2024). Sexual orientation and gender diversity research manuscript writing guide. *Psychology of Sexual Orientation and Gender Diversity.*

14. Katz, M., Hilsenroth, M., Johnson, N., **Budge, S.L.,** & Owen, J. (2024). "Window of Opportunity": Clients' experiences of crying in psychotherapy and their relationship with change, the alliance, and attachment. *Professional Psychology: Research and Practice,* 55, *258-268.*

15. Katz-Wise, S.L., Sarda, V., Line, E.C., Marchwinski, B., **Budge, S.L.,** Godwin, E.G., Moore, L.B.M., Ehrensaft, D., Rosal, M.C., & Thomson, K.A. (2024). Longitudinal family functioning and mental health in transgender and nonbinary youth and their families. *Journal of Child and Family Studies*, *33,* 1321-1335.

16. Lindley, L. & **Budge, S.L.** (2024). Challenging and Understanding Gendered Narratives: The Development and Validation of the Transnormativity Measure (TM). *International Journal of Transgender Health, 25,* 295-310.

17. **Budge, S.L.,** Tebbe, E.A., & Love, D. (2024). The development and pilot testing of a minority stress psychoeducation tool for transgender and nonbinary people. *Transgender Health, 9,* 275–279.

18. Lindley, L., & **Budge, S.L.** (2024). Development and validation of the Trans and Nonbinary Coping Measure (TNCM): A measure of trans and nonbinary specific ways of coping with gender-related stress. *Psychology of Sexual Orientation and Gender Diversity, 11, 425-441.*

19. Tebbe, E., Bell, H., Cassidy, K., Lindner, S., Wilson, E., & **Budge, S.L.** (2022). "It's loving yourself for you": Happiness in trans and nonbinary adults. *Psychology of Sexual Orientation and Gender Diversity, 11, 397-410.*

20. **Budge, S.L.,** Lee, J., Tebbe, E.A., & Dominguez, S. (2023). Using the companionship model when writing referral letters for transgender and nonbinary adults. *Psychology of Sexual Orientation and Gender Diversity.*

21. **Budge, S.L.,** Sinnard, M.T, Lindley, L., Dillard, Q., & Katz-Wise, S.L. (2023). Content analyses of concordance and discordance regarding identity, affect, and coping in families with transgender and nonbinary youth..*LGBTQ+ Family: An Interdisciplinary Journal, 19,* 1-20.

22. Lindley, L., Pulice-Farrow, L., & **Budge, S.L.** (2023).  The antecedents of gender dysphoria and the associated thoughts, emotions, and ways of coping: A qualitative analysis and clinical implications. *Counselling Psychology Quarterly*, 36, 592-614.

23. **Budge, S.L.,** Shoenike, D., Lee, J., Norton, M., & Sinnard, M.T. (2023). Transgender and nonbinary patients' psychotherapy goals: A secondary analysis from a randomized controlled trial. *Journal of Psychiatric Research*, 159, 82-86.

24. Raines, C., Lindley, L., & **Budge, S.L.** (2023). Development and validation of the Masculine Sexual Entitlement Norms Scale. *Psychology of Men & Masculinities, 24,* 123-136.

25. Xu, G., Wang, K., **Budge, S.L.,** & Sun, S. (2023). "We don't have a template to follow": Sexual identity development and its facilitative factors among sexual minority men in the context of China. *Journal of Counseling Psychology, 70,* 46–158.

Stephanie Budge CV 2024

26. Tebbe, E.A. & **Budge, S.L.** (2022). Mental health and the factors driving disparities and promoting well-being in trans and nonbinary people. *Nature Reviews Psychology, 12,* 694-707.

27. dickey, l. m., <u>Thomas, K., Andert, B.,</u> <u>Ibarra, N.,</u> & **Budge, S. L.** (2022). The relationship between realization of transgender identity and transition processes with nonsuicidal self-injury in transgender populations. *Psychiatry Research, 310,* 114332.

28. <u>Minero, L.M.,</u> <u>Domínguez, S. Jr.</u>, **Budge, S.L.,** & Salcedo, B. (2022). Latinx trans immigrants' survival of torture in U.S. detention: A qualitative investigation of the psychological impact of abuse and mistreatment. *International Journal of Transgender Health, 23,* 35-59.

29. <u>Sinnard, M.</u>T., **Budge, S.L.,** & Rossman, H.R. (2022). Nonbinary individuals' emotional experiences: implications for advancing counseling psychology beyond the binary. *Counselling Psychology Quarterly, 35,* 19-42.

30. <u>Barr, S.M.,</u> Snyder, K., Adelson, J., & **Budge, S.L.** (2021). Post-traumatic stress in the trans community: The roles of anti-transgender bias, non-affirmation, and internalized transphobia. *Psychology of Sexual Orientation and Gender Diversity, 9*(4), 410–421.

31. **Budge, S.L.,** <u>Guo, E., Mauk, E.,</u> Tebbe, E.A. (2021). The development of an observational coding scheme to assess transgender and nonbinary clients' reported minority stress experiences. *Psychotherapy, 58,* 288-300.

32. <u>Thai, J.L.,</u> **Budge, S.L.,** & McCubbin, L. (2021). Qualitative examination of transgender Asian Americans navigating and negotiating cultural identities and values. *Asian American Journal of Psychology, 12*, 301–316.

33. Bhattacharya, N., **Budge, S.L.,** Pantalone, D.W., & Katz-Wise, S.L. (2021). Conceptualizing relationships among transgender and gender diverse youth and their caregivers. *Journal of Family Psychology, 35,* 595-605.

34. **Budge, S.L.**, <u>Sinnard, M.T.,</u> & Hoyt, W.T. (2021). Longitudinal effects of psychotherapy with transgender and nonbinary clients: A randomized controlled pilot trial. *Psychotherapy, 58,* 1-11.

35. **Budge, S.L.,** Orzechowski, M., Lavender, A., Schamms, S., <u>Onsgard, K.,</u> Leibowitz, S., & Katz-Wise, S.L. (2021). Transgender and gender nonconforming youths' emotions: The Appraisal, Valence, Arousal Model. *The Counseling Psychologist, 49, 138-172.*

36. **Budge, S.L.,** <u>Lee, J., Lindley, L.</u> (2020). Therapy with transmasculine clients. *Psychotherapie im Dialogue*, *21,* 52-56.

37. <u>Sun, S.,</u> **Budge, S.L.,** Shen, W., Ge, X., Liu, M., & Feng, S. (2020). Minority stress and health: A grounded theory exploration among men who have sex with men in China and implications for health research and interventions. *Social Science and Medicine.*

38. Allen, B.J., <u>Andert, B.,</u> Botsford, J., **Budge, S.L.,** & Rehm, J. (2020). Intersections at the margins: Comparing school experiences of nonbinary and binary-identified transgender youth. *Journal of School Health, 90, 358-367.*

39. dicky, l.m. & **Budge, S.L.** (2020). Suicide and the transgender experience: A public health crisis. *American Psychologist, 75,* 380-390.

40. **Budge, S.L.,** <u>Domínguez, S. Jr.,</u> & Goldberg, A.E. (2020). Minority stress in nonbinary students in higher education: The role of campus climate and belongingness. *Psychology of Sexual Orientation and Gender Diversity, 7,* 222-229.

41. Pantalone, D. & **Budge, S.L.** (2020). Psychotherapy research is needed to improve clinical practice for clients with HIV. *Psychotherapy, 57,* 1-7.

Stephanie Budge CV 2024

42. Hase, C.N., Meadows, J.C., & **Budge, S.L.** (2019). Inclusion and exclusion in the white space: An investigation of the experiences of people of color in a primarily white American meditation community. *Journal of Global Buddhism, 20,* 1-18.

43. Paquin, J., Tao, K., & **Budge, S.L.** (2019). A social justice framework for ethical psychotherapy research. *Psychotherapy, 56,* 491-502.

44. **Budge, S.L.,** & Katz-Wise, S. L. (2019). Sexual minorities' sexual communication, internalized homophobia, and conformity to gender norms. *International Journal of Sexual Health, 31,* 36-49.

45. Barcelos, C. & **Budge, S.L.** (2019). Inequalities in crowdfunding for transgender health care. *Trans Health, 4,* 81-88..

46. Goldberg, A., Kuvalanka, K., **Budge, S.L.,** Benz, M., & Smith, J. (2019). Mental health and health care experiences of transgender undergraduate and graduate students: A mixed methods study. *The Counseling Psychologist, 47,* 59-97.

47. Rossman, K., Sinnard, M., & **Budge, S.L.** (2019). A qualitative examination of consideration and practice of consensual non-monogamy among sexual and gender minority couples. *Psychology of Sexual Orientation and Gender Diversity, 6,* 11-21.

48. **Budge, S.L.,** Conniff, J., Belcourt, W.S., Parks, R. L., Pantalone, D., & Katz-Wise, S.L. (2018). A grounded theory study of the development of trans youths' awareness of coping with gender identity. *Journal of Child and Family Studies,* 27, 3048-3061.

49. **Budge, S.L**. & Moradi, B. (2018). Attending to gender in psychotherapy: Understanding and incorporating systems of power. *Journal of Clinical Psychology, 74,* 2014-2027.

50. Moradi, M. & **Budge, S.L.** (2018). A meta-analytic approach to studying psychotherapy outcomes for LGBTQ affirmative therapies. *Journal of Clinical Psychology, 74, 2028-2042.*

51. **Budge, S.L.,** Orovecz, J., Owen, J.J., & Sherry, A.R. (2018). The relationship between conformity to gender norms, sexual orientation, and gender identity for sexual minorities. *Counselling Psychology Quarterly, 31,* 79-97.

52. Salkas, S., Conniff, J. & **Budge, S.L.** (2018). Provider quality and barriers to care for transgender people: An analysis of data from the Wisconsin transgender community health assessment. *International Journal of Transgenderism, 19,* 59-63.

53. Katz-Wise, **Budge, S.L.** Fugate, E., Flanagan, K., Touloumtzis, C., Rood, B…Leibowitz, S. (2017). Transactional pathways of transgender identity development in transgender and gender nonconforming youth and caregiver perspectives from the Trans Youth Family Study. *International Journal of Transgenderism,18,* 243-263.

54. Nienhuis, J. B., Owen, J., Valentine, J. C., Black, S. W., Halford, T. C., Parazak, S. E., **Budge, S.,** & Hilsenroth, M. J. (2018). Therapeutic alliance, empathy, and genuineness in individual adult psychotherapy: A meta-analytic review. *Psychotherapy Research, 28,* 593-605.

55. **Budge, S.L.,** Israel, T., Merrill, C. (2017). Improving the lives of sexual and gender minorities: The promise of psychotherapy research. *Journal of Counseling Psychology, 64,* 376-384.

56. **Budge, S.L.,** Chin, M.Y., & Minero, L.P. (2017). Trans individuals' facilitative coping: An analysis of internal and external processes. *Journal of Counseling Psychology, 64,* 12-25.

Stephanie Budge CV 2024

57. ° Imel, Z.E., **Budge, S.L.**, & Owen, J. (2017). Introduction to special section on advanced methodology: Counseling the dog to wag its methodological tail. *Journal of Counseling Psychology*, *64*, 601-603.

58. Katz-Wise, S. L., Williams, D. N., Keo-Meier, C. L., **Budge, S. L.**, Pardo, S., & Sharp, C. (2017). Longitudinal associations of sexual fluidity and health in transgender men and cisgender women and men. *Psychology of sexual orientation and gender diversity*, *4*, 460-471

59. ° Matsuno, E. & **Budge, S.L.** (2017). Non-binary/genderqueer identities: A critical review of the literature. *Current Sexual Health Reports*, *9*, 116-120.

60. Katz-Wise, S.L., Reisner, S.L., White, J.M., & **Budge, S.L.** (2017). Self-reported changes in attractions and social determinants of mental health in transgender adults. *Archives of Sexual Behavior, 46*, 1425-1439.

61. **Budge, S.L.** & dickey, l.m. (2017). Barriers, challenges, and decision-making in the letter writing process for gender transition. *Psychiatric Clinics, 40*, 65-78.

62. Katz-Wise, S.L., **Budge, S. B.**, Orovecz, J.O. , Nguyen, B., & Thompson, K. (2017). Imagining the Future: Qualitative findings of future orientation from the Trans Youth Family Study. *Journal of Counseling Psychology, 64, 26-40.*

63. **Budge, S.L.** (2016). To err is human: An introduction to the special issue on clinical errors. *Psychotherapy*, *53*, 255-256.

64. Sinnard, M. , Raines, C. , & **Budge, S.L.** (2016). The association between geographic location and anxiety and depression in transgender individuals: An exploratory study of an online sample. *Transgender Health, 1,* 181-186.

65. **Budge, S.L.** & Pankey, T.L. (2016). Ethnic differences in gender dysphoria. *Current Psychiatry Reviews, 12,* 175-180.

66. dickey, l.m., **Budge, S.L.**, Katz-Wise, S.L., & Garza, M.V. (2016). Health disparities in the transgender community: Exploring differences in insurance coverage. *Psychology of Sexual Orientation and Gender Diversity, 3,* 275-282.

67. Barr, S.M. , **Budge, S.L.**, & Adelson, J.L. (2016) Transgender community belongingness as a mediator between strength of transgender identity and well-being. *Journal of Counseling Psychology, 63,* 87-97.

68. **Budge, S.L.**, Thai, J.L., Tebbe, E., & Howard, K.H. (2016) The intersection of socioeconomic status, race, sexual orientation, transgender identity, and mental health outcomes. *The Counseling Psychologist, 44,* 1025-1049.

69. Tebbe, E.A. & **Budge, S.L.** (2016) Research with transgender communities: Applying a process-oriented approach to methodological considerations and research recommendations. *The Counseling Psychologist, 44,* 996-1024.

70. Moradi, B., Tebbe, E., Brewster, M., **Budge, S.L.,** Lenzen, A., Enge, E…Painter, J. (2016). A content analysis of trans people and issues: 2002-2012. *The Counseling Psychologist, 44,* 960-995.

71. Tebbe, E.A., Moradi, B., & **Budge, S.L.** (2016). Enhancing scholarship focused on trans people and issues. *The Counseling Psychologist, 44,* 950-959.

72. **Budge, S.L.** (2015*)*. Psychotherapists as gatekeepers: An evidence-based case-study highlighting the role and process of letter-writing for transgender clients. *Psychotherapy, 52,* 287-297.

Stephanie Budge CV 2024

73. Kopta, M., Owen, J.J., & **Budge, S.L.** (2015). Measuring psychotherapy outcomes with the Behavioral Health Measure-20: Efficient and comprehensive. *Psychotherapy, 52,* 442-448.

74. Watkins, C.E., **Budge, S.L.,** & Callahan, J.L. (2015). Common and specific factors converging in psychotherapy supervision: A supervisory extrapolation of the Wampold/Budge psychotherapy relationship model. *Journal of Psychotherapy Integration, 25,* 214-235.

75. Owen, J.J., Adelson, J.L., **Budge, S.L.,** Wampold, B.E., Kopta, M., Minami, T., & Miller, S.D., (2015). Trajectories of change in short-term psychotherapy. *Journal of Clinical Psychology, 71,* 817-827.

76. **Budge, S.L.** (2015). The effectiveness of psychotherapeutic treatments for personality disorders: A review and critique of current research practices. *Canadian Psychology, 56,* 191-196.

77. Owen, J.J., Adelson, J.L., **Budge, S.L.,** Reese, R.J., & Kopta, M.M. (2015). Good-Enough Level and Dose-Effect models: Variation among outcomes and therapists. *Psychotherapy Research, 26,* 22-30.

78. Katz-Wise, S.L. & **Budge, S.L.** (2015). Cognitive and interpersonal identity processes related to mid-life gender transitioning in transgender women. *Counselling Psychology Quarterly, 28,* 150-174.

79. **Budge, S.L.,** Orovecz, J., & Thai, J.L. (2015). Trans men's positive emotions: The interaction of gender identity and emotion labels. *The Counseling Psychologist, 43,* 404-434.

80. **Budge, S. L.,** Keller, B.L., & Sherry, A. (2015) A qualitative investigation of lesbian, gay, bisexual, and queer women's experiences of sexual pressure. *Archives of Sexual Behavior, 44,* 813-824.

81. **Budge, S.L.** (2014). Navigating the balance between positivity and minority stress for LGBTQ clients who are coming out. *Psychology of Sexual Orientation and Gender Diversity, 1,* 350-352.

82. **Budge, S.L.,** Rossman, H.K., & Howard, K.H. (2014). Coping and psychological distress among genderqueer individuals: The moderating effect of social support. *Journal of LGBT Issues in Counseling, 8,* 95-117.

83. **Budge, S.L.,** Moore, J.T., Del Re, A.C., Wampold, B.E., Baardseth, T.P., & Nienhuis, J.B. (2013). The effectiveness of evidence-based treatments for personality disorders when comparing treatment-as-usual and bona fide treatments. *Clinical Psychology Review, 33,* 1057-1066.

84. **Budge, S.L.** (2013). Interpersonal psychotherapy with transgender clients. *Psychotherapy,* 50, 356-359.

85. Katz-Wise, S.L., **Budge, S.L.,** & Hyde, J.S. (2013). Individuation or identification? Self-objectification and the mother–adolescent relationship. *Psychology of Women Quarterly, 37,* 366-380.

86. **Budge, S.L.,** Adelson, J.L., & Howard, K.H. (2013). Anxiety and depression in transgender individuals: The roles of transition status, loss, social support, and coping. *Journal of Consulting and Clinical Psychology, 81,* 545-557.

87. **Budge, S.L.,** Owen, J.J., Kopta, S.M., Minami, T., Hanson, M.R., & Hirsch, G (2013). Differences among trainees in client outcomes associated with the Phase Model of Change. *Psychotherapy, 50,* 150-157.

Stephanie Budge CV 2024

88. **Budge, S. L.,** Katz-Wise, S. L., Tebbe, E., Howard, K.A.S., Schneider, C. L., & Rodriguez, A. (2013). Transgender emotional and coping processes: Use of facilitative and avoidant coping throughout the gender transition. *The Counseling Psychologist, 41,* 601-647.

89. Valdez, C. R. & **Budge, S.L.** (2012). Addressing adolescent depression in schools: Effectiveness and acceptability of an in-service training for school staff in the United States. *International Journal of Educational Psychology, 1,* 228-25.

90. Wampold, B.E., & **Budge, S.L.** (2012). The relationship—and its relationship to the common and specific factors of psychotherapy. *The Counseling Psychologist, 40,* 601-623.

91. Wampold, B.E., **Budge, S.L.,** Laska, K. M., Del Re, A.C., Baardseth, T.P., Fluckiger, C., Minami, T., Kivlighan, M., & Gunn, W. (2011). Evidence-based treatments for depression and anxiety versus treatment-as-usual: A meta-analysis of direct comparisons. *Clinical Psychology Review, 31,* 1304-1315.

92. Valdez, C. R., Dvorscek, M., **Budge, S.L.,** & Esmond, S.L. (2011).  Provider perspectives of Latino patients: Determinants of care and implications of treatment. *The Counseling Psychologist, 39,* 497-526.

93. Wampold, B.E., Benish, S.G., Imel, Z.E., Miller, S.D., Laska, K., Del Re, A.C., Baardseth, T.P., &  **Budge, S.L.** (2010).What works in the treatment of  PTSD? A response to Ehlers et al. *Clinical Psychology Review, 30,* 269-276.

94. **Budge, S. L.,** Tebbe, E. N. & Howard, K. A. S. (2010). The work experiences of transgender individuals: Negotiating the transition and coping with barriers. *Journal of Counseling Psychology, 57,* 377-393.

95. Howard, K. A. S., **Budge, S. L.,** Gutierrez, B., Lemke, N. T., & Owen, A. D. (2010) Future plans of urban youth: Influences, perceived barriers, and coping strategies. *Journal of Career Development, 37,* 655-676.

96. **Budge, S. L.,** Baardseth, T. P., Wampold, B. H., & Fluckiger, C. (2010). Researcher allegiance and supportive therapy: Pernicious affects on results of randomized clinical trials. *European Journal of Counselling and Psychotherapy, 12,* 23-39.

97. Howard, K. A. S., **Budge, S. L.,** & McKay, K. M. (2010). Youth exposed to violence: The role of protective factors. *Journal of Community Psychology, 38,* 63-79.

98. **Budge, S. L.** (2006) Peer mentoring in post-secondary education: Implications for research and practice. *Journal of College Reading and Learning, 37,* 71-85.

## BOOK CHAPTERS

1. **Budge, S.L.** (2022). Genderqueer. In A. Goldberg (Ed.) *The SAGE Encyclopedia of LGBTQ Studies, 2nd Edition* (pp. xx-xx). Thousand Oaks, CA: SAGE.

2. Dominguez, S. & **Budge, S.L.** (2020). Gender Nonconformity. In A. Goldberg (Ed.) *The SAGE Encyclopedia of Trans Studies* (pp. xx-xx). Thousand Oaks, CA: SAGE.

3. **Budge, S.L.** & Moradi, B. (2019). *Gender Identity*. In J. Norcross and B. Wampold (Eds.) Psychotherapy Relationships That Work, Volume 2. London, England: Oxford University Press.

4. Moradi, B. & **Budge, S.L.** (2019). *Sexual Orientation*. In J. Norcross and B. Wampold (Eds.) Psychotherapy Relationships That Work, Volume 2. London, England: Oxford University Press.

Stephanie Budge CV 2024

5. **Budge, S.L.** & <u>Orovecz, J.J.</u> (2017). Gender fluidity. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 660-662). Thousand Oaks, CA: SAGE.

6. **Budge, S.L.** & <u>Pankey, T. L.</u> (2017). Interpersonal therapies and gender. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 961-964). Thousand Oaks, CA: SAGE.

7. **Budge, S.L.** & <u>salkas, s.</u> (2017). Experiences of transgender people within the LGBT community. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1073-1075). Thousand Oaks, CA: SAGE.

8. **Budge, S.L.** & <u>Thai, J.L.</u> (2017). Coming out processes for transgender people. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 357-360). Thousand Oaks, CA: SAGE.

9. **Budge, S.L.** & <u>Sinnard, M.</u> (2017). Trans. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1685-1685). Thousand Oaks, CA: SAGE.

10. <u>Akinniyi, D.</u> & **Budge, S.L.** (2017). Biological sex and mental health outcomes. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 161-165). Thousand Oaks, CA: SAGE.

11. <u>Lam, J.</u> & **Budge, S.L.** (2017). Help-seeking behaviors and men. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 832-834). Thousand Oaks, CA: SAGE.

12. <u>Jones, T., Chin, M.Y.,</u> & **Budge, S.L.** (2017). Sororities. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1611). Thousand Oaks, CA: SAGE.

13. <u>Sun, S.</u> & **Budge, S.L.** Women's group therapy. (2017). In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1829-1830). Thousand Oaks, CA: SAGE.

14. <u>Sun, S., Minero, L.,</u> & **Budge, S.L.** (2017). Multiracial people and gender. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1208-1212). Thousand Oaks, CA: SAGE.

15. <u>Alexander, D., Hunter, C.</u>, & **Budge, S.L.** (2017). Experiences of women in religious leadership. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1813-1815). Thousand Oaks, CA: SAGE.

16. **Budge, S.L.** (2017). Genderqueer. In A. Goldberg (Ed.) *The SAGE Encyclopedia of LGBTQ Studies* (pp. 460-463). Thousand Oaks, CA: SAGE.

17. **Budge, S.**L. & Snyder, K.E. (2016). Sex-related differences research. In A. Goldberg (Ed.) *The Wiley Blackwell Encyclopedia of Gender and Sexuality Studies* (pp. 2125-2129*).* Thousand Oaks, CA: SAGE.

18. °**Budge, S. L**., & Wampold, B. E. (2015). The relationship: How it works. In O. C. G. Gelo, A. Pritz, & B. Rieken (Eds.), *Psychotherapy research: Foundations, process, and outcomes* (pp. 213-228). Dordrecht: Springer.


## **BLOGS**

Budge, S.L., Lee, Joonwoo, Tebbe, E.A., & Dominguez, S. (2024). Helping transgender and nonbinary clients navigate gatekeeping: The companionship model for writing referral letters
https://www.apa.org/pubs/highlights/spotlight/issue-300

Katz, M., Hilsenroth, M., Johnson, N., **Budge, S.L.,** & Owen, J. (2024). Crying in psychotherapy

Stephanie Budge CV 2024

Why is it important and what do therapists need to know?
https://www.apa.org/pubs/highlights/spotlight/issue-293

Veldhuis, C.B., Cascalheira, C.J., Delucio, K., **Budge, S.L.,** Matsuno, E., Velez, B.L., Huynh, K., Balsam, K.F., & Galupo, P.M., (2024). Sexual orientation and gender diversity research manuscript writing guide: A resource for researchers.
https://www.apa.org/pubs/highlights/spotlight/issue-297

**Budge, S.L.**, Sinnard, M.T., & Hoyt, W.T. (2021). Building awareness of minority stressors and transgender affirmative therapy: Testing two approaches to psychotherapy with transgender and nonbinary clients. https://www.apa.org/pubs/highlights/spotlight/issue-227

Paquin, J., Tao, K., & **Budge, S.L.** (2020). *Is psychotherapy effective for everyone?*. *https://www.apa.org/pubs/highlights/spotlight/issue-192*

**Budge, S.L.** (2015). *Critical considerations in writing letters for trans clients.* https://societyforpsychotherapy.org/critical-considerations-in-writing-letters-for-trans-clients/

## GRAPHIC NOVEL

**Budge, S.L.** & Funk, H. (2019). *Longitudinal effects of psychotherapy with transgender clients: A randomized controlled pilot trial.* JKXComics. Available at: https://www.jkxcomics.com/psychotherapy

## RESEARCH REPORTS

Botsford, J.C., Allen, B.J., Andert, B.D., **Budge, S.L.,** & Rehm, J.L. (2018). *Meeting the healthcare needs of transgender, nonbinary, and gender expansive/ nonconforming youth in Wisconsin: A report of the 2017 Wisconsin Transgender Youth Community Needs Assessment.* Available at: https://www.med.wisc.edu/media/medwiscedu/documents/about-us/CH-174891-18-TNG-Youth-Report-Full.pdf

## PRACTICE REPORTS

Matsuno, E., Webb, A., Hashtpari, H., **Budge, S.L.,** Krishnan, M., & Balsam, K. (2021). Nonbinary fact sheet. A publication for the Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender Issues: Available at: https://www.apadivisions.org/division-44/resources/advocacy/non-binary-facts.pdf

Webb, A. Matsuno, E., **Budge, S.L.,** Krishnan, M., & Balsam, K. (2017). Nonbinary gender identities fact sheet. A publication for the Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender Issues: Available at: https://www.apadivisions.org/division-44/resources/advocacy/non-binary-facts.pdf

13

Stephanie Budge CV 2024

**Budge, S.L.** (2015). Critical considerations in writing letters for trans clients. Available at: https://societyforpsychotherapy.org/critical-considerations-in-writing-letters-for-trans-clients/

## CURRICULUM GUIDE

McGinley, M., Christie, M. B., Clements, Z., Goldbach, C. M., Kraus, E., Woznicki, N. W., Breslow, A. S., **Budge, S. L**., & Matsuno, E. (2020). A resource for incorporating trans and gender diverse issues into counseling psychology curricula. APA Division 17 Special Task Group, Making Room at the Table: Trans/Nonbinary Pipeline to Counseling Psychology. Available at: http://www.pendeldot.org/wp-content/uploads/2021/07/Incorporating-Trans-and-Gender-Diverse-Issues-into-Counseling-Psychology-Curricula.pdf

## SUBMITTED RESEARCH SUPPORT

**National Institute on Child Health and Human Development, R01        3/2025-3/2030**
National Institute of Health, $3,500,000 (resubmitted)
This grant focuses on testing the efficacy of the Trans Teens and Family Narratives toolkit in family therapy and in social support groups.
Role: Co-Investigator (PI Sabra Katz-Wise)

**National institute of Mental Health, R01        8/2025-8/2026**
National Institute of Health, $1,453,717—**submitted**
This grant focuses on transgender and non-binary communities affected by HIV (The RADAR Cohort Study of Multilevel Influences on HIV and Substance Use).
Role: Consultant (Dual PIs: Mustanski and Newcomb)

## FUNDED RESEARCH SUPPORT

**Institute for Diversity Science Grant        09/2024-08/2025**
University of Wisconsin-Madison, $44,000
Seed grant to fund a graduate student (L. Lindley) test an online intervention providing coping skills to transgender and nonbinary people; the first phase is a feasibility analysis and the second phase is an RCT.
Role: PI (dual PI with L. Lindley)

**National Institute on Minority Health and Health Disparities, R01        8/2024-2/2029**
National Institute of Health, $3,828,410
This grant focuses on developing and measuring a social support instrument for transgender and nonbinary people with the intent of creating community toolkits for LGBTQ+ community organizations.
Role: Principal Investigator (dual-PI with E. Tebbe)

**Vilas Mid-Career Grant        07/2024-06/2027**
University of Wisconsin-Madison, $75,000

Stephanie Budge CV 2024

**National Institute of Mental Health, K23**                    **6/2024-5/2029**
National Institute of Health, $988,740
This grant focuses on addressing trauma to improve HIV prevention and care engagement in community clinics that provide care to trans women.
Role: Mentor (PI: Baguso)

**Mental Research Institute Grant**                    **5/2024-8/2025**
Mental Research Institute, $25,000
This grant focuses on coding psychotherapy sessions with trans people of color to assess the impact of radical healing techniques in psychotherapy.
Role: PI

**Institute for Diversity Science Grant**                    **09/2023-06/2024**
University of Wisconsin-Madison, $44,666
Analyzing qualitative data to determine previous therapy experiences for trans people of color and to determine mechanisms of change for a psychotherapy study for trans people of color; observational coding of therapy sessions regarding therapeutic alliance for trans people of color.
Role: PI

**Reilly-Baldwin Project Grant**                    **07/2023-07/2024**
University of Wisconsin-Madison, $120,000
Mentoring a student (L. Lindley) on a grant focused on designing and testing a web app focusing on providing coping skills to transgender and nonbinary people.
Role: PI (dual PI with L. Lindley)

**Baldwin Seed Grant**                    **07/2023-07/2024**
University of Wisconsin-Madison, $4,000
Mentoring a student (J. Lee) on a grant focused on family attachment processes and PTSD for transgender and nonbinary people.
Role: PI (dual PI with J.Lee)

**National Center for Advancing Translational Science, U01**                    **7/2022-06/2027**
National Institute of Health, $8,745,944
This Clinical and Translational Sciences Award (CTSA) at University of Wisconsin-Madison (UW) supports innovation, training and development of evidence-based approaches to speed effective interventions into health and health care. Project number: 2UL1TR002373-06
Role: Collaborator (PI: Brasier)

**National Institute on Minority Health and Health Disparities, U01**                    **9/2022-5/2027**
National Institute of Health, $1,063,616
This administrative grant focuses on Northern Arizona University's (NAU's) Southwest Health Equity Research Collaborative (SHERC) to establish community-engaged priorities and strategic plans for addressing a wide range of health disparities; provide the institutional infrastructure for SHERC targeted research projects. Project number: 5U54MD012388
Role: Consultant (PI: Baldwin)

Stephanie Budge CV 2024

**School Mental Health Collaborative IES Grant**               **9/2022-9/2024**
**Institute of Education Training Grant**
This grant focuses on training postdoctoral trainees in innovative research methods that will
impact communities experiencing marginalization
Role: Collaborator

**Young Investigator Grant**                                    **9/2022-9/2024**
American Foundation for Suicide Prevention, $90,000
This grant focuses on using EMA methods to assist therapists with intervening for transgender
adult clients experiencing suicidal ideation.
Role: Co-Investigator

**Diverse & Resilient Community Grant**                         **9/2021-9/2022**
Diverse & Resilient, $20,000
Community grant focusing on a program evaluation regarding a training for mental health
providers to infuse radical healing into their practice and to reduce internalized stigma.
Role: PI

**Understanding and Reducing Inequities Initiative**           **7/2021-7/2023**
University of Wisconsin-Madison, $250,000
Study focusing on creating a psychotherapy intervention for trans and nonbinary people that
includes radical healing and skills to reduce internalized transnegativity.
Role: PI (dual PI with E. Tebbe)

**Baldwin Seed Grant**                                         **07/2021-07/2022**
University of Wisconsin-Madison, $4,000
Mentoring student (L. Lindley) on a grant focused on coping mechanisms for transgender and
nonbinary people.
Role: PI (dual PI with L.Lindley)

**2030 Faculty Fellowship Funds**                              **8/2020-8/2025**
University of Wisconsin-Madison, $100,000
Funds to support community-based research focused on improving mental health and wellness
for transgender and nonbinary people.
Role: PI

**Baldwin Seed Grant**                                         **06/2019-06/2020**
University of Wisconsin-Madison, $4,000
Mentoring student (M. Sinnard) on a grant focused on objectified body consciousness for trans,
nonbinary, and gender nonconforming individuals.
Role: PI (dual PI with M.Sinnard)

**Online Course Development Grant**                            **01/2019-9/2020**
University of Wisconsin-Madison, $15,000

Stephanie Budge CV 2024

This grant funds university faculty to design new and innovative courses at UW-Madison. The funding will cover the creation of a course called "Gender and Queer Issues In Psychology" set to begin in Summer 2020.
Role: Instructor

**Fall Research Competition**                                    **6/2018 – 6/2019**
University of Wisconsin-Madison, $34,000
Research project determining the effectiveness of psychotherapy interventions focused on minority stressors for transgender clients.
Role: PI

**UW Institute for Clinical Research (ICTR)**                   **6/2017 – 6/2018**
Health Equity and Diversity (AHEAD) research pilot award**, $10,000
Research project determining the effectiveness of psychotherapy interventions focused on minority stressors for transgender clients.
Role: PI

**National Institute of Health**                                **1/2017 – 1/2019**
NICHD, R21, $206,028
Structured pubertal suppression readiness assessment for gender dysphoric youth.
Role: Collaborator

**Gaining STEAM**                                               **5/2018 – 5/2019**
JKX Comics, $4800
Grant awarded to scientists to pair with a comic book artist to create visual representation of scientific content.
Role: Collaborator

**Fall Research Competition**                                   **5/2017 - 9/2018**
University of Wisconsin-Madison, $60,000
Supplemental research project for the NIH grant (listed below) focusing on pubertal suppression for transgender youth.
Role: PI

**Wisconsin Partnership Program**                               **6/2016 – 6/2018**
Community Opportunity Grant, $50,000
A grant that assists with opportunities focused on transgender health and equity in health care.
Role: Collaborator

**UW Institute for Clinical Research (ICTR)**                   **6/2016 – 6/2018**
**Health Equity and Diversity (AHEAD) research pilot award,** $10,
Research project advancing the Wisconsin Survey of Trans Youth: An Assessment of Resources and Needs.
Role: Co-investigator

Stephanie Budge CV 2024

**Faculty Research Development Grant**                                **10/2012 - 10/2013**
University of Louisville, $2,200
Research project testing psychotherapy process and outcomes for transgender individuals.
Role: PI

**Faculty Research Development Grant**                                **9/2011- 9/2012**
University of Louisville, $2,200
Research project regarding positive experiences of transgender identity and intersectionality of
identities with genderqueer individuals.
Role: PI

**Charles J. Gelso Research Grant**                                **6/2010 – 6/2012**
American Psychological Association (Division 29), $2,000
Meta-analysis project focusing on personality disorders and treatment effectiveness.
Role: PI

## INTERNATIONAL PRESENTATIONS
°Invited; Underlining denotes student;

1. Pu, Y., **Budge, S.L.,** Xu, W. (June, 2025). *The Bright Side of Gender Nonconformity Among Chinese Cisgender Sexual Minority Individuals: Life Satisfaction, Positive Sexual Identity, and Interpersonal Resources.* Paper presented at the Hong Kong International LGBTQ+ Affirmative Practices Conference. Hong Kong.
2. Lindley, L. & **Budge, S.L.** (September, 2024). *Sociocultural Messages About Gender Dysphoria (Dis)Align with the Lived Experiences of Trans and Nonbinary Individuals: A Qualitative Study.* Paper presented at the World Professional Association of Transgender Health 28th Scientific Symposium. Lisbon, Portugal.
3. Lindley, L. & **Budge, S.L.** (September, 2024). *Development and Validation of The Trans and Nonbinary Coping Measure (TNCM): A Measure of Trans and Nonbinary Specific Ways of Coping with Gender-Related Stress.* Poster presented at the World Professional Association of Transgender Health 28th Scientific Symposium. Lisbon, Portugal.
4. Lindley, L. & **Budge, S.L.** (September, 2024). *Challenging and Understanding Gendered Narratives: The Development and Validation of the Transnormativity Measure (TM).* Poster presented at the World Professional Association of Transgender Health 28th Scientific Symposium. Lisbon, Portugal.
5. **Budge, S.L.** & Lee, J. (2023, October). *Transgender and Nonbinary Mental Health: Health Disparities and Protective Factors.* Korean Counseling Association/ Korean Counseling Psychology Association Conference. Presented virtually to an audience in Seoul, Korea.
6. **Budge, S.L.** & Lee, J. (2022, July). *Understanding and Incorporating Trans-Affirmative Therapies When Working With Two Spirit, Trans, and Nonbinary Clients.* Korean Counseling Association/ Korean Counseling Psychology Association Conference. Presented virtually to an audience in Seoul, Korea.
7. **Budge, S.L.** (2021, June;). *Attending to Power, Privilege, and Oppression in Psychotherapy Research.* Panel moderator for a plenary session at the Society for Psychotherapy Research, Heidelberg, Germany (hybrid model online due to COVID-19).

Stephanie Budge CV 2024

8. **Budge, S.L.** (2020, October). *Mental Health Care for Trans Youth: What Helps Youth Thrive and What Resources are Requested?* World Professional Association for Transgender Health (WPATH) Conference, originally scheduled to be in Hong Kong, online due to COVID-19.

9. **Budge, S.L.** & <u>Sinnard, M.T.</u> (2020, October). *Acceptability and Feasibility of a Randomized Controlled Trial with Transgender and Nonbinary Clients.* World Professional Association for Transgender Health (WPATH) Conference, originally scheduled to be in Hong Kong, online due to COVID-19.

10. <u>Sinnard, M.T</u> & **Budge, S.L.** (2020, October). *Development of the Objectified Body Consciousness Scale for Transgender and Nonbinary Adults.* World Professional Association for Transgender Health (WPATH) Conference, originally scheduled to be in Hong Kong, online due to COVID-19.

11. Allen, B., Rehm, J., **Budge, S.L.**, Botsford, J., & <u>Andert, B.</u> (2018, May). *School Safety and Support for Transgender Youth with Non-binary vs. Binary Gender Identities*. Pediatric Academic Societies (PAS) Conference, Toronto, Canada.

12. Rehm, J., Allen, B., **Budge, S.L.**, Botsford, J., & <u>Andert, B.</u> (2018, May). *Transgender youth who receive gender related care from a specialized provider differ from other transgender youth*. Pediatric Academic Societies (PAS) Conference, Toronto, Canada.

13. Rehm, J., Allen, B., **Budge, S.L.**, Botsford, J., & <u>Andert, B.</u> (2018, May). *Increased awareness of healthcare needs of youth with nonbinary gender identities is needed*. Pediatric Academic Societies (PAS) Conference, Toronto, Canada.

14. **Budge, S.L.** & Katz-Wise, S.L. (2016, July). *Emotional expression of trans youth and their families: A cross-comparison of familial cultures for gender and emotions.* Paper presented at the International Congress of Psychology Conference, Yokohama, Japan.

15. <u>Chin, M.Y., Minero, L.,</u> & **Budge, S.L.** (2016, July). *"This is me, and I am happy. I love it": Understanding Internal Coping Processes of Trans-identified Individuals using Grounded Theory.* Paper presented at the International Congress of Psychology Conference, Yokohama, Japan.

16. **Budge, S.L.,** Katz-Wise, S.L., <u>Conniff, J., Belcourt, S., & Parks, R.</u> (2016, July). *Developmental processes of coping for trans youth: Results from the Trans Youth and Family Study (TYFS).* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

17. <u>Sinnard, M., Raines, C.,</u> & **Budge, S.L.** (2016, July). *Effects of location and transition status on anxiety and depression in trans individuals.* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

18. **Budge, S.L.** & <u>salkas, s.</u> (2016, July). *An overview of non-binary gender identities in the National Transgender Discrimination Survey*, Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

19. <u>Orovecz, J., salkas, s.,</u> & **Budge, S.L.** (2016, July). *External identity processes for individuals with non-binary identities.* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

20. <u>Rossman, K., Sinnard, M.,</u> & **Budge, S.L.** (2016, July). *The externalization of affect for individuals with non-binary gender identities.* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

Stephanie Budge CV 2024

21. Hase, C.N., Reiland, M.T., **Budge, S.L**. (2015, August). *"Omitting none:" Experience of people of color in a primarily white meditation community*. Poster presented at American Psychological Association. Toronto, ON.

22. Akinniyi, D.A. & **Budge, S.L.** (2015, August*). Genderqueer individuals' conceptualizations of multiple identities: A qualitative investigation using identity maps.* Paper presented at the Annual Meeting for the American     Psychological Association, Toronto, Canada.

23. Sinnard, M. & **Budge, S.L.** (2015, August). *Effects of location and transition status on anxiety and depression in trans individuals.* Poster presented at the Annual Meeting for the American Psychological Association, Toronto, Canada.

24. Watkins, C.E., **Budge, S.L.,** & Wampold, B.E. (2015, August). *Extrapolating the Wampold/Budge psychotherapy relationship model to psychotherapy supervision.* Paper presented at the Annual Meeting for the American Psychological Association, Toronto, Canada.

25. **Budge, S.L.** (2014, February). *Developmental processes of positive emotions for trans individuals: The interplay of interpersonal emotions and transition appraisal.* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Bangkok, Thailand.

26. **Budge, S.L.,** Adelson, J.L., & Howard, K.A.S. (2014, February). *Transgender and Genderqueer individuals' mental health concerns: A moderated mediation analysis of social support and coping.* Paper presented the World Professional Association for Transgender Health Biannual Conference, Bangkok, Thailand.

**NATIONAL PRESENTATIONS**
°Invited; Underlining denotes student;

1. Barburoğlu, Y., Tu, R., Tebbe, E.A., & **Budge, S.L.** (2025, May). *Exploring Client Perceptions of Radical Healing and Internalized Stigma Frameworks: Insights from a Clinical Trial with 2STNB BBPOC Clients.* Presentation given at the National Transgender Health Summit, San Francisco, CA.

2. Lynn, S., Ben, L., Tebbe, E.A., & **Budge, S.L. (**2025, May). *Qualitative Findings Regarding Telehealth Benefits and Challenges for Two-Spirit, Transgender, and Nonbinary (2STNB) People of Color.* Presentation given at the National Transgender Health Summit, San Francisco, CA.

3. Gao, S., Domínguez, S., Tebbe, E.A., & **Budge, S.L**. (2025, May). *Recruitment and Retention of Transgender and Nonbinary People of Color for a Psychotherapy Open Clinical Trial.* Presentation given at the National Transgender Health Summit, San Francisco, CA.

4. Lindley, L., & **Budge, S.L.** (2025, May). *Addressing Gender Dysphoria in Therapy: Evidence-Based Coping Strategies for Transgender and Nonbinary Clients.* Workshop given at the National Transgender Health Summit, San Francisco, CA.

5. Norton, M., Lee, J., Adames, H., Tebbe, E.A., & **Budge, S.L.** (2025, May). *Developing a coding book for radical healing in a clinical trial for 2STNB BBOC: Research and clinical implications.* Presentation given at the National Transgender Health Summit, San Francisco, CA.

Stephanie Budge CV 2024

6. Lindley, L. & **Budge, S.L.** (2025, May). *Enhancing Coping Skills and Reducing Gender Dysphoria: The Impact of the Free Online Trans Care Intervention.* Presentation given at the National Transgender Health Summit, San Francisco, CA.

7. **Budge, S.L.,** Tebbe, E.A., Jarugumilli, L., Gao, S., Graves, S., Zepnick, A., & Schwebach, M. (2025, May). *Two Spirit, transgender, and nonbinary community leaders' conceptualizations of social support for transgender and nonbinary populations.* Presentation given at the National Transgender Health Summit, San Francisco, CA.

8. Day, E., Norton, M., Accardo, M., & **Budge, S.L.** (May, 2025). *Research and Clinical Implications from Understanding Helpful and Harmful Dynamics within the Previous Therapy Experiences of Two-Spirit Trans Nonbinary, Black, and Brown People of Color.* Presentation given at the National Transgender Health Summit, San Francisco, CA.

9. Hoelscher, E., Victor, S., & **Budge, S.L.** (2025, April). *Inclusive Care? Transgender People's Experiences in Inpatient Psychiatric Care and Future Suicide Disclosures.* Poster presented at the annual Suicide Research Symposium by the American Foundation of Suicide Prevention. Online Conference.

10. Kim, H., Rainboth, K, Lee, J., & **Budge, S.L.** (2024, September). The Companionship Model for Gender Affirming Care: A Guide for Clinicians. Paper presented at the Gay and Lesbian Medical Association (GLMA), Charlotte, North Carolina.

11. **Budge, S.L.** (August, 2024). *Conversations with LGBTQ+ Psychologists: Promoting PRIDE in Advocacy for Graduate Training.* Panel presentation provided at the annual meeting of the American Psychological Association. Seattle, WA.

12. McGuirk, A., Lindley, L., Pulice-Farrow, L., & **Budge, S.L.** (August, 2024). Clinical Implications of a Qualitative Analysis focused on Gender Dysphoria. Poster presented at the annual meeting of the American Psychological Association. Seattle, WA.

13. Dyer, R. & **Budge, S.L.** (Auguest, 2024). Are We On the Same Page?: Psychologists' and Gestational Carriers' Perceptions of Evaluations. Poster presented at the annual meeting of the American Psychological Association. Seattle, WA.

14. Lindley, L. & **Budge, S.L.** (August, 2024). *Feasibility and Acceptability of an Online Intervention for Gender Dysphoria.* Symposium presented at the annual meeting of the American Psychological Association. Seattle, WA.

15. Gao, S., Wachter, E., Barburoğlu, Y., Lynn, S., Dvorak, D., Gilchrist, S., Elliott, G., **Budge, S.L,** & Katz-Wise, S.L. (2024, August). *A Qualitative Longitudinal Analysis of Family Agreement on Trans and Nonbinary Youth Identity* Poster presented at the American Psychological Association Convention, Seattle, WA

16. Norton, M., Accardo, M., Gao, S., Day, E., McNeill, J. N., Tebbe, E., & **Budge, S.L.** (2024, August). *Previous therapy experiences of Two-Spirit, transgender, and nonbinary people of color.* Symposium presentation at the Annual Convention of the American Psychological Association: Seattle, WA.

17. Lee, J., Mize, G., Pili, A., Tebbe, E., & **Budge, S.L.** (2024, August). *Trans/nonbinary POC clients' perceptions of change specific to therapy goals.* Symposium presentation at the Annual Convention of the American Psychological Association: Seattle, WA.

18. Domínguez, S., **Budge, S.L.,** Tebbe, E., Lindley, L., Lee, J., & Matsuno, E. (2024, August). *Clinical trial 6-month follow-up analyses with Two-Spirit, trans, and nonbinary clients of color.* Symposium presentation at the Annual Convention of the American Psychological Association: Seattle, WA.

Stephanie Budge CV 2024

19. Estevez, B., Flinn, R.E., Boot-Haury, J., Terepka, A., Skerven, K., Abreu, R.L., Barr, S., **Budge, S.L.** (2024, August). *Until everyone is free: Centering personal and collective well-being in TGD advocacy.* Panel for a critical conversation at the Annual Convention of the American Psychological Association: Seattle, WA.

20. Domínguez, S., **Budge, S.L.,** Gloria, A.M., Johnson, A.L., & Lotta, C. (2024, August). A Discourse Analysis of Multiply Marginalized Trans People's Stories of Gender Euphoria. Paper presentation presented at the Annual Convention of the American Psychological Association: Seattle, WA.

21. McGuirk, A., Lindley, L., Lee, J., Norton, M., & **Budge, S.L.** (2024, August). How Messages About Gender Dysphoria (Dis)Align with Lived Experiences of Trans and Nonbinary People. Paper presentation presented at the Annual Convention of the American Psychological Association: Seattle, WA.

22. Kim, H., Lee, J., **Budge, S.L.,** Dominguez, S., & Tebbe, E. (November, 2023). *Informed Consent & the Companionship Model: An Alternative to Gatekeeping*. Paper presented at the American Psychiatric Association Mental Health Services Conference, Washington, DC.

23. Domínguez, S. Jr., **Budge, S. L.,** Tebbe, E., Norton, M., Lee, J., Lindley, L., & mcneill, j. n. (2023, May). *Longitudinal analyses from an open psychotherapy clinical trial with Two-Spirit, trans, and nonbinary clients of color.* Paper presented at the National Transgender Health Summit. San Francisco, California.

24. Lee, J., **Budge, S.L.,** Dominguez, S. Jr., Tebbe, E. (2023, May). *From gatekeeping to a companionship model: How to write referral letters for trans and nonbinary individuals.* Paper presented at the National Transgender Health Summit. San Francisco, California.

25. Lindley, L. & Budge, S.L. (2023, May). *For us, by us: Trans centered development and psychometric validation of measures of gender minority stress.* Paper to be presented at the National Transgender Health Summit. San Francisco, California.

26. Lee, J., Gao, S., Dominguez, S. Jr., Norton, M., **Budge, S.L,** Tebbe, E. (2023, May). *Understanding the Psychotherapy Goals of Two-Spirit, Transgender, and Nonbinary People of Color from the First Psychotherapy Trial Study for TPOC*. Paper presented at the National Transgender Health Summit. San Francisco, California.

27. Domínguez, S. Jr., Norton, M., mcneill, j. n., Lee, J., Tebbe, E., & **Budge, S. L.** (2023, May). *Cultivating trust and communicating effectively: Building a community advisory board for community-based participatory research.* Workshop presented at the National Transgender Health Summit. San Francisco, California.

28. Gao, S., Wachter, E., Barburoğlu, Y., Lynn, S., Dvorak, D., Gilchrist, S., Elliott, G., **Budge, S.L,** & Katz-Wise, S.L. (2023, May). *How Do Families Understand Transgender and Nonbinary Youths' Identity Processes?* A Longitudinal Qualitative Investigation of Pairwise Agreement. Paper presented at the National Transgender Health Summit. San Francisco, California.

29. Barburoğlu, Y., Gao, S., Elliott, G., Wachter, E., Gilchrist, S., Dvorak, D., Lynn, S., **Budge, S.L.,** & Katz-Wise, S.L. (2023, May). *A Longitudinal Investigation of Gender Identity Fluctuations among Transgender and Nonbinary Youth.* Paper presented at the National Transgender Health Summit. San Francisco, California

30. Klessig, C., Dyer, R. L., Teasdale, T., Weber, I. J., & **Budge, S. L.** (2022). *"In most cases, abortion is understandable": A qualitative investigation of psychotherapists'*

Stephanie Budge CV 2024

*abortion attitudes*. Poster presented at the 2022 American Psychological Association Annual Convention, Minneapolis, MN.

31. Teasdale, T., Dyer, R. L., Weber, I. J., Klessig, C., & **Budge, S. L.** (2022). *Exploring the impact of benevolent sexism on mental health clinicians' abortion attitudes.* Poster presented at the 2022 American Psychological Association Annual Convention, Minneapolis, MN.

32. Weber, I. J., Dyer, R. L., Klessig, C., Teasdale, T., & **Budge, S. L.** (2022). *Mental health clinicians' attitudes about classism and client pregnancy decisions.* Poster presented at the 2022 American Psychological Association Annual Convention, Minneapolis, MN.

33. Smith, C. L., Zubizarreta, D., **Budge, S. L.,** Watson, R. J., Gordon, A. R., Austin, S. B., & Katz-Wise, S. L. (2022, August). *Risk and protective factors related to body image and disordered eating in a longitudinal study of Transgender and Nonbinary adolescents.* Poster presented at the American Psychological Association Convention, Minneapolis, Minnesota.

34. Guan, T., Pham, C., & **Budge, S.L.** (2022, August). *Disrupting white supremacy in psychology training: Recommendations to support trainees of color.* Poster presented at the American Psychological Association Convention, Minneapolis, Minnesota

35. Lee, J. & **Budge, S.L.** (2022, August). *Moving From Gatekeeping to a Companionship Model in Letter Writing for TNB Individuals.* Poster presented at the American Psychological Association Convention, Minneapolis, Minnesota.

36. Dominguez, Jr. S., & **Budge, S.L.** (2022, August). *Using CBPR in Psychotherapy Research to Undermine Gatekeeping Practices.* Paper presented at the American Psychological Association Convention, Minneapolis, Minnesota.

37. Lee, J., Dominguez Jr., S., Matsuno, E., Norton, M., Lindley, L., Tebbe, E., & **Budge, S.L.** (2022, August). *Mixed-Methods Results from Gender, Resilience and Resistance, Empowerment, and Affirmation Training.* Paper presented at the American Psychological Association Convention, Minneapolis, Minnesota

38. Dominguez Jr., S. **Budge, S.L.,** Tebbe, E.A., Norton, M., Lee, J., Lindley, L., & mcneill, j. (2022, August). *Baseline data from an open psychotherapy trial with Two-Spirit, Trans, & Nonbinary Clients of Color.* Paper presented at the American Psychological Association Convention, Minneapolis, Minnesota.

39. **Budge, S.L.** (2022, August). *Changing Cisnormative Spaces: Improving Access to Psychotherapy and Educational Spaces for Trans and Nonbinary People.* Fellows talk provided at the American Psychological Association Convention, Minneapolis, Minnesota.

40. Smith, C. L., Zubizarreta, D., **Budge, S. L.,** Watson, R. J., Gordon, A. R., Austin, S. B., & Katz-Wise, S. L. (2022, June*). Longitudinal associations of risk and protective factors on body image and disordered eating among Transgender and Nonbinary youth*. Paper presented at the International Conference of Eating Disorders, Virtual Conference.

41. °**Budge, S.L.** (2021, August). *Gab with the greats.* An invited panelist for Division 29 Society for the Advancement of Psychotherapy at the annual America Psychological Association National Convention, Virtual Conference.

42. **Budge, S.L. (**2021, August). *Attending to Power, Oppression, and Healing with Trans, Nonbinary, and Queer Populations.* Chair of symposium presented at a mini symposium at the at the annual America Psychological Association National Convention, Virtual Conference.

23

Stephanie Budge CV 2024

43. Elliott, G., Domínguez, S. Jr., & **Budge, S. L.** (2021, August). *A Case Study Approach to Using a Strong Intersectional Lens in Therapy with Trans and Nonbinary Clients.* Paper presented at a mini symposium at the at the annual America Psychological Association National Convention, Virtual Conference.

44. Norton, M., Domínguez, S. Jr., Elliot, G., & **Budge, S. L.** (2021, August*). Dismantling, Decolonizing, and Deconstructing: Engaging the Possibilities within a Critical Lab Praxes.* Paper presented at a mini symposium at the at the annual America Psychological Association National Convention, Virtual Conference.

45. McNeill, J. & **Budge, S.L.** (2021, August). *Theory and Practice of Radical Healing for Queer and Trans Black and Indigenous People of Color.* Paper presented at a mini symposium at the at the annual America Psychological Association National Convention, Virtual Conference.

46. Lee, J., Hoyt, W.T., **Budge. S.L.,** & Lee, B. (2021, August). *Parental attachment and internalized transnegativity among Korean TNB populations: Role of Self-shame, Rejection Sensitivity, and self-concept clarity.* Poster presented at the American Psychological Association Convention. Virtual Conference due to COVID-19.

47. Lindley, L. & **Budge, S.L**. (2021, August). *Development of the Transgender/Nonbinary Coping Measure.* Poster presented at the American Psychological Association Convention. Virtual Conference due to COVID-19.

48. Veldhuis, C.B., **Budge, S.L.,** Velez, B., Galupo, M.P., Cascalheira, C., Renteria, R., & Delucio, K. (2021, August). *Thought-Provoking Conversations about LGBTQIA+ Research.* Panelist at the American Psychological Association Convention. Virtual Conference due to COVID-19.

49. Katz-Wise, S., Vishnudas, S., Smith, C., Marchwinski, B., **Budge, S.L.,** Godwin, E., Moore, L., Ehrensaft, D., Rosal, M.C., Thomson, K. (2021, May). *Family Functioning and Mental Health: A Two-Year Longitudinal Study of Families with Transgender and/or Nonbinary Youth.* Paper presented at the LGBTQ Health Conference. Virtual Conference due to COVID-19.

50. Dyer, R.L. & **Budge, S.L.** (2021, March). *Psychotherapist attitudes about client pregnancy decision-making: Developing a scale.* Paper presented at the Association for Women in Psychology. Virtual Conference due to COVID-19.

51. **Budge, S.L.,** Velez, B., Mohr, J., Moradi, B., Puckett, J., & Matsuno, E. (2020, August). *Taking the mystery out of publishing LGBTQ research: Lessons learned.* Symposium accepted at the 2020 American Psychological Association Convention, Washington, D.C.

52. **Budge, S.L.,** Sinnard, M.T., & Hoyt, W.T. (2020, August). *Minority stress outcomes during and post psychotherapy: 6-month follow-up results for trans clients.* Paper accepted at the 2020 American Psychological Association Convention, Washington, D.C.

53. Tao, K., Paquin, J., & **Budge, S.L.** (2020, April). Using a counseling psychology lens to propose and implement a social justice framework for ethical psychotherapy research. Symposium accepted at the 2020 Counseling Psychology Conference, New Orleans, Louisiana. Conference cancelled due to COVID-19.

54. Dyer, R.L. & **Budge, S.L.** (2020, April). *Qualitative examination of transgender clients' reflections on discussing minority stress with psychotherapists.* Poster to be presented at the 2020 Counseling Psychology Conference, New Orleans, Louisiana. Conference cancelled due to COVID-19.

24

Stephanie Budge CV 2024

55. Domínguez, S. Jr., **Budge, S. L.** (2020, April). *The Social and Internal Aspects of Gender Dysphoria Scale (SIAGD): A community-engaged measure for gender dysphoria.* Poster to be presented at the 2020 Counseling Psychology Conference, New Orleans, Louisiana. Conference cancelled due to COVID-19.

56. Domínguez, S. Jr., **Budge, S. L.**, & Goldberg, A. E. (2019, August). *Minority stress in nonbinary college students: The impact of campus climate and belongingness.* Poster presented at the 2019 American Psychological Association National Convention, Chicago, IL.

57. Dyer, R. L., Sinnard, M.T., & **Budge, S. L.** (2019, August). *Working alliance and gender minority stress: Implications for psychotherapy with trans, nonbinary, and gender expansive/nonconforming clients*. Poster presented at the 2019 American Psychological Association Convention, Chicago, Illinois.

58. Sinnard, M.T., Dyer, R. L., & **Budge, S. L.** (2019, August). *Effects of identity concealment on substance use and suicidality among Midwest trans, nonbinary, and gender expansive/nonconforming individuals.* Poster presented at the 2019 American Psychological Association Convention, Chicago, Illinois.

59. Schoenike, D., Wachter, E., & **Budge, S.L.** (2019, August). *The Interaction of Transgender Identity, Race, and Mental Health: A Nationwide Sample.* Poster presented at the 2019 American Psychological Association Convention, Chicago, Illinois.

60. Barcelos, C., **Budge, S.L.**, & Botsford, J. (2019, April). *Uneven Access: The Health of Trans and Gender Nonconforming People in Wisconsin and the Upper Midwest*. Paper to be presented at the Annual National Transgender Health Summit, San Francisco, CA.

61. Bhattacharya, N., **Budge, S.L.**, Pantalone, D., & Katz-Wise, S.L. (2018, November). *Conceptualizing relationships among transgender and gender nonconforming youth and their caregivers.* Paper presented at the American Public Health Association Conference, San Diego, California.

62. **Budge, S.L.**, Sinnard, M.T., & Hoyt, W.T. (2018, September). *Longitudinal Effects of Psychotherapy with Transgender Clients: A 6-month Follow-up.* Paper presented at the Biennial North American Society for Psychotherapy Research Conference, Snowbird, Utah.

63. Sinnard, M.T. & **Budge, S.L.** (2018, September). **"***I Want to Correct Past Harmful Counseling Experiences": Goal Attainment in Psychotherapy with Transgender Clients.* Paper presented at the Biennial North American Society for Psychotherapy Research Conference, Snowbird, Utah.

64. **Budge, S.L.** (2018, August). *The feasibility of a clinical trial focusing on trans individuals' minority stress.* Paper presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

65. **Budge, SL.**, Allen, B., Andert, B., Botsford, J., & Rehm, J. (2018, August). *Resources contributing to psychological well-being for trans youth: A CBPR Approach*. Paper presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

66. Sweetnam, M.R., Mauk, E., & **Budge, S.L.** (2018, August). *A qualitative analysis of nonbinary and genderqueer individuals' experiences of proximal and distal minority stress.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

Stephanie Budge CV 2024

67. Dillard, S., Sinnard, M.T., **Budge, S.L.**, & Katz-Wise, S.L. (2018, August). *Triadic analysis of concordance and discordance in families of trans youth.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

68. Mauk, E., Guo, E., Stock, C., Eck, M., & **Budge, S.L.** (2018, August). *Minority stress interventions in a psychotherapy pilot trial for transgender clients.* Paper presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

69. Orzechowski, M., **Budge, S.L.,** Lavendar, A., Onsgard, K., Schamms, S., Liebowitz, S., & Katz-Wise, S.L. (2018, August). *Emotions of transgender youth.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

70. Raines, C.R & **Budge, S.L.** (2018, August). *Measuring masculine sexual entitlement: Subscales of a new instrument.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

71. Sinnard, M.T, Orzechowski, M., **Budge, S.L.,** Belcourt, S., Conniff, J., Orovecz, J., Parks, R., Sun, S., & Sutton, J. (2018, August). *Depression and anxiety among transgender compared to cisgender Individuals: A meta-analysis.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

72. Sinnard, M.T., **Budge, S.L.,** & Hoyt, W.T. (2018, August). *The effectiveness of psychotherapy for transgender clients: A randomized controlled trial.* Paper presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

73. Sun, S., Hoyt, W.T., & **Budge, S.L.** (2018, August). *Minority stress, HIV risk behaviors, and mental health among Chinese men who have sex with men (MSM): A qualitative analysis.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

74. Thomas, K.A., Andert, B., Ibarra, N., **Budge, S.L.,** & dickey, l. (2018, August). *Non-suicidal self-injury in transgender individuals.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

75. Dyer, R., **Budge, S.L.,** Rehm, J., Botsford, J., Andert, B., & Allen, B. (2018, August). *Rural-urban differences in perceived safety at school for Wisconsin trans youth.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

76. Raines, C.R & **Budge, S.L.** (2018, August). *Understanding the relationships between masculine sexual entitlement, masculinity, and violence.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

77. Rehm, J., Botsford, J**., Budge, S.L,** Andert, B., & Allen, B. (2017, September). *Initial results of needs assessment for trans and gender expansive youth in Wisconsin*. Poster presented at the International Joint Meeting of Pediatric Endocrinology, Washington, D.C.

78. Rossman, H. K., Sinnard, M. T., & **Budge, S. L** (August, 2017). *Bisexuality and Consensual Non-Monogamy for Trans Individuals and Their Romantic Partners.* Paper presented at the Bisexuality Issues Committee Intersectionality Symposium at the Annual Meeting for the American Psychological Association in Washington, D.C.

79. Minero, L.M. & **Budge, S.L.** (2017, February). *Experiences of exclusion and discrimination among undocutrans (undocumented and transgender) individuals in the*

Stephanie Budge CV 2024

*united states and implications for mental health professionals.* Paper presented at the meeting for the United States Professional Association for Transgender Health, Los Angeles, California.

80. Thai, J.L., Orovecz, J., **Budge, S.L.** (2017, February) *"I was pretty sure I was doing the wrongest thing a wrong thing could be done": A qualitative examination of trans men's experiences of negative emotions.* Presentation in a symposium at the US Professional Association of Transgender Health, Los Angeles, CA.

81. **Budge, S.L.** (2017, February). *Evaluating the effectiveness of psychotherapy with trans clients: using the working alliance inventory.* Paper presented at the meeting for the United States Professional Association for Transgender Health, Los Angeles, California.

82. **Budge, S.L.** (2016, August). *Psychotherapy interventions, process, and outcome with transgender and gender non-conforming clients.* Chair of invited symposium for Division 29 at the Annual Meeting for the American Psychological Association, Denver, Colorado.

83. **Budge, S.L.** (2016, August). *The impact of minority stress interventions on psychotherapy outcomes with a trans client.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

84. Minero, L.M., Chin, M.Y., & **Budge, S.L.** (2016, August). *Transgender clients' reports of characteristics of effective and trans-competent therapists.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

85. **Budge, S.L.** (2016, August). *The state and future of psychotherapy research with transgender clients.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

86. Orovecz, J., Moon, J., & **Budge, S.L.** (2016, August) *Using transgender emotion labels to expand on emotion models.* Presentation in a symposium at the American Psychological Association Annual Convention, Denver, CO.

87. Minero, L.M., Chin, M.Y., & **Budge, S.L.** (2016, August). *Understanding external coping processes of trans-identified individuals using grounded theory.* Poster presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

88. Salkas, S. & **Budge, S.L.** (2016, August). *An overview of US population-based data on individuals with non-binary gender identities.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

89. Alexander, D., Orovecz, J., Salkas, S., Stahl, A., & **Budge, S. L.** (2016, August). *Internal identity processes for individuals with non-binary identities.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

90. Rossman, K., Sinnard, M., & **Budge, S.L.,** (2016, August). *The "queering" of emotions--using non-binary gender identity to label emotional processes.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

91. Barr, S. M. & **Budge, S.L.** (2016, August). *Experiences of self esteem and well-being for individuals with non-binary gender identities.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

92. Chase, A., Lam, J., & **Budge, S.L.** (2016, August). *Culture and masculine ideology: measuring masculinity among japanese american men.* Poster presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

Stephanie Budge CV 2024

93. Akinniyi, D. & **Budge, S.L.** (2016, August). *The student-athlete experience: Multiple minority statuses and discrimination*. Poster presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

94. **Budge, S.L**. (2016, August). *Identity processes, well-being, and emotional processes for individuals with non-binary identities.* Chair of symposium at the Annual Meeting for the American Psychological Association, Denver, Colorado.

95. Hase, C.N., Meadows, J.D., Budge, S.L. (2016, June). *Inclusion and exclusion in the white space: An investigation of the experiences of people of color in a primarily white american meditation community.* Poster presented at Mind & Life Summer Research Institute. Garrison, NY.

96. **Budge, S.L.** (2015, June). *The effectiveness of psychotherapeutic treatments for personality disorders: A review and critique of current research    practices.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Philadelphia, PA.

97. Kring, M. & **Budge, S.L.** (2015, June*). Re-evaluating outcomes in psychotherapy: Considerations beyond self-report.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Philadelphia, PA.

98. Owen, J. J., Wampold, B.E., Miller, S.D., **Budge, S.L.**, & Minami, T. (2015, June). *Trajectories of change in short-term psychotherapy: Lessons from growth curve mixture modeling.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Philadelphia, PA.

99. Katz-Wise, S.L. & **Budge, S.L.** (2015, April). *Imaging the future: qualitative findings of future orientation from trans youth and parents/caregivers in the Trans Youth Family Study.* Paper presented at the Annual Transgender Health Summit, Oakland, CA.

99. **Budge, S.L.** (2014, August). *The other side of the story: trans individuals' experiences of positivity and resilience.* Symposium chair for the Annual Meeting for the American Psychological Association, Washington, DC.

100. **Budge, S.L.** (2014, August). *Lessons learned from NIH-grant submission for LGBTQ research.* Invited panelist for the Annual Meeting for the   American Psychological Association, Washington, DC.

100. **Budge, S.L.** & Katz-Wise, S.L. (2014, August). *Emotional and interpersonal experiences of trans youth and their caregivers.* Paper presented at the    Annual Meeting for the American Psychological Association, Washington, DC.

101. Eleazer, J.L., Nguyen, Y., **Budge, S.L.** (2014, August). *"I'm afraid of my therapist": Military policy and access-to-care for transgender US service members.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

102. Thai, J.L. & **Budge, S.L.** (2014, August). *Mental health outcomes for trans Asian American, Asian, and Pacific Islander populations.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

103. Alexander, D. & **Budge, S.L.** (2014, August). *The impact of partner support on symptoms of anxiety for trans women, trans men, and genderqueer individuals.* Poster presented at the Annual Meeting for the American Psychological Association, Washington, DC.

Stephanie Budge CV 2024

104.     Barr, S.M. & **Budge, S.L.**. (2014, August).  *Trans identity salience as a predictor for well-being and body control beliefs for trans individuals.*          Poster presented at the Annual Meeting for the American Psychological Association, Washington, DC.

105.     Keller, B.L., Barr, S.M., & **Budge, S.L.** (2014, August). *Trans women's emotional resilience: Reactions to the intersection of sexism and transphobia.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

106.     Rossman, H.K., Sinnard, M., **Budge, S.L.** (2014, August). *Adapting a three-tiered model of emotions to genderqueer individuals' identity processes.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

107.     Thai, J.L., Orovecz, J., **Budge, S.L.** (2014, August). *Trans men's experiences of positive emotions: An examination of gender identity and emotion labels.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

108.     Tebbe, E.N., Brewster, M., **Budge, S.L.** (2014, August). *A content analysis of transgender psychological literature.* Poster presented at the Annual Meeting for the American Psychological Association, Washington, DC.

109.     Thai, J.L. & **Budge, S.L.** (2014, March). *Family relationships and outness for transgender Asian Pacific Islander individuals.* Paper presented at the Society of Counseling Psychology Conference, Atlanta, GA.

110.     Hunter, C. & **Budge, S.L.** (2014, March).  *The moderating effect of race related to discrimination for transgender individuals.* Paper presented at the Society of Counseling Psychology Conference, Atlanta, GA.

111.     Alexander, D. & **Budge, S.L.** (2014, March).  *The impact of partner support on symptoms of anxiety for trans women, trans men, and genderqueer individuals.* Paper presented at the Society of Counseling Psychology Conference, Atlanta, GA.

112.     Barr, S.M. & **Budge, S.L.** (2014, March).  *Validation of the Objectified Body Consciousness Scale for transgender individuals.* Paper presented at the Society of Counseling Psychology Conference, Atlanta, GA.

113.     **Budge, S.L.** (2013, October). *Addressing grief and role transitions for transgender clients experiencing gender identity incongruence.* Paper presented at the Biennial North American Society for Psychotherapy Research Conference, Nashville, TN.

114.     **Budge, S.L.,** Barr, S.M., Katz-Wise, S.L., Keller, B.L., & Manthos, M. (2013, June). *Incorporating positivity into psychotherapy with trans clients.* Workshop presented at the Annual Philadelphia Transgender Health Conference, Philadelphia, PA.

115.     **Budge, S.L.** & Barr, S.M. (2013, April). *Emotional and identity processes of trans youth: A developmental approach.* Paper presented at the Biennial Society for Research on Child Development Conference, Seattle, WA.

116.     **Budge, S.L.,** Thai, J., Rossman, H.K. (*2012, August) Intersecting identities and mental health outcomes for transsexual, cross-dressing, and genderqueer individuals.* Poster presented at the Annual Meeting for the American Psychological Association, Orlando, Florida.

117.     **Budge, S.L.** & Keller, B.L. (2012, August).  *"She felt pressured, I felt neglected": LGBQ individuals' experiences of sexual pressure in relationships.* Poster presented at the Annual Meeting for the American Psychological Association, Orlando, Florida.

Stephanie Budge CV 2024

118.　　**Budge, S.L.,** <u>Moore, J., Neinhuis, J.,</u> Baardseth, T., & Wampold, B.E. (2012, June). *The relative efficacy of bona-fide psychological treatments for personality disorders: A meta-analysis of direct comparisons.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Virginia Beach, Virginia.

119.　　**Budge, S.L.** & Katz-Wise, S.L. (2012, February). *Trans-affirmative therapy: Focusing on emotional and coping processes throughout gender transitioning.* Workshop presented at the Transgender Spectrum Symposium, Annual Meeting of the Gay and Lesbian Affirmative Psychotherapy Association, New York, New York.

120.　　**Budge, S.L.** & Katz-Wise, S.L. (2011, November). *Transgender emotional and coping processes: Facilitative and avoidant coping throughout the gender transition.* Paper presented at the Annual Meeting for the Society for the Scientific Study of Sexuality, Houston, Texas.

121.　　**Budge, S.L.** & Howard, K.H. (2011, August). *Gender socialization and genderqueer individuals: The impact of assigned sex on coping and mental health concerns.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, D.C.

122.　　Tebbe, E.L., **Budge, S.L.,** & Fischer, A. (2011, March). *Transforming the research Goliath: Reflections on research with transgender communities.* Roundtable presented at the Bi-Annual Meeting of the Association for Women in Psychology, Philadelphia, Pennsylvania.

123.　　**Budge, S.L.** & Howard, K.A.S. (2010, August). *Coping, social support, and well-being in the transition process for transgender individuals.* Paper presented at the Annual Meeting for the American Psychological Association, San Diego, California.

124.　　Baardseth, T.P., **Budge, S.L.,** & Wampold, B.E. (2010, August). *Allegiance and psychotherapy research: The effectiveness of supportive therapy as a control.* Poster presented at the Annual Meeting for the American Psychological Association, San Diego, California.

125.　　Solberg, V.S., Gresham, S.L., **Budge, S.L.,** & Phelps, A.L. (2010, August). *Impact of learning experiences on students with disabilities career development.* Poster presented at the Annual Meeting for the American Psychological Association, San Diego, California.

126.　　Katz-Wise, S.L., **Budge, S.L.,** & Hyde, J.S. (2010, August). *Individuation or identification? Objectified body consciousness.* Poster presented at the Annual Meeting for the American Psychological Association, San Diego, California.

127.　　Solberg, V.S., Gresham, S.L., **Budge, S.L.,** & Phelps, A.L. (2010, August). *Impact of exposure to quality learning experiences on career development.* Paper presented at the Annual Meeting for the American Psychological Association, San Diego, California.

128.　　**Budge, S.L.** & Fluckiger, C. (2010, June). *Comparison of evidence-based-treatments versus treatment as usual: A meta-analysis.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Asilomar, California.

129.　　**Budge, S.L.** & Howard, K.A.S. (2010, April). *Career decision-making in the transgender population: The role of barriers and discrimination.* Paper presented at the Annual Meeting for the American Educational Research Association, Denver, Colorado.

130.　　**Budge, S.L.,** Solberg, V.S., Phelps, L.A., Haakenson, K., & Durham, J. (2010, April). *Promising practices for implementing Individualized Learning Plans:*

*Perspectives of teachers, parents, and students.* Paper presented at the Annual Meeting for the American Educational Research Association, Denver, Colorado.

131.     Solberg, V.S., Gresham, S.L., Phelps, L.A., & **Budge, S.L.** (2010, April). *Identifying decision-making patterns and its impact on career development and workforce readiness.* Paper presented at the Annual Meeting for the American Educational Research Association, Denver, Colorado.

132.     Katz-Wise, S.L., **Budge, S.L.,** & Hyde, J.S. (2010, March). *Objectified body consciousness and the mother-adolescent relationship.* Poster presented at the Biennial Meeting for the Society for Research on Adolescence, Philadelphia, Pennsylvania.

133.     **Budge**, **S. L.,** Tebbe, E. N., Katz-Wise, S. L., Schneider, C. L., & Howard, K. A. (2009, August). *Workplace transitions: Work experiences and the impact of transgender identity.* Paper presented at the Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada.

134.     Katz-Wise, S. L., **Budge, S. L.**, & Schneider, C. L. (2009, August). *Navigating the gender binary: A qualitative study of transgender identity development.* Paper presented at the Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada.

135.     Nelson, M. L., Thompson, M. N., Huffman, K. L., & **Budge, S. L.** (2009, August). *Development and further validation of the social class identity dissonance scale.* Paper presented at the Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada.

136.     Dvorscek, M., **Budge, S. L.**, Bluemner, J. L., & Valdez, C. R. (2009, August). *Health care provider perspectives on Latino patients with depression.* Poster presented at the Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada.

137.     Neumaier, E. R., **Budge, S. L.**, Bohlig, A. J., Doolin, E. M., & Nelson, M. L. (2009, August). *I feel masculine but they think I'm feminine: Toward measuring experienced gender role.* Poster presented at the Annual Meeting of the American Psychological Association during the Division 17    Social Hour, Toronto, Ontario, Canada.

138.     Doolin, E. M., Graham, S. R., Hoyt, W. T., **Budge, S. L.**, & Bohlig, A. J. (2009, January). *Out and about in the South: Defining lesbian communities.* Poster presented at the National Multicultural Conference and Summit, New Orleans, LA.

139.     **Budge, S. L.**, Tebbe, E. N. & Howard, K. A. S. (2009, January) *Transgender individuals' work experiences: Perceived barriers, discrimination, and self-efficacy.* Paper presented at the Annual Meeting of the Career Conference, Madison, WI.

140.     Howard, K. A. S., **Budge, S. L.**, Jones, J., & Higgins, K. (2009, January). *Future plans of urban youth: A qualitative analysis of influences, barriers, & coping strategies.* Paper presented at the Annual Meeting of the Career Conference, Madison, WI.

141.     **Budge, S.,** Schneider, C., Rodriguez, A., Katz-Wise, S., Tebbe, E., & Valdez, C. (2008, August). *The emotional roller coaster: Transgender experiences of positive and negative emotions.* Poster presented at the Annual Meeting of the American Psychological Association, Boston, MA.

142.     Nelson, M. L., Huffman, K. & **Budge, S. L.**, (2008, August). *Initial validation of the Social Class Identity Dissonance Scale.* Poster presented at the Annual Meeting of the American Psychological Association, Boston, MA.

Stephanie Budge CV 2024

143.    **Budge, S. L.,** Schneider, C., Rodriguez, A., & Howard, K. A. S. (2008, January) *What about the "T"?: Career counseling with transgender populations.* Paper presented at the Annual Meeting of the Career Conference, Madison, WI.

144.    Howard, K. A .S., McKay, K. M., & **Budge, S. L.** (2007, August) *Adolescents' use of SOC strategies: The interaction with low-income and high violence contexts.* Poster presented at the Annual Meeting of the American Psychological Association, San Francisco, CA.

145.    **Budge, S. L.** & Sherry, A. (2007, August) *The influence of gender role on sexual compliance: A preliminary investigation of LGB relationships.* Poster presented at the Annual Meeting of the American Psychological Association, San Francisco, CA.

146.    Howard, K. A. S., Solberg, V. S., & **Budge, S. L.** (2007, August). *Designing culturally responsive school counseling career development programming for youth.* Paper presented at the Annual Meeting of the American Psychological Association, San Francisco, CA.

147.    Howard, K. A. S., Jones, J. E., **Budge, S.,** Gutierrez, B., Lemke, N., Owen, A., & Higgins, K.  (2007, April).  *Academic and career goals of high school youth: processes and challenges.*  Paper presented at the Annual Meeting of the American Educational Research Association, Chicago, IL.

## REGIONAL PRESENTATIONS
°Invited; Underlining denotes student;

1. **Budge, S.L.** (2024, September). *Incorporating Radical Healing and Addressing Internalized Transnegativity in Psychotherapy for Two Spirit, Transgender, and Nonbinary People of Color: An Open Clinical Trial.* Institute for Diversity Science Mini Conference, University of Wisconsin-Madison, Madison, Wisconsin.
2. **Budge, S.L.,** Tebbe, E.A., & Lee, J. (2023, October). CBPR Processes for an open clinical trial with 2STNB BBPOC clients. UW Diversity Summit, Madison, Wisconsin.
3. **Budge, S.L.** & Tebbe, E. (June, 2023). *Transgender and nonbinary healthcare for behavioral health providers.* Midwest AIDS Training + Education Center—Wisconsin, University of Wisconsin-Madison.
4. Dominguez, S. Jr., Matsuno, E., **Budge, S. L.,** & Tebbe, E. (2021, September). *Gender, Resilience and Resistance, Empowerment, and Affirmation Training.* Training provided at the University of Wisconsin-Madison via Zoom.
5. Dominguez, S. Jr., & **Budge, S. L.** (2021, May). *Microaggressions, communication, and power dynamics.* Workshop presented at the Madison Inclusive Leadership Conference, Madison, Wisconsin.
6. Tebbe, E.A. & **Budge, S.L.** (2021, April). *Transforming healing spaces: Tips and considerations in creating trans affirming spaces.* Workshop provided at the Wisconsin LGBTQ Health Summit, Madison, Wisconsin.
7. **Budge, S.L.,** Lindley, L., & Dominguez, S. (2021, February). Supporting mental health care for TNB clients. School of Social Work, University of Wisconsin-Madison, Madison, Wisconsin.
8. **Budge, S.L.** (2020, September). *Recruiting LGBTQ populations.* Symposium for Research Administrators. Madison, Wisconsin.

Stephanie Budge CV 2024

9. **Budge, S.L.** (2020, September). *Best practices for conducting research with LGBTQ populations.* Institute for Clinical and Translational Research training for researchers at the University of Wisconsin-Madison. Madison, Wisconsin.

10. **Budge, S.L.** (2019, April). *Trans affirmative therapy: Therapy for trans and nonbinary clients beyond the "101."* Workshop provided at the Wisconsin LGBTQ Health Summit, Madison, Wisconsin.

11. Guo, E., Mauk, E., & **Budge, S.L.** (2018, November). *Minority stress interventions in a psychotherapy pilot trial for transgender clients.* Paper presented at the Annual Meeting for the Wisconsin Counseling Association, Madison, Wisconsin.

12. **Budge. S.L.** (2018, November). *Mental Health and Wellbeing: Trans, Nonbinary, and Gender Nonconforming People.* Paper presented at the Annual Midwest Family Medicine Conference, Madison, Wisconsin.

13. Dyer, R. L., **Budge, S. L.,** Botsford, J., Andert, B., Rehm, J., & Allen, B. (April 2018). *Supporting trans youth in rural Wisconsin.* Symposium presented at the 2018 Wisqueer Conference, Madison, Wisconsin.

14. Dyer, R. L., **Budge, S. L.,** Botsford, J., Andert, B., Rehm, J., & Allen, B. (April 2018). *Trans youth needs assessment survey results: Nonmetropolitan-metropolitan differences in perceived safety at school for Wisconsin trans and nonbinary youth.* Poster presented at the 2018 Wisconsin Psychological Association Convention, Appleton, Wisconsin.

15. **Budge, S.L.** & Bostford, J. (February, 2018). *Trans experiences in Mental Health.* Symposium presented at the 2018 Wisconsin LGBTQ Summit, Milwaukee, Wisconsin.

16. Dyer, R. L., **Budge, S. L.,** Botsford, J., Andert, B., Rehm, J., & Allen, B. (February 2018). *Supporting trans youth in rural Wisconsin.* Symposium presented at the 2018 Wisconsin LGBTQ Summit, Milwaukee, Wisconsin.

17. °**Budge, S.L.** (2017, September). *Transgender individuals and minority stress: The past, present, and future.* Research talk presented for the UW Department of Psychology Diversity series.

18. °**Budge, S.L.** and Karcher, O. (2017, May). *Supporting trans youth and their mental health needs, Part 2.* Paper presented at the Supporting Trans and Gender Expansive Youth conference, Madison, Wisconsin.

19. °**Budge, S.L.** (2016, October). *Supporting trans youth and their mental health needs.* Paper presented at the Supporting Trans and Gender Expansive Youth conference, Madison, Wisconsin.

20. **Budge, S.L.** (2013, November). *Incorporating an IPT approach with transgender clients.* Paper presented at the Annual Kentucky Psychological Association Conference, Lexington, Kentucky.

21. **Budge, S.L.** (2013, April). *Using interpersonal therapy with transgender clients.* Workshop provided at the Annual University of Florida Interdisciplinary Conference on LGBT Issues.

22. Barr, S. M. & **Budge, S. L.** (2013, April). *The role of identity integration in the emotional well-being of post-transition individuals.* Poster presentation at the Kentucky Psychological Association Student Research Conference, Louisville, Kentucky.

23. Orovecz, J., Thai, J.L.., & **Budge, S.L.** (2013, April). *"I'm stoked about life": The emotional processes of trans men through a qualitative lens.* Poster presented at the Spring Research Conference, Lexington, Kentucky.

Stephanie Budge CV 2024

24. Rossman, K. & **Budge, S.L.** (2013, April). *Genderqueer individuals' mental health concerns: The relationship between social support and coping.* Paper presented at the Spring Research Conference, Lexington, Kentucky.

25. Barr, S. M. & **Budge, S. L.** (2013, April). *The role of identity integration in the emotional well-being of post-transition individuals.* Poster presented at the Spring Research Conference, Lexington, Kentucky.

26. Rossman, K. & **Budge, S.L.** (2013, June). *Just the fact that I commanded that respect - I got the privilege: Qualitative examination of privilege in the trans community.* Paper presented at the Spring Research Conference, Lexington, Kentucky.

27. Keller, B.L., Barr, S.M., & **Budge, S. L**. (2013, April). "*For every bad, there's 40 good things that happen": A qualitative approach to understanding the positive emotional experiences of trans women.* Poster presentation at the Spring Research Conference, Lexington, Kentucky.

28. Orovecz, J., Thai, J.L., & **Budge, S.L.** (2013, April). "*I'm stoked about life": The emotional processes of trans men through a qualitative lens.* Presented at the Spring Research Conference, Lexington, Kentucky.

29. Orovecz, J., Thai, J.L., & **Budge, S.L.** (2013, March). "*I'm me, and I'm proud to be me": A grounded theory analysis of trans men's emotional processes.* Presented at the Kentucky Psychological Association Foundation Spring Academic Conference, Louisville, Kentucky.

30. Eleazer, J. R. & **Budge, S. L.** (2013, March). *"It would be better for them to have a dead hero for a father than a freak:" Suicidality and trans military service.* Poster presented at the Kentucky Psychological Association Spring Academic Conference, Louisville, Kentucky.

31. Sinnard, M., Rossman, K., & **Budge, S. L.** (2013, March). *Positive emotional experiences of gender non-binary identified individuals.* Poster presentation at the Kentucky Psychological Association Student Research Conference, Louisville, Kentucky.

32. Barr, S.M., Stahl, A., Manthos, M., & **Budge, S.L.** (2012, November). *"It means there aren't rules and you don't have to ascribe to a specific binary": A qualitative examination of genderqueer identity.* Paper presented at the Chicago LGBTQ Health and Wellness Conference, Chicago, Illinois.

33. Thai, J.L., Orovecz, J., & **Budge, S.L.** (2012, November). *Trans men and positivity: Emotional processes related to identity.* Paper presented at the Chicago LGBTQ Health and Wellness Conference, Chicago, Illinois.

34. **Budge, S.L.,** Barr, S.M., Orovecz, J., & Rossman, H.K. (2012, November). *Clinical work with LGBT youth.* Workshop provided at the Annual Kentucky Psychological Association Conference, Louisville, Kentucky.

35. **Budge, S.L.,** Lee, S., & Monahan-Rial, V. (2011, February). *Bridging institutional gaps: Utilizing transgender-affirmative therapy with college students.* Workshop presented at the Annual Meeting for the Big 10 College Counseling Center Conference, Minneapolis, Minnesota.

36. Lee, J., **Budge, S.L.,** Wilson, J.L., & Roper, J.M. (2011, February). *The Korean Conundrum: Managing stigma in the recruitment of group counseling members.* Workshop presented at the Annual Meeting for the Big 10 College Counseling Center Conference, Minneapolis, Minnesota.

Stephanie Budge CV 2024

37. °**Budge, S.L.** & Katz-Wise, S.L. (2010, February). *Transition to adulthood: Developmental steps for transgender individuals.* Workshop presented at the Conference on Transgender and Gender Variant Youth, Madison, Wisconsin.

38. °**Budge, S.L.** (2009, October). *Individualized Learning Plans: Parent, student, and educator focus groups.* Paper presented at the Fall Institute for the National Collaborative on Workforce and Disability/Youth, Charleston, South Carolina.

## **KEYNOTE AND INVITED PRESENTATIONS**

1. **Budge, S.L**. & Lindley, L. (2024, October). *Moving Beyond Trans 101: Evidence-based Therapeutic Interventions for Working with Trans and Nonbinary Clients.* Presentation for Sunshine Social Services, Wilton, Manors Florida.

2. **Budge, S.L.** & Norton, M.D (2024, September). *Ethical considerations for mental health providers working with trans and nonbinary youth and their families.* Calapla Health Training, Appleton, WI.

3. **Budge, S.L.** & Norton (2023, October). Mental Health and Trans and Nonbinary Youth. Presentation to the Wisconsin State Bar Association, Madison, Wisconsin.

4. **Budge, S.L.** & Tebbe, E. (April, 2023). *Transformative Justice and Healing in Mental Health Care for Transgender and Nonbinary People.* University of Louisville, Louisville, Kentucky.

5. **Budge, S.L.** & Hamer, J. (2022, December). Diversity Management Strategies to Improve Cross-Cultural and Intercultural Communication in Research Teams. Invited training to the Center for Innovations in Quality, Effectiveness, and Safety at the Houston Veterans Affairs, Houston, Texas.

6. **Budge, S.L.** (2022, November). Community-Based Research: A Step-By-Step Guide to Starting and Implementing Research Team and Community Feedback. University of Arkansas Department of Psychiatry and Behavioral Sciences and South Central MIRECC for Veterans Affairs, Little Rock, Arkansas.

7. **Budge, S.L.** (2022, October). Community-centered mental health. Workshop provided to LGBTQ+ Health Fellows in the School of Medicine and Public Health, University of Wisconsin-Madison, Madison, WI.

8. **Budge, S.L.** (2022, October). Barriers and Successful Outcomes in Recruiting Participants for Clinical Trial Research. Invited talk to the Center for Innovations in Quality, Effectiveness, and Safety at the Houston Veterans Affairs, Houston, Texas.

9. **Budge, S.L.** (2022, October). Lessons learned from being an expert witness in discrimination trials. Invited talk University of Wisconsin-Madison Law School, University of Wisconsin-Madison, Madison, Wisconsin.

10. **Budge, S.L.** (2022, October). LGBTQ+ Advocacy and Activism in Psychology. Invited talk at Clark University, Worcester, Massachusetts.

11. **Budge, S.L.** (2022, October). Reducing barriers to accessing mental health care for Two Spirit, trans, and nonbinary people of color: An open clinical trial. Invited talk at Arizona State University, Tempe, Arizona.

12. **Budge, S.L.** & Tebbe, E.A. (2022, July). Attending to internalized stigma in psychotherapy with Two Spirit, Transgender, and Nonbinary Clients. Workshop provided to Sondermind Therapy. Virtual workshop.

13. **Budge, S.L.** (2022, July). Best practices in supporting trans and nonbinary youth. School of Education Early Career Institute, University of Wisconsin-Madison, Madison, Wisconsin.

14. **Budge, S.L.,** (2022, April). Reducing barriers to accessing mental health care for Two Spirit, trans, and nonbinary people of color: An open clinical trial building upon lessons learned. Invited talk to the Center for Innovations in Quality, Effectiveness, and Safety at the Houston Veterans Affairs, Houston, Texas.

15. **Budge, S.L.,** (2022, April). Conducting psychotherapy research with transgender and nonbinary populations: CBPR Methods and Lessons Learned. University of Arkansas Department of Psychiatry and Behavioral Sciences and South Central MIRECC for Veterans Affairs, Little Rock, Arkansas.

16. **Budge, S.L.** (2022, April). Queering networking. Workshop provided by the APA Division 44 Science Committee. Virtual workshop.

17. **Budge, S.L.** (2022, April). Queering research. Workshop provided by the APA Division 44 Science Committee. Virtual.

18. **Budge, S.L.** (2022, April). Providing evidence-based psychotherapy to transgender and nonbinary clients: Beyond the basics. Keynote presented at the Kentucky Psychological Association conference in Louisville, KY.

19. **Budge, S.L.** Dominguez, Jr., S., & Lee, J. (2022, March). Providing trans affirming care to youth. Intern seminar at the Wisconsin Psychiatric Institute and Clinics, University of Wisconsin-Madison.

20. **Budge, S.L.,** Dominguez Jr., S., & Norton, M. (2022, February). Incorporating radical healing and addressing internalized transnegativity in psychotherapy for transgender, Two Spirit, and nonbinary people of color: A community-based participatory research approach. Workshop provided to the School Psychology Department, University of Wisconsin-Madison.

21. Tebbe, E.A. & **Budge, S.L.** (2022, January). LGBTQ identity development in young people. Training provided to the Central Wisconsin Health Partnership, Appleton, Wisconsin.

22. **Budge, S.L.** & Tebbe, E.A. (2021, December). Providing Trans-Affirming Therapy to Two-Spirit, Transgender, and Nonbinary Clients: The Basics. Workshop provided to Sondermind Therapy.

23. **Budge, S.**L. (2021, October). Psychotherapy with Two-Spirit, Transgender, and Nonbinary Patients. Grand Rounds provided at Westchester Medical Center/New York Medical College, Westchester, NY.

24. <u>Dominguez, S. Jr.,</u> & **Budge, S. L.** (2021, October). Healthcare Discrimination Toward LGBTQ+ People & Discrimination-Related Ruptures, Department of Health Services Learning Community Conference, Madison, Wisconsin

25. **Budge, S. L.** (2021, October). Supporting LGBTQ+ community members, Department of Health Services Learning Community Conference, Madison, Wisconsin

26. **Budge, S.L.** & Tebbe, E.A. (2021, July). Beyond the basics: Recommendations for practitioners writing letters of support. Workshop provided to American Psychological Association Division 17 Members.

27. **Budge, S.L.** (2021, February). Conducting psychotherapy research with trans and nonbinary populations. Presented to the Counseling Psychology department at the University of British Columbia, Vancouver, Canada.

Stephanie Budge CV 2024

28. **Budge, S.L.** & Dominguez, S. Jr. (2019, November). *Mental health care for transgender, nonbinary, and gender nonconforming clients.* Presented to practitioners at Group Health Cooperative Insurance, Madison, Wisconsin.

29. °**Budge, S.L.,** <u>Dominguez, S.Jr., Mauk, E., & Sweetnam, M.</u> (2018, October). *School of Education: At the forefront of transgender studies*. Presented to the Board of Visitors at the School of Education—University of Wisconsin-Madison.

30. °**Budge, S.L.** & <u>Mauk, E.</u> (2017, May). *Health and well-being of LGBTQ students: Lessons learned and recommendations for educators*. Invited presentation at the CESA Conference, Madison, Wisconsin.

31. °**Budge, S.L.** (2016, March). *The construction of gender identity as "disordered": A critical examination of mental health using trans narratives.* Invited presentation at the Women's and Gender Studies Forum at the University of Florida, Gainesville, Florida.

32. °**Budge, S.L.** (2016, March). *Understanding, acknowledging, and responding to LGBTQ microaggressions in health care settings.* Keynote provided at the Florida Area Health Education Center, Gainesville, Florida.

33. °**Budge, S.L.** (2014, September). *Positivity in trans populations: Implications for vocational psychology.* Boston University, Boston, Massachusetts.

34. °**Budge, S.L.** (2013, April). *Future directions for research and therapy with trans and gender diverse individuals.* Keynote provided at the Annual University of Florida Interdisciplinary Conference on LGBT Issues.

35. °**Budge, S.L.** *(*2013, March*). The psychology of sexual orientation and gender identity: future directions and implications.* Keynote provided at the East Texas Psi Chi Student Research Conference, Tyler, Texas.

## NATIONAL RESEARCH BRIEFINGS

1. °**Budge, S.L.,** & Solberg, V.S., (2010, March) *Career exploration and the use of career narrative data for high school students' career exploration processes: A United States sample.* Research briefing presented at the Department of Labor, Washington, D.C.

2. °**Budge, S.L.,** Solberg, V.S., & Phelps, A.L. (2010, March) *Individualized Learning Plans within a community-oriented approach: The usefulness of focus group data with parents, teachers, and students.* Research briefing presented at the Department of Labor, Washington, D.C.

## INTERNATIONAL RESEARCH BRIEFINGS

1. °**Budge, S.L.,** & Solberg, V.S., (2010, February) *A three-tiered approach to analyze the career decision making processes using focus group data with Singaporean parents, students, and staff.* Research briefing presented at the Ministry of Education, Singapore.

2. °**Budge, S.L.,** & Solberg, V.S., (2010, February) *Use of narrative analysis for high school students' career exploration processes: A Singapore Sample.* Research briefing presented at the Ministry of Education, Singapore.

## EXPERT WITNESS AND PUBLIC INTEREST EXPERIENCE

Stephanie Budge CV 2024

Doe v. State of South Carolina, No. 2:24-cv-06420-RMG (South Carolina, 2024)

R.F. v. Platte County R-3 School District, No. 23AE-CC00205 (Missouri, 2024)

Doe v. Elkhorn Area School District, No. 2:24-cv-00356 (Wisconsin, 2024)

Roe v. Idaho State Board of Education, No. 1:23-cv-315 (Idaho, 2023)

Doe v. Arizona Department of Education (Arizona, 2023)

Lusk v. Minnesota Department of Corrections, No. 62-CV-22-3284 (Minnesota, 2022)

Bridge v. Oklahoma State Department of Education, No. CIV-22-787-JD (Oklahoma, 2022)

Cooper v. USA Powerlifting & USA Powerlifting Minnesota, No. 62-CV-21-211 (Minnesota, 2021)

Boyden v. State of Wisconsin Employee Trust Funds, No. 17-cv-264 (Wisconsin, 2018)

Flack v. Wisconsin Department of Health Services, No. 3:18-cv-00309 (Wisconsin, 2018)

Whitaker v. Kenosha Unified School District, No. 2:16-cv-00943-PP (7th Cir. 2016)

Name redacted (private case of a transgender woman seeking asylum), United States DOJ Immigration Court Case (2015)

**Amicas Brief Contributions:**

Catholic Charities v. Whitmer, No. 25-1105 (6th Cir. 2025)

Mahmoud v. Taylor, No. 24-297 (US Supreme Court, 2025)

United States of America v. Skrmetti, No. 23-477 (US Supreme Court, 2024)


## TEACHING EXPERIENCE

**University of Wisconsin-Madison Courses (Fall 2014 – current)**
        **\*CP = counseling psychology, SMPH = school of medicine and public health**

**Fall 2024**
        CP 904: Practicum: enrollment =
        CP 926: Ethical and Legal Considerations in Counseling Psychology (graduate): enrollment = 7

**Summer 2024**
CP 901: Practicum: enrollment = 7
CP 903: Advanced practicum: enrollment = 2
CP 908: Internship preparation: enrollment = 12

**Spring 2023**
CP 900: Foundational practicum (graduate): enrollment = 7
CP 903: Advanced practicum (graduate): enrollment = 8
CP 802: Group Therapy (graduate): enrollment = 11
CP 105: Interpersonal Relationships (undergraduate): enrollment = 6
SMPH: AHEAD Seminars (enrollment varies from 10-15)

**Fall 2023**
CP 926: Ethical and Legal Considerations in Counseling Psychology (graduate):
enrollment = 6
CP 990: Independent research (graduate): enrollment = 6
SMPH: AHEAD Seminars (enrollment varies from 10-15)

**Summer 2023**
CP 332: Gender and Queer Issues in Psychology (undergraduate): enrollment = 9

**Summer 2022**
CP 332: Gender and Queer Issues in Psychology (undergraduate): enrollment = 9

**Spring 2022**
CP 900: Foundational practicum (graduate): enrollment = 6
CP 903: Advanced practicum (graduate): enrollment = 7
SMPH: AHEAD Seminars (enrollment varies from 10-15)

**Fall 2021**
CP 926: Ethical and Legal Considerations in Counseling Psychology (graduate):
enrollment = 9
CP 990: Independent research (graduate): enrollment = 6
SMPH: AHEAD Seminars (enrollment varies from 10-15)

**Summer 2021**
CP 332: Gender and Queer Issues in Psychology (undergraduate): enrollment = 10

**Spring 2021**
CP 900: Foundational practicum (graduate): enrollment = 7
CP 903: Advanced practicum (graduate): enrollment = 3
CP 905: Research Practicum (graduate): enrollment = 17
SMPH: AHEAD Seminars (enrollment varies from 10-15)

**Fall 2020**
CP 860: Social and Cultural Foundations of Counseling (graduate): enrollment = 28
CP 990: Independent research (graduate): enrollment = 6

Stephanie Budge CV 2024

SMPH: AHEAD Seminars (enrollment varies from 10-15)

**Summer 2020**

CP 332: Gender and Queer Issues in Psychology (undergraduate): enrollment = 11

**Spring 2020**

CP 900: Foundational practicum (graduate): enrollment = 4
CP 903: Advanced practicum (graduate): enrollment = 5
CP 699: Independent research (undergraduate): enrollment = 2
CP 990: Independent research (graduate): enrollment = 3
SMPH: AHEAD Seminars (enrollment varies from 10-15)

**Fall 2019**

On maternity leave

**Spring 2019**

CP 900: Foundational practicum (graduate): enrollment = 4
CP 903: Advanced practicum (graduate): enrollment = 5
CP 699: Independent research (undergraduate): enrollment = 6
CP 990: Independent research (graduate): enrollment = 3
SMPH: AHEAD Seminars (enrollment varies from 10-15)

**Fall 2018**

CP 805: Helping Relationships & Techniques (graduate): enrollment = 15
CP 905: Research Practicum (graduate): enrollment = 11
CP 990: Independent Research (graduate): enrollment = 2
CP 699: Independent Research (undergraduate): enrollment = 8
SMPH: AHEAD Seminars (enrollment varies from 10-15)

**Spring 2018**

CP 806: Pre-practicum (graduate): enrollment = 13
CP 900: Foundational practicum (graduate): enrollment = 4
CP 903: Advanced practicum (graduate): enrollment = 5
CP 699: Independent research (undergraduate): enrollment = 6
CP 990: Independent research (graduate): enrollment = 3

**Fall 2017**

CP 951: Research in Individual Interventions (graduate): enrollment = 12
CP 999: Independent Study (graduate): enrollment = 1
CP 990: Independent Research (graduate): enrollment = 2
CP 699: Independent Research (undergraduate): enrollment = 3

**Summer 2017**

CP 699: Independent Research (undergraduate): enrollment = 1

**Spring 2017**

Stephanie Budge CV 2024

CP 903: Advanced Practicum (graduate): enrollment = 8
CP 900: Foundational Practicum (graduate): enrollment = 5
CP 890: Advanced Assessment Techniques (graduate): enrollment = 10
CP 999: Independent Study (graduate): enrollment = 1
CP 990: Independent Research (graduate): enrollment = 1
CP 699: Independent Research (undergraduate): enrollment = 8

**Fall 2016**
CP 805: Helping Relationships & Techniques (graduate): enrollment = 15
CP 990: Independent Research (graduate): enrollment = 2
CP 699: Independent Research (undergraduate): enrollment = 8

**Summer 2016**
CP 699: Independent Research (undergraduate): enrollment = 1

**Spring 2016**
CP 903: Advanced Practicum (graduate): enrollment = 4
CP 900: Foundational Practicum (graduate): enrollment = 9
CP 810: Professional Development/Clinical Practice (graduate): enrollment = 8
CP 699: Independent Research (undergraduate): enrollment = 1
Counseling Psychology Training Clinic Supervision ($n = 7$)

**Fall 2015**
CP 805: Helping Relationships & Techniques (graduate): enrollment = 10
CP 999: Independent Study (graduate): enrollment = 10

**Spring 2015**
CP 806: Master's Pre-Practicum (graduate): enrollment = 17
CP 990: Independent Research (graduate): enrollment = 8
CP 901: Counseling Psych Practicum (graduate): enrollment = 1
CP 699: Independent Research (undergraduate): enrollment = 1
Counseling Psychology Training Clinic Supervision ($n = 12$)

**Fall 2014**
CP 805: Helping Relationships & Techniques (graduate): enrollment = 17
CP 999: Independent Study (graduate): enrollment = 5

**Course or Curriculum Development at UW-Madison From 2014-current**

| | |
|---|---|
| Group Counseling (new course) | **2023** |
| Ethical and Legal Considerations in Counseling Psychology (new) | **2021** |
| Social and Cultural Foundations (new curriculum) | **2020** |
| LGBTQ Psychology (new course) | **2020** |
| Doctoral Research Practicum (new course) | **2018** |
| Individual Interventions (new course) | **2017** |
| Advanced Assessment Techniques (new curriculum) | **2017** |

Stephanie Budge CV 2024

| | |
|---|---|
| Advanced Doctoral Clinical Practicum (new course) | **2016** |
| Foundational Doctoral Clinical Practicum (new course) | **2016** |
| Master's Pre-Practicum (new course) | **2015** |
| Helping Relationships & Techniques (new course) | **2014** |

**Previous Teaching**

**University of Louisville Courses**
    ECPY 780: Advanced Practicum
    ECPY 648: Intellectual Assessment
    ECPY 663: Multicultural Issues
    ECPY 629: Theories and Techniques of Counseling
    ECPY 621: Differential Diagnosis
    ECPY 793: Gender and Queer Issues In Psychology
    ECPY 793: Advanced Multicultural Psychotherapy
    ECPY 700: Supervised Research

**Graduate-Student Teaching:**
    **University of Wisconsin-Madison (2006-2009)**
    CP 804: Research Methods
    CP 994: Personality Assessment
    CP 650: Interviewing Skills
    CP 115: First Year Experience

    **University of Texas at Austin (2005-2006)**
    PSY 301: Introduction to Psychology

**Supervision of Clinical Work at UW-Madison**

**Provision of Supervision at the**
**Counseling Psychology Training Clinic**                    **8/2014 – 5/2016**

I was the on-site licensed psychologist and supervisor for one clinic night per week. Provided individual clinical supervision to 7 masters and doctoral students (1 hr. per week of individual clinical supervision for each student in addition to administration [feedback on notes and watching video-recordings of sessions]). Provided one hour of group supervision on the night I was on-site at the clinic.

**Provision of Supervision to students in**
**the Pre-Practicum course (CP 806).**                    **1/2015 – 5/2015**

Provided individual supervision (above and beyond class duties, due to low staffing in the department) to masters and doctoral students for the CP 806 course in the Spring of 2015.

Stephanie Budge CV 2024

# SERVICE ACTIVITIES

## PUBLIC SERVICE (From 2014- current)

**Wisconsin Transgender Health Coalition (WTHC)**                    **5/2015-current**

I have been involved in the organization since its inception. I have mainly been involved in the "data and dissemination" team, where I provide my expertise as researcher helping community members establish their own research projects and write grants to support personnel within the coalition. As a part of this team, I have given presentations to community members about population-based data within Wisconsin that can influence access to more medical and mental health care. I have also assisted team members with creating surveys and recruiting individuals to be a part of a Wisconsin needs assessment of transgender youth. We meet once per month to focus on the larger data team and have smaller meetings throughout the month to focus on community outreach and training to disseminate research in a fashion that is most helpful for individuals who are not involved in academia.

**Co-Coordinator and Co-Chair for the Transgender
and Gender Expansive Youth Conference**                    **2/2016-current**

Attend meetings for an ongoing planning committee to coordinate semi-annual conferences about the concerns of transgender youth. Helped develop an agenda for the conferences, planned speakers, coordinated a budget, and decided on special topics for the conference. Introduce the keynote speaker at the conference and provide project management during the day of the conference. Provided three one-hour long sessions to educate teachers, school staff, mental health professionals, and community members.

**Pro-Bono Psychotherapy**                    **8/2015 - current**

Provided 1.5 hours of pro-bono weekly group psychotherapy to transgender and gender expansive youth at the Counseling Psychology Training Clinic from 2015-2016. Provided group therapy training to a doctoral student to conduct co-therapy with me as part of the group. Provided individual therapy to clients at the CPTC from Spring 2021-2022. Conducts assessments for referral letters at the CPTC (ongoing).

**Community Presentations and Trainings**

UW Health Behavioral Health Youth and Family Clinic                    **5/2021**

CORE Lab—UW-Madison                    **4/2021**

University of Utah                    **3/2021**

Counseling Psychology Training Clinic, UW-Madison                    **2/2021**

Stephanie Budge CV 2024

University of British Columbia                                          **2/2021**

Pauquette Center for Psychological Services                             **1/2021**

Nehemiah--Center for Urban Leadership                                   **12/2020**

University of Utah                                                      **11/2020**

Gender and Sexuality Campus Center                                     **11/2020**

Alamo Area Resource Center                                             **7/2020**

Brown University                                                        **1/2020**

Group Health Cooperative Insurance                                     **11/2019**

Group Health Cooperative Insurance                                     **12/2017**

Goodman Community Center and UW Health                                 **9/2017**

Marquette University                                                    **8/2017**

Madison Metropolitan School District                                   **5/2017**

Wisconsin Department of Public Safety                                  **4/2017**

Psychiatric Services                                                    **2/2017**

FORGE                                                                   **1/2017**

Wisconsin Department of Public Instruction                            **12/2016**

Madison Metropolitan School District                                   **10/2016**

Marquette University                                                    **5/2016**

## **PROFESSIONAL SERVICE**

**Associate Editor**
*Psychotherapy*                                                        **1/2014 – 1/2022**
*Psychology of Sexual Orientation and Gender Diversity*                **8/2020 -- current**

**Guest Editor of Special Sections**
*Psychotherapy*                                                        **5/2019**
*Journal of Counseling Psychology*                                     **12/2017**

Stephanie Budge CV 2024

| | |
|---|---|
| *Psychology of Sexual Orientation and Gender Diversity* | **12/2017** |
| *Psychotherapy* | **9/2016** |

**Editorial Board**
| | |
|---|---|
| *Psychotherapy* | **1/2011 – 12/2013** |
| *Archives of Sexual Behavior* | **1/2014 – 12/2016** |
| *Psychology of Sexual Orientation and Gender Diversity* | **1/2016 – 8/2020** |
| *International Journal of Transgender Health* | **1/2016 – current** |
| *LGBTQ+ Family: An Interdisciplinary Journal* | **9/2022 - current** |

**Ad Hoc Reviewer:** Journal of Consulting and Clinical Psychology, Clinical Psychology Review, Journal of Counseling Psychology, The Counseling Psychologist, Feminism and Psychology, Psychology of Religion and Spirituality, Psychology of Women Quarterly, Journal of GLBT Family Issues, BioMed Central Journal, The Cognitive Behavior Therapist, Psychotherapy Research, Routledge Publishers, Harvard University Press, Family Process, Journal of Adolescent Health

<u>**Leadership in Professional Organizations**</u>

**Co-Chair of APA Working Group—Transgender Youth        8/2022 – current**
This special working group focuses on improving communication around evidence-based care for transgender and nonbinary youth. In this group, we created a resolution focused on transgender and nonbinary youth, wrote and submitted a commentary to Journal of Adolescent Health, and created an interdivisional statement regarding the state of care for transgender and nonbinary youth.

**Co-Chair of Division 17 Special Task Group        8/2019 – 8/2020**
 "Building a Trans and Nonbinary Pipeline into Counseling Psychology." This special task group included giving a free webinar about increasing access for trans and nonbinary students into doctoral psych programs, creating a curriculum guide for psychology courses, and supporting a research project that focused on trans and nonbinary students' experiences in counseling psychology programs

**Co-Chair of Division 44 Science Committee        8/2011 - current**
Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender Issues (Division 44)

<u>**Membership in Professional Organizations**</u>

American Psychological Association (APA)
- Society of Counseling Psychology (Division 17)
- Division of Psychotherapy (Division 29)
- Society for the Psychology of Women (Division 35)
- Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender Issues (Division 44)
- Society of Clinical Child and Adolescent Psychology (Division 53)

Stephanie Budge CV 2024

World Professional Association for Transgender Health (WPATH)
Society for Psychotherapy Research (SPR)


## UNIVERSITY SERVICE

**University Committee**

| | |
|---|---|
| Faculty Senate (alternate) | **5/2016 – current** |
| LGBTQ University Committee | **5/2017 – 6/2024** |

**School of Education Committee**

| | |
|---|---|
| Diversity, Equity, and Inclusion School of Education Committee | **8/2023 – current** |
| Information Technology Policy Advisory Committee | **8/2014 – 8/2019** |

**Department Committee**

| | |
|---|---|
| Doctoral Training Director | **4/2024 – current** |
| Doctoral Training Committee | **8/2015 – current** |
| Doctoral Admissions Chair | **8/2017 – 8/2024** |
| Social Justice Committee (chair) | **8/2016 – 8/2019** |
| Salary and Promotion Committee | **8/2016 - current** |
| Masters Training Committee | **8/2014 – 8/2015** |

**Doctoral Dissertation Committees (*Denotes Chair)**
*Kinton Rossman (University of Louisville; Defended)
*Jayden Thai (University of Louisville; Defended)
Jake Nienhuis (University of Louisville; Defended)
Kelley Quirk (University of Louisville; Defended)
Keldric Thomas (University of Louisville; Defended)
Johanna Strokoff (University of Louisville; Defended)
Elise Romines (University of Louisville; Defended)
Sebastian Barr (University of Louisville; Defended)
Julia Benjamin (University of Wisconsin-Madison; Defended)
*Craig Hase (University of Wisconsin-Madison; Defended)
Sarah McArdell Moore (University of Wisconsin-Madison, Defended)
Noah Yulish (University of Wisconsin-Madison, Defended)
Nick Frost (University of Wisconsin-Madison, Defended)
Lindsey Houghton (University of Wisconsin-Madison, Defended)
Shufang Sun (University of Wisconsin-Madison, Defended)
*Joe Orovecz (University of Wisconsin-Madison, Defended)
Andrew Wislocki (University of Wisconsin-Madison, Defended)
Dustin Brockberg (University of Wisconsin-Madison, Defended)
*Christo Raines (University of Wisconsin-Madison, Defended)
Alyssa Ramirez Stege (University of Wisconsin-Madison, Defended)
Mun Yuk Chin (University of Wisconsin-Madison, Defended)
Molly Kring (University of Wisconsin-Madison, Defended)
*Laura Minero (University of Wisconsin-Madison, Defended)

Stephanie Budge CV 2024

*Morgan Sinnard (University of Wisconsin-Madison, Defended)
*Aaron Stumpf (University of Wisconsin-Madison, Defended)
*Jaime Lam (University of Wisconsin-Madison, Defended)
Kate Bakhuizen (University of Wisconsin-Madison, Defended)
Nataly Ibarra (University of Wisconsin-Madison, Defended)
*Jessica Perez-Chavez (University of Wisconsin-Madison, Defended)
*Austen Chase Matsui (University of Wisconsin-Madison, Defended)
Zubin DeVitre (University of Wisconsin-Madison, Defended)
Meier (University of Wisconsin-Madison, Defended)
Anna Pederson (University of Wisconsin-Madison, Defended)
*Rachel Dyer (University of Wisconsin-Madison, Defended)
*Sergio Dominguez, Jr. (University of Wisconsin-Madison, Defended)
Katelyn Matkin (University of Wisconsin-Madison, Defended)
*Louis Lindley (University of Wisconsin-Madison, Defended)
Diana Love (University of Wisconsin-Madison, Defended)
Re Aee Jordan (University of Wisconsin-Madison, Defended)
*Marquel Norton (University of Wisconsin-Madison, Proposed)
*Joonwoo Lee (University of Wisconsin-Madison, Proposed)
Kevin Riordan (University of Wisconsin-Madison, Proposed)
*Allison McQuirk (University of Wisconsin-Madison, Proposed)

**Undergraduate Thesis Committees**
Morgan Sinnard (University of Louisville; Chair, Defended)