# Exhibit B

# Bibliography

American Psychiatric Association. (2022). *Diagnostic and statistical manual of mental disorders* (5th ed., text rev). Arlington, VA: American Psychiatric Publishing.

Austin, A., Craig, S. L., D'Souza, S., & McInroy, L. B. (2022). Suicidality among transgender youth: elucidating the role of interpersonal risk factors. *Journal of interpersonal violence*, *37*(5-6), NP2696-NP2718.

Barr, S. M., Snyder, K. E., Adelson, J. L., & Budge, S. L. (2021). Posttraumatic stress in the trans community: The roles of anti-transgender bias, non-affirmation, and internalized transphobia. *Psychology of Sexual Orientation and Gender Diversity*. Advanced Online Print.

Berglund, H., Lindström, P., Dhejne-Helmy, C., and Savic, I. (2008). Male-to-female transsexuals show sex-atypical hypothalamus activation when smelling odorous steroids. *Cereb. Cortex* 18, 1900–1908.

Busby, D. R., Horwitz, A. G., Zheng, K., Eisenberg, D., Harper, G. W., Albucher, R. C., ... & King, C. A. (2020). Suicide risk among gender and sexual minority college students: The roles of victimization, discrimination, connectedness, and identity affirmation. *Journal of Psychiatric Research*, 121, 182-188.

Carrillo, B., Gómez-Gil, E., Rametti, G., Junque, C., Gomez, A., Karadi, K., Segovia, S., and Guillamon, A. (2010). Cortical activation during mental rotation in male-to-female and female-to-male transsexuals under hormonal treatment. *Psychoneuroendocrinology* 35, 1213–1222.

Chodzen, G., Hidalgo, M. A., Chen, D., & Garofalo, R. (2019). Minority stress factors associated with depression and anxiety among transgender and gender-nonconforming youth. *Journal of Adolescent Health*, *64*(4), 467-471.

Christensen, J. A., Oh, J., Linder, K., Imhof, R. L., Croarkin, P. E., Bostwick, J. M., & McKean, A. J. (2023). Systematic review of interventions to reduce suicide risk in transgender and gender diverse youth. *Child Psychiatry & Human Development*, 1-13.

Coleman, E., Radix, A. E., Bouman, W. P., et al. (2022) Standards of Care for the Health of Transgender and Gender Diverse People, Version 8, *International Journal of Transgender Health*, 23:sup1, S1-S259.

Colson, A. E., Matsuno, E., Barr, S. M., & Randall, A. K. (2024). Associations between misgendering, invalidation, pride, community connectedness, and trauma among nonbinary adults. *Journal of Counseling Psychology*.

Condray, C. D., Newman, K. L., & Chedid, V. G. (2024). Consequences of bathroom restriction on transgender individuals with gastrointestinal conditions in the United States. Nature Reviews Gastroenterology & Hepatology, 21(10), 662-663.

Crissman, H. P., Czuhajewski, C., Moniz, M. H., Plegue, M., & Chang, T. (2020). Youth perspectives regarding the regulating of bathroom use by transgender individuals. *Journal of Homosexuality*, *67*(14), 2034-2049.

Daigle, L. E., Felix, S. N., Muñoz, R. B., Hancock, K. P., Oesterle, D. W., & Gilmore, A. K. (2025). Examining the risks of multiple types of interpersonal victimization for transgender and gender non-conforming college students. Journal of interpersonal violence, 40(3-4), 876-905.

Day, J. K., Perez-Brumer, A., & Russell, S. T. (2018). Safe schools? Transgender youth's school experiences and perceptions of school climate. *Journal of youth and adolescence*, *47*(8), 1731-1742.

Day, M., & Brömdal, A. (2024). Mental health outcomes of transgender and gender diverse students in schools: A systematic literature review. International Journal of Transgender Health, 1-21.

DeChants, J. P., Price, M. N., Nath, R., Hobaica, S., & Green, A. E. (2025). Transgender and nonbinary young people's bathroom avoidance and mental health. *International Journal of Transgender Health*, 1-9.

De Pedro, K. T., & Gorse, M. M. (2023). Substance use among transgender youth: associations with school-based victimization and school protective factors. Journal of LGBT Youth, 20(2), 390-406.

Durwood, L., McLaughlin, K. A., & Olson, K. R. (2017). Mental health and self-worth in socially transitioned transgender youth. *Journal of the American Academy of Child & Adolescent Psychiatry*, 56(2), 116-123.

Ehrensaft, D., Giammattei, S. V., Storck, K., Tishelman, A. C., & St. Amand, C. (2018). Prepubertal social gender transitions: What we know; what we can learn—A view from a gender affirmative lens. *International Journal of Transgenderism*, 19(2), 251-268.

Fox, K. R., Choukas-Bradley, S., Salk, R. H., Marshal, M. P., & Thoma, B. C. (2020). Mental health among sexual and gender minority adolescents: Examining interactions with race and ethnicity. *Journal of consulting and clinical psychology*, *88*(5), 402.

Galupo, M. P., Pulice-Farrow, L., & Lindley, L. (2020). "Every time I get gendered male, I feel a pain in my chest": Understanding the social context for gender dysphoria. *Stigma and Health*, *5*(2), 199-208.

Goldberg, A. E., Kuvalanka, K. A., & Black, K. (2019). Trans students who leave college: An exploratory study of their experiences of gender minority stress. *Journal of College Student Development, 60*(4), 381-400.

Gottfried, M. A. (2019). Chronic absenteeism in the classroom context: Effects on achievement. Urban Education, 54(1), 3-34.

GLSEN (2021*). Improving School Climate for Transgender and Nonbinary Youth* (Research Brief). New York: GLSEN.

Grimstad, F., Boskey, E. R., Taghinia, A., & Ganor, O. (2021). Gender-affirming surgeries in transgender and gender diverse adolescent and young adults: a pediatric and adolescent gynecology primer. *Journal of Pediatric and Adolescent Gynecology*, *34*(4), 442-448.

Herman, J. L. (2013). Gendered restrooms and minority stress: The public regulation of gender and its impact on transgender people's lives. Journal of Public Management & Social Policy, 19(1), 65-80.

Herman, J.L., Flores, A.R., O'Neill, K.K. (2022). *How Many Adults and Youth Identify as Transgender in the United States?* The Williams Institute, UCLA School of Law.

Hogg, M.A. (2016). *Social Identity Theory*. In: McKeown, S., Haji, R., Ferguson, N. (eds) Understanding Peace and Conflict Through Social Identity Theory. Peace Psychology Book Series. Springer, Cham.

Horne, S. G., McGinley, M., Yel, N., & Maroney, M. R. (2022). The stench of bathroom bills and anti-transgender legislation: Anxiety and depression among transgender, nonbinary, and cisgender LGBQ people during a state referendum. *Journal of Counseling Psychology*, 69(1), 1-13.

Horton, C. (2022). "I Was Losing That Sense of Her Being Happy"—Trans Children and Delaying Social Transition. *LGBTQ+ Family: An Interdisciplinary Journal*, 1-17.

Jackman, K. B., Caceres, B. A., Kreuze, E. J., & Bockting, W. O. (2021). Suicidality among gender minority youth: Analysis of 2017 Youth Risk Behavior Survey data. *Archives of suicide research*, *25*(2), 208-223.

Jacobsen, K., Davis, C. E., Burchell, D., Rutherford, L., Lachowsky, N., Bauer, G., & Scheim, A. (2023). Misgendering and the health and wellbeing of nonbinary people in Canada. *International Journal of Transgender Health*, 1-15.

James, S. E., Herman, J. L., Rankin, S., Keisling, M., Mottet, L., & Anafi, M. (2016). The report of the 2015 U.S. Transgender Survey. Washington, DC: National Center for Transgender Equality. Retrieved from: https://www.transequality.org/sites/default/files/docs/USTS-Full-Report-FINAL.PDF

James, S.E., Herman, J.L., Durso, L.E., & Heng-Lehtinen, R. (2024). Early Insights: A Report of the 2022 U.S. Transgender Survey. National Center for Transgender Equality, Washington, DC. Retrieved from: https://transequality.org/sites/default/files/2024-02/2022%20USTS%20Early%20Insights%20Report_FINAL.pdf

Kosciw, J. G., Clark, C. M., & Menard, L. (2022). The 2021 National School Climate Survey: The experiences of LGBTQ+ youth in our nation's schools. New York: GLSEN.

Lange, A. C. (2022). Transgender college students' identity exploration processes. *Journal of College Student Development, 63* (4), 351-367.

Lindley, L., Lee, J., Norton, M., & Budge, S. L. (2024). Sociocultural Messages about Gender Dysphoria (Dis) Align with the Lived Experiences of Trans and Nonbinary Individuals: A Qualitative Study. Sex Roles, 90(4), 508-526.

Lindley, L., Pulice-Farrow, L., & Budge, S. (2023). The antecedents of gender dysphoria and the associated thoughts, emotions, and ways of coping: A qualitative analysis and clinical implications. Counselling Psychology Quarterly, 36(4), 592-614.

Liss, M., Derflinger, T., & Wilson, L. (2024). Student Resources and Retention Among Transgender and Nonbinary College Students. *Diversity & Inclusion Research, 1*(2), e70002.

Liu, C. H., Stevens, C., Wong, S. H., Yasui, M., & Chen, J. A. (2019). The prevalence and predictors of mental health diagnoses and suicide among US college students: Implications for addressing disparities in service use. *Depression and Anxiety, 36*(1), 8-17.

Martín-Castillo, D., Jiménez-Barbero, J. A., del Mar Pastor-Bravo, M., Sánchez-Muñoz, M., Fernández-Espín, M. E., & García-Arenas, J. J. (2020). School victimization in transgender people: A systematic review. *Children and Youth Services Review*, *119*, 105480.

McCann, E., & Brown, M. (2017). Discrimination and resilience and the needs of people who identify as transgender: a narrative review of quantitative research studies. *Journal of Clinical Nursing*, *26*(23-24), 4080-4093.

McGuire, J. K., Okrey Anderson, S., & Michaels, C. (2022). "I don't think you belong in here:" The impact of gender segregated bathrooms on the safety, health, and equality of transgender people. *Journal of Gay & Lesbian Social Services*, 34(1), 40-62.

McLemore, K. A. (2015). Experiences with misgendering: Identity misclassification of transgender spectrum individuals. *Self and Identity*, *14*(1), 51-74.

McLemore, K. A. (2018). A minority stress perspective on transgender individuals' experiences with misgendering. *Stigma and Health*, *3*(1), 53-64.

Murchison, G. R., Agénor, M., Reisner, S. L., & Watson, R. J. (2019). School restroom and locker room restrictions and sexual assault risk among transgender youth. *Pediatrics*, *143*(6).

Nota, N. M., Kreukels, B. P., Den Heijer, M., Veltman, D. J., Cohen-Kettenis, P. T., Burke, S. M., & Bakker, J. (2017). Brain functional connectivity patterns in children and adolescents with gender dysphoria: Sex-atypical or not?. *Psychoneuroendocrinology*, 86, 187-195.

Nunes-Moreno, M., Furniss, A., Cortez, S., Davis, S. M., Dowshen, N., Kazak, A. E., ... & Nokoff, N. J. (2025). Mental health diagnoses and suicidality among transgender youth in Hospital settings. LGBT health, 12(1), 20-28.

Olson, K. R., Key, A. C., & Eaton, N. R. (2015). Gender cognition in transgender children. *Psychological Science*, 26(4), 467-474.

Olson, K. R., Durwood, L., DeMeules, M., & McLaughlin, K. A. (2016). Mental health of transgender children who are supported in their identities. *Pediatrics*, 137(3).

Pampati, S., Andrzejewski, J., Sheremenko, G., Johns, M., Lesesne, C. A., & Rasberry, C. N. (2020). School climate among transgender high school students: An exploration of school connectedness, perceived safety, bullying, and absenteeism. *The Journal of School Nursing*, *36*(4), 293-303.

Pascale, A. B., & DeVita, J. M. (2024). Transgender college students' mental health: Comparing transgender students to their cisgender peers. *Journal of American College Health, 72*(1), 135-141.

Pease, M., Le, T. P., & Iwamoto, D. K. (2022). Minority stress, pandemic stress, and mental health among gender diverse young adults: Gender dysphoria and emotion dysregulation as mediators. *Psychology of Sexual Orientation and Gender Diversity*. Advanced Online Print.

Poteat, V. P., Watson, R. J., & Fish, J. N. (2021). Teacher support moderates associations among sexual orientation identity outness, victimization, and academic performance among LGBQ+ youth. *Journal of Youth and Adolescence*, *50*(8), 1634-1648.

Price-Feeney, M., Green, A. E., & Dorison, S. (2020). Understanding the mental health of transgender and nonbinary youth. *Journal of Adolescent Health*, *66*(6), 684-690.

Price-Feeney, M., Green, A. E., & Dorison, S. H. (2021). Impact of bathroom discrimination on mental health among transgender and nonbinary youth. *Journal of Adolescent Health*, *68*(6), 1142-1147.

Pryor, J. T. (2015). Out in the classroom: Transgender student experiences at a large public university. *Journal of College Student Development, 56*(5), 440-455.

Puckett, J. A., Maroney, M. R., Wadsworth, L. P., Mustanski, B., & Newcomb, M. E. (2020). Coping with discrimination: The insidious effects of gender minority stigma on depression and anxiety in transgender individuals. *Journal of Clinical Psychology*,

Rafferty, J., Yogman, M., Baum, R., Gambon, T. B., Lavin, A., Mattson, G., ... & Committee on Psychosocial Aspects of Child and Family Health. (2018). Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics*, *142*(4).

Real, A. G., & Russell, S. T. (2025). Outness, Acceptance, and Victimization: A Longitudinal Study of Depressive Symptoms and Suicidality of Lesbian, Gay, and Bisexual and Transgender and Gender Diverse Youth. *Journal of Adolescent Health*, *76*(1), 29-36.

Reisner, S. L., Vetters, R., Leclerc, M., Zaslow, S., Wolfrum, S., Shumer, D., & Mimiaga, M. J. (2015). Mental health of transgender youth in care at an adolescent urban community health center: a matched retrospective cohort study. *Journal of Adolescent Health*, *56*(3), 274-279.

Rouse Jr, M., & Hamilton, E. (2021). Rethinking Sex and the Brain: How to Create an Inclusive Discourse in Neuroscience. *Mind, Brain, and Education*, *15*(2), 163-167.

Russell, S. T., Pollitt, A. M., Li, G., & Grossman, A. H. (2018). Chosen name use is linked to reduced depressive symptoms, suicidal ideation, and suicidal behavior among transgender youth. Journal of adolescent Health, 63(4), 503-505.

Sanchez, F.J. & Pankey, T. (2017). *Essentialist views on sexual orientation and gender identity.* In DeBord, Kurt A. (Ed); Fischer, Ann R. (Ed); Bieschke, Kathleen J. (Ed); Perez, Ruperto M. (Ed). Handbook of sexual orientation and gender diversity in counseling and psychotherapy , (pp. 51-74). Washington, DC, US: American Psychological Association.

Seelman, K. L. (2016). Transgender adults' access to college bathrooms and housing and the relationship to suicidality. Journal of homosexuality, 63(10), 1378-1399.

Spizzirri, G., Duran, F. L. S., Chaim-Avancini, T. M., Serpa, M. H., Cavallet, M., Pereira, C. M. A., ... &amp; Abdo, C. H. N. (2018). Grey and white matter volumes either in treatment-naïve or hormone-treated transgender women: a voxel-based morphometry study. *Scientific Reports*, 8(1), 736.

Suarez, N. A., McKinnon, I. I., Krause, K. H., Rasberry, C. N., Pampati, S., & Underwood, J. M. (2024). Disparities in Behaviors and Experiences Among Transgender and Cisgender High School Students—18 US States, 2021. Annals of epidemiology.

Taylor, A.B., Chan, A., Hall, S.L., Saewyc, E. M., & the Canadian Trans & Non-binary Youth Health Survey Research Group (2020). *Being Safe, Being Me 2019: Results of the Canadian Trans and Non-binary Youth Health Survey.* Vancouver, Canada: Stigma and Resilience Among Vulnerable Youth Centre, University of British Columbia.

Turban, J. L., King, D., Li, J. J., & Keuroghlian, A. S. (2021). Timing of social transition for transgender and gender diverse youth, K-12 harassment, and adult mental health outcomes. *Journal of Adolescent Health*, 69(6), 991-998.

Veale, J. F., Watson, R. J., Peter, T., & Saewyc, E. M. (2017). Mental health disparities among Canadian transgender youth. *Journal of Adolescent Health*, *60*(1), 44-49.

Wagner, S., Panagiotakopoulos, L., Nash, R., Bradlyn, A., Getahun, D., Lash, T. L., ... & Goodman, M. (2021). Progression of gender dysphoria in children and adolescents: a longitudinal study. Pediatrics, 148(1).

Wang, Y. C., Hoatson, T., Stamoulis, C., Herman, J., Reisner, S. L., Meyer, I. H., & Katz-Wise, S. L. (2024). Psychological distress and suicidality among transgender young adults in the United States. *Journal of Adolescent Health*, *74*(6), 1095-1105.

Wilkinson, L., Shifrer, D., & Pearson, J. (2021). Educational outcomes of gender-diverse youth: A national population-based study. *Gender & Society*, *35*(5), 806-837.

Wilson, E. C., Chen, Y. H., Arayasirikul, S., Raymond, H. F., & McFarland, W. (2016). The impact of discrimination on the mental health of trans* female youth and the protective effect of parental support. *AIDS and Behavior*, *20*(10), 2203-2211.

Wilson, L. C., Newins, A. R., Kassing, F., & Casanova, T. (2024). Gender minority stress and resilience measure: A meta-analysis of the associations with mental health in transgender and gender diverse individuals. *Trauma, Violence, & Abuse*, 25(3), 2552-2564.

Woodford, M. R., Weber, G., Nicolazzo, Z., Hunt, R., Kulick, A., Coleman, T., ... & Renn, K. A. (2018). Depression and attempted suicide among LGBTQ college students: Fostering resilience to the effects of heterosexism and cisgenderism on campus. *Journal of College Student Development, 59*(4), 421-438.

Valen, B. M., Orantes, D., Burke, S. E., & Antshel, K. M. (2025). Health disparities among transgender, nonbinary, and cisgender undergraduate students. *Psychology of Sexual Orientation and Gender Diversity (online ahead of print)*.

Zell, H., & Kerr, D. C. (2024). Risk and protective factors for suicidal ideation and attempt: comparing gender diverse and cisgender youth. *Journal of LGBT Youth*, 1-17.