5/06
Form: Pro Hac Vice

# IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
## FOR THE DISTRICT OF IDAHO

SEXUAL AND GENDER ALLIANCE, )
    Plaintiffs, )
    ) Case No. 1:23-cv-315
v. )
    ) APPLICATION FOR ADMISSION
DEBBIE CRITCHFIELD, et al., ) PRO HAC VICE
    Defendants. )
    )
    ) Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Natalie Deyo Thompson, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Debbie Critchfield, et al.

The applicant hereby attests as follows:

1. Applicant resides in Austin, TX, and practices at the following address and phone number Alliance Defending Freedom, 440 First Street NW, Suite 600, Washington, D.C. 20001; (202) 393-8690

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts: SEE ATTACHED

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Lincoln Davis Wilson, a member in good standing of the bar of this court, of the firm of Alliance Defending Freedom, practices at the following office address and phone number: 440 First Street NW, Suite 600, Washington, D.C. 20001 (202) 393-8690

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 22nd day of July, 2025.

_____        _____
Applicant                                                      Designee

Signed under penalty of perjury.

# NATALIE DEYO THOMPSON
# BAR & COURT ADMISSIONS

| **STATE BARS** | **ADMISSION DATES** |
|---|---|
| Texas | 11/01/2013 |
| District of Columbia | 10/21/2024 |

| **STATE COURTS** | **ADMISSION DATES** |
|---|---|
| Supreme Court of Texas | 11/01/2013 |

| **FEDERAL COURTS** | **ADMISSION DATES** |
|---|---|
| Supreme Court of the United States | 10/05/2019 |
| United States Court of Appeals for the Fifth Circuit | 10/11/2016 |
| United States Court of Appeals for the Ninth Circuit | 06/18/2020 |
| United States Court of Appeals for the Eleventh Circuit | 10/31/2019 |
| United States District Court for the District of Columbia | 05/05/2025 |
| United States District Court for the Eastern District of Texas | 01/19/2016 |
| United States District Court for the Northern District of Texas | 01/08/2016 |
| United States District Court for the Southern District of Texas | 04/14/2016 |
| United States District Court for the Western District of Texas | 04/18/2016 |

*in good standing and eligible to practice in all stated courts.