LINCOLN DAVIS WILSON, ISB #11860
Special Deputy Attorney General
NATALIE D. THOMPSON*, DC Bar #90026665
TRAVIS C. BARHAM*, AZ Bar #024867
Alliance Defending Freedom
440 First Street NW
Suite 600
Washington, DC 20001
Tel: (202) 393-8690
lwilson@adflegal.org

JONATHAN A. SCRUGGS*, AZ Bar #030505
15100 N. 90th Street
Scottsdale, Arizona 85260
Tel: (480) 444-0020
jscruggs@adflegal.org

*Attorney for State Defendants*
*\*Admitted pro hac vice*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SEXUALITY AND GENDER ALLIANCE, <br><br> *Plaintiff,* <br><br> v. <br><br> DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction, *et al.,* <br><br> *Defendants.* | Case No. 1:23-cv-00315-DCN <br><br><br> **NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Jonathan A. Scruggs appears as additional counsel for Defendants Debbie Critchfield, Idaho State Board of Education, Linda Clark, William Gilbert, Jr., David Hill, Shawn Keough, Kurt Liebich, Cally Roach, and Cindy Siddoway.

Dated this 31st day of July, 2025.

By:   /s/ Jonathan A. Scruggs
JONATHAN A. SCRUGGS*, AZ Bar #030505
15100 N. 90th Street
Scottsdale, Arizona 85260
Tel: (480) 444-0020
jscruggs@adflegal.org

*Attorney for State Defendants*
*\*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Samuel L. Linnet<br>sam@alturaslawgroup.com<br>ALTURAS LAW GROUP, PLLC<br>101 E. Bullion Street, Unit 2H<br>Hailey, Idaho 83333 | Katherine M. Forster<br>Katherine.forster@mto.com<br>Paul E. Martin<br>Paul.martin@mto.com<br>Elizabeth Anastasi<br>Elizabeth.anastasi@mto.com |
| Peter C. Renn<br>prenn@lambdalegal.org<br>Kell L. Olson<br>kolson@lambalegal.org<br>Tara L. Borelli<br>tborelli@lambalegal.org<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, California 90017 | Abigail K. Bessler<br>Abilgail.bessler@mto.com<br>MUNGER TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, California 90071 |

*Attorneys for Plaintiffs*

By:   s/Jonathan A. Scruggs