Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
111 N 1st Avenue, Suite 2I
PO Box 2975
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Pelecanos*†
pelecanos@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (855) 535-2236 (F)

Katherine M. Forster*
katherine.forster@mto.com
Paul E. Martin*
paul.martin@mto.com
Abigail K. Bessler*
abigail.bessler@mto.com
Elizabeth Anastasi*
elizabeth.anastasi@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

*admitted *pro hac vice*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| SEXUALITY AND GENDER ALLIANCE,<br><br>    *Plaintiff*,<br><br>v.<br><br>DEBBIE CRITCHFIELD, et al.,<br><br>    *Defendants*. | Case No. 1:23-cv-00315-DCN<br><br>**PLAINTIFF'S MOTION FOR INJUNCTION PENDING APPEAL** |

Under Rule 62(d), Fed. R. Civ. P., Plaintiff Boise High Sexuality and Gender Alliance, an association, by and through its undersigned counsel, respectfully asks this Court to issue an injunction of Idaho Senate Bill 1100 as applied to the use of restrooms at Boise High School by Plaintiff's student members, pending its appeal of this Court's August 7, 2025 Order denying Plaintiff's motion for preliminary injunction. Plaintiff has also sought relief from the Ninth Circuit, and has asked that court to grant at least temporary administrative relief by August 12, 2025, when school starts at Boise High, or as soon thereafter as practicable, to maintain the status quo until it can decide the motion for an injunction pending appeal.

This Motion is supported by the attached Memorandum in Support of Plaintiff's Motion for Injunction Pending Appeal. Plaintiff's counsel has conferred with Defendants' counsel and Defendants oppose this Motion.

DATED: August 11, 2025

Respectfully Submitted,

By: /s/ Peter C. Renn

| | |
|---|---|
| Katherine M. Forster | Peter C. Renn |
| J. Max Rosen | Kell L. Olson |
| Paul Martin | Tara L. Borelli |
| Abigail K. Bessler | Pelecanos |
| Elizabeth Anastasi | LAMBDA LEGAL DEFENSE & EDUCATION FUND |
| MUNGER TOLLES & OLSON LLP | |
| | Samuel L. Linnet |
| | ALTURAS LAW GROUP, PLLC |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of August, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Travis Barham
tbarham@alliancedefendingfreedom.org

James Craig
james.craig@ag.idaho.gov

David Myers
david.myers@ag.idaho.gov

Jonathan Scruggs
jscruggs@alliancedefendingfreedom.org

Natalie D. Thompson
nthompson@adflegal.org

Lincoln Davis Wilson
lwilson@adflegal.org

Gader Wren
gader.wren@ag.idaho.gov

/s/ Peter C. Renn
Peter C. Renn