Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
111 N 1st Avenue, Suite 2I, PO Box 2975
Hailey, ID 83333
(208) 788-6688

Peter C. Renn
prenn@lambdalegal.org
Kell L. Olson[†]
kolson@lambdalegal.org
Tara L. Borelli[†]
tborelli@lambdalegal.org
Pelecanos[†]
pelecanos@lambdalega.org
A.D. Sean Lewis[†]
alewis@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
[†]*mailing address only*
(213) 382-7600 (T) | (213) 402-2537 (F)

Katherine M. Forster
katherine.forster@mto.com
Paul Martin
paul.martin@mto.com
Elizabeth Anastasi
Elizabeth.anastasi@mto.com
Abigail K. Bessler
Abigail.bessler@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SEXUALITY AND GENDER ALLIANCE, <br><br> *Plaintiff,* <br><br> v. <br><br> DEBBIE CRITCHFIELD, et al., <br><br> *Defendants.* | Case No. 1:23-cv-00315-DCN <br><br> **SUPPLEMENTAL DECLARATION OF DAISY DAVIS** |

I, Daisy Davis, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this supplemental declaration. I have made this declaration using a pseudonym.

1

2.      Until recently, I did not make a request for accommodation citing S.B.1100 with Boise High School, as I already have an existing gender support plan in place that allows me to use the single-user options at the school, including the keyed entry restroom and the nurse's office. Earlier this year, the school notified me that one aspect of that plan—which had also allowed me to use the girls' multi-occupancy restrooms—was no longer allowed. I understood that under S.B. 1100, the school could not permit me to use the girls' restrooms, so I did not believe there was any reason to submit a request.

3.      Now that the school has told me I can no longer use the girls' restroom, the only restrooms I can use without entering restrooms inconsistent with my gender identity are the single-user options at the school.  Previously, I used those single-user options occasionally, but not every time I had to use the restroom.

4.      On November 7, 2025, I submitted a request for accommodation citing S.B.1100 through my attorneys. The school confirmed that the process under the law is the same as it was previously: to meet with the school counselor and complete a plan. I have a current plan in place with single-user restroom access, and I am unaware of any additional restroom accommodations the school can offer other than access to the three existing single-user restrooms.

5.      I use the single-user restrooms at Boise High School as needed and when they are available. I have sometimes had to wait to use those single-user restrooms because they are already occupied. While I have not been late to class yet this year because of waiting for a restroom, I have missed additional class time when I've used the restroom during class. The restrooms are farther away and sometimes occupied. On one occasion, I missed about ten minutes of instructional time while waiting to use a single-user restroom, although I was not punished for missing that time.

6.      The Boise High School campus is spread out across multiple buildings, including the main building, the Frank Church building (also known as the "tech building"), and the main gym building. The Frank Church building does not have a single-user restroom option. I have two back-to-back classes in the Frank Church building. The library and the school's only cafeteria are also in the Frank Church building. From my second-floor classes in the Frank Church building, I estimate that it takes between 2-3 minutes, each way, to walk to the nearest single-user restroom, which is in the main gym building, as I need to walk downstairs, go outside, and enter the neighboring building. The main gym building has just one single-user restroom. There is not enough time during the 5-minute period between my two classes in the Frank Church building for me to go downstairs, leave the building, use the restroom in the main gym building, and then walk back to my next class in the Frank Church building.

7.      To use the single-user restroom in the main gym building, a student must have their key card coded to allow entry. I was given access to that restroom after completing the gender support plan referenced above. If I leave my key card in the restroom, which I have done in the past, I have to find a teacher to let me in and some teachers don't have access. Of the three single-user restrooms on campus, only the restroom in the main gym building is available after school hours during my school club activities, unless I request that a teacher unlocks the basement restroom for me.

8.      As I have stated in a previous declaration, relying only on single-user restrooms has caused problems for me. That includes missing more class time because the single-user options are more limited in number and location than the multi-occupancy restrooms. I have not used multi-occupancy restrooms that do not align with my gender identity this year, but I am concerned about being put in that position. Not having a practical multi-occupancy option is

3

stressful. For example, one day after school this year when I realized that I did not have my key

card with me, I did not know what to do. I was upset and called my mom, who suggested that I

walk to a church off campus, so I walked there to find a restroom I could use.

*    *    *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct.

Executed this 20 day of November, 2025.

_Daisy Davis_

Daisy Davis

4