Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
111 N 1st Avenue, Suite 2I, PO Box 2975
Hailey, ID 83333
(208) 788-6688

Peter C. Renn
prenn@lambdalegal.org
Kell L. Olson[†]
kolson@lambdalegal.org
Tara L. Borelli[†]
tborelli@lambdalegal.org
Pelecanos[†]
pelecanos@lambdalega.org
A.D. Sean Lewis[†]
alewis@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
[†]mailing address only
(213) 382-7600 (T) | (213) 402-2537 (F)

Katherine M. Forster
katherine.forster@mto.com
Paul Martin
paul.martin@mto.com
Abigail K. Bessler
Abigail.bessler@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| SEXUALITY AND GENDER ALLIANCE, | Case No. 1:23-cv-00315-DCN |
| *Plaintiff,* | **DECLARATION OF JANICE DOE** |
| v. | |
| DEBBIE CRITCHFIELD, et al., | |
| *Defendants.* | |

I, Janice Doe, hereby declare as follows:

1.    I am the mother of the student identified as Jane Doe in this case. I have used a pseudonym given that Jane also used a pseudonym. I have personal knowledge of the facts set forth in this declaration.

1

2.      I have sought to submit this declaration to the Court because I think it is important for these facts to be known, including to help other youth like my daughter.

3.      My daughter Jane died by suicide.  I found Jane in our home on the morning of Tuesday, January 27, 2026.  She had died the previous night.  She was only 16 years old at the time of her death.  She had not even gotten her driver's license yet.

4.      The pain, heartbreak, and agony of losing Jane has been devastating beyond words for me and my family.

5.      While I may never have certainty about all the things that ultimately led to Jane's death, I know that one stressor in her life was her struggle to fit in socially as a transgender girl.

6.      This stress of feeling alienated in her life was exacerbated by Jane's exclusion from the girls' restroom at school.  The option of a single-user restroom did not resolve her distress.  Rather, it caused her to feel ostracized from others—"like I'm being treated as this other kind of thing"—as she described in her supplemental declaration.  Dkt. 119-1 ¶ 8.  Jane felt like she had to be in a third space and that she was not treated as completely human at school the way other people were.

7.      Jane was acutely aware of the fact that she was not allowed to use the girls' restroom at school and was instead expected to go elsewhere.  For example, on November 17, 2025, as part of the process for requesting an accommodation under SB 1100, Jane's counselor met with Jane and walked her to the single-user restroom on the basement level of the main building at Boise High so she was aware of the location of that facility.

8.      I am not aware of anything that occurred from the date that Jane signed her supplemental declaration on November 20, 2025, and her death two months later, that resolved

the negative impacts she experienced from being excluded from the girls' restroom at school.  It

was, and remained, one of the stressors in Jane's life.

\*       \*       \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12 day of February, 2026.                    _Janice Doe_____

                                                            Janice Doe

4