Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
101 E Bullion St., Unit 2H
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (213) 402-2537 (F)

Katherine M. Forster*
katherine.forster@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SEXUALITY AND GENDER ALLIANCE, <br><br> *Plaintiff*, <br><br> v. <br><br> DEBBIE CRITCHFIELD, et al., <br><br> *Defendants*. | Case No. 1:23-cv-00315-DCN <br><br> **Stipulation for Voluntary Dismissal** |

## <u>STIPULATION FOR VOLUNTARY DISMISSAL</u>

On November 25, 2025, the parties filed a Joint Proposed Findings of Fact stating that "two current members [of Plaintiff Sexuality and Gender Alliance] have disclosed that they are transgender and allege that they would be affected by the provisions of S.B. 1100." Dkt. 119. Since that time, one of those two individuals has died, Dkt. 123, and the other is no longer a student at Boise High School.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties hereby stipulate that this action be voluntarily dismissed without prejudice, with Plaintiff and Defendants to bear their own costs, if any, and no fees to be awarded between Plaintiff and Defendants.

Dated: May 20, 2026

Respectfully Submitted,

/s/ Peter C. Renn
Peter C. Renn
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
800 S. Figueroa St., Ste. 1260
Los Angeles, CA 90017
Telephone: (213) 382-7600
prenn@lambdalegal.org

Counsel for Plaintiff

/s/ James E.M. Craig
James E. M. Craig
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720
Telephone: (208) 334-2400
james.craig@ag.idaho.gov

Counsel for Defendants

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James E. M. Craig
james.craig@ag.idaho.gov

/s/ Peter C. Renn
Peter C. Renn

2